IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; and GILEAD SCIENCES, INC.<br><br>Plaintiffs,<br><br>v.<br><br>CURIA MISSOURI, INC., AND CURIA GLOBAL, INC.<br><br>Defendants. | C.A. No. 22-199-CFC<br><br>[redacted]<br><br>REDACTED |

## FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Astellas US LLC and Astellas Pharma US, Inc. (collectively, "Astellas") and Gilead Sciences, Inc. ("Gilead") (Astellas and Gilead, collectively, "Plaintiffs"), by their attorneys, hereby allege as follows:

## NATURE OF THE ACTION

1. This is an action of patent infringement arising under the patent laws of the United States, Title 35, United States Code, against Defendants Curia Missouri, Inc. ("Curia Missouri") and Curia Global, Inc. (collectively, "Curia").

2. This action relates to United States Patent Nos. 6,403,567 ("the '567 patent"), 8,106,183 ("the '183 patent"), RE47,301 ("the '301 patent"), and 8,524, 883 ("the '883 patent") relating to the A2A adenosine receptor agonist regadenoson.

## PARTIES

3. Plaintiff Astellas US LLC is a limited liability company organized and existing under the laws of the State of Delaware having its principal place of business at 1 Astellas Way, Northbrook, Illinois 60062.

4. Plaintiff Astellas Pharma US, Inc. is a corporation organized and existing under the laws of Delaware, having its principal place of business at 1 Astellas Way, Northbrook, IL 60062.

5. Plaintiff Gilead Sciences, Inc. is a corporation organized and existing under the laws of Delaware, having its principal place of business at 333 Lakeside Drive, Foster City, CA 94404.

6. Plaintiffs are engaged in the business of creating, developing, and bringing to market revolutionary pharmaceutical products to help patients prevail against serious diseases, including diagnostic pharmacologic stress agents. Plaintiffs sell Lexiscan® in this judicial district and throughout the United States.

7. Upon information and belief, Curia Missouri Inc. is a corporation organized and existing under the laws of Delaware, with a registered agent in the state of Delaware located at 1209 Orange Street, Wilmington, DE 19801.

8. Upon information and belief, Curia Global, Inc. is a corporation organized and existing under the laws of Delaware, with a registered agent in the state of Delaware located at 1209 Orange Street, Wilmington, DE 19801.

## JURISDICTION AND VENUE

9. This case arises under the patent laws of the United States, 35 U.S.C. §§ 100 et seq. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

10. This Court has personal jurisdiction over Curia Missouri Inc. Curia Missouri is a corporation organized and existing under the laws of the State of Delaware, and has systematic and continuous contacts with this judicial district. The Court also has personal jurisdiction over Curia Missouri because the acts of patent infringement are aimed at this judicial district and/or have effect in this judicial district, including harm and injury to Plaintiffs. For example, Plaintiffs Astellas US LLC and Astellas Pharma US manufacture drug products covered by the ’567 patent, the ’183 patent, the ’301 patent, and the ’883 patent for sale and use throughout the United States, including the State of Delaware.

11. This Court has personal jurisdiction over Curia Global, Inc. Curia Global, Inc. is a corporation organized and existing under the laws of the State of Delaware, and has systematic and continuous contacts with this judicial district. The Court also has personal jurisdiction over Curia Global, Inc. because the acts of patent infringement are aimed at this judicial district and/or have effect in this judicial district, including harm and injury to Plaintiffs. For example, Plaintiffs Astellas US LLC and Astellas Pharma US manufacture drug products covered by the ’567 patent for sale and use throughout the United States, including the State of Delaware.

12. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 1400(b).

**PATENTS-IN-SUIT**

13. On June 11, 2002, the United States Patent and Trademark Office duly and legally issued the ’567 patent, entitled “N-Pyrazole A2A Adenosine Receptor Agonists.” A true and correct copy of the ’567 patent is attached hereto as Exhibit A. The claims of the ’567 patent are valid, enforceable, and not expired.

14. Gilead owns the entire right, title, and interest in the ’567 patent by assignment.

15. Astellas US LLC is the exclusive licensee of the ’567 patent.

16. On January 31, 2012, the United States Patent and Trademark Office duly and legally issued the ’183 patent, entitled “Process for preparing an A2A-adenosine receptor agonist and its polymorphs.” A true and correct copy of the ’183 patent is attached hereto as Exhibit B. The claims of the ’183 patent are valid, enforceable, and not expired.

17. Gilead owns the entire right, title, and interest in the ’183 patent.

18. Astellas US LLC is the exclusive licensee of the ’183 patent.

19. On March 19, 2019, the United States Patent and Trademark Office duly and legally issued the ’301 patent, entitled “Process for preparing an A2A-adenosine receptor agonist and its polymorphs.” The ’301 patent is a reissue of U.S. Patent No. 9,085,601 (the “’601 patent”), which issued on July 21, 2015. A true and correct copy of the ’301 patent is attached hereto as Exhibit C. The claims of the ’301 patent are valid, enforceable, and not expired.

20. Gilead owns the entire right, title, and interest in the ’301 patent.

21. Astellas US LLC is the exclusive licensee of the ’301 patent.

22. On September 3, 2013, the United States Patent and Trademark Office duly and legally issued the ’883 patent, titled “Monohydrate of (1-{9-[4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide.” A true and correct copy of the ’883 patent is attached hereto as Exhibit D. The claims of the ’883 patent are valid, enforceable, and not expired.

23. Gilead owns the entire right, title, and interest in the ’883 patent.

24. Astellas US LLC is the exclusive licensee of the ’883 patent.

25. Astellas Pharma US, Inc. is the holder of New Drug Application (NDA”) No. 022161, by which the FDA granted approval for the marketing and sale of 0.4 mg/5 mL (0.08 mg/mL) intravenous solution of regadenoson. Plaintiffs market 0.4 mg/5 mL (0.08 mg/mL)

intravenous solution of regadenoson in the United States, under the trade name "Lexiscan®." The FDA's official publication of "Approved Drug Products with Therapeutic Equivalence Evaluation" (commonly referred to as the "Orange Book") includes the '567, '183, and '301 patents within its entry for Lexiscan®.

26. Lexiscan® is a pharmacologic agent used in a cardiac nuclear stress test. Lexiscan® works by increasing blood flow in the coronary arteries. Lexiscan® is given prior to a myocardial perfusion imaging (MPI) test, a type of cardiac stress test which provides physicians with detailed information about blood flow into a patient's heart. Approximately half of the people undergoing a cardiac stress test are unable to use a treadmill or stationary bicycle because of medical conditions. Lexiscan® may be used when a person is unable to exercise enough to increase blood flow to the heart during a cardiac nuclear stress test.

27. The prescribing information for Lexiscan® identifies the drug as "a pharmacological stress agent indicated for radionuclide myocardial perfusion imaging (MPI) in patients unable to undergo adequate exercise stress." A true and correct copy of the complete prescribing information for Lexiscan® approved in NDA No. 022161 is attached as Exhibit E.

28. The '567 patent claims a compound having the formula corresponding to regadenoson, as well as a pharmaceutical composition comprising the compound regadenoson.

29. The '183 patent claims a monohydrate of regadenoson, which is in a crystalline form.

30. The '301 patent claims dissolving a crystalline monohydrate form of regadenoson that is substantially free of 2-hydrazinoadenosine in a pharmaceutically acceptable carrier.

31. The '883 patent claims processes for preparing a pharmaceutical composition of regadenoson with at least one pharmaceutically acceptable carrier.

**INFRINGEMENT BY CURIA**

32. Upon information and belief, Curia Missouri Inc. is the holder of Drug Master File "DMF" Number 30542 with the subject regadenoson.

33. Upon information and belief, Curia Missouri Inc.'s predecessor, Euticals Inc., submitted DMF 30542 to the FDA on or about May 10, 2016. A true and correct excerpt of the Third Quarter 2021 List of Drug Master Files available on the FDA website at https://www.fda.gov/drugs/drug-master-files-dmfs/list-drug-master-files-dmfs is attached as Exhibit F.

34. Upon information and belief, FDA's Completeness Assessment Review Date for Curia Missouri's DMF 30542 occurred on May 24, 2018. A true and correct excerpt of FDA's October 2021 MF User Fee Obligation Report available on the FDA website at https://www.fda.gov/media/85138/download is attached as Exhibit G.

35. Upon information and belief, Curia Missouri manufactures the Active Pharmaceutical Ingredient regadenoson (the "Curia Regadenoson Product") in its Springfield, Missouri facility. A true and correct copy of Curia's Commercial Manufacturing API Catalog available at https://curiaglobal.com/wp-content/uploads/2021/07/Curia_API_ProductCatalog_20210707.pdf is attached as Exhibit H.

36. Curia Missouri holds a Drug Master File ("DMF") for Form G regadenoson. *See* C.A. No. 18-1675-CFC-CJB, D.I. 873, Ex. 1 ¶ 76. The Curia Regadenoson Product is regadenoson Form G. *Id.*; *see also* D.I. 918, ¶ 18.

37. Upon information and belief, Curia Global, Inc., either directly or through its subsidiaries, agents, and/or affiliates, sells or offers for sale the Curia Regadenoson Product within the United States. *See* Exhibit H.

38. Hospira, Inc. ("Hospira") has submitted ANDA No. 214349 to FDA under 21 U.S.C. § 355(j) seeking FDA approval to engage in the commercial manufacture, use, or sale of 0.4 mg/5 mL (0.08 mg/mL) intravenous solution of regadenoson (the "Hospira proposed ANDA product"). C.A. No. 18-1675-CFC-CJB, D.I. 873, Ex. 1 ¶ 69. Hospira's ANDA No. 214349 identifies Curia Missouri as the drug substance manufacturer and the DMF holder for Hospira's proposed ANDA product. *Id.*, ¶ 71.

39. Upon information and belief, Curia Missouri has manufactured, and will continue to manufacture, the Curia Regadenoson Product in its Springfield, Missouri facility for uses not covered by the Safe Harbor provision of the Patent Act, 35 U.S.C. § 271(e)(1), including manufacturing the Curia Regadenoson Product in [redacted]

40. Upon information and belief, Curia Missouri will sell the Curia Regadenoson Product to Hospira for use in Hospira's proposed ANDA product upon approval of Hospira's ANDA product by FDA. *See* C.A. No. 18-1675, D.I. 918, ¶¶ 59, 114.

41. Curia has filed patent applications on Form G regadenoson. WO 2014/167046, lists Euticals Spa as the applicant. Exhibit I. On information and belief, Euticals Spa is a predecessor company to Curia Missouri and/or Curia Global. *See* C.A. No. 18-1675, D.I. 918, ¶ 12.

42. WO 2014/167046 describes regadenoson Form G as a "particularly thermodynamically stable anhydrous crystalline form" and states Form G is "provided with high stability not when exposed to 90% RH at 25°C for 96 hour." *See* Exhibit I at Abstract, 3:5-10.

43. Form G regadenoson has a propensity to convert to regadenoson monohydrate, Form A, in the presence of water. *See* C.A. No. 18-1675, D.I. 918, ¶¶ 42-48. Curia understands

and has acknowledged that its Curia Regadenoson Product has a propensity to convert to Form A, regadenoson monohydrate, when exposed to water or a humid atmosphere. *Id.*, ¶¶ 45-46. Exposure of regadenoson Form G to water or moisture in excess of 90% relative humidity results in conversion of the Curia Regadenoson Product to regadenoson monohydrate, Form A. *See* C.A. No. 18-1675, D.I. 918, ¶¶ 45, 47.

44. Curia is aware that the Curia Regadenoson Product, Form G, and its precursors, crude regadenoson and regadenoson Form F, have converted to regadenoson monohydrate, Form A, during Curia's manufacturing process. *See* C.A. No. 18-1675, D.I. 918, ¶¶ 16, 49, 53-55, 64-65. For example, Curia has detected regadenoson monohydrate, Form A, in Curia's Form G API, the Curia Regadenoson Product. *Id.*, ¶¶ 64-65. Curia has also detected regadenoson monohydrate, Form A, in the crude regadenoson and Form F regadenoson it uses as precursors in the process of manufacturing the Curia Regadenoson Product. *Id.*, ¶¶ 53-55.

45. To make its ANDA product, Hospira will combine and dissolve the Curia Regadenoson Product in a solution containing at least water, sodium phosphate dibasic, and sodium phosphate monobasic, which comprises an aqueous buffered solution and is a pharmaceutically acceptable carrier. *See* C.A. No. 18-1675-CFC-CJB, D.I. 918 at ¶¶ 13, 123; *see also* C.A. No. 18-1675-CFC-CJB, D.I. 894 at 6.

## **DECLARATORY JUDGEMENT JURISDICTION**

46. By a letter dated June 16, 2020, Hospira notified Plaintiffs that Hospira had submitted ANDA No. 214349 to the FDA under Section 505(j) of the Federal Food, Drug, and Cosmetic Act (21 U.S.C. § 355(j)) ("the Hospira Notice Letter"). *See* C.A. No. 20-893-CFC, D.I. 1 ¶ 21.

47. The Hospira Notice Letter states that Hospira has submitted an ANDA under 21 U.S.C. § 355(j) to engage in the commercial manufacture, use, importation, offer for sale, or sale

of the Hospira ANDA product before the expiration of the ’183 and ’301 patents. *Id*., D.I. 1 ¶ 22; C.A. No. 18-1675-CFC-CJB, D.I. 918 ¶ 11.

48. The Hospira Notice Letter did not indicate that Hospira would engage in the commercial manufacture, use, importation, offer for sale, or sale of the Hospira ANDA product before the expiration of the ’567 patent. Upon information and belief, Hospira submitted a certification with its ANDA under Section 505(j)(2)(A)(vii)(III) stating that Hospira would not engage in the commercial manufacture, use, importation, offer for sale, or sale of the Hospira ANDA product before the expiration of the ’567 patent.

49. The ’567 patent will expire on April 10, 2022. C.A. No. 18-1675-CFC-CJB, D.I. 873, Ex. 1 ¶ 64.

50. This Court conducted a bench trial on Hospira’s infringement of the ’183 patent, the ’301 patent, and the ’883 patent between January 27, 2022 and January 31, 2022. Post-trial briefing will be complete on March 18, 2022. C.A. No. 18-1675-CFC-CJB, D.I. 906 at 1. The Court could issue its decision regarding Hospira’s infringement of the ’183 patent, the ’301 patent, and the ’883 patent at any time after post-trial briefing is completed.

51. Upon information and belief, FDA has granted Hospira tentative approval of Hospira’s ANDA product. *See* Exhibit K (letterhead titled “ANDA Tentative Approval”).[1]

52. If the Court finds that Hospira will not infringe the ’183 patent, the ’301 patent, or the ’883 patent, Hospira’s tentative approval would convert to final FDA approval, and Hospira could launch its ANDA product upon expiration of the ’567 patent on April 10, 2022.

---

[1] FDA has also granted tentative approval to ANDA No. 213210 submitted by Dr. Reddy’s Laboratories, Ltd. (“DRL”). C.A. No. 18-1675-CFC-CJB, D.I. 873, Ex. 1 ¶ 78. Curia Missouri is the API supplier for DRL’s proposed ANDA product. *Id*., Ex. 1 ¶¶ 68, 75-76.

53. Upon a commercial launch of Hospira's ANDA product, Curia will directly infringe, induce infringement, and contribute to infringement of the '183 patent by manufacturing, using, offer for sale, and/or selling the Curia Regadenoson Product.

54. Upon a commercial launch of Hospira's ANDA product, Curia will induce and/or contribute to infringement of the '301 patent and the '883 patent by engaging in the commercial manufacture, offer for sale, and/or sale of the Curia Regadenoson Product to Hospira for use in Hospira's ANDA product.

55. A commercial launch of Hospira's ANDA product would destroy the market for Plaintiffs' Lexiscan® product and irreparably harm Plaintiffs.

56. The facts alleged herein show that a substantial controversy exists between Plaintiffs and Curia, parties having adverse legal interests, regarding infringement of the '183 patent, the '301 patent, and the '883 patent, and that this controversy is of sufficient immediacy and reality to warrant the issuance of a declaratory judgment.

**COUNT I**

**(INFRINGEMENT OF THE '567 PATENT)**

57. Each of the preceding paragraphs 1 to 56 is incorporated as if fully set forth herein.

58. Curia has directly infringed, and continues to infringe, one or more claims of the '567 patent, including at least exemplary claims 1 and 8[2], in violation of 35 U.S.C. § 271(a), by making, using, offering to sell, or selling their infringing Curia Regadenoson Product within the United States.

[2] Plaintiffs will identify all asserted claims of the '567 patent, the '183 patent, the '301 patent, and the '883 patent in accordance with the Court's Local Rules and/or scheduling order.

59. For example, on information and belief, Curia's Regadenoson Product is a compound having the formula:




wherein $R^1$ is—CH2OH; $R^2$ and $R^4$ are each hydrogen; $R^3$ is selected from the group consisting of $CO_2R^{20}$, —$CONR^7R^8$ and aryl wherein the aryl substituent is optionally substituted with from 1 to 2 substituents independently selected from the group consisting of halo, $C_{1-6}$ alkyl, $CF_3$ and $OR^{20}$; $R^7$ is selected from the group consisting of hydrogen, $C_{1-8}$ alkyl and aryl, wherein the alkyl and aryl substituents are optionally substituted with one substituent selected from the group consisting of halo, aryl, $CF_3$, CN, and $OR^{20}$ and wherein each optional aryl substituent is optionally substituted with at least one substituent selected from the group consisting of halo, alkyl, $CF_3$ CN, and $OR^{20}$; $R^8$ is selected from the group consisting of hydrogen and $C_{1-8}$ alkyl; and $R^{20}$ is selected from the group consisting of hydrogen and $C_{1-8}$ alkyl. Thus, the Curia Regadenoson Product falls within the scope of at least claim 1 of the '567 patent.

60. For example, on information and belief, Curia's Regadenoson Product is a compound having the formula:




wherein $R^1$ is—$CH_2OH$; $R^2$ and $R^4$ are each hydrogen; $R^3$ is—$CONR^7R^8$; $R^7$ is methyl; and $R^8$ is hydrogen. Thus, the Curia Regadenoson Product falls within the scope of at least claim 8 of the '567 patent.

61. Upon information and belief, Curia's infringement has been and is being conducted with full knowledge of the '567 patent.

62. Upon information and belief, Curia's infringement of the '567 patent has been willful and deliberate. Plaintiffs have been and continue to be damaged and otherwise harmed by such willful infringement.

63. Plaintiffs have no adequate remedy at law to redress the infringement by Curia.

64. Plaintiffs will be irreparably harmed if Curia is not enjoined from infringing the '567 Patent.

**COUNT II**

**(DECLARATORY JUDGMENT OF INFRINGEMENT OF THE '183 PATENT)**

65. Each of the preceding paragraphs 1 to 64 is incorporated as if fully set forth herein.

66. This claim arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

67. There is an actual case or controversy such that this Court may entertain Plaintiffs' request for declaratory relief consistent with Article III of the United States Constitution, and that actual case or controversy requires a declaration of rights by this Court.

68. Upon a commercial launch of Hospira's ANDA product, Curia will infringe one or more claims of the '183 patent, including at least exemplary claim 1, and induce and/or contribute to the infringement of at least claim 1, in violation of 35 U.S.C. §§ 271(a)-(c), by making, using, offering to sell, or selling its infringing Curia Regadenoson Product within the United States.

69. For example, Curia manufactures the Curia Regadenoson Product. Exhibits G-H; C.A. No. 18-1675-CFC-CJB, D.I. 873, Ex. 1 ¶ 76. The Curia Regadenoson Product is regadenoson Form G. *Id.*; *see also id.*, D.I. 918, ¶ 18.

70. Form G regadenoson has a propensity to convert to regadenoson monohydrate, Form A, in the presence of water. *See* C.A. No. 18-1675, D.I. 918, ¶¶ 42-48; Exhibit I at Abstract, 3:5-10. The Curia Regadenoson Product, Form G, and its precursors in Curia's manufacturing process, crude regadenoson and regadenoson Form F, have converted, and will convert, to regadenoson monohydrate, Form A, during Curia's manufacturing process. *See* C.A. No. 18-1675, D.I. 918, ¶¶ 16, 49, 53-55, 64-65, 88-91.

71. The regadenoson monohydrate present in the Curia Regadenoson Product is in a crystalline form. *See* C.A. No. 18-1675, D.I. 918, ¶¶ 53-55, 65, 88.

72. Thus, the Curia Regadenoson Product falls within the scope of at least claim 1 of the '183 patent.

73. Upon FDA approval, Hospira will purchase the Curia Regadenoson Product from Curia, and will combine and dissolve the Curia Regadenoson Product in a solution containing at least water, sodium phosphate dibasic, and sodium phosphate monobasic to form Hospira's ANDA product. C.A. No. 18-1675-CFC-CJB, D.I. 894 at 6; C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶¶ 13, 59, 114, 123.

74. Regadenoson monohydrate, Form A, is the most stable form of regadenoson under certain conditions, including the conditions used to formulate Lexiscan®. C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶¶ 43, 47-48. When contacted with propylene glycol and water, less stable forms of regadenoson have been shown to convert to Form A. *Id.*, ¶¶ 43, 47-48; *cf.* Exhibit L at 2. The Curia Regadenoson Product, Form G regadenoson, is less stable than regadenoson monohydrate in the presence of water, Form A, and will therefore convert to regadenoson monohydrate in the presence of water. *Id.*, ¶¶ 43, 47-48; *cf.* Exhibit L at 2.

75. Upon information and belief, when Hospira puts the Curia Regadenoson Product in a solution containing at least water, sodium phosphate dibasic, and sodium phosphate monobasic to form its ANDA product, the Curia Regadenoson Product will convert to regadenoson monohydrate, Form A, before dissolving into solution. C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶¶ 43, 47-48; *cf.* Exhibit L at 2.

76. Upon information and belief, Hospira's use of the Curia Regadenoson Product, including at least contacting the Curia Regadenoson Product with a solution containing at least

water, sodium phosphate dibasic, and sodium phosphate monobasic to form Hospira's ANDA product, will directly infringe at least claim 1 of the '183 patent.

77. Curia's manufacture, use, sale and offer for sale of the Curia Regadenoson Product will induce infringement of at least claim 1 of the '183 patent.

78. Curia has actual knowledge of the '183 patent. Curia has had knowledge of the '183 patent at least as of August 17, 2020, when it was served subpoenas in C.A. No. 18-1675-CFC-CJB which identified the '183 patent as one of the patents-in-suit in that action. Exhibit J, Attachment A at 4.

79. Curia's actions, including but not limited to, the development of the Curia Regadenoson Product and its continued manufacture of the Curia Regadenoson Product, reliably predict that Curia has made and will continue to make substantial preparation in the United States to manufacture, use, sell, and offer to sell the Curia Regadenoson Product.

80. Upon information and belief, Curia possesses specific intent to encourage direct infringement of at least claim 1 of the '183 patent, including it because it has continued to manufacture the Curia Regadenoson Product in spite of its knowledge of Plaintiffs' infringement allegations against Hospira, and Plaintiffs' contentions that the Curia Regadenoson Product contains regadenoson monohydrate, Form A. *See* C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶¶ 49, 53-55, 64-65, 88-91. Curia's counsel of record in this action attended the entire trial in C.A. No. 16-1875-CFC-CJB. There is no other use for the Curia Regadenoson Product other than to dissolve it into a solution to form a medicine that can be injected into a patient. Curia's continued commercial manufacture, offer for sale, and sale of the Curia Regadenoson Product provides evidence of an affirmative intent to induce infringement.

81. Curia's manufacture, use, sale and offer for sale of the Curia Regadenoson Product will contribute to the infringement of at least claim 1 of the '183 patent.

82. Upon information and belief, Curia knows that the Curia Regadenoson Product is a material part of Hospira's ANDA product. The Curia Regadenoson Product is the active pharmaceutical ingredient in Hospira's ANDA product. C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶¶ 12-13. Curia knows that Hospira will add the Curia Regadenoson Product to a solution containing at least water, sodium phosphate dibasic and sodium phosphate monobasic (i.e., an aqueous buffered solution) in order to formulate Hospira's ANDA product. *Id.*, ¶¶ 13, 123. Upon information and belief, Curia knows that the addition of the Curia Regadenoson Product to a solution containing at least water, sodium phosphate dibasic and sodium phosphate monobasic will result in the conversion of the Curia Regadenoson Product to regadenoson monohydrate, Form A, that infringes at least claim 1 of the '183 patent.

83. The Curia Regadenoson Product is not a staple article of commerce suitable for substantial non-infringing use. Upon FDA approval of Hospira's ANDA product, the only approved use of the Curia Regadenoson Product will be as the active pharmaceutical ingredient in Hospira's ANDA product (or the active pharmaceutical ingredient in other FDA approved generic regadenoson products) that is dissolved in a solution containing at least water, sodium phosphate dibasic, and sodium phosphate monobasic, and which infringes at least claim 1 of the '183 patent.

84. Plaintiffs are entitled to a declaratory judgment that the future manufacture, use, offer for sale, and/or sale of the Curia Regadenoson Product before patent expiration will constitute direct infringement, induced infringement, and contributory infringement of at least claim 1 of the '183 patent under 35 U.S.C. §§ 271(a)-(c).

85. Unless and until Curia is enjoined from infringing the ’183 patent, Plaintiffs will suffer irreparable injury for which damages are an inadequate remedy.

**COUNT III**
**(DECLARATORY JUDGMENT OF INFRINGEMENT OF THE ’301 PATENT)**

86. Each of the preceding paragraphs 1 to 85 is incorporated as if fully set forth herein.

87. This claim arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

88. There is an actual case or controversy such that this Court may entertain Plaintiffs’ request for declaratory relief consistent with Article III of the United States Constitution, and that actual case or controversy requires a declaration of rights by this Court.

89. Upon a commercial launch of Hospira’s ANDA product, Curia will induce and/or contribute to infringement of one or more claims of the ’301 patent, including at least exemplary claim 6, in violation of 35 U.S.C. § 271(b)-(c), by making, using, offering to sell, or selling its infringing Curia Regadenoson Product within the United States.

90. For example, Curia manufactures the Curia Regadenoson Product. Exhibits G-H; C.A. No. 18-1675-CFC-CJB, D.I. 873, Ex. 1 ¶ 76. The Curia Regadenoson Product is regadenoson Form G. *Id.*; *see also id.*, D.I. 918, ¶ 18.

91. Form G regadenoson has a propensity to convert to regadenoson monohydrate, Form A, in the presence of water. *See* C.A. No. 18-1675, D.I. 918, ¶¶ 42-48; Exhibit I at Abstract, 3:5-10. The Curia Regadenoson Product, Form G, and its precursors in Curia’s manufacturing process, crude regadenoson and regadenoson Form F, have converted, and will convert, to regadenoson monohydrate, Form A, during Curia’s manufacturing process. *See* C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶¶ 16, 49, 53-55, 64-65, 88-91.

92. Upon FDA approval, Hospira will purchase the Curia Regadenoson Product from Curia, and will combine and dissolve the Curia Regadenoson Product in a solution containing at least water, sodium phosphate dibasic, and sodium phosphate monobasic, which is pharmaceutically acceptable carrier, to form Hospira's ANDA product. C.A. No. 18-1675-CFC-CJB, D.I. 894 at 6; C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶¶ 13, 59, 114, 123.

93. Regadenoson monohydrate, Form A, is the most stable form of regadenoson under certain conditions, including the conditions used to formulate Lexiscan®. C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶ 43. When contacted with propylene glycol and water, less stable forms of regadenoson have been shown to convert to Form A. *Id.*, ¶¶ 43, 47-48; *cf.* Exhibit L at 2. The Curia Regadenoson Product, Form G regadenoson, is less stable than regadenoson monohydrate, Form A, in the presence of water and will therefore convert to regadenoson monohydrate in the presence of water. Id., ¶¶ 43, 47-48; *cf.* Exhibit L at 2.

94. Upon information and belief, when Hospira puts the Curia Regadenoson Product in a solution containing at least water, sodium phosphate dibasic, and sodium phosphate monobasic to form its ANDA product, the Curia Regadenoson Product will convert to regadenoson monohydrate, Form A, before dissolving into solution. C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶¶ 43, 47-48; *cf.* Exhibit L at 2.

95. Upon FDA approval, the Curia Regadenoson Product used in Hospira's ANDA product will be substantially free of 2-hydrazinoadenosine. *See* C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶¶ 14, 118.

96. Upon information and belief, Hospira's use of the Curia Regadenoson Product in Hospira's ANDA product will directly infringe at least claim 6 of the '301 patent.

97. Curia's manufacture, use, sale and offer for sale of the Curia Regadenoson Product will induce infringement of at least claim 6 of the '301 patent.

98. Curia has actual knowledge of the '301 patent. Curia has had knowledge of the '301 patent at least as of August 17, 2020, when it was served subpoenas in C.A. No. 18-1675-CFC-CJB which identified the '301 patent as one of the patents-in-suit in that action. Exhibit J, Attachment A at 4.

99. Curia's actions, including but not limited to, the development of the Curia Regadenoson Product and its continued manufacture of the Curia Regadenoson Product, reliably predict that Curia has made and will continue to make substantial preparation in the United States to manufacture, use, sell, and offer to sell the Curia Regadenoson Product. Upon information and belief, Curia possesses specific intent to encourage direct infringement of at least claim 6 of the '301 patent, including because it has continued to manufacture the Curia Regadenoson Product in spite of its knowledge of Plaintiffs' infringement allegations against Hospira, and Plaintiffs' contentions that the Curia Regadenoson Product contains regadenoson monohydrate, Form A. *See* C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶¶ 49, 53-55, 64-65, 88-91. Curia's counsel of record in this action attended the entire trial in C.A. No. 16-1875-CFC-CJB. There is no other use for the Curia Regadenoson Product other than to dissolve it into a solution to form a medicine that can be injected into a patient. Curia's continued commercial manufacture, offer for sale, and sale of the Curia Regadenoson Product provides evidence of an affirmative intent to induce infringement.

100. Curia's manufacture, use, sale and offer for sale of the Curia Regadenoson Product will contribute to the infringement of at least claim 6 of the '301 patent.

101. Upon information and belief, Curia knows that the Curia Regadenoson Product is a material part of Hospira's ANDA product. The Curia Regadenoson Product is the active pharmaceutical ingredient in Hospira's ANDA product. C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶¶ 12-13. Curia knows that Hospira will add the Curia Regadenoson Product to a solution containing at least water, sodium phosphate dibasic and sodium phosphate monobasic (i.e., an aqueous buffered solution, which is a pharmaceutically acceptable carrier), in order to formulate Hospira's ANDA product. *Id.*, ¶¶ 13, 123. Upon information and belief, Curia knows that the addition of the Curia Regadenoson Product to a solution containing at least water, sodium phosphate dibasic, and sodium phosphate monobasic will result in the conversion of the Curia Regadenoson Product to regadenoson monohydrate, Form A, and will result in a pharmaceutical composition that infringes at least claim 6 of the '301 patent.

102. The Curia Regadenoson Product is not a staple article of commerce suitable for substantial non-infringing use. Upon FDA approval of Hospira's ANDA product, the only approved use of the Curia Regadenoson Product will be as the active pharmaceutical ingredient in Hospira's ANDA product (or the active pharmaceutical ingredient in other FDA approved generic regadenoson products)— that is dissolved in a solution to form a pharmaceutical composition that infringes at least claim 6 of the '301 patent.

103. Plaintiffs are entitled to a declaratory judgment that the future manufacture, use, offer for sale, and/or sale of the Curia Regadenoson Product before patent expiration will constitute induced and/or contributory infringement of at least claim 6 of the '301 patent under 35 U.S.C. §§ 271(b)-(c).

104. Unless and until Curia is enjoined from infringing the '301 patent, Plaintiffs will suffer irreparable injury for which damages are an inadequate remedy.

**COUNT IV**

**(DECLARATORY JUDGMENT OF INFRINGEMENT OF THE '883 PATENT)**

105. Each of the preceding paragraphs 1 to 104 is incorporated as if fully set forth herein.

106. This claim arises under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

107. There is an actual case or controversy such that this Court may entertain Plaintiffs' request for declaratory relief consistent with Article III of the United States Constitution, and that actual case or controversy requires a declaration of rights by this Court.

108. Upon a commercial launch of Hospira's ANDA product, Curia will induce and/or contribute to infringement of one or more claims of the '883 patent, including at least exemplary claim 1, in violation of 35 U.S.C. § 271(b)-(c), by making, using, offering to sell, or selling its infringing Curia Regadenoson Product within the United States.

109. For example, Curia manufactures the Curia Regadenoson Product. Exhibits G-H; C.A. No. 18-1675-CFC-CJB, D.I. 873, Ex. 1 ¶ 76. The Curia Regadenoson Product is regadenoson Form G. *Id.*; *see also id.*, D.I. 918, ¶ 18.

110. Form G regadenoson has a propensity to convert to regadenoson monohydrate, Form A, in the presence of water. *See* C.A. No. 18-1675, D.I. 918, ¶¶ 42-48; Exhibit I at Abstract, 3:5-10. The Curia Regadenoson Product, Form G, and its precursors in Curia's manufacturing process, crude regadenoson and regadenoson Form F, have converted, and will convert, to regadenoson monohydrate, Form A, during Curia's manufacturing process. *See* C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶¶ 16, 49, 53-55, 64-65, 88-91.

111. Upon information and belief, upon FDA approval, Hospira will purchase the Curia Regadenoson Product from Curia, and will combine and dissolve the Curia Regadenoson

Product in a solution containing at least water, sodium phosphate dibasic, and sodium phosphate monobasic, which is a pharmaceutically acceptable carrier, to form Hospira's ANDA product. C.A. No. 18-1675-CFC-CJB, D.I. 894 at 6; C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶¶ 13, 59, 114, 123.

112. Regadenoson monohydrate, Form A, is the most stable form of regadenoson under certain conditions, including the conditions used to formulate Lexiscan®. C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶ 43. When contacted with propylene glycol and water, less stable forms of regadenoson have been shown to convert to Form A. *Id.*, ¶¶ 43, 47-48; *cf.* Exhibit L at 2. The Curia Regadenoson Product, Form G regadenoson, is less stable than regadenoson monohydrate, Form A, in the presence of water, and will therefore convert to regadenoson monohydrate in the presence of water. *Id.*, ¶¶ 43, 47-48; *cf.* Exhibit L at 2.

113. Upon information and belief, when Hospira puts the Curia Regadenoson Product in a solution containing at least water, sodium phosphate dibasic, and sodium phosphate monobasic to form its ANDA product, the Curia Regadenoson Product will convert to regadenoson monohydrate, Form A, before dissolving into solution. C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶¶ 43, 47-48; *cf.* Exhibit L at 2.

114. Upon information and belief, Hospira's use of the Curia Regadenoson Product in Hospira's ANDA product will directly infringe at least claim 1 of the '883 patent.

115. Curia's manufacture, use, sale and offer for sale of the Curia Regadenoson Product will induce infringement of at least claim 1 of the '883 patent.

116. Curia has actual knowledge of the '883 patent. Curia has had knowledge of the '883 patent at least as of August 17, 2020, when it was served subpoenas in C.A. No. 18-1675-

CFC-CJB which identified the ’883 patent as one of the patents-in-suit in that action. Exhibit J, Attachment A at 4.

117. Curia’s actions, including but not limited to, the development of the Curia Regadenoson Product and its continued manufacture of the Curia Regadenoson Product, reliably predict that Curia has made and will continue to make substantial preparation in the United States, including in the District of Delaware, to manufacture, use, sell, and offer to sell the Curia Regadenoson Product.

118. Upon information and belief, Curia possesses specific intent to encourage direct infringement of at least claim 1 of the ’883 patent, including because it has continued to manufacture the Curia Regadenoson Product in spite of its knowledge of Plaintiffs’ infringement allegations against Hospira and Plaintiffs’ contentions that the Curia Regadenoson Product contains regadenoson monohydrate, Form A. *See* C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶¶ 49, 53-55, 64-65, 88-91. Curia’s counsel of record in this action attended the entire trial in C.A. No. 16-1875-CFC-CJB. There is no other use for the Curia Regadenoson Product other than to dissolve it into a solution to form a medicine that can be injected into a patient. Curia’s continued commercial manufacture, offer for sale, and sale of the Curia Regadenoson Product provides evidence of an affirmative intent to induce infringement.

119. Curia’s manufacture, use, sale and offer for sale of the Curia Regadenoson Product will contribute to the infringement of at least claim 1 of the ’883 patent.

120. Upon information and belief, Curia knows that the Curia Regadenoson Product is a material part of Hospira’s ANDA product. The Curia Regadenoson Product is the active pharmaceutical ingredient in Hospira’s ANDA product. C.A. No. 18-1675-CFC-CJB, D.I. 918, ¶¶ 12-13. Curia knows that Hospira will add the Curia Regadenoson Product to a solution

containing at least water, sodium phosphate dibasic, and sodium phosphate monobasic (i.e., an aqueous buffered solution, which is a pharmaceutically acceptable carrier), in order to formulate Hospira's ANDA product. *Id*., ¶¶ 13, 123. Upon information and belief, Curia knows that the addition of the Curia Regadenoson Product to a solution containing at least water, sodium phosphate dibasic, and sodium phosphate monobasic will result in the conversion of the Curia Regadenoson Product to regadenoson monohydrate, Form A, and will result in a pharmaceutical composition that infringes at least claim 1 of the '883 patent.

121. The Curia Regadenoson Product is not a staple article of commerce suitable for substantial non-infringing use. Upon FDA approval of Hospira's ANDA product, the only approved use of the Curia Regadenoson Product will be as the active pharmaceutical ingredient in Hospira's ANDA product (or the active pharmaceutical ingredient in other FDA approved generic regadenoson products)—as part of a pharmaceutical composition that infringes at least claim 1 of the '883 patent.

122. Plaintiffs are entitled to a declaratory judgment that the future manufacture, use, offer for sale, and/or sale of the Curia Regadenoson Product before patent expiration will constitute induced and/or contributory infringement of at least claim 1 of the '883 patent under 35 U.S.C. §§ 271(b)-(c).

123. Unless and until Curia is enjoined from infringing the '883 patent, Plaintiffs will suffer irreparable injury for which damages are an inadequate remedy.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court grant the following relief:

1. A judgment that Curia has infringed the ’567 patent by making, using, offering to sell, or selling in the United States the Curia Regadenoson Product, either literally or under the doctrine of equivalents, under 35 U.S.C. § 271;

2. A declaration issued under 28 U.S.C. § 2201 that the manufacture, use, offer for sale, and/or sale of Curia’s Regadenoson Product before the expiration of the ’183 patent, the ’301 patent and the ’883 patent does and will infringe the ’183, ’301, and ’883 patents.

3. An order preliminarily and permanently enjoining Curia, their officers, agents, servants, employees, attorneys, all parent and subsidiary corporations, their assigns and successors in interest, and those persons in active concert or participation with any of them who receive notice of the injunction, including distributors, sellers and consumers, from continuing and/or future acts of infringement of the ’567, ’183, ’301, and ’883 patents;

4. An award of damages or other monetary relief in an amount sufficient to compensate Plaintiffs for Curia’s infringement of the ’567, ’183, ’301, and ’883 patents, together with pre- and post-judgment interest and costs under 35 U.S.C. § 284;

5. A finding that Curia’s infringement has been willful trebling the damages awarded to Plaintiffs under 35 U.S.C. § 284;

6. A declaration that this case is exceptional under 35 U.S.C. § 285 and awarding Plaintiffs their costs, expenses, and reasonable attorneys’ fees pursuant;

7. An accounting of Curia’s infringing activities through trial and judgment; and

8. Such further and other relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial on all issues so triable.

Dated: March 16, 2022

FISH & RICHARDSON P.C.

By: /s/ Robert M. Oakes

Douglas E. McCann (#3852)
Robert M. Oakes (#5217)
Kelly Allenspach Del Dotto (#5969)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
dmccann@fr.com
oakes@fr.com
kad@fr.com

W. Chad Shear (#5711)
Kelly N. Williams
Fish & Richardson P.C.
123860 El Camino Real, Suite 400
San Diego, CA 92130
(858) 678-5070
shear@fr.com
nwilliams@fr.com

Elizabeth M. Flanagan (#5891)
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
(612) 335-5070
betsy.flanagan@fr.com

*Counsel for Plaintiffs Astellas US LLC, Astellas Pharma US, Inc. and Gilead Sciences, Inc.*

Of Counsel:

Lisa M. Ferri
Manuel J. Velez
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
(212) 506-2500
lferri@mayerbrown.com
mvelez@mayerbrown.com

*Counsel for Plaintiff Gilead Sciences, Inc.*

Jason Leonard
McDermott Will & Emory
One Vanderbilt Avenue
New York, NY 10017-3852
(212) 547-5400
jleonard@mwe.com

*Counsel for Plaintiffs Astellas US LLC and Astellas Pharma US, Inc.*

# Exhibit A

US006403567B1

(12) **United States Patent**
**Zablocki et al.**

(10) **Patent No.: US 6,403,567 B1**
(45) **Date of Patent: Jun. 11, 2002**

(54) **N-PYRAZOLE A2A ADENOSINE RECEPTOR AGONISTS**

(75) Inventors: **Jeff A. Zablocki**, Mountain View; **Elfatih O. Elzein**, Freemont; **Venkata P. Palle**, Mountain View, all of CA (US)

(73) Assignee: **CV Therapeutics, Inc.**, Palo Alto, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/338,185**

(22) Filed: **Jun. 22, 1999**

(51) **Int. Cl.**[7] ........................ **A61K 31/70**; C07H 19/167

(52) **U.S. Cl.** ........................ **514/46**; 536/27.3; 536/27.6; 536/27.61; 536/27.62; 536/27.63

(58) **Field of Search** ............................ 514/46; 536/27.3, 536/27.6, 27.61, 27.62, 27.63

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,956,345 A | 9/1990 | Miyasaka et al. | 514/46 |
| 4,968,697 A | * 11/1990 | Hutchison | 514/46 |
| 5,189,027 A | 2/1993 | Miyashita et al. | 514/46 |
| 5,270,304 A | 12/1993 | Kogi et al. | 514/46 |
| 5,459,254 A | 10/1995 | Yamaguchi et al. | 536/27.11 |
| 5,593,975 A | 1/1997 | Cristalli | 514/46 |
| 5,705,491 A | 1/1998 | Yamada | 514/46 |
| 5,770,716 A | 6/1998 | Khan et al. | 536/23.1 |
| 5,939,543 A | 8/1999 | Morozumi et al. | 536/27.63 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 965411 | 4/1975 |
| EP | 354 638 | 2/1990 |
| JP | Hei 5[1993]-9197 | 1/1993 |

OTHER PUBLICATIONS

Marumoto, et al., "Synthesis and Coronary Vadodilating Activity of 2–Substituted Adenosines", *Chem.. Pharm. Bull.* 23(4): 759–774 (1975).

Marumoto, et al., "Synthesis and Enzymatic Activity of Adenosine 3',5'–Cyclic Phosphate Analogs", *Chem.. Pharm. Bull.* 27(4) 990–1003 (1979).

Persson, et al., "Synthesis and Antiviral Effects of 2–Heteroaryl Substituted Adenosine and 8–Heteroaryl Substituted Guanosine Derivatives", *Bioorganic & Medicinal Chemistry*, 3:1377–1382 (1995).

Mager, et al., "Molecular simulation applied to 2–(N'alkylidenehydrazino)–and 2–(N'–aralkylidenehydrazino) adenosine $A_2$ Agnonists", *Eur J. Med. Chem*, 30:15–25 (1995).

Cristalli et al., "2–Alkynl Derivatives of Adenosine 5'–N'ethyluronamide: Selective $A_2$ Adenosine Receptor Agonists with Potent Inhibitory Activity on Platelet Aggregation", *J. Med. Chem,* 37:1720–1726 (1994). (May 27, 1994).

Matsuda, et al., "Nucleosides and Nucleotides. 103. 2 –Alkynyladenoines: A Novel Class of Selective Adenosine $A_2$ Receptor Agonists with Potent Antihypertensive Effects", *J. Med. Chem.* 35:241–252 (1992). (Jan. 24, 1992).

* cited by examiner

*Primary Examiner*—Paul J. Killos
*Assistant Examiner*—L. Eric Crane
(74) *Attorney, Agent, or Firm*—McDonnell Boehnen Hulbert & Berghoff

(57) **ABSTRACT**

2-adenosine N-pyrazole compositions having the following formula:




and methods for using the compositions as A2A receptor agonists to stimulate mammalian coronary vasodilatation for therapeutic purposes and for purposes of imaging the heart.

**13 Claims, No Drawings**

# N-PYRAZOLE A2A ADENOSINE RECEPTOR AGONISTS

## BACKGROUND OF THE INVENTION

1. Field of Invention

This invention includes N-pyrazole substituted 2-adenosine compositions that are useful as $A_{2A}$ receptor agonists. The compositions of this invention are vasodialating agents that are useful as heart imaging aids that aid in the identification of mammals, and especially humans who are suffering from coronary disorders such poor coronary perfusion which is indicative of coronary artery disease (CAD). The compositions of this invention can also be used as therapeutics for coronary artery disease as well as any other disorders mediated by the $A_{2A}$ receptor.

2. Description of the Art

Pharmacological stress is frequently induced with adenosine or dipyridamole in patients with suspected CAD before imaging with T1 scintigraphy or echocardiography. Both drugs effect dilation of the coronary resistance vessels by activation of cell surface $A_2$ receptors. Although pharmacological stress was originally introduced as a mean of provoking coronary dilation in patients unable to exercise, several studies have shown that the prognostic value of $^{201}$T1 or echocardiographic imaging in patients subjected to pharmacological stress with adenosine or dipyridamole was equivalent to patients subjected to traditional exercise stress tests. However, there is a high incidence of drug-related adverse side effects during pharmacological stress imaging with these drugs such as headache and nausea, that could be improved with new therapeutic agents.

Adenosine $A_{2B}$ and A3 receptors are involved in a mast cell degranulation and, therefore, asthmatics are not give the non-specific adenosine agonists to induce a pharmacological stress test. Additionally, adenosine stimulation of the $A_1$ receptor in the atrium and A-V mode will diminish the S-H interval which can induce AV block (N. C. Gupto et al.; *J. Am Coll. Cardiol*; (1992) 19: 248–257). Also, stimulation of the adenosine $A_1$ receptor by adenosine may be responsible for the nausea since the $A_1$ receptor is found in the intestinal tract (J. Nicholls et al.; *Eur. J. Pharm.* (1997) 338(2) 143–150).

Animal data suggests that specific adenosine $A_{2A}$ subtype receptors on coronary resistance vessels mediate the coronary dilatory responses to adenosine, whereas subtype $A_{2B}$ receptor stimulation relaxes peripheral vessels (note: the latter lowers systemic blood pressure). As a result there is a need for pharmaceutical compositions that are $A_{2A}$ receptor agonists that have no pharmacological effect as a result of stimulating the $A_1$ receptor in vivo. Furthermore, there is a need for $A_{2A}$ receptor agonists that have a short half-life, and that are well tolerated by patients undergoing pharmacological coronary stress evaluations.

## SUMMARY OF THE INVENTION

In one aspect, this invention includes 2-adenosine N-pyrazole compositions that are useful $A_{2A}$ receptor agonists.

In another aspect, this invention includes pharmaceutical compositions including 2-adenosine N-pyrazole that are well tolerated with few side effects.

Still another aspect of this invention are N-pyrazole compositions that can be easily used in conjunction with radioactive imaging agents to facilitate coronary imaging.

In one embodiment, this invention includes 2-adenosine N-pyrazole compositions having the following formula:





In another embodiment, this invention includes methods for using compositions of this invention to stimulate coronary vasodilatation in mammals, and especially in humans, for stressing the heart induced steal situation for purposes of imaging the heart.

In still another embodiment, this invention is a pharmaceutical composition of matter comprising one or more compositions of this invention and one or more pharmaceutical excipients.

## DESCRIPTION OF THE CURRENT EMBODIMENT

This invention includes a new class of 2-adenosine N-pyrazoles having the formula:



wherein $R^1$=$CH_2OH$, —$CONR_5R_6$;

$R^3$ is independently selected from the group consisting of $C_{1-15}$ alkyl, halo, $NO_2$, $CF_3$, CN, $OR^{20}$, $SR^{20}$, $N(R^{20})_2$, $S(O)R^{22}$, $SO_2R^{22}$, $SO_2N(R^{20})_2$, $SO_2NR^{20}COR^{22}$, $SO_2NR^{20}CO_2R^{22}$, $SO_2NR^{20}CON(R^{20})_2$, $N(R^{20})_2$ $NR^{20}COR^{22}$, $NR^{20}CO_2R^{22}$, $NR^{20}CON(R^{20})_2$, $NR^{20}C(NR^{20})NHR^{23}$, $COR^{20}$, $CO_2R^{20}$, $CON(R^{20})_2$, $CONR^{20}SO_2R^{22}$, $NR^{20}SO_2R^{22}$, $SO_2NR^{20}CO_2R^{22}$, $OCONR^{20}SO_2R^{22}$, $OC(O)R^{20}$, $C(O)OCH_2OC(O)R^{20}$, and $OCON(R^{20})_2$,—$CONR^7R^8$, $C_{2-15}$ alkenyl, $C_{2-15}$ alkynyl, heterocyclyl, aryl, and heteroaryl, wherein the alkyl, alkenyl, alkynyl, aryl, heterocyclyl and heteroaryl substituents are optionally substituted with from 1 to 3 substituents independently selected from the group consisting of halo, alkyl, $NO_2$, heterocyclyl, aryl, heteroaryl, $CF_3$, CN, $OR^{20}$, $SR^{20}$, $N(R^{20})_2$, $S(O)R^{22}$, $SO_2R^{22}$, $SO_2N(R^{20})_2$, $SO_2NR^{20}COR^{22}$, $SO^2NR^{20}CO_2R^{22}$, $SO_2NR^{20}CON(R^{20})_2$, $N(R^{20})_2$, $NR^{20}COR^{22}$, $NR^{20}CO_2R^{22}$, $NR^{20}CON(R^{20})_2$, $NR^{20}C(NR^{20})NHR^{23}$, $COR^{20}$, $CO_2R^{20}$, $CON(R_{20})_2$, $CONR^{20}SO_2R^{22}$, $NR^{20}SO_2R^{22}$, $SO_2NR^{20}CO_2R^{22}$, $OCONR^{20}SO_2R^{22}$, $OC(O)R^{20}$, $C(O)OCH_2OC(O)R^{20}$, and $OCON(R^{20})_2$ and wherein the optional substituted heteroaryl, aryl, and heterocyclyl substituents are optionally substituted with halo, $NO_2$, alkyl, $CF_3$, amino, mono- or di-alkylamino, alkyl or aryl or heteroaryl amide, $NCOR^{22}$, $NR^{20}SO_2R^{22}$, $COR^{20}$, $CO_2R^{20}$, $CON(R^{20})_2$, $NR^{20}CON$

$(R^{20})_2$, $OC(O)R^{20}$, $OC(O)N(R^{20})_2$, $SR^{20}$, $S(O)R^{22}$, $SO_2R^{22}$, $SO_2N(R^{20})_2$, CN, or $OR^{20}$;

$R^5$ and $R^6$ are each individually selected from H, and $C_1$–$C_{15}$ alkyl that is optionally substituted with from 1 to 2 substituents independently selected from the group of halo, $NO_2$, heterocyclyl, aryl, heteroaryl, $CF_3$, CN, $OR^{20}$, $SR^{20}$, $N(R^{20})_2$, $S(O)R^{22}$, $SO_2R^{22}$, $SO_2N(R^{20})_2$, $SO_2NR^{20}COR^{22}$, $SO_2NR^{20}CO_2R^{22}$, $SO_2NR^{20}CON(R^{20})_2$, $N(R^{20})_2$, $NR^{20}COR^{22}$, $NR^{20}CO_2R^{22}$, $NR^{20}CON(R^{20})_2$, $NR^{20}C(NR^{20})NHR^{23}$, $COR^{20}$, $CO_2R^{20}$, $CON(R^{20})_2$, $CONR^{20}SO_2R^{22}$, $NR^{20}SO_2R^{22}$, $SO_2NR^{20}CO_2R^{22}$, $OCONR^{20}SO_2R^{22}$, $OC(O)R^{20}$, $C(O)OCH_2OC(O)R^{20}$, and $OCON(R^{20})_2$ wherein each optional substituted heteroaryl, aryl, and heterocyclyl substituent is optionally substituted with halo, $NO_2$, alkyl, $CF_3$, amino, monoalkylamino, dialkylamino, alkylamide, arylamide, heteroarylamide, $NCOR^{22}$, $NR^{20}SO_2R^{22}$, $COR^{20}$, $CO_2R^{20}$, $CON(R^{20})_2$, $NR^{20}CON(R^{20})_2$, $OC(O)R^{20}$, $OC(O)N(R^{20})_2$, $SR^{20}$, $S(O)R^{22}$, $SO_2R^{22}$, $SO_2N(R^{20})_2$, CN, and $OR^{20}$;

$R^7$ is selected from the group consisting of hydrogen, $C_{1-15}$ alkyl, $C_{2-15}$ alkenyl, $C_{2-15}$ alkynyl, heterocyclyl, aryl and heteroaryl, wherein the alkyl, alkenyl, alkynyl, aryl, heterocyclyl and heteroaryl substituents are optionally substituted with from 1 to 3 substituents independently selected from the group of halo, $NO_2$, heterocyclyl, aryl, heteroaryl, $CF_3$, CN, $OR^{20}$, $SR^{20}$, $N(R^{20})_2$, $S(O)R^{22}$, $SO_2R^{22}$, $SO_2N(R^{20})_2$, $SO_2NR^{20}COR^{22}$, $SO_2NR^{20}CO_2R^{22}$, $SO_2NR^{20}CON(R^{20})_2$, $N(R^{20})_2$, $NR^{20}COR^{22}$, $NR^{20}CO_2R_{22}$, $NR^{20}CON(R^{20})_2$, $NR^{20}C(NR^{20})NHR^{23}$, $COR^{20}$, $CO_2R^{20}$, $CON(R^{20})_2$, $CONR^{20}SO_2R^{22}$, $NR^{20}SO_2R^{22}$, $SO_2NR^{20}CO_2R^{22}$, $OCONR^{20}SO_2R^{22}$, $OC(O)R^{20}$, $C(O)OCH_2OC(O)R^{20}$ and $OCON(R^{20})_2$ and wherein each optional substituted heteroaryl, aryl and heterocyclyl substituent is optionally substituted with halo, $NO_2$, alkyl, $CF_3$, amino, mono- or di-alkylamino, alkyl or aryl or heteroaryl amide, $NCOR^{22}$, $NR^{20}SO_2R^{22}$, $COR^{20}$, $CO_2R^{20}$, $CON(R^{20})_2$, $NR^{20}CON(R^{20})_2$, $OC(O)R^{20}$, $OC(O)N(R^{20})_2$, $SR^{20}$, $S(O)R^{22}$, $SO_2R^{22}$, $SO_2N(R^{20})_2$, CN, and $OR^{20}$;

$R^8$ is selected from the group consisting of hydrogen, $C_{1-15}$ alkyl, $C_{2-15}$ alkenyl, $C_{2-15}$ alkynyl, heterocyclyl, aryl, and heteroaryl, wherein the alkyl, alkenyl, alkynyl, aryl, heterocyclyl, and heteroaryl substituents are optionally substituted with from 1 to 3 substituents independently selected from the group consisting of halo, $NO_2$, heterocyclyl, aryl, heteroaryl, $CF_3$, CN, $OR^{20}$, $SR^{20}$, $N(R^{20})_2$, $S(O)R^{22}$, $SO_2R^{22}$, $SO_2N(R^{20})_2$, $SO_2NR^{20}COR^{22}$, $SO_2NR^{20}CO_2R^{22}$, $SO_2NR^{20}CON(R^{20})_2$, $N(R_{20})_2$, $NR^{20}COR^{22}$, $NR^{20}CO_2R^{22}$, $NR^{20}CON(R^{20})_2$, $NR^{20}C(NR^{20})NHR^{23}$, $COR^{20}$, $CO_2R^{20}$, $CON(R_{20})_2$, $CONR^{20}SO_2R^{22}$, $NR^{20}SO_2R^{22}$, $SO_2NR^{20}CO_2R^{22}$, $OCONR^{20}SO_2R^{22}$, $OC(O)R^{20}$, $C(O)OCH_2OC(O)R^{20}$, and $OCON(R^{20})_2$ and wherein each optional substituted heteroaryl, aryl, and heterocyclyl substituent is optionally substituted with halo, $NO_2$, alkyl, $CF_3$, amino, mono- or di- alkylamino, alkyl or aryl or heteroaryl amide, $NCOR^{22}$, $NR^{20}SO_2R^{22}$, $COR^{20}$, $CO_2R^{20}$, $CON(R^{20})_2$, $NR^{20}CON(R^{20})_2$, $OC(O)R^{20}$, $OC(O)N(R^{20})_2$, $SR^{20}$, $S(O)R^{22}$, $SO_2R^{22}$, $SO_2N(R^{20})_2$, CN, and $OR^{20}$;

$R^{20}$ is selected from the group consisting of H, $C_{1-15}$ alkyl, $C_{2-15}$ alkenyl, $C_{2-15}$ alkynyl, heterocyclyl, aryl, and heteroaryl, wherein the alkyl, alkenyl, alkynyl, heterocyclyl, aryl, and heteroaryl substituents are optionally substituted with from 1 to 3 substituents independently selected from halo, alkyl, mono- or dialkylamino, alkyl or aryl or heteroaryl amide, CN, O—$C_{1-6}$ alkyl, $CF_3$, aryl, and heteroaryl;

$R^{22}$ is selected from the group consisting of $C_{1-15}$ alkyl, $C_{2-15}$ alkenyl, $C_{2-15}$ alkynyl, heterocyclyl, aryl, and heteroaryl, wherein the alkyl, alkenyl, alkynyl, heterocyclyl, aryl, and heteroaryl substituents are optionally substituted with from 1 to 3 substituents independently selected from halo, alkyl, mono- or dialkylamino, alkyl or aryl or heteroaryl amide, CN, O—$C_{1-6}$ alkyl, $CF_3$, aryl, and heteroaryl; and

wherein $R^2$ and $R^4$ are selected from the group consisting of H, $C_{1-6}$ alkyl and aryl, wherein the alkyl and aryl substituents are optionally substituted with halo, CN, $CF_3$, $OR^{20}$ and $N(R^{20})_2$ with the proviso that when $R^2$ is not hydrogen then $R^4$ is hydrogen, and when $R^4$ is not hydrogen then $R^2$ is hydrogen.

In preferred compositions of this invention, $R^3$ is selected from the group consisting of $C_{1-15}$ alkyl, halo, $CF_3$, CN, $OR^{20}$, $SR^{20}$, $S(O)R^{22}$, $SO_2R^{22}$, $SO_2N(R^{20})_2$, $COR^{20}$, $CO_2R^{20}$, —$CONR^7R^8$, aryl and heteroaryl wherein the alkyl, aryl and heteroaryl substituents are optionally substituted with from 1 to 3 substituents independently selected from the group consisting of halo, aryl, heteroaryl, $CF_3$, CN, $OR^{20}$, $SR^{20}$, $S(O)R^{22}$, $SO_2R^{22}$, $SO_2N(R^{20})_2$, $COR^{20}$, $CO_2R^{20}$ or $CON(R^{20})_2$, and each optional heteroaryl and aryl substituent is optionally substituted with halo, alkyl, $CF_3$ CN, and $OR^{20}$; $R^5$ and $R^6$ are independently selected from the group of H and $C_1$–$C_{15}$ alkyl including one optional aryl substituent and each optional aryl substituent that is optionally substituted with halo or $CF_3$; $R^7$ is selected from the group consisting of $C_{1-15}$ alkyl, $C_{2-15}$ alkynyl, aryl, and heteroaryl, wherein the alkyl, alkynyl, aryl, and heteroaryl substituents are optionally substituted with from 1 to 3 substituents independently selected from the group consisting of halo, aryl, heteroaryl, $CF_3$, CN, $OR^{20}$, and each optional heteroaryl and aryl substituent is optionally substituted with halo, alkyl, $CF_3$, CN, or $OR^{20}$; $R^8$ is selected from the group consisting of hydrogen and $C_{1-15}$ alkyl; $R^{20}$ is selected from the group consisting of H, $C_{1-4}$ alkyl and aryl, wherein alkyl and aryl substituents are optionally substituted with one alkyl substituent; and $R^{22}$ is selected from the group consisting of $C_{1-4}$ alkyl and aryl which are each optionally substituted with from 1 to 3 alkyl group.

In more preferred compositions, $R^1$ is $CH_2OH$; $R^3$ is selected from the group consisting of $CO_2R^{20}$, —$CONR^7R^8$ and aryl where the aryl substituent is optionally substituted with from 1 to 2 substituents independently selected from the group consisting of halo, $C_{1-6}$ alkyl, $CF_3$ and $OR^{20}$; $R^7$ is selected from the group consisting of hydrogen, $C_{1-8}$ alkyl and aryl, where the alkyl and aryl substituents are optionally substituted with one substituent selected from the group consisting of halo, aryl, $CF_3$, CN, $OR^{20}$ and wherein each optional aryl substituent is optionally substituted with halo, alkyl, $CF_3$ CN, and $OR^{20}$; $R^8$ is selected from the group consisting of hydrogen and $C_{1-8}$ alkyl; and $R^{20}$ is selected from hydrogen and $C_{1-4}$ alkyl.

In a still more preferred embodiment, $R^1$=$CH_2OH$; $R^3$ is selected from the group consisting of $CO_2R^{20}$, —$CONR^7R^8$, and aryl that is optionally substituted with one substituent selected from the group consisting of halo, $C_{1-3}$ alkyl and $OR^{20}$; $R^7$ is selected from of hydrogen, and $C_{1-3}$ alkyl; $R^8$ is hydrogen; and $R^{20}$ is selected from hydrogen and $C_{1-4}$ alkyl. In this preferred embodiment, $R^3$ is most preferably selected from —$CO_2Et$ and —CONHEt.

In another still more preferred embodiment, $R^1$=—CONHEt, $R^3$ is selected from the group consisting of $CO_2R^{20}$, —$CONR^7R^8$, and aryl in that aryl is optionally substituted with from 1 to 2 substituents independently selected from the group consisting of halo, $C_{1-3}$ alkyl, $CF_3$ or $OR^{20}$; $R^7$ is selected from the group consisting of hydrogen, and $C_{1-8}$ alkyl that is optionally substituted with one substituent selected from the group consisting of halo,

$CF_3$, CN or $OR^{20}$; $R^8$ is selected from the group consisting of hydrogen and $C_{1-3}$ alkyl; and $R^{20}$ is selected from the group consisting of hydrogen and $C_{1-4}$ alkyl. In this more preferred embodiment, $R^8$ is preferably hydrogen, $R^7$ is preferably selected from the group consisting of hydrogen, and $C_{1-3}$, and $R^{20}$ is preferably selected from the group consisting of hydrogen and $C_{1-4}$ alkyl.

In a most preferred embodiment, the composition of this invention is selected from ethyl1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazole-4-carboxylate, (4S,2R,3R,5R)-2-{6-amino-2-[4-(4-chlorophenyl)pyrazolyl]purin-9-yl}-5-(hydroxymethyl)oxolane-3,4-diol, (4S,2R,3R,5R)-2-{6-amino-2-[4-(4-methoxyphenyl)pyrazolyl]purin-9-yl}-5-(hydroxymethyl)oxolane-3,4-diol, (4S,2R,3R,5R)-2-{6-amino-2-[4-(4-methylphenyl)pyrazolyl]purin-9-yl}-5-(hydroxymethyl) oxolane-3,4-diol, (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide, 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazole-4-carboxylic acid, and mixtures thereof.

The following definitions apply to terms as used herein.

"Halo" or "Halogen"—alone or in combination means all halogens, that is, chloro (Cl), fluoro (F), bromo (Br), iodo (I).

"Hydroxyl" refers to the group —OH.

"Thiol" or "mercapto" refers to the group —SH.

"Alkyl"—alone or in combination means an alkane-derived radical containing from 1 to 20, preferably 1 to 15, carbon atoms (unless specifically defined). It is a straight chain alkyl, branched alkyl or cycloalkyl. Preferably, straight or branched alkyl groups containing from 1–15, more preferably 1 to 8, even more preferably 1–6, yet more preferably 1–4 and most preferably 1–2, carbon atoms, such as methyl, ethyl, propyl, isopropyl, butyl, t-butyl and the like. The term "lower alkyl" is used herein to describe the straight chain alkyl groups described immediately above. Preferably, cycloalkyl groups are monocyclic, bicyclic or tricyclic ring systems of 3–8, more preferably 3–6, ring members per ring, such as cyclopropyl, cyclopentyl, cyclohexyl, adamantyl and the like. Alkyl also includes a straight chain or branched alkyl group that contains or is interrupted by a cycloalkyl portion. The straight chain or branched alkyl group is attached at any available point to produce a stable compound. Examples of this include, but are not limited to, 4-(isopropyl)-cyclohexylethyl or 2-methyl-cyclopropylpentyl. A substituted alkyl is a straight chain alkyl, branched alkyl, or cycloalkyl group defined previously, independently substituted with 1 to 3 groups or substituents of halo, hydroxy, alkoxy, alkylthio, alkylsulfinyl, alkylsulfonyl, acyloxy, aryloxy, heteroaryloxy, amino optionally mono- or di-substituted with alkyl, aryl or heteroaryl groups, amidino, urea optionally substituted with alkyl, aryl, heteroaryl or heterocyclyl groups, aminosulfonyl optionally N-mono- or N,N-di-substituted with alkyl, aryl or heteroaryl groups, alkylsulfonylamino, arylsulfonylamino, heteroarylsulfonylamino, alkylcarbonylamino, arylcarbonylamino, heteroarylcarbonylamino, or the like.

"Alkenyl"—alone or in combination means a straight, branched, or cyclic hydrocarbon containing 2–20, preferably 2–17, more preferably 2–10, even more preferably 2–8, most preferably 2–4, carbon atoms and at least one, preferably 1–3, more preferably 1–2, most preferably one, carbon to carbon double bond. In the case of a cycloalkyl group, conjugation of more than one carbon to carbon double bond is not such as to confer aromaticity to the ring. Carbon to carbon double bonds may be either contained within a cycloalkyl portion, with the exception of cyclopropyl, or within a straight chain or branched portion. Examples of alkenyl groups include ethenyl, propenyl, isopropenyl, butenyl, cyclohexenyl, cyclohexenylalkyl and the like. A substituted alkenyl is the straight chain alkenyl, branched alkenyl or cycloalkenyl group defined previously, independently substituted with 1 to 3 groups or substituents of halo, hydroxy, alkoxy, alkylthio, alkylsulfinyl, alkylsulfonyl, acyloxy, aryloxy, heteroaryloxy, amino optionally mono- or di-substituted with alkyl, aryl or heteroaryl groups, amidino, urea optionally substituted with alkyl, aryl, heteroaryl or heterocyclyl groups, aminosulfonyl optionally N-mono- or N,N-di-substituted with alkyl, aryl or heteroaryl groups, alkylsulfonylamino, arylsulfonylamino, heteroarylsulfonylamino, alkylcarbonylamino, arylcarbonylamino, heteroarylcarbonylamino, carboxy, alkoxycarbonyl, aryloxycarbonyl, heteroaryloxycarbonyl, or the like attached at any available point to produce a stable compound.

"Alkynyl"—alone or in combination means a straight or branched hydrocarbon containing 2–20, preferably 2–17, more preferably 2–10, even more preferably 2–8, most preferably 2–4, carbon atoms containing at least one, preferably one, carbon to carbon triple bond. Examples of alkynyl groups include ethynyl, propynyl, butynyl and the like. A substituted alkynyl refers to the straight chain alkynyl or branched alkenyl defined previously, independently substituted with 1 to 3 groups or substituents of halo, hydroxy, alkoxy, alkylthio, alkylsulfinyl, alkylsulfonyl, acyloxy, aryloxy, heteroaryloxy, amino optionally mono- or di-substituted with alkyl, aryl or heteroaryl groups, amidino, urea optionally substituted with alkyl, aryl, heteroaryl or heterocyclyl groups, aminosulfonyl optionally N-mono- or N,N-di-substituted with alkyl, aryl or heteroaryl groups, alkylsulfonylamino, arylsulfonylamino, heteroarylsulfonylamino, alkylcarbonylamino, arylcarbonylamino, heteroarylcarbonylamino, or the like attached at any available point to produce a stable compound.

"Alkyl alkenyl" refers to a group —R—CR'═CR'''R'''', where R is lower alkyl, or substituted lower alkyl, R', R''', R'''' may independently be hydrogen, halogen, lower alkyl, substituted lower alkyl, acyl, aryl, substituted aryl, hetaryl, or substituted hetaryl as defined below.

"Alkyl alkynyl" refers to a groups —RC≡CR' where R is lower alkyl or substituted lower alkyl, R' is hydrogen, lower alkyl, substituted lower alkyl, acyl, aryl, substituted aryl, hetaryl, or substituted hetaryl as defined below.

"Alkoxy" denotes the group —OR, where R is lower alkyl, substituted lower alkyl, acyl, aryl, substituted aryl, aralkyl, substituted aralkyl, heteroalkyl, heteroarylalkyl, cycloalkyl, substituted cycloalkyl, cycloheteroalkyl, or substituted cycloheteroalkyl as defined.

"Alkylthio" denotes the group —SR, $—S(O)_{n=1-2}$—R, where R is lower alkyl, substituted lower alkyl, aryl, substituted aryl, aralkyl or substituted aralkyl as defined herein.

"Acyl" denotes groups —C(O)R, where R is hydrogen, lower alkyl substituted lower alkyl, aryl, substituted aryl and the like as defined herein.

"Aryloxy" denotes groups —OAr, where Ar is an aryl, substituted aryl, heteroaryl, or substituted heteroaryl group as defined herein.

"Amino" denotes the group NRR', where R and R' may independently by hydrogen, lower alkyl, substituted lower alkyl, aryl, substituted aryl, hetaryl, or substituted hetaryl as defined herein or acyl.

"Amido" denotes the group —C(O)NRR', where R and R' may independently by hydrogen, lower alkyl, substituted lower alkyl, aryl, substituted aryl, hetaryl, substituted hetaryl as defined herein.

"Carboxyl" denotes the group —C(O)OR, where R is hydrogen, lower alkyl, substituted lower alkyl, aryl, substituted aryl, hetaryl, and substituted hetaryl as defined herein.

"Aryl"—alone or in combination means phenyl or naphthyl optionally carbocyclic fused with a cycloalkyl of preferably 5–7, more preferably 5–6, ring members and/or optionally substituted with 1 to 3 groups or substituents of halo, hydroxy, alkoxy, alkylthio, alkylsulfinyl, alkylsulfonyl, acyloxy, aryloxy, heteroaryloxy, amino optionally mono- or di-substituted with alkyl, aryl or heteroaryl groups, amidino, urea optionally substituted with alkyl, aryl, heteroaryl or heterocyclyl groups, aminosulfonyl optionally N-mono- or N,N-di-substituted with alkyl, aryl or heteroaryl groups, alkylsulfonylamino, arylsulfonylamino, heteroarylsulfonylamino, alkylcarbonylamino, arylcarbonylamino, heteroarylcarbonylamino, or the like.

"Substituted aryl" refers to aryl optionally substituted with one or more functional groups, e.g., halogen, lower alkyl, lower alkoxy, alkylthio, acetylene, amino, amido, carboxyl, hydroxyl, aryl, aryloxy, heterocycle, hetaryl, substituted hetaryl, nitro, cyano, thiol, sulfamido and the like.

"Heterocycle" refers to a saturated, unsaturated, or aromatic carbocyclic group having a single ring (e.g., morpholino, pyridyl or furyl) or multiple condensed rings (e.g., naphthpyridyl, quinoxalyl, quinolinyl, indolizinyl or benzo[b]thienyl) and having at least one hetero atom, such as N, O or S, within the ring, which can optionally be unsubstituted or substituted with, e.g., halogen, lower alkyl, lower alkoxy, alkylthio, acetylene, amino, amido, carboxyl, hydroxyl, aryl, aryloxy, heterocycle, hetaryl, substituted hetaryl, nitro, cyano, thiol, sulfamido and the like.

"Heteroaryl"—alone or in combination means a monocyclic aromatic ring structure containing 5 or 6 ring atoms, or a bicyclic aromatic group having 8 to 10 atoms, containing one or more, preferably 1–4, more preferably 1–3, even more preferably 1–2, heteroatoms independently selected from the group O, S, and N, and optionally substituted with 1 to 3 groups or substituents of halo, hydroxy, alkoxy, alkylthio, alkylsulfinyl, alkylsulfonyl, acyloxy, aryloxy, heteroaryloxy, amino optionally mono- or di-substituted with alkyl, aryl or heteroaryl groups, amidino, urea optionally substituted with alkyl, aryl, heteroaryl or heterocyclyl groups, aminosulfonyl optionally N-mono- or N,N-di-substituted with alkyl, aryl or heteroaryl groups, alkylsulfonylamino, arylsulfonylamino, heteroarylsulfonylamino, alkylcarbonylamino, arylcarbonylamino, heteroarylcarbonylamino, or the like. Heteroaryl is also intended to include oxidized S or N, such as sulfinyl, sulfonyl and N-oxide of a tertiary ring nitrogen. A carbon or nitrogen atom is the point of attachment of the heteroaryl ring structure such that a stable aromatic ring is retained. Examples of heteroaryl groups are pyridinyl, pyridazinyl, pyrazinyl, quinazolinyl, purinyl, indolyl, quinolinyl, pyrimidinyl, pyrrolyl, oxazolyl, thiazolyl, thienyl, isoxazolyl, oxathiadiazolyl, isothiazolyl, tetrazolyl, imidazolyl, triazinyl, furanyl, benzofuryl, indolyl and the like. A substituted heteroaryl contains a substituent attached at an available carbon or nitrogen to produce a stable compound.

"Heterocyclyl"—alone or in combination means a non-aromatic cycloalkyl group having from 5 to 10 atoms in which from 1 to 3 carbon atoms in the ring are replaced by heteroatoms of O, S or N, and are optionally benzo fused or



fused heteroaryl of 5–6 ring members and/or are optionally substituted as in the case of cycloalkyl. Heterocycyl is also intended to include oxidized S or N, such as sulfinyl, sulfonyl and N-oxide of a tertiary ring nitrogen. The point of attachment is at a carbon or nitrogen atom. Examples of heterocyclyl groups are tetrahydrofuranyl, dihydropyridinyl, piperidinyl, pyrrolidinyl, piperazinyl, dihydrobenzofuryl, dihydroindolyl, and the like. A substituted hetercyclyl contains a substituent nitrogen attached at an available carbon or nitrogen to produce a stable compound.

"Substituted heteroaryl" refers to a heterocycle optionally mono or poly substituted with one or more functional groups, e.g., halogen, lower alkyl, lower alkoxy, alkylthio, acetylene, amino, amido, carboxyl, hydroxyl, aryl, aryloxy, heterocycle, substituted heterocycle, hetaryl, substituted hetaryl, nitro, cyano, thiol, sulfamido and the like.

"Aralkyl" refers to the group —R—Ar where Ar is an aryl group and R is lower alkyl or substituted lower alkyl group. Aryl groups can optionally be unsubstituted or substituted with, e.g., halogen, lower alkyl, alkoxy, alkylthio, acetylene, amino, amido, carboxyl, hydroxyl, aryl, aryloxy, heterocycle, substituted heterocycle, hetaryl, substituted hetaryl, nitro, cyano, thiol, sulfamido and the like.

"Heteroalkyl" refers to the group —R—Het where Het is a heterocycle group and R is a lower alkyl group. Heteroalkyl groups can optionally be unsubstituted or substituted with e.g., halogen, lower alkyl, lower alkoxy, alkylthio, acetylene, amino, amido, carboxyl, aryl, aryloxy, heterocycle, substituted heterocycle, hetaryl, substituted hetaryl, nitro, cyano, thiol, sulfamido and the like.

"Heteroarylalkyl" refers to the group —R—HetAr where HetAr is an heteroaryl group and R lower alkyl or substituted lower alkyl. Heteroarylalkyl groups can optionally be unsubstituted or substituted with, e.g., halogen, lower alkyl, substituted lower alkyl, alkoxy, alkylthio, acetylene, aryl, aryloxy, heterocycle, substituted heterocycle, hetaryl, substituted hetaryl, nitro, cyano, thiol, sulfamido and the like.

"Cycloalkyl" refers to a divalent cyclic or polycyclic alkyl group containing 3 to 15 carbon atoms.

"Substituted cycloalkyl" refers to a cycloalkyl group comprising one or more substituents with, e.g., halogen, lower alkyl, substituted lower alkyl, alkoxy, alkylthio, acetylene, aryl, aryloxy, heterocycle, substituted heterocycle, hetaryl, substituted hetaryl, nitro, cyano, thiol, sulfamido and the like.

"Cycloheteroalkyl" refers to a cycloalkyl group wherein one or more of the ring carbon atoms is replaced with a heteroatom (e.g., N, O, S or P).

Substituted cycloheteroalkyl" refers to a cycloheteroalkyl group as herein defined which contains one or more substituents, such as halogen, lower alkyl, lower alkoxy, alkylthio, acetylene, amino, amido, carboxyl, hydroxyl, aryl, aryloxy, heterocycle, substituted heterocycle, hetaryl, substituted hetaryl, nitro, cyano, thiol, sulfamido and the like.

"Alkyl cycloalkyl" denotes the group —R-cycloalkyl where cycloalkyl is a cycloalkyl group and R is a lower alkyl or substituted lower alkyl. Cycloalkyl groups can optionally be unsubstituted or substituted with e.g. halogen, lower alkyl, lower alkoxy, alkylthio, acetylene, amino, amido, carboxyl, hydroxyl, aryl, aryloxy, heterocycle, substituted heterocycle, hetaryl, substituted hetaryl, nitro, cyano, thiol, sulfamido and the like.

"Alkyl cycloheteroalkyl" denotes the group —R-cycloheteroalkyl where R is a lower alkyl or substituted lower alkyl. Cycloheteroalkyl groups can optionally be unsubstituted or substituted with e.g. halogen, lower alkyl, lower alkoxy, alkylthio, amino, amido, carboxyl, acetylene,

hydroxyl, aryl, aryloxy, heterocycle, substituted heterocycle, hetaryl, substituted hetaryl, nitro, cyano, thiol, sulfamido and the like.

The compounds of this invention can be prepared as outlined in Schemes 1–4. Compounds having the general formula IV can be prepared as shown in Scheme 1.

Scheme 1.




-continued




IV

Compound I can be prepared by reacting compound 1 with appropriately substituted 1,3 -dicarbonyl in a mixture of AcOH and MeOH at 80° C. (Holzer et al., J. Heterocycl. Chem. (1993) 30, 865). Compound II, which can be obtained by reacting compound I with 2,2-dimethoxypropane in the presence of an acid, can be oxidized to the carboxylic acid III, based on structurally similar compounds using potassium permanganate or pyridinium chlorochromate (M. Hudlicky, (1990) Oxidations in Organic Chemistry, ACS Monographs, American Chemical Society, Washington D.C.). Reaction of a primary or secondary amine having the formula $HNR^6R^7$, and compound III using DCC (M. Fujino et al., Chem. Pharm. Bull. (1974), 22, 1857), PyBOP (J. Martinez et al., J. Med. Chem. (1988) 28, 1874) or PyBrop (J. Caste et al. Tetrahedron, (1991), 32, 1967) coupling conditions can afford compound IV.

Scheme 2.



-continued




4




V

Compound V can be prepared as shown in Scheme 2. The Tri TBDMS derivative 4 can be obtained by treating compound 2 with TBDMSCl and imidazole in DMF followed by hydrolysis of the ethyl ester using NaOH. Reaction of a primary or secondary amine with the formula $HNR^6R^7$, and compound 4 using DCC (M. Fujino et al., Chem. Pharm. Bull. (1974), 22, 1857), PyBOP (J. Martinez et al., J. Med. Chem. (1988) 28, 1874) or PyBrop (J. Caste et al. Tetrahedron, (1991), 32, 1967) coupling conditions can afford compound V.

Scheme 3




5




6

-continued




7




8




9




1




10

-continued



11

A specific synthesis of compound 11 is illustrated in Scheme 3. Commercially available guanosine 5 was converted to the triacetate 6 as previously described (M. J. Robins and B. Uznanski, Can. J. Chem. (1981), 59, 2601–2607). Compound 7, prepared by following the literature procedure of Cerster et al. (J. F. Cerster, A. F. Lewis, and R. K. Robins, Org. Synthesis, 242–243), was converted to compound 9 in two steps as previously described (V. Nair et al., J. Org. Chem., (1988), 53, 3051–3057). Compound 1 was obtained by reacting hydrazine hydrate with compound 9 in ethanol at 80° C. Condensation of compound 1 with ethoxycarbonylmalondialdehyde in a mixture of AcOH and MeOH at 80° C. produced compound 10. Heating compound 10 in excess methylamine afforded compound 11.

Scheme 4



The synthesis of 1,3-dialdehyde VII is described in Scheme 4. Reaction of 3,3-diethoxypropionate or 3,3-diethoxypropionitrile or 1,1-diethoxy-2-nitroethane VI ($R_3$= $CO_2R$, CN or $NO_2$) with ethyl or methyl formate in the presence of NaH can afford the dialdehyde VII (Y. Yamamoto et al., J. Org. Chem. (1989) 54, 4734).

Compounds of this invention are useful in conjunction with radioactive imaging agents to image coronary activity. The compounds of this invention are $A_{2A}$ agonists that are believed to provide specific activation of adenosine $A_{2A}$ receptors in the coronary vessels as opposed to adenosine A1 receptors in the atrium and AV-node and/or $A_{2B}$ receptors in peripheral vessels, thus avoiding undesirable side-effects. Upon administration in a therapeutic amount, the compositions of this invention cause coronary blood vessels to vasodilate to induce coronary steal wherein healthy coronary vessels steal blood from unhealthy vessels resulting in lack of blood flow to heart tissues. Lower doses of the $A_{2A}$ agonists may provide beneficial coronary vasodilatation (less severe) in the treatment of chronic CAD.

As $A_{2A}$ agonists, the compositions of this invention are also useful in adjunctive therapy with angioplasty to induce dilation, inhibit platelet aggregation, and as a general anti-inflammatory agent. $A_{2A}$ agonists, such as the compositions of this invention, can provide the therapeutic benefits described above by preventing neutrophil activation (Purinergic Approaches in Experimental Therapeutics K. A. Jacobson and M. F. Jarvis 1997 Wiley, N.Y.). The compounds of this invention are also effective against a condition called no-reflow in which platelets and neutrophils aggregate and block a vessel. As $A_{2A}$ agonists, the compositions of this invention are effective against no-reflow by preventing neutrophil and platelet activation (e.g., they are believed to prevent release of superoxide from neutrophils). As $A_{2A}$ agonists, the compositions of this invention are also useful as cardioprotective agents through their anti-inflammatory action on neutrophils. Thus, in situations when the heart will go through an ischemic state such as a transplant, they will be useful.

This invention also includes pro-drugs of the above-identified $A_{2A}$ agonists. A pro-drug is a drug which has been chemically modified and may be biological inactive at its site of action, but which will be degraded or modified by one or more enzymatic or in vivo processes to the bioactive form. The pro-drugs of this invention should have a different pharmacokinetic profile to the parent enabling improved absorption across the mucosal epithelium, better salt formulation and/or solubility and improved systemic stability. The above-identified compounds may be preferably modified at one or more of the hydroxyl groups. The modifications may be (1) ester or carbamate derivatives which may be cleaved by esterases or lipases, for example; (2) peptides which may be recognized by specific or non specific proteinase; or (3) derivatives that accumulate at a site of action through membrane selection or a pro-drug form or modified pro-drug form, or any combination of (1) to (3) above.

The compositions may be administered orally, intravenously, through the epidermis or by any other means known in the art for administering a therapeutic agents. The method of treatment comprises the administration of an effective quantity of the chosen compound, preferably dispersed in a pharmaceutical carrier. Dosage units of the active ingredient are generally selected from the range of 0.01 to 100 mg/kg, but will be readily determined by one skilled in the art depending upon the route of administration, age and condition of the patient. This dose is typically administered in a solution about 5 minutes to about an hour or more prior to coronary imaging. No unacceptable toxicological effects are expected when compounds of the invention are administered in accordance with the present invention.

If the final compound of this invention contains a basic group, an acid addition salt may be prepared. Acid addition salts of the compounds are prepared in a standard manner in a suitable solvent from the parent compound and an excess of acid, such as hydrochloric, hydrobromic, sulfuric, phosphoric, acetic, maleic, succinic, or methanesulfonic. The hydrochloric salt form is especially useful. If the final compound contains an acidic group, cationic salts may be prepared. Typically the parent compound is treated with an excess of an alkaline reagent, such as hydroxide, carbonate or alkoxide, containing the appropriate cation. Cations such as $Na^+$, $K^+$, $Ca^{+2}$ and $NH_4^+$ are examples of cations present in pharmaceutically acceptable salts. Certain of the compounds form inner salts or zwitterions which may also be acceptable.

Pharmaceutical compositions including the compounds of this invention, and/or derivatives thereof, may be formulated as solutions or lyophilized powders for parenteral administration. Powders may be reconstituted by addition of a suitable diluent or other pharmaceutically acceptable carrier prior to use. If used in liquid form the compositions of this invention are preferably incorporated into a buffered, isotonic, aqueous solution. Examples of suitable diluents are normal isotonic saline solution, standard 5% dextrose in water and buffered sodium or ammonium acetate solution.

Such liquid formulations are suitable for parenteral administration, but may also be used for oral administration. It may be desirable to add excipients such as polyvinylpyrrolidinone, gelatin, hydroxycellulose, acacia, polyethylene glycol, mannitol, sodium chloride, sodium citrate or any other excipient known to one of skill in the art to pharmaceutical compositions including compounds of this invention. Alternatively, the pharmaceutical compounds may be encapsulated, tableted or prepared in an emulsion or syrup for oral administration. Pharmaceutically acceptable solid or liquid carriers may be added to enhance or stabilize the composition, or to facilitate preparation of the composition. Liquid carriers include syrup, peanut oil, olive oil, glycerin, saline, alcohols and water. Solid carriers include starch, lactose, calcium sulfate, dihydrate, teffa alba, magnesium stearate or stearic acid, talc, pectin, acacia, agar or gelatin. The carrier may also include a sustained release material such as glycerol monostearate or glycerol distearate, alone or with a wax. The amount of solid carrier varies but, preferably, will be between about 20 mg to about 1 gram per dosage unit. The pharmaceutical dosages are made using conventional techniques such as milling, mixing, granulation, and compressing, when necessary, for tablet forms; or milling, mixing and filling for hard gelatin capsule forms. When a liquid carrier is used, the preparation will be in the form of a syrup, elixir, emulsion or an aqueous or non-aqueous suspension. Such a liquid formulation may be administered directly or filled into a soft gelatin capsule. It is preferred that the compositions of this invention are administered as a solution either orally or intravenously.

The Examples which follow serve to illustrate this invention. The Examples are intended to in no way limit the scope of this invention, but are provided to show how to make and use the compounds of this invention. In the Examples, all temperatures are in degrees Centigrade.

EXAMPLE 1




Ethyl 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2 -yl}pyrazole-4-carboxylate which can also be identified as 2-(4-ethoxycarbonylpyrazol-1-yl) adenosine (12)

To a suspension of 2-hydrazinoadenosine (0.025 g, 0.08 mmol) in a 1:1 mixture of MeOH/AcOH was added (ethoxycarbonyl)malondialdehyde ((0.019 g, 0.12 mmol) and the mixture was heated [heated] at 80° C. for 3 h. The precipitate formed was collected by filtration and washed with EtOH and ether to afford 12. $^1$HNMR (DMSO-d6) δ1.25 (t, 3 H), 3.5 (m, 1 H), 3.6 (m, 1 H), 3.8 (d, 1 H), 4.15 (d, 1 H), 4.55 (m, 1H), 5.0 (t, 1 H), 5.2 (d, 1 H), 5.5 (d, 1 H), 5.9 (d, 1H), 7.15–7.3 (m, 5 H), 7.8 (br s, 2 H), 8.1 (s, 1H), 8.4 (s, 1 H), 8.9 (s, 1H).



EXAMPLE 2




(4S,2R,3R,5R)-2-{6-amino-2-[4-(4-chlorophenyl) pyrazolyl]purin-9-yl}-5-(hydroxymethyl)oxolane-3,4-diol which can also be identified as 2-[4-(4-chlorophenyl)pyrazol-1-yl)]adenosine (13)

To a suspension of 2-hydrazinoadenosine (0.025 g, 0.08 mmol) in a 1:1 mixture of MeOH/AcOH was added 2-(4-chloro)malondialdehyde (0.022 g, 0.12 mmol) and the mixture was heated at 80° C. for 3 h. The precipitate formed was collected by filtration and washed with EtOH and Ether to afford 13. $^1$HNMR (DMSO-d6) δ3.5 (m, 1 H), 3.6 (m, 1 H), 3.8 (d, 1 H), 4.15 (d, 1 H), 4.2 (q, 2 H), 4.55 (m, 1H), 5.9 (d, 1H), 7.45 (d, 2 H), 7.75 (d, 2 H), 8.25 (s, 1H), 8.35 (s, 1 H), 8.9 (s, 1H).

EXAMPLE 3




(4S,2R,3R,5R)-2-{6-amino-2-[4-(4-methoxyphenyl) pyrazolyl]purin-9-yl}-5-(hydroxymethyl)oxolane-3,4-diol which can also be identified as 2-[4-(4-methoxyphenyl)pyrazol-1-yl)]adenosine (14)

To a suspension of 2-hydrazinoadenosine (0.025 g, 0.08 mmol) in a 1:1 mixture of MeOH/AcOH was added 2-(4-methoxy)malondialdehyde (0.022 g, 0.12 mmol) and the mixture was heated at 80° C. for 3 h. The precipitate formed was collected by filtration and washed with EtOH and Ether to afford 14. $^1$HNMR (DMSO-d6) δ3.55 (m, 1 H), 3.65 (m, 1 H), 3.75 (s, 3 H), 3.9 (d, 1 H), 4.15 (d, 1 H), 4.6 (m, 1 H), 5.9 (d, 1 H), 6.75 (d, 2 H), 7.6 (d, 2 H), 8.15 (s, 1H), 8.35 (s, 1 H), 8.8 (s, 1 H).

EXAMPLE 4



(4S,2R,3R,5R)-2-{6-amino-2-[4-(4-methylphenyl) pyrazolyl]purin-9-yl}-5-(hydroxymethyl)oxolane-3, 4-diol which can also be identified as 2-[4-(4-methylphenyl)pyrazol-1-yl)]adenosine (15)

To a suspension of 2-hydrazinoadenosine (0.025 g, 0.08 mmol) in a 1:1 mixture of MeOH/AcOH was added 2-(4-methyl)malondialdehyde (0.019 g, 0.12 mmol) and the mixture was heated at 80° C. for 3 h. The precipitate formed was collected by filtration and washed with EtOH and Ether to afford 15. $^{1}$HNMR (DMSO-d6) δ3.55 (m, 1 H\), 3.65 (m, 1 H), 3.75 (s, 3 H), 3.9 (d, 1 H), 4.15 (d, 1 H), 4.6 (m, 1 H), 5.9 (d, 1 H), 6.75 (d, 2 H), 7.6 (d, 2 H), 8.15 (s, 1 H), 8.35 (s, 1 H), 8.8 (s, 1 H).

EXAMPLE 5



(1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2 -yl}pyrazol-4N-methylcarboxamide which can also be identified as 2-(4-methylaminocarbonylpyrazol-1-yl)adenosine (16)

The mixture heated at 65° C. in for 24 h. After concentration in vacuo, the residue was purified using prep. TLC (10% MeOH:DCM). $^{1}$HNMR ($CD_3OD$) δ2.90 (s, 3 H), 3.78 (m, 1 H), 3.91 (m, 1 H), 4.13 (d, 1 H), 4.34 (d, 1 H), 4.64 (m, 1 H), 6.06 (d, 1 H), 8.11 (s, 1 H), 8.38 (s, 1 H), 9.05 (s, 1 H).



EXAMPLE 6



1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazole-4-carboxylic acid which can also be identified as 2-(4-carboxypyrazol-1-yl)adenosine (17)

Compound 12 (0.05 mg, 0.12 mmol) was dissolved one equivalent of 1N NaOH. The solution was allowed to stir at Rt for 2 h, then acidified to pH 4. The resulting precipitate was filtered and washed with water and ether. $^{1}$HNMR ($CD_3OD$) Δ3.75 (m, 1 H), 3.90 (m, 1 H), 4.13 (d, 1 H), 4.43 (d, 1 H), 4.64 (m, 1H), 6.05 (d, 1H), 8.10 (s, 1H), 8.35 (s, 1 H), 9.05 (s, 1 H).

EXAMPLE 7

Compositions of this invention were assayed to determine their affinity for the A2A receptor in a pig striatum membrane prep. Briefly, 0.2 mg of pig striatal membranes were treated with adenosine deaminase (2 U/ mL) and 50 mM Tris buffer (pH=7.4) followed by mixing. To the pig membranes was added 2 $\mu$L of serially diluted DMSO stock solution of the compounds of this invention at concentrations ranging from 10 nM to 100 microM or the control received 2 microL of DMSO alone, then the trotted antagonist ZM 241385 in Tris buffer (50 mM, pH of 7.4) was added to achieve a final concentration of 2 nM . After incubation at 23° C. for 2 h, then the solutions were filtered using a membrane harvester using multiple washing of the membranes (3×). The filter disks were counted in scintillation cocktail to determine the amount of displacement of tritiated ZM displaced by the compositions of this invention. Greater than a 5 point curve was used to generate Ki's. and the number of experiments is indicated in the column marked in Table 1 below.

TABLE 1

| Compound Number | $A_{2a}$ Ki, nM | n |
|---|---|---|
| 12 | +++ | 2 |
| 13 | ++ | 3 |
| 14 | ++ | 1 |
| 15 | ++ | 3 |
| 16 | ++ | 2 |
| 17 | – | 1 |

+++ = 10–1,000 nM
++ = 1,000–10,000 nM
+ = greater than 10,000 nM
− = greater than 100,000 nM

What we claim is:

**1**. A compound having the formula:




wherein

$R^1$ is —$CH_2OH$;

$R^2$ and $R^4$ are each hydrogen;

$R^3$ is selected from the group consisting of $CO_2R^{20}$, —$CONR^7R^8$ and aryl wherein the aryl substituent is optionally substituted with from 1 to 2 substituents independently selected from the group consisting of halo, $C_{1-6}$ alkyl, $CF_3$ and $OR^{20}$;

$R^7$ is selected from the group consisting of hydrogen, $C_{1-8}$ alkyl and aryl, wherein the alkyl and aryl substituents are optionally substituted with one substituent selected from the group consisting of halo, aryl, $CF_3$, CN, and $OR^{20}$ and wherein each optional aryl substituent is optionally substituted with at least one substituent selected from the group consisting of halo, alkyl, $CF_3$ CN, and $OR^{20}$;

$R^8$ is selected from the group consisting of hydrogen and $C_{1-8}$ alkyl; and

$R^{20}$ is selected from the group consisting of hydrogen and $C_{1-8}$ alkyl.

**2**. The compound of claim **1** wherein $R^3$ is selected from the group consisting of $CO_2R^{20}$, —$CONR^7R^8$, and aryl that is optionally substituted with from 1 to 2 substituents independently selected from the group consisting of halo, $C_{1-3}$ alkyl, $CF_3$ and $OR^{20}$;

$R^7$ is selected from the group consisting of hydrogen, and $C_{1-8}$ alkyl that is optionally substituted with one substituent selected from the group consisting of halo, $CF_3$, CN and $OR^{20}$;

$R^8$ is selected from the group consisting of hydrogen and $C_{1-3}$ alkyl; and

$R^{20}$ is selected from the group consisting of hydrogen and $C_{1-4}$ alkyl.

**3**. The compound of claim **1** wherein $R^3$ is selected from the group consisting of $CO_2R^{20}$, —$CONR^7R^8$, and aryl that is optionally substituted with one substituent selected from the group consisting of halo, $C_{1-3}$ alkyl, and $OR^{20}$;

$R^7$ is selected from the group consisting of hydrogen, and $C_{1-3}$ alkyl that is optionally substituted with one substituent selected from the group consisting of halo, $CF_3$, CN and $OR^{20}$;

$R^8$ is hydrogen; and

$R^{20}$ is selected from the group consisting of hydrogen and $C_{1-4}$ alkyl.

**4**. The compound of claim **1** wherein $R^3$ is selected from the group consisting of $CO_2R^{20}$, —$CONR^7R^8$, and aryl that is optionally substituted with one substituent selected from the group consisting of halo, $C_{1-3}$ alkyl and $OR^{20}$;

$R^7$ is selected from the group consisting of hydrogen, and $C_{1-3}$ alkyl;

$R^8$ is hydrogen; and

$R^{20}$ is selected from the group consisting of hydrogen and $C_{1-4}$ alkyl.

**5**. The compound of claim **4** wherein $R^7$ is a methyl.

**6**. The compound of claim **4** wherein $R^3$ is —$CO_2Et$.

**7**. The compound of claim **1** selected from the group consisting of 2-(4-methylaminocarbonylpyrazol-1-yl) adenosine; 2-(4-ethoxycarbonylpyrazol-1-yl)adenosine; 2-[4-(4-chlorophenyl)pyrazol-1-yl)]adenosine; 2-[4-(4-methoxyphenyl)pyrazol-1-yl)]adenosine; 2-[4-(4-methylphenyl)pyrazol-1-yl)]adenosine; and 2-(4-carboxypyrazol-1-yl)adenosine.

**8**. A compound having the following formula:




wherein

$R^1$ is —$CH_{20}OH$;

$R^2$ and $R^4$ are each hydrogen;

$R^3$ is —$CONR^7R^8$;

$R^7$ is methyl; and

$R^8$ is hydrogen.

**9**. A pharmaceutical composition comprising a compound of claim **1** and one or more pharmaceutically acceptable excipients.

**10**. The pharmaceutical composition of claim **9** wherein the pharmaceutical composition is in the form of a solution.

**11**. A method for stimulating coronary vasodilation in a mammal by administering to the mammal a therapeutically effective amount of a compound of claim **1** that is sufficient to stress the heart and induce a coronary steal situation for the purposes of imaging the heart.

**12**. The method of claim **11** wherein the therapeutically effective amount ranges from about 0.01 to about 100 mg/kg weight of the mammal.

**13**. The method of claim **11** wherein the mammal is a human.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 6,403,567 B1
APPLICATION NO. : 09/338185
DATED : June 11, 2002
INVENTOR(S) : Zablocki et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 20,
Line 37, delete "-$CH_{20}OH$" and replace with -- -$CH_2OH$ --.

Signed and Sealed this

Twentieth Day of June, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 6,403,567 B1
APPLICATION NO. : 09/338185
DATED : June 11, 2002
INVENTOR(S) : Zablocki et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

At column 17, line 56, delete “4N” and replace with -- 4-yl)-N --

Signed and Sealed this

Ninth Day of September, 2008

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 6,403,567 B1
APPLICATION NO. : 09/338185
DATED : June 11, 2002
INVENTOR(S) : Zablocki et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

At column 17, line 62, before the word "The" add the sentence -- Compound 12 (0.05 mg, 0.12 mmol) was added to 4 mL methylamine (40% sol. in water). --

Signed and Sealed this
Thirteenth Day of September, 2011

David J. Kappos
*Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION



PATENT NO. : 6,403,567 B1
APPLICATION NO. : 09/338185
DATED : June 11, 2002
INVENTOR(S) : Jeff A. Zablocki et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Front Page
Field (57), in the Abstract, the word "vasodilatation" should be replaced with --vasodilation--.

Column 20
Line 52, the word "purposes" should be replaced with --purpose--.

Signed and Sealed this
Twenty-fifth Day of October, 2011

David J. Kappos
*Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 6,403,567 B1
APPLICATION NO. : 09/338185
DATED : June 11, 2002
INVENTOR(S) : Zablocki, Elzein and Palle



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

TITLE PAGE, ITEM (57) ABSTRACT

"  " should read --  --.

IN THE SPECIFICATION

Column 1

Line 11, "such poor" should read --such as poor--;
Line 22, "mean" should read --means--;
Line 30, "drugs such" should read --drugs, such--;
Line 32, "A3" should read --$A_3$--;
Line 32, "in a mast" should read --in mast--;
Line 33, "give" should read --given--;
Line 36, "A-V mode" should read --AV node--;
Line 40, "for the nausea" should read --for nausea--;
Line 60, "N-pyrazole" should read --N-pyrazoles--.

Column 2

Line 17, "vasodilatation" should read --vasodilation--;
Line 18, "induced" should read --and inducing a--;
Line 42, "$R^1$ =$CH_2OH$, -$CONR_5R_6$" should read --$R^1$ = $CH_2OH$ or -$CONR^5R^6$--;
Line 60, "$CON(R_{20})_2$" should read --$CON(R^{20})_2$--;
Line 63, delete "substituted" after optional.

Column 3

Line 5, "group of" should read --group consisting of--;

Signed and Sealed this
Eighth Day of May, 2012

David J. Kappos

David J. Kappos
*Director of the United States Patent and Trademark Office*

Line 13, delete “substituted” after optional;
Line 17, “$CON(R^{20)}{}_2$” should read --$CON(R^{20})_2$--;
Line 25, “the group of” should read --the group consisting of--;
Line 28, “$NR^{20}CO_2R_{22}$,” should read --$NR^{20}CO_2R^{22}$,--;
Lines 32 and 52, delete “substituted” after optional;
Line 47, “$N(R_{20})_2$,” should read --$N(R^{20})_2$,--;
Line 49, “$CON(R_{20})_2$,” should read --$CON(R^{20})_2$,--.

<u>Column 4</u>
Lines 22 and 49, “$CF_3$ CN” should read --$CF_3$, CN--;
Line 23, “group of” should read --group consisting of--;
Line 23, “$C_1$-$C_{15}$” should read --$C_{1\text{-}15}$--;
Line 24, “substituent and” should read --substituent, and--;
Line 24, delete “that”;
Lines 30 and 47, “CN, $OR^{20}$” should read --CN, and $OR^{20}$--;
Line 38, “group” should read --groups--;
Line 56, “from of hydrogen,” should read --from hydrogen--;
Line 62, “in that aryl is” should read --wherein the aryl substituent is--;
Line 66, “hydrogen, and” should read --hydrogen and--.

<u>Column 5</u>
Line 6, “$C_{1\text{-}3}$” should read --$C_{1\text{-}3}$ alkyl--;
Line 9, “ethyl1-{” should read --ethyl 1-{--.

<u>Column 6</u>
Line 28, “branched alkenyl” should read --branched alkynyl--.

<u>Column 7</u>
Line 2, “by” should read --be--;
Line 3, “hetaryl, substituted hetaryl” should read --hetaryl, or substituted hetaryl--.

<u>Column 8</u>
Line 2, “Heterocycyl” should read --Heterocyclyl--;
Line 12, “mono or poly substituted” should read --mono- or poly-substituted--.

<u>Column 9</u>

Lines 9-22, “

1
” should read --

1
--;

**CERTIFICATE OF CORRECTION (continued)** 
**U.S. Pat. No. 6,403,567 B1**

Lines 24-36, "  I " should read --  I --;

Lines 39-52, "  II " should read --  II --;

Lines 53-65, "  III " should read --  III --.

Column 10

Lines 2-15, "  IV " should read --  IV --;

Line 30, "$HNR^6R^7$" should read --$HNR^6R^5$--.

Column 11

Lines 15-25, "  " should read --  --;

Line 34, "$HNR^6R^7$" should read --$HNR^7R^8$--.

Column 12
Line 57, “$CH_3$NH2” should read --$CH_3NH_2$--.

Column 13
Line 27, “80 ° C.” should read --80° C--;

Lines 31-39, “  VI VII ” should read --  VI VII --;
Line 50, “A1” should read --$A_1$--;
Line 51, “AV-node” should read --AV node--;
Line 52, “side-effects” should read --side effects--;
Line 58, “vasodilatation” should read --vasodilation--.

Column 14
Line 14, “biological” should read --biologically--;
Line 25, “proteinase” should read --proteinases--;
Line 31, “agents” should read --agent--.

Column 15
Line 60, “((0.019 g, 0.12 mmol)” should read --(0.019 g, 0.12 mmol)--;
Line 61, “heated [heated]” should read --heated--;
Line 61, “80° C. for” should read --80° C for--.

Column 16
Lines 27 and 62, “80° C. for” should read --80° C for--.

Column 17
Line 28, “80° C. for” should read --80° C for--;
Line 62, “heated at 65° C. in for” should read --was heated at 65° C for--.

Column 18
Line 27, “Δ3.75” should read --δ 3.75--;
Line 35, “A2A” should read --$A_{2A}$--;
Line 45, “nM .” should read --nM.--;
Line 45, “23° C. for” should read --23° C for--;
Line 51, “Ki’s.” should read --Ki’s--.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 6,403,567 B1
APPLICATION NO. : 09/338185
DATED : June 11, 2002
INVENTOR(S) : Zablocki, Elzein and Palle



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

TITLE PAGE, ITEM (57) ABSTRACT

" 

" should read -- 

--.

IN THE SPECIFICATION

Column 1

Line 11, "such poor" should read --such as poor--;
Line 22, "mean" should read --means--;
Line 30, "drugs such" should read --drugs, such--;
Line 32, "A3" should read --$A_3$--;
Line 32, "in a mast" should read --in mast--;
Line 33, "give" should read --given--;
Line 36, "A-V mode" should read --AV node--;
Line 40, "for the nausea" should read --for nausea--;
Line 60, "N-pyrazole" should read --N-pyrazoles--.

Column 2

Line 17, "vasodilatation" should read --vasodilation--;
Line 18, "induced" should read --and inducing a--;
Line 42, "$R^1$ =$CH_2OH$, -$CONR_5R_6$" should read --$R^1$ = $CH_2OH$ or -$CONR^5R^6$--;
Line 60, "$CON(R_{20})_2$" should read --$CON(R^{20})_2$--;
Line 63, delete "substituted" after optional.

This certificate supersedes the Certificate of Correction issued May 8, 2012.

Signed and Sealed this
Third Day of July, 2012

David J. Kappos

David J. Kappos
*Director of the United States Patent and Trademark Office*

<u>Column 3</u>
Line 5, “group of” should read --group consisting of--;
Line 13, delete “substituted” after optional;
Line 17, “$CON(R^{20)}{}_2$” should read --$CON(R^{20})_2$--;
Line 25, “the group of” should read --the group consisting of--;
Line 28, “$NR^{20}CO_2R_{22}$,” should read --$NR^{20}CO_2R^{22}$,--;
Lines 32 and 52, delete “substituted” after optional;
Line 47, “$N(R_{20})_2$,” should read --$N(R^{20})_2$,--;
Line 49, “$CON(R_{20})_2$,” should read --$CON(R^{20})_2$,--.

<u>Column 4</u>
Lines 22 and 49, “$CF_3$ CN” should read --$CF_3$, CN--;
Line 23, “group of” should read --group consisting of--;
Line 23, “$C_1$-$C_{15}$” should read --$C_{1-15}$--;
Line 24, “substituent and” should read --substituent, and--;
Line 24, delete “that”;
Lines 30 and 47, “CN, $OR^{20}$” should read --CN, and $OR^{20}$--;
Line 38, “group” should read --groups--;
Line 56, “from of hydrogen,” should read --from hydrogen--;
Line 62, “in that aryl is” should read --wherein the aryl substituent is--;
Line 66, “hydrogen, and” should read --hydrogen and--.

<u>Column 5</u>
Line 6, “$C_{1-3}$” should read --$C_{1-3}$alkyl--;
Line 9, “ethyl1-{” should read --ethyl 1-{--.

<u>Column 6</u>
Line 28, “branched alkenyl” should read --branched alkynyl--.

<u>Column 7</u>
Line 2, “by” should read --be--;
Line 3, “hetaryl, substituted hetaryl” should read --hetaryl, or substituted hetaryl--.

<u>Column 8</u>
Line 2, “Heterocycyl” should read --Heterocyclyl--;
Line 12, “mono or poly substituted” should read --mono- or poly-substituted--.

<u>Column 9</u>
Lines 9-22, “  ” should read --  --;

Lines 24-36, "  I " should read --  I --;

Lines 39-52, "  II " should read --  II --;

Lines 53-65, "  III " should read --  III --.

Column 10

Lines 2-15, "  IV " should read --  IV --;

Line 30, "$HNR^6R^7$" should read --$HNR^6R^5$--.

Column 11

Lines 15-25, "  " should read --  --;

Line 34, "$HNR^6R^7$" should read --$HNR^7R^8$--.

Column 12
Line 57, "CH3NH2" should read --$CH_3NH_2$.--.

Column 13
Line 27, "80 ° C." should read --80° C--;

**CERTIFICATE OF CORRECTION (continued)** 

**U.S. Pat. No. 6,403,567 B1**

Lines 31-39, “  VI VII ” should read --  VI VII --;

Line 50, “A1” should read --$A_1$--;
Line 51, “AV-node” should read --AV node--;
Line 52, “side-effects” should read --side effects--;
Line 58, “vasodilatation” should read --vasodilation--.

<u>Column 14</u>
Line 14, “biological” should read --biologically--;
Line 25, “proteinase” should read --proteinases--;
Line 31, “agents” should read --agent--.

<u>Column 15</u>
Line 60, “((0.019 g, 0.12 mmol)” should read --(0.019 g, 0.12 mmol)--;
Line 61, “heated [heated]” should read --heated--;
Line 61, “80° C. for” should read --80° C for--.

<u>Column 16</u>
Lines 27 and 62, “80° C. for” should read --80° C for--.

<u>Column 17</u>
Line 28, “80° C. for” should read --80° C for--;
Line 62, “heated at 65° C. in for” should read --was heated at 65° C for--.

<u>Column 18</u>
Line 27, “Δ3.75” should read --δ 3.75--;
Line 35, “A2A” should read --$A_{2A}$--;
Line 45, “nM .” should read --nM.--;
Line 45, “23° C. for” should read --23° C for--;
Line 51, “Ki’s.” should read --Ki’s--.

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Certificate**

Patent No. 6,403,567 B1 — Patented: June 11, 2002

On petition requesting issuance of a certificate for correction of inventorship pursuant to 35 U.S.C. 256, it has been found that the above identified patent, through error and without any deceptive intent, improperly sets forth the inventorship.

Accordingly, it is hereby certified that the correct inventorship of this patent is: Jeff A. Zablocki, Mountain View, CA (US); Elfatih O. Elzein, Freemont, CA (US); Venkata P. Palle, Mountain View, CA (US); and Luiz Belardinelli, Palo Alto, CA (US).

Signed and Sealed this Twentieth Day of May 2014.

SHAOJIA ANNA JIANG
*Supervisory Patent Examiner*
Art Unit 1623
Technology Center 1600

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Certificate**

Patent No. 6,403,567 B1

Patented: June 11, 2002

On petition requesting issuance of a certificate for correction of inventorship pursuant to 35 U.S.C. 256, it has been found that the above identified patent, through error and without any deceptive intent, improperly sets forth the inventorship.

Accordingly, it is hereby certified that the correct inventorship of this patent is: Jeff A. Zablocki, Mountain View, CA (US); Elfatih O. Elzein, Fremont, CA (US); Venkata P. Palle, Mountain View, CA (US); and Luiz Belardinelli, Palo Alto, CA (US).

Signed and Sealed this Twelfth Day of August 2014.

SHAOJIA ANNA JIANG
*Supervisory Patent Examiner*
Art Unit 1623
Technology Center 1600

# Exhibit B

US008106183B2

(12) **United States Patent**
**Zablocki et al.**

(10) **Patent No.: US 8,106,183 B2**
(45) **Date of Patent: *Jan. 31, 2012**

(54) **PROCESS FOR PREPARING AN $A_{2A}$-ADENOSINE RECEPTOR AGONIST AND ITS POLYMORPHS**

(75) Inventors: **Jeff Zablocki**, Mountain View, CA (US); **Elfaith Elzein**, Fremont, CA (US)

(73) Assignee: **Gilead Sciences, Inc.**, Foster City, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/765,623**

(22) Filed: **Apr. 22, 2010**

(65) **Prior Publication Data**

US 2010/0267953 A1 Oct. 21, 2010

**Related U.S. Application Data**

(63) Continuation of application No. 11/701,699, filed on Feb. 2, 2007, now Pat. No. 7,732,595.

(60) Provisional application No. 60/801,857, filed on May 18, 2006, provisional application No. 60/765,114, filed on Feb. 3, 2006.

(51) **Int. Cl.**
*C07H 19/167* (2006.01)

(52) **U.S. Cl.** ................................ **536/27.11**; 536/27.61

(58) **Field of Classification Search** ....................... None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,845,770 | A | 11/1974 | Theeuwes et al. | |
| 4,089,959 | A | 5/1978 | Diamond | |
| 4,120,947 | A | 10/1978 | Diamond | |
| 4,325,956 | A | 4/1982 | Kjellin et al. | |
| 4,326,525 | A | 4/1982 | Swanson et al. | |
| 4,593,095 | A | 6/1986 | Snyder et al. | |
| 4,696,932 | A | 9/1987 | Jacobson et al. | |
| 4,804,664 | A | 2/1989 | Kjellin et al. | |
| 4,902,514 | A | 2/1990 | Barclay et al. | |
| 4,956,345 | A | 9/1990 | Miyasaka et al. | |
| 4,968,697 | A * | 11/1990 | Hutchison | 514/46 |
| 4,992,445 | A | 2/1991 | Lawter et al. | |
| 5,001,139 | A | 3/1991 | Lawter et al. | |
| 5,032,252 | A | 7/1991 | Owen et al. | |
| 5,070,877 | A | 12/1991 | Mohiuddin et al. | |
| 5,189,027 | A | 2/1993 | Miyasita et al. | |
| 5,270,304 | A | 12/1993 | Kogi et al. | |
| 5,459,254 | A | 10/1995 | Yamaguchi et al. | |
| 5,516,894 | A | 5/1996 | Reppert | |
| 5,593,975 | A | 1/1997 | Cristalli | |
| 5,616,345 | A | 4/1997 | Geoghegan et al. | |
| 5,641,784 | A | 6/1997 | Kufner-Muhl et al. | |
| 5,646,156 | A | 7/1997 | Jacobsen et al. | |
| 5,670,498 | A | 9/1997 | Suzuki et al. | |
| 5,703,085 | A | 12/1997 | Suzuki et al. | |
| 5,704,491 | A | 1/1998 | Graves | |
| 5,705,491 | A | 1/1998 | Yamada | |
| 5,770,716 | A | 6/1998 | Khan et al. | |
| 5,776,960 | A | 7/1998 | Oppong et al. | |
| 5,780,481 | A | 7/1998 | Jacobson et al. | |
| 5,854,081 | A | 12/1998 | Linden et al. | |
| 5,877,180 | A | 3/1999 | Linden et al. | |
| 5,939,543 | A | 8/1999 | Morozumi et al. | |
| 6,026,317 | A | 2/2000 | Verani | |
| 6,117,878 | A | 9/2000 | Linden | |
| 6,214,807 | B1 | 4/2001 | Zablocki et al. | |
| 6,294,522 | B1 | 9/2001 | Zablocki et al. | |
| 6,322,771 | B1 | 11/2001 | Linden et al. | |
| 6,368,573 | B1 | 4/2002 | Leung | |
| 6,387,913 | B1 | 5/2002 | Mustafa | |
| 6,403,567 | B1 * | 6/2002 | Zablocki et al. | 514/46 |
| 6,448,235 | B1 | 9/2002 | Linden | |
| 6,514,949 | B1 | 2/2003 | Linden et al. | |
| 6,552,023 | B2 | 4/2003 | Zablocki et al. | |
| 6,599,283 | B1 | 7/2003 | Marzilli et al. | |
| 6,605,597 | B1 | 8/2003 | Zablocki et al. | |
| 6,642,210 | B1 * | 11/2003 | Zablocki et al. | 514/46 |
| 6,670,334 | B2 | 12/2003 | Linden et al. | |
| 6,677,336 | B2 | 1/2004 | Zablocki et al. | |
| 6,770,634 | B1 | 8/2004 | Zablocki et al. | |
| 6,825,349 | B2 | 11/2004 | Kalla et al. | |
| 6,855,818 | B2 | 2/2005 | Zablocki et al. | |
| 6,916,804 | B2 | 7/2005 | Castelhano et al. | |
| 6,977,300 | B2 | 12/2005 | Kalla et al. | |
| 6,995,148 | B2 | 2/2006 | Jones et al. | |
| 7,109,180 | B2 | 9/2006 | Zablocki et al. | |
| 7,109,203 | B2 | 9/2006 | Hart et al. | |
| 7,125,993 | B2 | 10/2006 | Elzein et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 965411 | 4/1975 |

(Continued)

OTHER PUBLICATIONS

Bergmann et al., "Oxidation of Hypoxanthines, Bearing 8-Aryl or 8-Pyridyl Substituents, by Bovine Milk Xanthine Oxidase,", Biochimica et Biophysica Acta, vol. 484, No. 2, pp. 275-289 (1977).

Birdsall et al., "Purine N-Oxides-XL The 3-Acyloxypurine 8-Substitution Reaction: Scope: Syntheses of 8-Substituted Xanthines and Guanines," Tetrahedron, vol. 27, pp. 5969-5978 (1971).

Blackburn et al., "Adenosine Mediates IL-13-Induced Inflammation and Remodeling in the Lung and interacts in an IL13-Adenosine Amplification Pathway," J. Clin. Invest. vol. 112, No. 3, pp. 332-344 (2003).

Bruns, "Adenosine Antagonism by Purines, Pteridines and Benzopteridines in Human Fibroblasts," Biochemical Pharmacology, vol. 30, No. 4, pp. 325-333 (1981).

Buckle et al., "Inhibition of Cyclic Nucleotide Phosphodiesterase by Derivatives of 1,3-Bis(cyclopropylmethyl)xanthine," J. Med. Chem., vol. 37, pp. 476-485 (1994).

(Continued)

*Primary Examiner* — Lawrence E Crane
(74) *Attorney, Agent, or Firm* — Foley & Lardner LLP

(57) **ABSTRACT**

Disclosed is a synthesis suitable for large scale manufacture of an $A_{2A}$-adenosine receptor agonist, and also relates to polymorphs of that compound, and to methods of isolating a specific polymorph.

**9 Claims, 5 Drawing Sheets**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 7,144,872 | B2 | 12/2006 | Zablocki et al. | |
| 7,183,264 | B2 * | 2/2007 | Zablocki et al. | 514/46 |
| 7,553,823 | B2 | 6/2009 | Zablocki et al. | |
| 7,582,617 | B2 | 9/2009 | Belardinelli et al. | |
| 7,655,636 | B2 | 2/2010 | Gordi et al. | |
| 7,655,637 | B2 | 2/2010 | Zablocki et al. | |
| 7,671,192 | B2 * | 3/2010 | Zablocki et al. | 536/27.11 |
| 7,683,037 | B2 | 3/2010 | Belardinelli | |
| 7,732,595 | B2 * | 6/2010 | Zablocki et al. | 536/27.11 |
| 2002/0012946 | A1 | 1/2002 | Belardinelli et al. | |
| 2003/0235555 | A1 | 12/2003 | Shealey et al. | |
| 2004/0038928 | A1 | 2/2004 | Zablocki et al. | |
| 2004/0137533 | A1 | 7/2004 | Belardinelli et al. | |
| 2005/0020915 | A1 | 1/2005 | Belardinelli et al. | |
| 2006/0159621 | A1 | 7/2006 | Barrett et al. | |
| 2006/0159627 | A1 | 7/2006 | Zeng et al. | |
| 2007/0265445 | A1 | 11/2007 | Zablocki et al. | |
| 2007/0299089 | A1 | 12/2007 | Belardinelli et al. | |
| 2008/0170990 | A1 | 7/2008 | Lieu et al. | |
| 2008/0213165 | A1 | 9/2008 | Lieu et al. | |
| 2008/0267861 | A1 | 10/2008 | Lieu et al. | |
| 2009/0081120 | A1 | 3/2009 | Lieu et al. | |
| 2009/0317331 | A1 | 12/2009 | Belardinelli et al. | |
| 2010/0081810 | A1 | 4/2010 | Zablocki et al. | |
| 2010/0086483 | A1 | 4/2010 | Belardinelli et al. | |
| 2010/0160620 | A1 | 6/2010 | Zablocki et al. | |
| 2010/0179313 | A1 | 7/2010 | Zablocki et al. | |
| 2010/0272645 | A1 | 10/2010 | Belardinelli | |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CA | 2064742 | | 12/1991 |
| CA | 2377746 | A1 | 12/2000 |
| EP | 0 354 638 | A2 * | 2/1990 |
| EP | 0 386 683 | | 9/1990 |
| JP | SHO 48-26038 | | 8/1973 |
| JP | HEI 5 1993 9197 | | 1/1993 |
| WO | WO 92/00297 | | 1/1992 |
| WO | WO 92/12260 | | 7/1992 |
| WO | WO 93/23401 | | 11/1993 |
| WO | WO 93/25677 | | 12/1993 |
| WO | WO 95/11681 | | 5/1995 |
| WO | WO 98/52611 | | 11/1998 |
| WO | WO 98/57651 | | 12/1998 |
| WO | WO 99/63938 | | 12/1999 |
| WO | WO 00/78778 | | 12/2000 |
| WO | WO 00/78779 | | 12/2000 |
| WO | WO 01/16134 | | 8/2001 |
| WO | WO 01/62979 | | 8/2001 |
| WO | WO 03/088978 | | 10/2003 |
| WO | WO 2004/011010 | | 2/2004 |
| WO | WO 2005/082379 | | 9/2005 |
| WO | WO 2006/076698 | | 7/2006 |
| WO | WO 2007/092372 | | 8/2007 |
| WO | WO 2008/028140 | | 3/2008 |
| WO | WO 2008/042796 | | 4/2008 |
| WO | WO 2008/063712 | | 5/2008 |
| WO | WO 2008/086096 | | 7/2008 |
| WO | WO 2008/143667 | | 11/2008 |
| WO | WO 2006/044856 | | 4/2009 |
| WO | WO 2009/076580 | | 6/2009 |
| WO | PCT/US2009/058850 | | 9/2009 |
| WO | WO 2010/037122 | | 4/2010 |

OTHER PUBLICATIONS

Cerqueira, "The Future of Pharmacologic Stress: Selective A2A Adenosine Receptor Agonists," Am. J. Cardiol., vol. 94 (2A), pp. 33D-42D (2004).

Cline et al., "Coronary Artery Angiography Using Multislice Computed Tomography Images," Circulation, vol. 102, pp. 1589-1590, XP002564059 (2000).

Crimi et al., "Purine Derivatives in the Study of Allergic Inflammation in Respiratory Diseases," Allergy, vol. 52, No. 34, pp. 48-54 (1997).

Cristalli et al., "2-Alkynyl Derivatives of Adenosine 5'-N'ethyluronamide: Selective A2 Adenosine Receptor Agonists with Potent Inhibitory Activity on Platelet Aggretation," J. Med. Chem., vol. 37, pp. 1720-1726 (1994).

Cushley et al., "Inhaled Adenosine and Guanosine on Airway Resistance in Normal and Asthmatic Subjects," Br. J. Clin. Pharmacol, vol. 15, No. 2, pp. 161-165 (1983).

Dalpiaz et al., "De Novo Analysis of Receptor Binding Affinity Data of Xanthine Adenosine Receptor Antagonists," Arzneim-Forsch/Drug Res., vol. 45, No. 3, pp. 230-233 (1995).

Dhalla et al., "Tachycardia Caused by A2A Adenosine Receptor Agonists is Mediated by Direct Sympathoexcitation in Awake Rates," Journal of Pharmacology and Experimental Therapeutics, USA, vol. 316, No. 2, pp. 695-702, XP009073100 (2006).

Driver et al., "Adenosine in Bronchoalveolar Lavage Fluid in Asthma," Am. Rev. Respir. Dis., vol. 148, No. 1, pp. 91-97 (1993).

Elias et al., "Airway Remodeling in Asthma," the Journal of Clinical Investigation, vol. 104, No. 8, pp. 1001-1006 (1999).

Erickson et al., "1,3,8-Trisubstituted Xanthines. Effects of Substitution Pattern upon Adenosine Receptor $A_1/A_2$ Affinity", J. Med. Chem., vol. 34, pp. 1431-1435 (1991).

Feoktistov et al., "Adenosine $A_{2B}$ Receptors: A Novel Therapeutic Target in Asthma," Trends Pharmacol. Sci., vol. 19, pp. 148-153 (1998).

Feoktistov et al., "Hypoxia Modulates Adenosine Receptors in Human Endothelial and Smooth Muscle Cells Toward an A2B Angiogenic Phenotype," Hypertension, vol. 44, No. 5, pp. 649-654, Epub 2004, PMID: 15452028 [PubMed—indexed for MEDLINE] (2004).

Gao et al., "Novel Short-Acting A2A Adenosine Receptor Agonists for Coronary Vasodilation: Inverse Relationship between Affinity and Duration of Action of A2A Agonists," Journal of Pharmacology and Experimental Therapeutics, vol. 298, pp. 209-218 (2001).

Glover et al., "Characterization of a New, Highly Selective Adenosine A2A Receptor Agonist with Potential Use in Pharmacologic Stress Perfusion Imaging", Circulation, vol. 110, pp. I-311 (1999).

Glover et al., "Pharmacological Stress Thallium Scintigraphy with 2-cyclohexylmethylidenehydrazinoadenosine (WRC-0470)," Circulation, vol. 94, pp. 1726-1732 (1996).

Harvey, "Blood Fluids, Electrolytes and Hematologic Drugs," Chapter 40 in Remington's Pharmaceutical Sciences, 18th Ed., Gennaro et al., Mack Publishing Co., East, PA, only pp. 800 and 821 supplied (1990).

Hendel et al. "Initial Clinical Experience with Regadenoson, a Novel Selective A2A Agonist for Pharmacologic Stress Single-Photon Emission Computed Tomography Myocardial Perfusion Imaging", Journal of the American College of Cardiology, vol. 46, No. 11, pp. 2069-2075 (2005).

Hendel et al., "Pharmacologic Stress SPECT Myocardial Perfusion Imaging with a Selective A2A Agonist: Results of a Pilot Study Comparing Adenosine with CVT-3146", Circulation, Supplement IV, vol. 108, pp. 2892 (2003).

Holgate et al., "Roles of Cysteinyl Leukotrienes in Airway Inflammation, Smooth Muscle Function and Remodeling," J. Allergy Clin. Imunol. (Suppl1):S18-34; discussion S34-6, Review, PMID:12532084 [PubMed- indexed for MEDLINE] (2003).

Hoshino, "Impact of Inhaled Corticosteriods and Leukotrience Receptor Antagonists on Airway Remodeling," Clinical Reviews in Allergy & Immunology, vol. 27, No. 1, pp. 59-64 (2004).

Iskandrian, "Adenosine Myocardial Perfusion Imaging," The Journal of Nuclear Medicine, vol. 35, pp. 734-736 (1994).

Jacobson et al., "1,3-Dialkylxanthine Derivatives Having High Potency as Antagonists at Human $A_{2B}$ Adenosine Receptors," Drug Development Research, vol. 47, pp. 45-53 (1999).

Jadbabaie et al., "Myocardial perfusion imaging with a novel selective A2A Adenosine Receptor Agonists (CVT-3146): Important differences in radiotracer behavior," Journal of Am. Col. Cardiology, vol. 41, pp. 443-444 (2003).

Jeffery, "Remodeling in Asthma and Chronic Obstructive Lung Disease," Am. J. Respir. Crit. Care Med., vol. 164, No. 1Opt2, pp. S28-S38 (2001).

Katsushima et al., "Structure-Activity Relationships of 8-Cycloalkyl-1,3-dipropylxanthines as Antagonist of Adenosine Receptors," J. Med. Chem., vol. 33, pp. 1906-1910 (1990).

Kerensky et al. "Dose Dependent Increase in Human Coronary Blood Flow Velocity Following an IV Bolus of CVT-3146, A Novel A2A

Adenosine Receptor Agonists: A Potential Agent for the Use in Pharmacological Stress Testing for Myocardial Perfusion Imaging", Circulation, Supplemental II, vol. 106, vol. 19, p. II-618, (2002).
Kim et al., "Acyl-Hydrazide Derivatives of a Xanthine Carboxylic Congener (XCC) as Selective Antagonists at Human $A_{2B}$ Adenosine Receptors", Drug Development Research, vol. 47, pp. 178-188 (1999).
Kleiner, "Reactions of Some 8-(3-Pyridyl)-6-thioxanthines with Methyl Iodide," pp. 739-743 (1973).
Klotz et al., "Comparative pharmacology of human adenosine receptors subtypes-characterization of stably transfected receptors in CHO cells," Nauny-Schmideberg's Arch Pharmacol., vol. 357, pp. 1-9 (1998).
Koepfli et al., "Interaction of caffeine with regadenoson-induced hyperemic myocardial blood flow as measured by PET", European Heart Journal, vol. 27, No. Supp. 1, p. 175, (2006).
Korolkovas, Essentials of Molecular Pharmacology-Background for Drug Design, Wiley-Interscience, New York, NY, only pp. 266-272 supplied, (1970).
Kubo et al., "Effect of Caffeine Intake on Myocardial Hyperemic Flow Induced by Adenosine Triphosphate and Dipyridamole," The Journal of Nuclear Medicine, vol. 45, No. 5, pp. 730-738, (2004).
Leigh et al., "Is Interleukin-1 3 Critical in Maintaining Airway Hyperresponsiveness in Allergen-Challenged Mice?" Am. J. Respir. Crit. Care Med., PMID: 15242841 [PubMed—indexed for MEDLINE] vol. 170, No. 8, pp. 851-856 (2004).
Kusmic et al., "Coronary microcirculatory vasoconstriction induced by low-flow ischemia in mouse hearts is reversed by an A2A adenosine receptor", FASEB Journal, pp. A1227-A1228 (2007).
Linden et al., "Characterization of Human $A_{2B}$ Adenosine Receptors: Radioligand Binding, Western Blotting and Coupling to Gq in Human Embryonic Kidney 293 Cells and HMC-1 Mast Cells," Molecular Pharmacology, vol. 56, pp. 705-713 (1999).
Mager et al., "Molecular Simulation Applied to 2-(N'-alkylidenehydrazino)-and 2-(N'-aralkylidenehydrazino) adenosine A2 Agonists," European Journal of Medicinal Chemistry, vol. 30, pp. 15-25 (1995).
Mann et al., "Airway Effects of Purine Nucleosides and Nucleotides and Release With Bronchial Provocation in Asthma," J. Appl. Physiol., vol. 61, No. 5, pp. 1667-1676 (1986).
Martin et al., "Pharmacology of 2-cylohexylmethylidenehydrazionoadenosine (WRC-0470), a novel, short-acting adenosine A-2A receptor agonist that produces selective coronary vasodilation", Drug Development Research, vol. 40, No. 4, pp. 313-324, (1997).
Martinson et al., "Potent Adenosine Receptor Antagonists that are Selective for the $A_1$ Receptor Subtype," Molecular Pharmacology, vol. 31, No. 3, pp. 247-252 (1986).
Marumoto et al. (I), "Synthesis and Coronary Vasodilating Activity of 2-Substituted Adenosines," Chemical Pharmaceutical Bulletin, vol. 23, No. 4, pp. 759-774 (1975).
Marumoto et al. (II), "Synthesis and Enzymatic Activity of Adenosine 3',5'-Cyclic Phosphate Analogues," Chemical Pharmaceutical Bulletin, vol. 27, No. 4, pp. 990-1003 (1979).
Matsuda et al., "Nucleosides and Nucleotides, 103. 2-Alkynyladenoines: A Novel Class of Selective Adenosine A2 Receptor Agonists with Potent Antihypertensive Effects," Journal of Medicinal Chemistry, vol. 35, No. 1, pp. 241-252 (1992).
Mosselhi et al., "Reactions of some 8-diazoxanthine derivatives", Indian Journal of Chemistry, vol. 33B, pp. 236-242 (1994).
Niiya et al., "2-(N'-Alkylidenehydrazino) Adenosines; Potent and Selective Coronary vasodilators," Journal of Medicinal Chemistry, American Chemical Society, vol. 35, No. 24, pp. 4557-4561, (1992).
Ogden, et al., Mean Body Weight, Height, and Body Mass Index, United States 1960-2002, U.S. National Health and Nutrition Examination Survery, Advance Data No. 347, pp. 1-18, (2004).
Persson et al., "Synthesis and Antiviral Effects of 2-Heteroaryl Substituted Adenosine and 8-Heteroaryl Guanosine Deriviatives," Bioorganic & Medicinal Chemistry, vol. 3, No. 10, pp. 1377-1382 (1995).
Pfizer, "Health info.", (2003), http://www.pfizer.be/English/What__we__do__/Health__info/COPD.htm.
Pifferi et al., "Montelukast and Airway Remodeling in Children with Chronic Persistent Asthma: An Open Study," Pediatric Allergy and Immunology, vol. 15, No. 5, pp. L472-L473 (2004).
Polosa et al., "Evolving Concepts on the Value of Adenosine Hyperresponsiveness in Asthma and Chronic Obstructive Pulmonary Disease". Thorax, vol. 57, No. 7, pp. 649-654 (2002).
Polosa, "Adenosine-Receptor Subtypes: The Relevance to Adenosine-Mediated Responses in Asthma and Chronic Obstructive Pulmonary Disease," The European Respiratory Journal: Official Journal of the European Society for Clinical Respiratory Physiology., vol. 20, No. 2, pp. 488-496 (2002).
Riou et al., "Influence of propranolol, enalaprilat, verapamil, and caffeine on adenosine A(2A) receptor medicated coronary vasodilation", Journal of the American College of Cardiology, vol. 40, No. 9, pp. 1687-1690 (2002).
Roth et al., "8-Dicyclopropylmethyl)-1,3-dipropylxanthine: A Potent and Selective Adenosine A1 Antagonist with Renal Protective and Diuretic Activities," J. Med. Chem., vol. 34, No. 1, pp. 466-469 (1991).
Ryzhov et al., "Adenosine-Activated Mast Cells Induce IgE Synthesis by B Lymphocytes: An $A_{2B}$-Mediated Process Involving the Cytokines IL-4 and IL-13 with Implications for Asthma," vol. 172, No. 12, pp. 7726-7733, PMID: 15187156 [PubMed—indexed for MEDLINE] (2004).
Shimada et al., "8-Polycycloalkyl-1,3-dipropylxanthines as Potent and Selective Antagonists for A1 -Adenosine Receptors," J. Med. Chem., vol. 35, pp. 924-930 (1992).
Spicuzza et al., "The Role of Adenosine as a Novel Bronchoprovocant in Asthma," Curr. Opin. Allergy Clin. Immunol., vol. 3, No. 1, pp. 65-69 (2003).
Spicuzza et al., "Research Applications and Implications of Adenosine in Diseased Airways," Trends Pharmacol. Sci., vol. 24, No. 8, pp. 409-413, Review, PMID: 12915050 [Pubmed—indexed for MEDLINE] (2003).
Swinyard et al., "Pharmaceutical Necessities," Chapter 66 in Remington's Pharmaceutical Sciences, 18th Ed., Gennaro et al. (eds. ), Mack Publishing Co, Easton, PA, only pp. 1318-1319 supplied (1990).
Swinyard et al., "Pharmaceutical Necessities," Chapter 66 in Remington's Pharmaceutical Sciences, 18th Ed., Gennaro et al. (eds. ), Mack Publishing Co, Easton, PA, only pp. 1286-1329 supplied (1990).
Tomita et al., Artificial Neural Network Approach for Selection of Susceptible single Nucleotide Polymorphisms and Construction of Prediction Model on Childhood allergic Asthma: BMC Bioinformatics, vol. 1, No. 5, p. 120, PMID: 15339344 [PubMed—indexed for MEDLINE] (2004).
Trochu et al., "Selective A2A Adenosine Receptor Agonist as a Coronary Vasodilator in Conscious Dogs: Potential for Use in Myocardial Perfusion Imaging," Journal of Cardiovascular, vol. 41, No. 1, pp. 132-139 (2003).
Udelson et al., "Randomized, Controlled Dose-Ranging Study of the Selective Adenosine $A_{2A}$ Receptor Agonist Binodenoson for Pharmacological Stress as an Adjunct to Myocardial Perfusion Imaging," Circulation, vol. 209, pp. 457-464 (2004).
Van Der Wenden et al., "Mapping the Xanthine C8-region of the adenosine $A_1$ Receptor with Computer Graphics," European Journal of Pharmacology-Molecular Pharmacology Section, vol. 206, No. 1, pp. 315-323 (1991).
Xu et al., Coronary Vasodilation by a Short Acting, Low Affinity A2A Adenosine Receptor Agonist in Anesthetize Closed Chest Dogs: A Second Generation of Coronary Artery Pharmacologic Stressor, Circulation, vol. 102, No. 18, p. 3912 (2000).
Zablocki et al., "2-Substituted PI System Derivatives of Adenosine That Are Coronary Vasodilators Acting Via the A2A Adenosine Receptor," 2001, Nucleosides, Nucleotides and Nucleic Acids, 20(4-7), pp. 343-360.
Zhao et al., "Caffeine attenuates the duration of coronary vasodilation and changes in hemodynamics induced by regadenoson (CVT-3146), a novel adenosine A2A receptor agonist," Journal of Cardiovascular Pharmacology, Raven Press, New York, NY, vol. 49, No. 6, pp. 369-375, XP009094871 (2007).

Zhao et al., "Comparative Profile of Vasodilation by CVT-3146, a novel $A_{2A}$ receptor agonist and adenosine in conscious dogs," Journal of Pharm & Experimental Therapeutics, Journal of Pharm. & Experimental Therapeutics, vol. 41, pp. 182-189 (2003).
Zhao et al., "Effects of caffeine on coronary vasodilation and sinue tachycardia induced by Regadenoson, a novel adenosine A2A receptor agonist, in conscious dogs," European Heart Journal, vol. 27, No. Suppl. 1, p. 424 (2006).
Zhao et al., "Regadenoson, a novel pharmacologic stress agent for use in myocardial perfusion imaging, does not have a direct effect on the QT interval in conscious dogs," Journal of Cardio Vascular Pharmacology, pp. 467-473, vol. 52, No. 5, Lippincott Williams and Wilkins, USA, XP8117431 (2008).
Zhong et al., "Synergy Between A2B Adenosine Receptors and Hypoxia in Activating Human Lung Fibroblasts," American Journal of Respiratory Cell and Molecular Biology, vol. 32, No. 1, pp. 2-8 (2005).
Hasenfuss, G. "Animal models of human cardiovascular disease, heart failure and hypertrophy," Cardiovascular Res. vol. 39 (1) pp. 60-76, 1998.
Knuniants, I.L. et al. "Soviet Encyclopedia," Chemical Encyclopedia, Moscow, vol. 2 pp. 126-127, 1990 (translation attached).
Final Office Action for U.S. Appl. No. 12/749,328, dated Jun. 8, 2011, 17 pages.
Office Action for U.S. Appl. No. 11/864,437, dated Mar. 29, 2011, 12 pages.
Office Action for U.S. Appl. No. 11/969,047, dated Mar. 17, 2011, 13 pages.
Office Action for U.S. Appl. No. 12/435,176, dated Apr. 15, 2011, 12 pages.
Office Action for U.S. Appl. No. 12/637,583, dated Apr. 4, 2011, 10 pages.
Office Action for U.S. Appl. No. 12/695,096, dated Apr. 14, 2011, 8 pages.
Office Action for U.S. Appl. No. 11/766,964, dated Apr. 7, 2011, 16 pages.
Sambuceti et al., "Coronary Vasoconstriction During Myocardial Ischemia Induced by Rises in Metabolic Demand in Patients with Coronary Artery Disease", Circulation, 1997; 95; (2652-2659) pp. 1-24.
Sambuceti et al., "Interaction Between Coronary Artery Stenosis and Coronary Microcirculation in Ischemic Heart Disease", Z Kardiol, 2000; 89 Suppl 9:IX/126-31, abstract.
U.S. Appl. No. 10/896,766, filed Jul. 22, 2004, Biaggioni et al.
U.S. Appl. No. 12/637,311, filed Dec. 14, 2009, Zablocki et al.
U.S. Appl. No. 12/637,583, filed Dec. 14, 2009, Gordi et al.
U.S. Appl. No. 12/687,077, filed Jan. 13, 2010, Zablocki et al.
U.S. Appl. No. 12/695,096, filed Jan. 27, 2010, Belardinelli et al.
U.S. Appl. No. 12/749,328, filed Mar. 29, 2010, Belardinelli et al.

* cited by examiner


2.9
1.9
1.04
0.97
1.06
0.93
1.02
0.98
1.05
1.9
0.95
2.09
1
15
10
5
0
0.2
1.4
2.6
3.8
5
6.2
7.4
8.6
9.8
Parts per Million

FIG. 1


ds2-1826.dsc
tg1-2092.tga
4.547% @ 200 deg C
(0.4654mg)
223.57°C
4.839J/g
226.10°C
180.28°C
209.4J/g
194.57°C
Heat Flow (W/g)
Weight (%)
Temperature (°C)
1
0
-1
-2
-3
105
100
95
90
85
80
75
70
0
50
100
150
200
250
300
350
Universal V2.6D
TA Instruments

FIG. 2




FIG. 3


Int(1E03)
24
22
20
18
16
14
12
10
8
6
4
2
5
10
15
20
25
30
35
2 theta (deg)
Time: 00300 sec. Date: 18/6/2002 17:5:12 U=40 kV-1=30 mA

FIG. 4


4000
3000
2000
1000
2000
1500
1000
500
0
5
10
15
20
25
30
35
40
Theta-2Theta (deg)

FIG. 5

# PROCESS FOR PREPARING AN $A_{2A}$-ADENOSINE RECEPTOR AGONIST AND ITS POLYMORPHS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 11/701,699, filed Feb. 2, 2007, now issued as U.S. Pat. No. 7,732,595, which claims priority to U.S. Provisional Patent Application Ser. No. 60/801,857, filed May 18, 2006, and to U.S. Provisional Patent Application Ser. No. 60/765,114, filed Feb. 3, 2006, which are hereby incorporated by reference in their entirety.

## FIELD OF THE INVENTION

The present invention relates to a process for the large scale preparation of an $A_{2A}$-adenosine receptor agonist, and also relates to polymorphs of that compound, and to methods of isolating a specific polymorph.

## BACKGROUND

Adenosine is a naturally occurring nucleoside, which exerts its biological effects by interacting with a family of adenosine receptors known as $A_1$, $A_{2A}$, $A_{2B}$, and $A_3$, all of which modulate important physiological processes. One of the biological effects of adenosine is to act as a coronary vasodilator; this result being produced by interaction with the $A_{2A}$ adenosine receptor. This effect of adenosine has been found to be useful as an aid to imaging of the heart, where coronary arteries are dilated prior to administration of an imaging agent (for example thallium 201), and thus, by observation of the images thus produced, the presence or absence of coronary artery disease can be determined. The advantage of such a technique is that it avoids the more traditional method of inducing coronary vasodilation by exercise on a treadmill, which is clearly undesirable for a patient that has a coronary disease.

However, administration of adenosine has several disadvantages. Adenosine has a very short half life in humans (less than 10 seconds), and also has all of the effects associated with $A_1$, $A_{2A}$, $A_{2B}$, and $A_3$ receptor agonism. Thus the use of a selective $A_{2A}$ adenosine receptor agonist would provide a superior method of producing coronary vasodilation, particularly one with a longer half life and few or no side effects.

A class of compounds possessing these desirable properties was disclosed in U.S. Pat. No. 6,403,567, the complete disclosure of which is hereby incorporated by reference. In particular, one compound disclosed in this patent, (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide, has been shown to be a highly selective $A_{2A}$-adenosine receptor agonist, and is presently undergoing clinical trials as a coronary vasodilator useful in cardiac imaging.

Given the heightened interest in this and similar compounds, it has become desirable to find new methods of synthesis that provide a convenient method for making large quantities of the material in good yield and high purity. The patent that discloses the compound of interest (U.S. Pat. No. 6,403,567) provides several methods for preparing the compound. However, although these methods are suited to small scale syntheses, all synthetic methods disclosed in the patent utilize protecting groups, which is undesirable for large scale syntheses.



Additionally, it was discovered that the desired product (that is (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide) is capable of existing in at least three different crystalline forms, the most stable of which is a monohydrate. This polymorph is stable under relative humidity stress conditions, up to its melting point. Accordingly, it is desirable that the final product produced in the new syntheses is obtained as the stable monohydrate.

## SUMMARY OF THE INVENTION

Thus, it is an object of this invention to provide convenient syntheses for the large scale preparation of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide, and polymorphs thereof, preferably as its monohydrate. Accordingly, in a first aspect, the invention relates to the preparation of a compound of the Formula I:

Formula I




comprising:

contacting a compound of the formula (3):

(3)




with methylamine.

In one embodiment the reaction is conducted in an aqueous solution of methylamine, initially at a temperature of about 0-5° C., followed by warming to about 50-70° C. Alternatively, the reaction is conducted as above but in a sealed pressure reactor.

In a second embodiment, the product is isolated as the pure monohydrate by dissolving the product in a solvent, for example dimethylsulfoxide, addition of purified water, filtering the slurry thus formed, washing the contents of the filter with water followed by ethanol, and drying the solid that remains under vacuum at a temperature that does not exceed 40° C.

In a second aspect, the invention relates to the preparation of a compound of the formula (3):

(3)



comprising:

contacting a compound of the formula (2):



with ethyl 2-formyl-3-oxopropionate.

In one embodiment, the reaction is conducted in ethanol, at a temperature of about 80° C., with about 1.1 molar equivalents of ethyl 2-formyl-3-oxopropionate.

In a third aspect, the invention relates to the preparation of a compound of the formula (2):

(2)



comprising:

contacting a compound of the formula (1):

(1)



with hydrazine.



The above described synthesis is suitable for the large scale synthesis of the desired product, which is provided in good yield, although one minor impurity is seen in the final product. This impurity has been shown to be unchanged intermediate of the formula (2); that is, the compound of the formula:

(2)



Although this impurity can be removed from the final product by crystallization, it was decided to seek an alternative synthesis that had all of the advantages of the above synthesis but did not give the compound of formula (2) as an impurity in the final product.

Thus, in a fourth aspect, the invention relates to a method of synthesizing (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide by contacting a compound of the formula (4):

(4)



with methylamine.

In one embodiment the reaction is conducted in an aqueous solution of methylamine, initially at a temperature of about 0-5° C., followed by warming to about 50-70° C. Preferably, the reaction is conducted in a sealed pressure reactor.

In a second embodiment, the product is isolated as the pure monohydrate by dissolving the product in a solvent, for example dimethylsulfoxide, addition of purified water, filtering the slurry thus formed, washing the contents of the filter with water followed by ethanol, and drying the solid that remains under vacuum at a temperature that does not exceed 40° C.

In a fifth aspect, the invention relates to a method of synthesizing a compound of the formula (4):

(4)



comprising contacting a compound of the formula (2):

(2)



with an excess of ethyl 2-formyl-3-oxopropionate, preferably about a 2-10 fold excess, more preferably about a 5-10 fold excess.

In one embodiment, the reaction is conducted in ethanol, at a temperature of about 80° C. The ethyl 2-formyl-3-oxopropionate is present in a 5-10 fold excess.

## DEFINITIONS AND GENERAL PARAMETERS

FIG. **1** is a $^{1}$H NMR spectrum of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate (Form A).

FIG. **2** shows the thermal analysis of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate.

FIG. **3** shows the X-Ray diffraction pattern for (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate.

FIG. **4** shows the X-Ray diffraction pattern for (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide Form B.

FIG. **5** shows the X-Ray diffraction pattern for (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide Form C as compared to Form A.

As used in the present specification, the following words and phrases are generally intended to have the meanings as set forth below, except to the extent that the context in which they are used indicates otherwise.

"Optional" or "optionally" means that the subsequently described event or circumstance may or may not occur, and that the description includes instances where said event or circumstance occurs and instances in which it does not.

The term "therapeutically effective amount" refers to that amount of a compound of Formula I that is sufficient to effect treatment, as defined below, when administered to a mammal in need of such treatment. The therapeutically effective amount will vary depending upon the subject and disease condition being treated, the weight and age of the subject, the severity of the disease condition, the manner of administration and the like, which can readily be determined by one of ordinary skill in the art.

The term "treatment" or "treating" means any treatment of a disease in a mammal, including:

(i) preventing the disease, that is, causing the clinical symptoms of the disease not to develop;

(ii) inhibiting the disease, that is, arresting the development of clinical symptoms; and/or

(iii) relieving the disease, that is, causing the regression of clinical symptoms.

As used herein, "pharmaceutically acceptable carrier" includes any and all solvents, dispersion media, coatings, antibacterial and antifungal agents, isotonic and absorption delaying agents and the like. The use of such media and agents for pharmaceutically active substances is well known in the art. Except insofar as any conventional media or agent is incompatible with the active ingredient, its use in the therapeutic compositions is contemplated. Supplementary active ingredients can also be incorporated into the compositions.

The term "polymorph" is intended to include amorphous and solvates of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide.

It has been discovered that this compound is capable of existing in at least three different crystalline forms, referred to herein as Form A, Form B, Form C, and an amorphous product.

Form A: This polymorph can be produced by crystallizing 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide from protic solvents, for example ethanol or ethanol/water mixtures, or from a polar solvent, for example dimethylsulfoxide/water. Form A has been shown to be a monohydrate, and is the most stable of the various polymorphs at ambient temperatures. It is stable under relative humidity stress conditions up to its melting point.

Form B: This polymorph is produced by evaporating under vacuum a solution of 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide in trifluoroethanol at ambient temperatures. The X-ray analysis of the crystals was distinctly different from any other polymorph (see FIG. **4**), but it was difficult to determine its constitution, as the X-ray analysis gave disordered broad peaks, and the polymorph contained varying amounts of water. It was found to be difficult to reliably reproduce the preparation of this polymorph.

Form C: This polymorph is produced by slurrying 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide in acetonitrile for a long period of time at 60° C. The X-ray analysis of the crystals was distinctly different from any other polymorph (see FIG. **5**). Polymorph C was shown to be a variable hydrate, which, at elevated temperatures, desolvates to an unstable form.

Amorphous Material: This polymorph is produced by heating Form A polymorph at a temperature of up to 200° C. This

polymorph is unstable in the presence of atmospheric moisture, forming variable hydrates.

Techniques for Analysis of Forms A, B, C and Amorphous Material

X-Ray Powder Diffraction

X-ray powder diffraction (XRPD) analyses were carried out on a Shimadzu XRD-6000 X-ray powder diffractometer using Cu Kα radiation. The instrument was equipped with a fine focus X-ray tube, and the tube voltage and amperage were set to 40 kV and 40 mA respectively. The divergence and scattering slits were set at 1" and the receiving slit was set at 0.15 mm. Diffracted radiation was detected by a NaI scintillation detector. A theta-two theta continuous scan at 3°/min (0.4 sec/0.02° step) from 2.5-40° 2θ was used. A silicon standard was used to check the instrument alignment. Data were collected and analyzed using XRD-6000 v. 4.1 software.

X-ray powder diffraction (XRPD) analyses were also performed using an Inel XRG-3000 diffractometer equipped with a CPS (Curved Position Sensitive) detector with a 28 range of 120°. The instrument calibration was performed using a silicon reference standard. The tube voltage and amperage were set to 40 kV and 30 mA, respectively. The monochromator slit was set at 5 mm by 80 μm. Samples were placed in an aluminum sample holder with a silicon insert or in glass XRPD-quality capillaries. Each capillary was mounted onto a goniometer head that is motorized to permit spinning of the capillary during data acquisition. Real time data were collected using Cu—Kα radiation at a resolution of 0.03° 2θ. Typically, data were collected over a period of 300 seconds. Only the data points within the range of 2.5-40° 2θ are displayed in the plotted XRPD patterns.

Thermal Analyses

Thermogravimetric (TG) analyses were carried out on a TA Instruments 2050 or 2950 thermogravimetric analyzer. The calibration standards were nickel and Alumel™. Samples were placed in an aluminum sample pan, inserted into the TG furnace, and accurately weighed. The samples were heated in nitrogen at a rate of 10° C./min to either 300 or 350° C. Unless stated otherwise, samples weights were equilibrated at 25° C. in the TGA furnace prior to analysis.

Differential scanning calorimetry (DSC) analyses were carried out on a TA Instruments differential scanning calorimeter 2920. Accurately weighed samples were placed in either crimped pans or hermetically sealed pans that contained a pinhole to allow for pressure release. Each sample was heated under nitrogen at a rate of 10° C./min to either 300 or 350° C. Indium metal was used as the calibration standard. Temperatures were reported at the transition maxima.

Infrared Spectroscopy

Infrared spectra were acquired on Magna 860® Fourier transform infrared (FT-IR) spectrophotometer (Nicolet Instrument Corp.) equipped with an Ever-Glo mid/far IR source, an extended range potassium bromide beamsplitter, and a deuterated triglycine sulfate (DTGS) detector. Unless stated otherwise, a Spectra-Tech, Inc. diffuse reflectance accessory (the Collector™) was used for sampling. Each spectrum represents 256 co-added scans at a spectral resolution of 4 $cm^{-1}$. Sample preparation for the compound consisted of placing the sample into a microcup and leveling the material with a frosted glass slide. A background data set was acquired with an alignment mirror in place. The spectra represent a ratio of the sample single-beam data set to the background single beam data set. Wavelength calibration of the instrument was performed using polystyrene.

NMR Spectroscopy

Solution phase $^1H$ NMR spectra of the were acquired at ambient temperature on a Bruker model AM-250 spectrometer operating at 5.87 T (Larmor frequency: $^1H$=250 MHz). Time-domain data were acquired using a pulse width of 7.5 ps and an acquisition time of 1.6834 second over a spectral window of 5000 Hz. A total of 16,384 data points were collected. A relaxation delay time of 5 seconds was employed between transients. Each data set typically consisted of 128 coaveraged transients. The spectra were processed utilizing GRAMS132 A1 software, version 6.00. The free induction decay (FID) was zero-filled to four times the number of data points and exponentially multiplied with a line-broadening factor of 0.61 Hz prior to Fourier transformation. The $^1H$ spectra were internally referenced to tetramethylsilane (0 ppm) that was added as an internal standard.

Alternatively, NMR analysis was carried out as described in Example 4.

Moisture SorptionJDesorption Analyses

Moisture sorption/desorption data were collected on a VTI SGA-100 Vapor Sorption Analyzer. Sorption and desorption data were collected over a range of 5% to 95% relative humidity (RK) at 10% RH intervals under a nitrogen purge. Sodium chloride (NaCl) and polyvinyllpyrrolidone (PVP) were used as the calibration standards. Equilibrium criteria used for analysis were less than 0.0100% weight change in 5 minutes, with a maximum equilibration time of 180 minutes if the weight criterion was not met. The plotted data have not been corrected for the initial moisture content.

Nomenclature

The structure of the compound (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide is as follows:




Synthesis of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide

One method for the large scale synthesis of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide is shown in Reaction Scheme I.

REACTION SCHEME I




(1)

-continued




(2)



(3)



Step 1—Preparation of Formula (2)

The compound of formula (2) is prepared from the compound of formula (1) by reaction with hydrazine monohydrate in the absence of a solvent. The reaction is conducted at a temperature of about 40° C. plus/minus 5° C. When the reaction is complete, the product of formula (2) is isolated by stirring with a protic solvent in which the compound of formula (2) has limited solubility, for example ethanol or isopropanol. The mixture is stirred for about 1-5 hours, and then filtered. The solid is purified by stirring with water, filtering, and washing with water followed by isopropanol and dried under vacuum, which is taken to the next step without purification.

Step 2—Preparation of Formula (3)

The compound of formula (2) is then converted to a compound of formula (3) by reacting with about 1-1.2 molar equivalents of ethyl 2-formyl-3-oxopropionate. The reaction is conducted in a protic solvent, preferably ethanol, at about reflux temperature, for about 2-4 hours. After cooling, to about 0° C., the solid is filtered off, washed with cold ethanol, and dried under reduced pressure. The product of formula (3) is taken to the next step without purification.

Step 3—Preparation of Final Product

The final product is prepared from the compound of formula (3) by reacting with methylamine, preferably aqueous methylamine. The reaction is carried out at about room temperature, for about 4 hours. The product of Formula I is isolated by conventional means, for example by filtration, washing the solid with cold ethanol, and drying under reduced pressure.

Preparation of Starting Materials

(4S,2R,3R,5R)-2-(6-amino-2-chloropurin-9-yl)-5-(hydroxymethyl)oxolane-3,4-diol is used as a starting material in step 1. This compound is commercially available.

Ethyl 2-formyl-3-oxopropanoate is used as a starting material in step 2. It is commercially available, or may be made as shown in Reaction Scheme II.

REACTION SCHEME II




Ethyl 3,3-diethoxypropionate is reacted with ethyl formate in the presence of a strong base, preferably sodium hydride. The reaction is carried out at about 0-5° C., for about 24 hours. The product is isolated by conventional means, for example by the addition of water and extraction of impurities with a conventional solvent, for example t-butylmethyl ether, acidification of the aqueous phase with, for example, hydrochloric acid, followed by extraction with a solvent such as dichloromethane, and removing the solvent from the dried extract under reduced pressure.

A preferred method for the large scale synthesis of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide is shown in Reaction Scheme III.

REACTION SCHEME III



(1)




(2)

-continued



(4)

Step 1—Preparation of Formula (2)

The compound of formula (2) is prepared from the compound of formula (1) by reaction with hydrazine monohydrate in the absence of a solvent. The reaction is conducted at a temperature of about 45-55° C. plus/minus 5° C. When the reaction is complete, the product of formula (2) is isolated by stirring with a protic solvent in which the compound of formula (2) has limited solubility, for example ethanol or isopropanol. The mixture is stirred for about 1-5 hours, and then filtered. The solid is purified by stirring with water, filtering, and washing with water followed by ethanol or isopropanol and dried under vacuum, which is taken to the next step without purification.

Step 2—Preparation of Formula (4)

The compound of formula (2) is then converted to a compound of formula (4) by reacting with an excess of ethyl 2-formyl-3-oxopropionate, for example a 2-10 fold excess, preferably about 5-10 fold excess. The reaction is conducted in a protic solvent, for example ethanol, at about reflux temperature, for about 2-4 hours. After cooling, to about 0° C., the solid is filtered off, washed with cold ethanol, and dried under reduced pressure, and the product of formula (4) is taken to the next step without purification.

The compound of formula (4) is drawn as a (2E) alkene derivative, as this is the major isomer formed in this reaction. However, it should be noted that a significant amount of the (2Z) alkene derivative may also be formed in this reaction; that is:



named as ethyl (2Z)-3-({9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)-oxolan-2-yl]-2-[4-(ethoxycarbonyl)pyrazolyl]purin-6-yl}amino)-2-formylprop-2-enoate.

Accordingly, although the compound of formula (4) is represented as the (2E) alkene derivative only, the term "compound of formula (4)" is intended to include both the instance where it is solely the (2E) isomer, and the instance where the major portion of the product is the (2E) isomer and a minor portion of the (2Z) isomer is also present. The conversion of the compound of formula (4) to the final product by reaction with methylamine as described in Step 3 proceeds in the same manner whether the compound of formula (4) is present as the (2E) isomer or as a mixture of the (2E) isomer and the (2Z) isomer.

Step 3—Preparation of Final Product

The final product is prepared from the compound of formula (4) by reacting with methylamine, preferably aqueous methylamine. The reaction is initially carried out at about 0-5° C. for about 8 hours, preferably in a pressure reactor, followed by raising the temperature to 50-60° C. over about 1 hour, and maintaining the temperature for 15-30 minutes. The product is isolated by conventional means, for example by cooling to 0-5° C. and maintaining a vacuum for about 1 hour, thus removing the methylamine. The vacuum is removed, and the remaining contents held at 0-5° C. for at least 30 minutes, followed by filtration. The solid thus obtained is washed with water followed by ethanol, and dried under reduced pressure.

This process provides (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide as its monohydrate. This polymorph can be further purified by dissolving in dimethylsulfoxide, filtering any solid impurities from the solution, and precipitating the monohydrate from solution by addition of water.

## EXAMPLE 1

### Preparation of Ethyl-2-formyl-3-oxopropionate



A three- or four-neck round bottom flask equipped with magnetic stir bar, thermocouple, digital thermometer, gas inlet and outlet and addition funnel was flushed with argon.

Ethyl 3,3-diethoxypropionate (64.5 g) in tetrahydrofuran were charged to the addition funnel. Sodium hydride (21.2 g of a 60% dispersion) was charged to the reaction flask followed by tetrahydrofuran. The contents of the flask were cooled to 0-5° C. in an ice-bath, and ethyl formate (257 g) was added. The mixture was cooled to 0-5° C. and the contents of the addition funnel added dropwise, maintaining an internal temperature of less than 5° C. The ice-bath was removed and the contents allowed to warm to ambient temperature. Consumption of ethyl 3,3-diethoxypropionate was monitored by TLC analysis. The reaction was quenched by addition of ice-water (10.6 vol), and extracted three times with methyl t-butyl ether (5.4 vol each), and the organic layers discarded. The aqueous phase was acidified with conc. hydrochloric acid to a pH of 1 to 1.5. The acidified aqueous layer was extracted three times with dichloromethane and the combined organic layers dried over sodium sulfate. The solvent was removed under reduced pressure, and the residue distilled under vacuum, to provide ethyl 2-formyl-3-oxopropionate, 27.92 g, 70% yield.

EXAMPLE 2

A. Preparation of 2-Hydrazinoadenosine (2)

(2)




A flask equipped with a mechanical stirrer, gas inlet, gas outlet and thermocouple was flushed with argon. 2-Chloroadenosine hemihydrate (53.1 g) was added, followed by hydrazine monohydrate (134 g). The mixture was stirred while heating to 40-45° C. for 2 hours. The progress of the reaction was followed by TLC analysis. When the reaction was complete, the heat source was removed and ethanol (800 ml) was added. The mixture was stirred for 2 hours at ambient temperature, then the precipitate collected by filtration. The filter cake was washed with ethanol and dried under reduced pressure for 30 minutes. The solids were transferred to a clean flask equipped with a mechanical stirrer and water (300 ml) was added. The suspension was stirred at room temperature for 18 hours, and the solids isolated by filtration. The filter cake was washed with ice-cold water (300 ml) followed by a wash with ice-cold ethanol (300 ml). The solid was dried under reduced pressure to provide 2-hydrazinoadenosine (41.38 g, 81.4% yield, 99.3% purity).

B. Alternative Preparation of 2-Hydrazinoadenosine (2)

A reaction vessel containing hydrazine hydrate (258 g, 250 ml) was heated to 40-50° C. To the warm mixture 2-chloroadenosine hemihydrate (100 g) was added in portions, maintaining the temperature between 45-55° C. The temperature was kept at this temperature for two hours, and then deionized water (500 ml) was added over a period of 30 minutes, maintaining the temperature at 45-55° C. The mixture was then gradually cooled to 0-5° C. over a period of 3 hours, then stirred at this temperature for a further 30 minutes. The solid was then filtered off, and washed with cold (2-5° C.) deionized water (200 ml), followed by ethanol (400 ml). The solid was dried under vacuum for 12 hours, to provide 2-hydrazinoadenosine.

EXAMPLE 3

Preparation of Ethyl 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazole-4-carboxylate (3)

(3)




Ethyl 2-formyl-3-oxopropionate (23.93 g, 0.17 mol) was placed in a flask equipped with mechanical stirrer, gas inlet, gas outlet and reflux condenser. 2-Propanol was added to the flask followed by 2-hydrazinoadenosine (44.45 g, 0.15 mol). The mixture was heated to reflux under stirring for 2-4 hours, following the progress of the reaction by TLC analysis. When the reaction was judged complete, the heat source was removed and the mixture cooled to room temperature. The suspension was cooled under stirring in an ice-bath for 1.5 to 2 hours. The solids were isolated by vacuum filtration, and washed with ice-cold 2-propanol. The product, ethyl 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazole-4-carboxylate, was dried under reduced pressure to a constant weight. Yield 54.29 g, purity (by HPLC) 96.6%.

EXAMPLE 4

Preparation of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide




A mixture of ethyl 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazole-4-carboxylate (46.4 g) and methylamine (40% in water, 600 ml) was stirred at ambient temperature for about 4 hours, following the progress of the reaction by HPLC analysis. The majority of the excess methylamine was removed under

reduced pressure, and the remaining mixture cooled at 0° C. for 2 hours. The solid material was filtered off, washed with ice-cold 200 proof ethanol, and dried under reduced pressure, to provide (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide as its monohydrate, 36.6 g, purity 99.6%.

The structure of the material was confirmed by $^1$H NMR (see FIG. **1** and below). Thermal analysis (see FIG. **2**) provided results consistent with the presence of one molecule of water. X-Ray powder diffraction patterns were obtained (FIG. **3**)



$^1$H and $^{13}$C NMR spectra were obtained in the following manner. Two samples of the material obtained above were weighed out and dissolved in $d_6$-DMSO—5.3 mg was used for the $^1$H spectra, and 20.8 mg was used for $^{13}$C spectra. All spectra were acquired at ambient temperature on a JEOL Eclipse$^+$ 400 spectrometer operating at 400 MHz for $^1$H and 100 MHz for $^{13}$C.

| Label | $^{13}$C shift (ppm) | $^1$H shift (ppm) | Multiplicity, splitting(Hz) |
|---|---|---|---|
| 2 | 150.5 or 150.3 | — | |
| 4 | 156.4 | — | |
| 4a | 117.9 | — | |
| 6 | 140.0 | 8.41 | s |
| 7a | 150.5 or 150.3 | — | |
| 1' | 86.9 | 5.94 | D, 6.2 |
| 2' | 73.7 | 4.62 | m |
| 2'-OH | — | 5.50 | D, 6.2 |
| 3' | 70.5 | 4.17 | m |
| 3'-OH | — | 5.23 | D, 4.7 |
| 4' | 85.7 | 3.96 | m |
| 5' | 61.5 | 3.67, 3.57 | m |
| 5'-OH | — | 5.02 | D, 5.7 |
| A | 140.9 | 8.07 | D, 0.8 |
| B | 120.2 | — | |
| C | 129.6 | 8.95 | D, 0.8 |
| D | 161.7 | — | |
| E | 25.6 | 2.76 | D, 4.6 |
| $NH_2$ | — | 7.77 | br s |
| NH | — | 8.35 | Q, 4.6 |

Purification of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate

A solution of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate (100 g) in dimethylsulfoxide (300 ml) was filtered through a 0.6 to 0.8 micron prefilter and a 0.2 micron filter to remove any solid impurities. The filtrate was then slowly added over a period of 1 hour to deionized water (1 liter) with stirring, and the slurry thus produced stirred for not less than 1 hour. The solid was filtered off, washed with deionized water (2×1 liter), and dried under vacuum for not less than 1 hour. The dried product was then slurried again with deionized water (1.5 liter) for not less than 2 hours, filtered off, and washed with deionized water (1 liter) followed by absolute ethanol (750 ml). The purified product was dried under vacuum at a temperature of not more than 40° C. for not less than 12 hours, to provide (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate free of any 2-hydrazinoadenosine impurity.

EXAMPLE 5

Preparation of Ethyl (2E)-3-({9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)-oxolan-2-yl]-2-[4-(ethoxycarbonyl)pyrazolyl]purin-6-yl}amino)-2-formylprop-2-enoate



A mixture of 2-hydrazinoadenosine (100 g, 0.34 mol), ethyl 2-formyl-3-oxopropionate (242 g, 1.7 mol) and absolute ethanol were charged to a reactor, and the mixture heated to reflux for 2 hours. When the reaction was judged complete, the heat source was removed and the mixture gradually cooled to 5-10° C. over a period of 3 hours. The slurry was stirred for 30 minutes at this temperature, and the mixture filtered. The solid material was washed with cold (5-10° C.) absolute ethanol, and then dried under vacuum at a temperature that did not exceed 40° C., to provide ethyl (2E)-3-({9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-2-[4-(ethoxycarbonyl)-pyrazolyl]purin-6-yl}amino)-2-formylprop-2-enoate.

An elemental analysis gave the following results: C, 48.75%; H, 4.86%; N, 18.05%; O, 27.57. Theoretical: C, 49.72%; H, 4.74%; N, 18.45%; O, 27.09. The analysis corresponds within experimental error limits to the hemihydrate of the desired product. (C, 48.89%; H, 4.81%; N, 18.1%; O, 28.12)

$^1$H and $^{13}$C NMR spectra were obtained in the following manner. 20.2 mg of the compound of formula (4) was dissolved in ~0.75 ml of DMSO-d6, and the spectra obtained at ambient temperature on a JEOL ECX-400 NMR spectrometer operating at 400 MHz for $^1$H and 100 MHz for $^{13}$C. The chemical shifts were referenced to the DMSO solvent, 2.50 ppm for $^1$H and 39.5 ppm for $^{13}$C.

Results

The $^1$H and $^{13}$C chemical shifts are listed in Table 1. Two isomers in a ratio of ~60/30 were observed in both the $^1$H and the $^{13}$C spectra, labeled as major and minor in the table.

| Atom[a] | $^{13}C$ Chemical Shift (ppm) | $^{1}H$ Chemical Shift (ppm) | Multiplicity[b], Splitting (Hz) |
|---|---|---|---|
| 21(major) | 192.4 | 9.96 | d, 3.6 |
| 21(minor) | 187.6 | 9.83 | S |
| 22(minor) | 167.1 | — | — |
| 22(major) | 165.2 | — | — |
| 15(minor) | 161.8 | — | — |
| 15(major) | 161.7 | — | — |
| 6(major) | 153.1 | — | — |
| 6(minor) | 152.9 | — | — |
| 2(minor) | 149.4 | — | — |
| 2(major) | 149.3 | — | — |
| 19(minor) | 148.0 | 9.22 | d, 13.0 |
| 4(minor) | 147.9 | — | — |
| 4(major) | 147.8 | — | — |
| 19(major) | 147.5 | 9.26 | d, 12.4, d, 3.6 |
| 8(major) | 144.9 | 8.87 | s |
| 8(minor) | 144.7 | 8.85 | s |
| 12 | 143.1 | 8.20-8.23 | m |
| 14(minor) | 132.8 | 9.20 | d, ~0.7 |
| 14(major) | 132.6 | 9.12 | d, ~0.7 |
| 5(major) | 120.7 | — | — |
| 5(minor) | 120.6 | — | — |
| 13 | 116.7 | — | — |
| 20(minor) | 107.2 | — | — |
| 20(major) | 106.1 | — | — |
| 1'(major) | 87.9 | 6.07 | d, 5.3 |
| 1'(minor) | 87.9 | 6.06 | d, 5.3 |
| 4' | 85.8 | 4.02 | q, 3.9 |
| 2'(minor) | 74.1 | 4.62 | q, ~5.4 |
| 2'(major) | 74.1 | 4.61 | q, ~5.4 |
| 3' | 70.1 | 4.22 | q, 4.2 |
| 5' | 61.0 | 3.62, 3.73 | m |
| 23, 16 | 60.3-60.8 | 4.25-4.39 | m |
| 17, 24 | 14.1-14.2 | 1.28-1.38 | m |
| 18(major) | — | 12.51 | d, 12.4 |
| 18(minor) | — | 11.47 | d, 13.0 |
| 2'-OH(major) | — | 5.63 | d, 6.1 |
| 2'-OH(minor) | — | 5.62 | d, 6.1 |
| 3'-OH | — | 5.30 | d, 5.1 |
| 5'-OH | — | 5.08 | t, 5.5 |

The compound of formula (4) was confirmed to be a mixture of the following two isomers:



Major

-continued



Minor

EXAMPLE 6

Preparation of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide from Compound (4)



Aqueous 40% methylamine solution (1300 ml) was placed in a pressure reactor, cooled to 0-5° C., and the product of Example 5 (ethyl (2E)-3-({9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-2-[4-(ethoxycarbonyl)pyrazolyl]purin-6-yl}amino)-2-formylprop-2-enoate (100 g) added. The mixture was stirred at 0-5° C. for at least 8 hours, monitoring the reaction for completion. When complete, the mixture was warmed, maintaining the temperature between 50 and 60° C. for 1 hour, and then cooled to less than 30° C. over a period of 1 hour. When the temperature was below 30° C., the mixture was degassed using a pressure of 100-150 mm Hg, allowing the temperature to decrease to 0-5° C. The mixture was stirred at 0-5° C. for at least 1 hour, maintaining the pressure at 100-150 mm Hg. The vacuum was then discontinued and replaced by nitrogen, maintaining the temperature at 0-5° C. for not less than 30 minutes. The solid product was then filtered off, washed with water (3×500 ml), then with absolute ethanol (625 ml). The product was dried under vacuum, not allowing the temperature to exceed 40° C., to provide (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide as its monohydrate.

$^1H$ and $^{13}C$ NMR spectra were obtained in the following manner. Two samples of the material obtained above were weighed out and dissolved in $d_6$-DMSO-5.3 mg was used for the $^1H$ spectra, and 20.8 mg was used for $^{13}C$ spectra. All spectra were acquired at ambient temperature on a JEOL Eclipse+ 400 spectrometer operating at 400 MHz for $^1H$ and 100 MHz for $^{13}C$.

| Label | $^{13}C$ shift (ppm) | $^1H$ shift (ppm) | Multiplicity, splitting(Hz) |
|---|---|---|---|
| 2 | 150.5 or 150.3 | — | |
| 4 | 156.4 | — | |
| 4a | 117.9 | — | |
| 6 | 140.0 | 8.41 | s |
| 7a | 150.5 or 150.3 | — | |
| 1' | 86.9 | 5.94 | D, 6.2 |
| 2' | 73.7 | 4.62 | m |
| 2'-OH | — | 5.50 | D, 6.2 |
| 3' | 70.5 | 4.17 | m |
| 3'-OH | — | 5.23 | D, 4.7 |
| 4' | 85.7 | 3.96 | m |
| 5' | 61.5 | 3.67, 3.57 | m |
| 5'-OH | — | 5.02 | D, 5.7 |
| A | 140.9 | 8.07 | D, 0.8 |
| B | 120.2 | — | |
| C | 129.6 | 8.95 | D, 0.8 |
| D | 161.7 | — | |
| E | 25.6 | 2.76 | D, 4.6 |
| $NH_2$ | — | 7.77 | br s |
| NH | — | 8.35 | Q, 4.6 |

An elemental analysis gave the following results: C, 43.96%; H, 4.94%; N, 27.94. Theoretical: C, 44.12%; H, 4.94%; N, 27.44%; O, 27.09. The analysis corresponds within experimental error limits to the monohydrate.

We claim:

**1**. A monohydrate of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide, which monohydrate is in a crystalline form.

**2**. The monohydrate of claim **1**, wherein the crystalline form has a X-ray diffraction pattern as shown in FIG. **3**.

**3**. The monohydrate of claim **1**, wherein the crystalline form has a thermogravimetric analysis pattern and a differential scanning calorimetry pattern as shown in FIG. **2**.

**4**. The monohydrate of claim **1**, wherein the crystalline form is obtainable by a method comprising crystallizing (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl) oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide in an aqueous protic solvent or an aqueous polar solvent.

**5**. The monohydrate of claim **1**, wherein the crystalline form is obtainable by a method comprising crystallizing (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl) oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide in a solvent selected from a mixture of ethanol and water and a mixture of dimethylsulfoxide and water.

**6**. A method for preparing the monohydrate of claim **1**, comprising crystallizing (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-methylcarboxamide in an aqueous protic solvent or an aqueous polar solvent.

**7**. The method of claim **6**, wherein the aqueous protic solvent or the aqueous polar solvent is selected from a mixture of ethanol and water and a mixture of dimethylsulfoxide and water.

**8**. The monohydrate of claim **1**, wherein the crystalline form has a $^1H$ NMR spectrum as shown in FIG. **1**.

**9**. The monohydrate of claim **1**, wherein the crystalline form is free of any impurity represented by the following structure:




* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION



PATENT NO. : 8,106,183 B2
APPLICATION NO. : 12/765623
DATED : January 31, 2012
INVENTOR(S) : Zablocki et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title Page, Item (75) Inventor is corrected to read:

-- Jeff Zablocki, Mountain View, CA (US); Elfaith Elzein, Fremont, CA (US); Robert Seemayer, Belmont, CA (US); Travis Lemons, Los Altos Hills, CA (US). --.

Signed and Sealed this
Third Day of March, 2015

Michelle K. Lee

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 8,106,183 B2
APPLICATION NO. : 12/765623
DATED : January 31, 2012
INVENTOR(S) : Zablocki et al.



It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title Page, Item (75) Inventor is corrected to read:

-- Jeff Zablocki, Mountain View, CA (US); Elfatih Elzein, Fremont, CA (US); Robert Seemayer, Belmont, CA (US); Travis Lemons, Los Altos Hills, CA (US). --.

This certificate supersedes the Certificate of Correction issued March 3, 2015.

Signed and Sealed this
Twenty-fourth Day of November, 2015

Michelle K. Lee

Michelle K. Lee
*Director of the United States Patent and Trademark Office*

# Exhibit C

US00RE47301E

(19) **United States**
(12) **Reissued Patent**
**Zablocki et al.**

(10) **Patent Number: US RE47,301 E**
(45) **Date of Reissued Patent: Mar. 19, 2019**

(54) **PROCESS FOR PREPARING AN A2A-ADENOSINE RECEPTOR AGONIST AND ITS POLYMORPHS**

(71) Applicant: **Gilead Sciences, Inc.**, Foster City, CA (US)

(72) Inventors: **Jeff Zablocki**, Los Altos, CA (US); **Elfatih Elzein**, Mountain House, CA (US); **Robert Seemayer**, Belmont, CA (US); **Travis Lemons**, Los Gatos, CA (US)

(73) Assignee: **Gilead Sciences, Inc.**, Foster City, CA (US)

(21) Appl. No.: **15/653,860**

(22) Filed: **Jul. 19, 2017**

**Related U.S. Patent Documents**

Reissue of:
(64) Patent No.: **9,085,601**
Issued: **Jul. 21, 2015**
Appl. No.: **13/970,372**
Filed: **Aug. 19, 2013**

U.S. Applications:
(63) Continuation of application No. 13/333,872, filed on Dec. 21, 2011, now Pat. No. 8,524,833, which is a continuation of application No. 12/765,623, filed on Apr. 22, 2010, now Pat. No. 8,106,183, which is a continuation of application No. 11/701,699, filed on Feb. 2, 2007, now Pat. No. 7,732,595.

(60) Provisional application No. 60/801,857, filed on May 18, 2006, provisional application No. 60/765,114, filed on Feb. 3, 2006.

(51) **Int. Cl.**
***A01N 43/04*** (2006.01)
***A61K 31/70*** (2006.01)
***C07H 19/00*** (2006.01)
***C07H 19/167*** (2006.01)
***C07H 19/173*** (2006.01)
***C07H 19/16*** (2006.01)

(52) **U.S. Cl.**
CPC .......... ***C07H 19/16*** (2013.01); ***C07H 19/167*** (2013.01)

(58) **Field of Classification Search**
CPC ........ A01N 43/04; A61K 31/70; C07H 19/00; C07H 19/167; C07H 19/173; C07H 19/16
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,845,770 | A | 11/1974 | Theeuwes et al. |
| 4,089,959 | A | 5/1978 | Diamond |
| 4,120,947 | A | 10/1978 | Diamond |
| 4,325,956 | A | 4/1982 | Kjellin et al. |
| 4,326,525 | A | 4/1982 | Swanson et al. |
| 4,593,095 | A | 6/1986 | Snyder et al. |
| 4,696,932 | A | 9/1987 | Jacobson et al. |
| 4,804,664 | A | 2/1989 | Kjellin et al. |
| 4,902,514 | A | 2/1990 | Barclay et al. |
| 4,956,345 | A | 9/1990 | Miyasaka et al. |
| 4,968,687 | A | 11/1990 | Findeisen et al. |
| 4,968,697 | A | 11/1990 | Hutchison |
| 4,990,498 | A | 2/1991 | Suhadolnik |
| 4,992,445 | A | 2/1991 | Lawter et al. |
| 5,001,139 | A | 3/1991 | Lawter et al. |
| 5,032,252 | A | 7/1991 | Owen et al. |
| 5,070,877 | A | 12/1991 | Mohiuddin et al. |
| 5,189,027 | A | 2/1993 | Miyashita et al. |
| 5,270,304 | A | 12/1993 | Kogi et al. |
| 5,459,254 | A | 10/1995 | Yamaguchi et al. |
| 5,477,857 | A | 12/1995 | McAfee et al. |
| 5,516,894 | A | 5/1996 | Reppert |
| 5,593,975 | A | 1/1997 | Cristalli |
| 5,616,345 | A | 4/1997 | Geoghegan et al. |
| 5,641,784 | A | 6/1997 | Kufner-Muhl et al. |
| 5,646,156 | A | 7/1997 | Jacobson et al. |
| 5,670,498 | A | 9/1997 | Suzuki et al. |
| 5,703,085 | A | 12/1997 | Suzuki et al. |
| 5,704,491 | A | 1/1998 | Graves |
| 5,705,491 | A | 1/1998 | Yamada |
| 5,770,716 | A | 6/1998 | Khan et al. |
| 5,776,960 | A | 7/1998 | Oppong et al. |
| 5,780,481 | A | 7/1998 | Jacobson et al. |
| 5,854,081 | A | 12/1998 | Linden et al. |
| 5,877,180 | A | 3/1999 | Linden et al. |
| 5,939,543 | A | 8/1999 | Morozumi et al. |
| 6,026,317 | A | 2/2000 | Verani |
| 6,117,878 | A | 9/2000 | Linden |
| 6,214,807 | B1 | 4/2001 | Zablocki et al. |
| 6,294,522 | B1 | 9/2001 | Zablocki et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 965411 | 4/1975 |
| CA | 2064742 | 12/1991 |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 10/896,766, filed Jul. 22, 2004, Vanderbilt University.
U.S. Appl. No. 12/637,311, filed Dec. 14, 2009, Zablocki et al.
U.S. Appl. No. 14/701,285, filed Apr. 30, 2015, Zablocki et al.
Jeffery, "Remodeling in Asthma and Chronic Obstructive Lung Disease," Am. J. Respir. Crit. Care Med., vol. 164, No. 10pt2, pp. S28-S38 (2001).
Office Action for U.S. Appl. No. 13/092,812, dated Oct. 25, 2011 (citing Brady et al., "General Chemistry—Principles and Structure", John Wiley & Sons, New York, 1978, pp. 328-330 and 352-353).
Avis, Kenneth E., Sterile Products, *The Theory and Practice of Industrial Pharmacy* edited by Lachman, Leon et al., Fourth Indian Reprint, 1991, pp. 639-677, Varghese Publishing House, Bombay, India.

(Continued)

*Primary Examiner* — Jerry D Johnson
(74) *Attorney, Agent, or Firm* — Sheppard Mullin Richter & Hampton LLP

(57) **ABSTRACT**

Disclosed is a synthesis suitable for large scale manufacture of an $A_{2A}$-adenosine receptor agonist, and also relates to polymorphs of that compound, and to methods of isolating a specific polymorph.

**12 Claims, 5 Drawing Sheets**

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,322,771 | B1 | 11/2001 | Linden et al. | |
| 6,368,573 | B1 | 4/2002 | Leung | |
| 6,387,913 | B1 | 5/2002 | Mustafa | |
| 6,403,567 | B1 * | 6/2002 | Zablocki et al. | 514/46 |
| 6,448,235 | B1 | 9/2002 | Linden et al. | |
| 6,514,949 | B1 | 2/2003 | Linden et al. | |
| 6,552,023 | B2 | 4/2003 | Zablocki et al. | |
| 6,599,283 | B1 | 7/2003 | Marzilli et al. | |
| 6,605,597 | B1 | 8/2003 | Zablocki et al. | |
| 6,642,210 | B1 * | 11/2003 | Zablocki et al. | 514/46 |
| 6,670,334 | B2 | 12/2003 | Linden et al. | |
| 6,677,336 | B2 | 1/2004 | Zablocki et al. | |
| 6,758,388 | B1 | 7/2004 | Leholm et al. | |
| 6,770,634 | B1 | 8/2004 | Zablocki et al. | |
| 6,825,349 | B2 | 11/2004 | Kalla et al. | |
| 6,855,818 | B2 | 2/2005 | Zablocki et al. | |
| 6,916,804 | B2 | 7/2005 | Castelhano et al. | |
| 6,977,300 | B2 | 12/2005 | Kalla et al. | |
| 6,995,148 | B2 | 2/2006 | Jones et al. | |
| 7,109,180 | B2 | 9/2006 | Zablocki et al. | |
| 7,109,203 | B2 | 9/2006 | Hart et al. | |
| 7,125,993 | B2 | 10/2006 | Elzein et al. | |
| 7,144,872 | B2 | 12/2006 | Zablocki et al. | |
| 7,183,264 | B2 * | 2/2007 | Zablocki et al. | 514/46 |
| 7,553,823 | B2 | 6/2009 | Zablocki et al. | |
| 7,582,617 | B2 | 9/2009 | Belardinelli et al. | |
| 7,655,636 | B2 | 2/2010 | Gordi et al. | |
| 7,655,637 | B2 | 2/2010 | Zablocki et al. | |
| 7,671,192 | B2 * | 3/2010 | Zablocki et al. | 536/27.11 |
| 7,683,037 | B2 | 3/2010 | Belardinelli | |
| 7,732,595 | B2 * | 6/2010 | Zablocki et al. | 536/27.11 |
| 7,956,179 | B2 * | 6/2011 | Zablocki et al. | 536/27.11 |
| 8,106,029 | B2 | 1/2012 | Gordi et al. | |
| 8,106,183 | B2 * | 1/2012 | Zablocki et al. | 536/27.11 |
| 8,133,879 | B2 | 3/2012 | Belardinelli et al. | |
| 8,183,226 | B2 | 5/2012 | Belardinelli et al. | |
| 8,268,988 | B2 | 9/2012 | Zablocki et al. | |
| 8,278,435 | B2 | 10/2012 | Zablocki et al. | |
| 8,470,801 | B2 | 6/2013 | Belardinelli et al. | |
| 8,524,883 | B2 * | 9/2013 | Zablocki et al. | 536/27.11 |
| 8,536,150 | B2 | 9/2013 | Belardinelli et al. | |
| 8,569,260 | B2 | 10/2013 | Zablocki et al. | |
| 9,045,519 | B2 | 6/2015 | Zablocki et al. | |
| 9,289,446 | B2 | 3/2016 | Belardinelli et al. | |
| 9,441,006 | B2 * | 9/2016 | Kvapil | C07H 19/16 |
| 9,580,457 | B2 * | 2/2017 | Pullagurla | C07H 1/00 |
| 9,624,258 | B2 * | 4/2017 | Rangisetty | C07H 19/16 |
| 9,771,390 | B2 * | 9/2017 | Zhang | C07H 19/167 |
| 2002/0012946 | A1 | 1/2002 | Belardinelli et al. | |
| 2002/0111327 | A1 | 8/2002 | Linden et al. | |
| 2002/0147174 | A1 | 10/2002 | Jones et al. | |
| 2003/0235555 | A1 | 12/2003 | Shealey et al. | |
| 2004/0038928 | A1 | 2/2004 | Zablocki et al. | |
| 2004/0064039 | A1 | 4/2004 | Belardinelli | |
| 2004/0127533 | A1 | 7/2004 | Hart et al. | |
| 2004/0137533 | A1 | 7/2004 | Belardinelli et al. | |
| 2005/0020915 | A1 | 1/2005 | Belardinelli et al. | |
| 2005/0175535 | A1 | 8/2005 | Belardinelli et al. | |
| 2006/0084625 | A1 | 4/2006 | Gordi et al. | |
| 2006/0159621 | A1 | 7/2006 | Barrett | |
| 2006/0159627 | A1 | 7/2006 | Zeng et al. | |
| 2007/0114269 | A1 | 5/2007 | Straza | |
| 2007/0203090 | A1 | 8/2007 | Zablocki et al. | |
| 2007/0207978 | A1 | 9/2007 | Zablocki et al. | |
| 2007/0265445 | A1 | 11/2007 | Zablocki et al. | |
| 2007/0299089 | A1 | 12/2007 | Belardinelli et al. | |
| 2008/0170990 | A1 | 7/2008 | Lieu et al. | |
| 2008/0213165 | A1 | 9/2008 | Lieu et al. | |
| 2008/0267861 | A1 | 10/2008 | Lieu et al. | |
| 2009/0081120 | A1 | 3/2009 | Lieu et al. | |
| 2009/0317331 | A1 | 12/2009 | Belardinelli et al. | |
| 2010/0081810 | A1 | 4/2010 | Zablocki et al. | |
| 2010/0086483 | A1 | 4/2010 | Belardinelli et al. | |
| 2010/0160620 | A1 | 6/2010 | Zablocki et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2377746 | 12/2000 |
| CA | 2640089 | 8/2007 |
| CN | 1358191 A | 7/2002 |
| EP | 0 354 638 | 2/1990 |
| EP | 354 638 A2 * | 2/1990 |
| EP | 0 386 683 | 9/1990 |
| EP | 2 581 381 | 4/2013 |
| JP | S 4826038 | 8/1973 |
| JP | SHO 48 1973 26038 | 8/1973 |
| JP | Hei 5 1993 9197 | 1/1993 |
| WO | WO 1992/00297 | 1/1992 |
| WO | WO 1992/12260 | 7/1992 |
| WO | WO 93/23401 | 11/1993 |
| WO | WO 93/25677 | 11/1993 |
| WO | WO 1993/23401 | 11/1993 |
| WO | WO 1993/25677 | 12/1993 |
| WO | WO 1995/11681 | 5/1995 |
| WO | WO 1998/052611 | 11/1998 |
| WO | WO 1998/57651 | 12/1998 |
| WO | WO 1999/63938 | 12/1999 |
| WO | WO 2000/078778 | 12/2000 |
| WO | WO 2000/078779 | 12/2000 |
| WO | WO 2001/016134 | 8/2001 |
| WO | WO 2001/062979 | 8/2001 |
| WO | WO 2003/088978 | 10/2003 |
| WO | WO 2004/011010 | 2/2004 |
| WO | WO 2005/082379 | 9/2005 |
| WO | WO 2006/044856 | 4/2006 |
| WO | WO 2006/076698 | 7/2006 |
| WO | WO 2007/092372 | 8/2007 |
| WO | WO 2008/028140 | 3/2008 |
| WO | WO 2008/042796 | 4/2008 |
| WO | WO 2008/063712 | 5/2008 |
| WO | WO 2008/086096 | 7/2008 |
| WO | WO 2008/143667 | 11/2008 |
| WO | WO 2006/044856 | 4/2009 |
| WO | WO 2009/076580 | 6/2009 |
| WO | WO 2010/037122 | 4/2010 |

OTHER PUBLICATIONS

Brittain, Harry G. et al., Effects of Pharmaceutical Processing on Drug Polymorphs and Solvates, *Polymorphism in Pharmaceutical Solids* edited by Brittain, Harry G., 1999, pp. 331-361, Marcel Dekker, Inc., New York, NY.

Brittain, Harry G. et al., Effects of Polymorphism and Solid-State Solvation on Solubility and Dissolution Rate, *Polymorphism in Pharmaceutical Solids* edited by Brittain, Harry G., 1999, pp. 279-330, Marcel Dekker, Inc., New York, NY.

Brittain, Harry G., Methods for the Characterization of Polymorphs and Solvates, *Polymorphism in Pharmaceutical Solids* edited by Brittain, Harry G., 1999, pp. 227-278, Marcel Dekker, Inc., New York, NY.

Guillory, J. Keith, Generation of Polymorphs, Hydrates, Solvates, and Amorphous Solids, *Polymorphism in Pharmaceutical Solids* edited by Brittain, Harry G, 1999, pp. 183-226, Marcel Dekker, Inc., New York, NY.

The International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use, Specifications: Test Procedures and Acceptance Criteria for New Drug Substances and New Drug Products: Chemical Substances Q6A, Oct. 6, 1999, 35 pages.

U.S. Appl. No. 13/591,008, filed Aug. 21, 2012, Zablocki et al.

Bergmann et al., "Oxidation of Hypoxanthines, Bearing 8-Aryl or 8-Pyridyl Substituents, byBovine Milk Xanthine Oxidase,", Biochimica et Biophysica Acta, vol. 484, No. 2, pp. 275-289 (1977).

Birdsall et al., "Purine N-Oxides-XL the 3-Acyloxypurine 8-Substitution Reaction: Scope:Syntheses of 8-Substituted Xanthines and Guanines," Tetrahedron, vol. 27, pp. 5969-5978 (1971).

Blackburn et al., "Adenosine Mediates IL-13-Induced Inflammation and Remodeling in the Lung and interacts in an IL 13-Adenosine Amplification Pathway," J. Clin. Invest., vol. 112, No. 3, pp. 332-344 (2003).

(56) **References Cited**

OTHER PUBLICATIONS

Brady et al., "General Chemistry—Principles and Structure", John Wiley & Sons, New York, 1978, pp. 328-330 and 352-353.
Bruns, "Adenosine Antagonism by Purines, Pteridines and Benzopteridines in Human Fibroblasts," Biochemical Pharmacology, vol. 30, No. 4, pp. 325-333 (1981).
Buckle et al., "Inhibition of Cyclic Nucleotide Phosphodiesterase by Derivatives of 1,3-Bis(cyclopropylmethyl)xanthine," J. Med. Chem., vol. 37, pp. 476-485 (1994).
Caira, "Crystalline Polymorphism of Organic Compounds," Topics in Current Chemistry, Berlin, 1998, pp. 163-208.
Cerqueira, "The Future of Pharmacologic Stress: Selective A2A Adenosine Receptor Agonists," Am. J. Cardiol., vol. 94 (2A), pp. 33D-42D (2004).
Cline et al., "Coronary Artery Angiography Using Multislice Computed Tomography Images," Circulation, vol. 102, pp. 1589-1590, XP002564059 (2000).
Crimi et al., "Purine Derivatives in the Study of Allergic Inflammation in Respiratory Diseases," Allergy, vol. 52, No. 34, pp. 48-54 (1997).
Cristalli et al., "2-Alkynyl Derivatives of Adenosine 5'-N'ethyluronamide: Selective A2 Adenosine Receptor Agonists with Potent Inhibitory Activity on Platelet Aggretation," J. Med. Chem., vol. 37, pp. 1720-1726 (1994).
Cushley et al., "Inhaled Adenosine and Guanosine on Airway Resistance in Normal and Asthmatic Subjects," Br. J. Clin. Pharmacol, vol. 15, No. 2, pp. 161-165 (1983).
Dalpiaz et al., "De Novo Analysis of Receptor Binding Affinity Data of Xanthine AdenosineReceptor Antagonists," Arzneim-Forsch/Drug Res., vol. 45, No. 3, pp. 230-233 (1995).
Dhalla et al., "Tachycardia Caused by A2A Adenosine Receptor Agonists is Mediated by Direct Sympathoexcitation in Awake Rates," Journal of Pharmacology and Experimental Therapeutics, USA, vol. 316, No. 2, pp. 695-702, XP009073100 (2006).
Driver et al., "Adenosine in Bronchoalveolar Lavage Fluid in Asthma," Am. Rev. Respir. Dis., vol. 148, No. 1, pp. 91-97 (1993).
Elias et al., "Airway Remodeling in Asthma," The Journal of Clinical Investigation, vol. 104, No. 8, pp. 1001-1006 (1999).
Erickson et al., "1,3,8-Trisubstituted Xanthines. Effects of Substitution Pattern upon AdenosineReceptor A1/A2 Affinity", J. Med. Chem., vol. 34, pp. 1431-1435 (1991).
Feoktistov et al., "Adenosine A2B Receptors: A Novel Therapeutic Target in Asthma," Trends Pharmacol. Sci., vol. 19, pp. 148-153 (1998).
Feoktistov et al., "Hypoxia Modulates Adenosine Receptors in Human Endothelial and Smooth Muscle Cells Toward an A2B Angiogenic Phenotype," Hypertension, vol. 44, No. 5, pp. 649-654, Epub 2004, PMID: 15452028 [PubMed—indexed for MEDLINE] (2004).
Gao et al., "Novel Short-Acting A2A Adenosine Receptor Agonists for Coronary Vasodilation: Inverse Relationship between Affinity and Duration of Action of A2A Agonists," Journal of Pharmacology and Experimental Therapeutics, vol. 298, pp. 209-218 (2001).
Glover et al., "Characterization of a New, Highly Selective Adenosine A2A Receptor Agonist with Potential Use in Pharmacologic Stress Perfusion Imaging", Circulation, vol. 110, pp. I-311 (1999).
Glover et al., "Pharmacological Stress Thallium Scintigraphy with 2-cyclohexylmethylidenehydrazinoadenosine (WRC-0470)," Circulation, vol. 94, pp. 1726-1732 (1996).
Harvey, "Blood Fluids, Electrolytes and Hematologic Drugs," Chapter 40 in Remington's Pharmaceutical Sciences, 18th Ed., Gennaro et al., Mack Publishing Co., East, PA, only pp. 800 and 821 (1990).
Hasenfuss, "Animal Models of Human Cardiovascular Disease, Heart Failure and Hypertrophy", Cardiovascular Res., vol. 39, No. 1, pp. 60-76 (1998).
Hendel et al. "Initial Clinical Experience with Regadenoson, a Novel Selective A2A Agonist for Pharmacologic Stress Single-Photon Emission Computed Tomography Myocardial Perfusion Imaging", Journal of the American College of Cardiology, vol. 46, No. 11, pp. 2069-2075 (2005).
Hendel et al., "Pharmacologic Stress SPECT Myocardial Perfusion Imaging with a Selective A2A Agonist: Results of a Pilot Study Comparing Adenosine with CVT-3146", Circulation, Supplement IV, vol. 108, p. 2892 (2003).
Holgate et al., "Roles of Cysteinyl Leukotrienes in Airway Inflammation, Smooth Muscle Function and Remodeling," J. Allergy Clin. Imunol. (Suppl):S18-34; discussion S34-6, Review, PMID:12532084 [PubMed—indexed for MEDLINE] (2003).
Hoshino, "Impact of Inhaled Corticosteriods and Leukotrience Receptor Antagonists on Airway Remodeling," Clinical Reviews in Allergy & Immunology, vol. 27, No. 1, pp. 59-64 (2004).
Iskandrian, "Adenosine Myocardial Perfusion Imaging," The Journal of Nuclear Medicine, vol. 35, pp. 734-736 (1994).
Jacobson et al., "1,3-Dialkylxanthine Derivatives Having High Potency as Antagonists at HumanA2B Adenosine Receptors," Drug Development Research, vol. 47, pp. 45-53 (1999).
Jadbabaie et al., "Myocardial perfusion imaging with a novel selective A2A Adenosine Receptor Agonists (CVT-3146): Important differences in radiotracer behavior," Journal of Am. Col. Cardiology, vol. 41, pp. 443-444 (2003).
Katsushima et al., "Structure-Activity Relationships of 8-Cycloalkyl-1,3-dipropylxanthines asAntagonist of Adenosine Receptors," J. Med. Chem., vol. 33, pp. 1906-1910 (1990).
Kerensky et al. "Dose Dependent Increase in Human Coronary Blood Flow Velocity Following an IV Bolus of CVT-3146, a Novel A2A Adenosine Receptor Agonists: A Potential Agent for the Use in Pharmacological Stress Testing for Myocardial Perfusion Imaging," Circulation, Supplemental II, vol. 106, No. 19, pp. 11-618 (2002).
Kim et al., "Acyl-Hydrazide Derivatives of a Xanthine Carboxylic Congener (XCC) as Selective Antagonists at Human A2B Adenosine Receptors," Drug Development Research, vol. 47, pp. 178-188 (1999).
Kleiner, "Reactions of Some 8-(3-Pyridyl)-6-thioxanthines with Methyl Iodide," pp. 739-743 (1973).
Klotz et al., "Comparative pharmacology of human adenosine receptors subtypes-characterization of stably transfected receptors in CHO cells," Nauny-Schmideberg's Arch Pharmacol., vol. 357, pp. 1-9 (1998).
Knuniants et al., "Soviet Encyclopedia," Chemical Encyclopedia, Moscow, vol. 2, pp. 126-127, 1990 (translation).
Koepfli et al., "Interaction of caffeine with regadenoson-induced hyperemic myocardial blood flow as measured by PET," European Heart Journal, vol. 27, No. Supp. 1, p. 175 (2006).
Korolkovas, Essentials of Molecular Pharmacology-Background for Drug Design, Wiley—Interscience, New York, New York, only pp. 266-272 supplied, (1970).
Kubo et al., "Effect of Caffeine Intake on Myocardial Hyperemic Flow Induced by Adenosine Triphosphate and Dipyridamole," The Journal of Nuclear Medicine, vol. 45, No. 5, pp. 730-738, (2004).
Kusmic et al., "Coronary microcirculatory vasoconstriction induced by low-flow ischemia in mouse hearts is reversed by an A2A adenosine receptor", FASEB Journal, pp. A1227-A1228 (2007).
Leigh et al., "Is Interleukin-1 3 Critical in Maintaining Airway Hyperresponsiveness in Allergen-Challenged Mice?" Am. J. Respir. Crit. Care Med., PMID: 15242841 [PubMed—indexed for MEDLINE] vol. 170, No. 8, pp. 851-856 (2004).
Linden et al., "Characterization of Human A2B Adenosine Receptors: Radioligand Binding, WesternBlotting and Coupling to Gq in Human Embryonic Kidney 293 Cells and HMC-1 Mast Cells," Molecular Pharmacology, vol. 56, pp. 705-713 (1999).
Mager et al., "Molecular Simulation Applied to 2-(N'-alkylidenehydrazino)-and 2-(N'-aralkylidenehydrazino) adenosine A2 Agonists," European Journal of Medicinal Chemistry, vol. 30, pp. 15-25 (1995).
Mann et al., "Airway Effects of Purine Nucleosides and Nucleotides and Release With Bronchial Provocation in Asthma," J. Appl. Physiol., vol. 61, No. 5, pp. 1667-1676 (1986).
Martin et al., "Pharmacology of 2-cylohexylmethylidenehydrazionoadenosine (WRC-0470), a novel, short-acting adenosine A-2A receptor agonist that produces selective coronary vasodilation", Drug Development Research, vol. 40, No. 4, pp. 313-324, (1997).

(56) **References Cited**

OTHER PUBLICATIONS

Martinson et al., "Potent Adenosine Receptor Antagonists that are Selective for the A1 Receptor Subtype," Molecular Pharmacology, vol. 31, No. 3, pp. 247-252 (1986).
Marumoto et al., "Synthesis and Coronary Vasodilating Activity of 2-Substituted Adenosines," Chemical Pharmaceutical Bulletin, vol. 23, No. 4, pp. 759-774 (1975).
Marumoto et al., "Synthesis and Enzymatic Activity of Adenosine 3',5'-Cyclic Phosphate Analogues," Chemical Pharmaceutical Bulletin, vol. 27, No. 4, pp. 990-1003 (1979).
Matsuda et al., "Nucleosides and Nucleotides, 103. 2-Alkynyladenoines: A Novel Class of Selective Adenosine A2 Receptor Agonists with Potent Antihypertensive Effects," Journal of Medicinal Chemistry, vol. 35, No. 1, pp. 241-252 (1992).
Mosselhi et al., "Reactions of some 8-diazoxanthine derivatives," Indian Journal of Chemistry, vol. 33B, pp. 236-242 (1994).
Niiya et al., "2-(N'-Alkylidenehydrazino) Adenosines; Potent and Selective Coronary vasodilators," Journal of Medicinal Chemistry, American Chemical Society, vol. 35, No. 24, pp. 4557-4561, (1992).
Office Action for U.S. Appl. No. 11/848,743, dated Jun. 20, 2012.
Office Action for U.S. Appl. No. 12/163,099, dated Jun. 20, 2012.
Office Action for U.S. Appl. No. 12/569,643, dated Aug. 25, 2011.
Office Action for U.S. Appl. No. 12/569,643, dated Mar. 20, 2012.
Office Action for U.S. Appl. No. 12/695,096, dated Oct. 5, 2011.
Office Action for U.S. Appl. No. 12/695,096, dated Apr. 14, 2011.
Office Action for U.S. Appl. No. 12/749,328, dated Jun. 8, 2011.
Office Action for U.S. Appl. No. 12/968,110, dated Aug. 3, 2011.
Office Action for U.S. Appl. No. 13/092,812, dated Oct. 25, 2011.
Office Action for U.S. Appl. No. 13/333,789, dated Jul. 3, 2012.
Office Action for U.S. Appl. No. 13/361,775, dated Jul. 25, 2012.
Office Action for U.S. Appl. No. 13/525,223, dated Aug. 13, 2012.
Office Action for U.S. Appl. No. 11/864,437, dated Mar. 29, 2011.
Office Action for U.S. Appl. No. 11/969,047, dated Mar. 17, 2011.
Office Action for U.S. Appl. No. 12/435,176, dated Apr. 15, 2011.
Office Action for U.S. Appl. No. 12/637,583, dated Apr. 4, 2011.
Office Action for U.S. Appl. No. 12/765,623, dated Mar. 8, 2011.
Office Action for U.S. Appl. No. 11/766,964, dated Apr. 7, 2011.
Ogden, et al., Mean Body Weight, Height, and Body Mass Index, United States 1960-2002, U.S. National Health and Nutrition Examination Survey, Advance Data No. 347, pp. 1-18 (2004).
Persson et al., "Synthesis and Antiviral Effects of 2-Heteroaryl Substituted Adenosine and 8-Heteroaryl Guanosine Derivatives," Bioorganic & Medicinal Chemistry, vol. 3, No. 10, pp. 1377-1382 (1995).
Pfizer, "Health info.," (2003), http://www.pfizer.be/English/What_we_do_/Health_info/COPD.htm.
Pifferi et al., "Montelukast and Airway Remodeling in Children with Chronic Persistent Asthma: An Open Study," Pediatric Allergy and Immunology, vol. 15, No. 5, pp. L472-473 (2004).
Polosa et al., "Evolving Concepts on the Value of Adenosine Hyperresponsiveness in Asthma and Chronic Obstructive Pulmonary Disease". Thorax, vol. 57, No. 7, pp. 649-654 (2002).
Polosa, "Adenosine-Receptor Subtypes: The Relevance to Adenosine-Mediated Responses in Asthma and Chronic Obstructive Pulmonary Disease," The European Respiratory Journal: Official Journal of the European Society for Clinical Respiratory Physiology., vol. 20, No. 2, pp. 488-496 (2002).
Riou et al., "Influence of propranolol, enalaprilat, verapamil, and caffeine on adenosine A(2A) receptor medicated coronary vasodilation," Journal of the American College of Cardiology, vol. 40, No. 9, pp. 1687-1690 (2002).
Roth et al., "8-Dicyclopropylmethyl)-1,3-dipropylxanthine: A Potent and Selective Adenosine A1 Antagonist with Renal Protective and Diuretic Activities," J. Med. Chem., vol. 34, No. 1, pp. 466-469 (1991).
Ryzhov et al., "Adenosine-Activated Mast Cells Induce IgE Synthesis by B Lymphocytes: An A2B-Mediated Process Involving the Cytokines IL-4 and IL-13 with Implications for Asthma," vol. 172, No. 12, pp. 7726-7733, PMID: 15187156 [PubMed—indexed for MEDLINE] (2004).
Sambuceti et al., Coronary Vasoconstriction During Myocardial Ischemia Induced by Rises in Metabolic Demand in Patients with Coronary Artery Disease, Circulation, vol. 95, (2652-2659) pp. 1-24 (1997).
Sambuceti et al., Interaction Between Coronary Artery Stenosis and Coronary Microcirculcation in Ishcemic Heart Disease, Z Kardiol, 2000; 89 Suppl 9:IX/126-31, abstract.
Shimada et al., "8-Polycycloalkyl-l,3-dipropylxanthines as Potent and Selective Antagonists forA1—Adenosine Receptors," J. Med. Chem., vol. 35, pp. 924-930 (1992).
Spicuzza et al., "Research Applications and Implications of Adenosine in Diseased Airways," Trends Pharmacol. Sci., vol. 24, No. 8, pp. 409-413, Review, PMID: 12915050 [Pubmed—indexed for MEDLINE] (2003).
Spicuzza et al., "The Role of Adenosine as a Novel Bronchoprovocant in Asthma," Curr. Opin. Allergy Clin. Immunol., vol. 3, No. 1, pp. 65-69 (2003).
Swinyard et al., "Pharmaceutical Necessities," Chapter 66 in Remington's Pharmaceutical Sciences, 18th Ed., Gennaro et al. (eds.), Mack Publishing Co, Easton, PA, only pp. 1318-1319 supplied (1990).
Tomita et al., Artificial Neural Network Approach for Selection of Susceptible single Nucleotide Polymorphisms and Construction of Prediction Model on Childhood allergic Asthma: BMC Bioinformatics, vol. 1, No. 5, p. 120, PMID: 15339344 [PubMed—indexed for MEDLINE] (2004).
Trochu et al., "Selective A2A Adenosine Receptor Agonist as a Coronary Vasodilator in Conscious Dogs: Potential for Use in Myocardial Perfusion Imaging," Journal of Cardiovascular, vol. 41, No. 1, pp. 132-139 (2003).
Udelson et al., "Randomized, Controlled Dose-Ranging Study of the Selective Adenosine A2A Receptor Agonist Binodenoson for Pharmacological Stress as an Adjunct to Myocardial Perfusion Imaging," Circulation, vol. 209, pp. 457-464 (2004).
Van Der Wenden et al., "Mapping the Xanthine C8-region of the adenosine A1 Receptor withComputer Graphics," European Journal of Pharmacology-Molecular Pharmacology Section, vol. 206, No. 1, pp. 315-323 (1991).
Xu et al., Coronary Vasodilation by a Short Acting, Low Affinity A2A Adenosine Receptor Agonist in Anesthetize Closed Chest Dogs: A Second Generation of Coronary Artery Pharmacologic Stressor, Circulation, vol. 102, No. 18, p. 3912 (2000).
Zablocki et al. 2-Substituted PI System Derivatives of Adenosine that are Coronary Vasodilators Acting via the A2A Adenosine Receptor, Nucleosides, Nucleotides and Nucleic Acids, vol. 20, No. 4-7, pp. 343-360 (2001).
Zhao et al., "Caffeine attenuates the duration of coronary vasodilation and changes in hemodynamics induced by regadenoson (CVT-3146), a novel adenosine A2A receptor agonist," Journal of Cardiovascular Pharmacology, Raven Press, New York, New York, vol. 49, No. 6, pp. 369-375, XP009094871 (2007).
Zhao et al., "Comparative Profile of Vasodilation by CVT-3146, a novel A2A receptor agonist and adenosine in conscious dogs," Journal of Pharm & Experimental Therapeutics, Journal of Pharm. & Experimental Therapeutics, vol. 41, pp. 182-189 (2003).
Zhao et al., "Effects of caffeine on coronary vasodilation and sinue tachycardia induced by Regadenoson, a novel adenosine A2A receptor agonist, in conscious dogs," European Heart Journal, vol. 27, No. Suppl. 1, p. 424 (2006).
Zhao et al., "Regadenoson, a novel pharmacologic stress agent for use in myocardial perfusion imaging, does not have a direct effect on the QT interval in conscious dogs," Journal of Cardio Vascular Pharmacology, pp. 467-473, vol. 52, No. 5, Lippincott Williams and Wilkins, USA, XP8117431 (2008).
Zhong et al., "Synergy Between A2B Adenosine Receptors and Hypoxia in Activating Human Lung Fibroblasts," American Journal of Respiratory Cell and Molecular Biology, vol. 32, No. 1, pp. 2-8 (2005).
Extended European Search Report, dated Oct. 2, 2013, in related European Patent Application No. 12 008 201.1-1452.

(56) **References Cited**

OTHER PUBLICATIONS

International Preliminary Report on Patentability and Written Opinion, dated Jul. 2, 2007, in related International Patent Application No. PCT/US2007/003022.
English Translation of Office Action in Mexican Application No. MX/a/2010/014060 dated Nov. 10, 2014.

* cited by examiner



15
10
5
0
9.8
8.6
7.4
6.2
5
3.8
2.6
1.4
0.2
Parts per Million
1
2.09
0.95
1.9
1.05
0.98
1.02
0.93
1.06
0.97
1.04
1.9
2.9


FIG. 1


ds2-1826.dsc
tg1-2092.tga
4.547% @ 200 deg C
(0.4654mg)
223.57°C
4.839J/g
226.10°C
180.28°C
209.4J/g
194.57°C
Heat Flow (W/g)
Weight (%)
Temperature (°C)
Universal V2.6D
TA Instruments
1
0
-1
-2
-3
105
100
95
90
85
80
75
70
0
50
100
150
200
250
300
350

FIG. 2




FIG. 3


Int(1E03)
24
22
20
18
16
14
12
10
8
6
4
2
5
10
15
20
25
30
35
2 theta (deg)
Time: 00300 sec. Date: 18/6/2002 17:5:12 U=40 kV-1=30 mA

FIG. 4


4000
3000
2000
1000
2000
1500
1000
500
0
5
10
15
20
25
30
35
40
Theta-2Theta (deg)

FIG. 5

# PROCESS FOR PREPARING AN A2A-ADENOSINE RECEPTOR AGONIST AND ITS POLYMORPHS

**Matter enclosed in heavy brackets [ ] appears in the original patent but forms no part of this reissue specification; matter printed in italics indicates the additions made by reissue; a claim printed with strikethrough indicates that the claim was canceled, disclaimed, or held invalid by a prior post-patent action or proceeding.**

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 13/333,872, filed Dec. 21, 2011, now U.S. Pat. No. 8,524,883, issued on Sep. 3, 2013, which is a continuation of U.S. patent application Ser. No. 12/765,623, filed Apr. 22, 2010, now U.S. Pat. No. 8,106,183, issued on Jan. 31, 2012, which is a continuation of U.S. patent application Ser. No. 11/701,699, filed Feb. 2, 2007, now U.S. Pat. No. 7,732,595, issued on Jun. 8, 2010, which claims priority to U.S. Provisional Patent Application No. 60/801,857, filed May 18, 2006, and to U.S. Provisional Patent Application No. 60/765,114, filed Feb. 3, 2006, which are hereby incorporated by reference in their entirety.

## FIELD OF THE INVENTION

The present invention relates to a process for the large scale preparation of an $A_{2A}$-adenosine receptor agonist, and also relates to polymorphs of that compound, and to methods of isolating a specific polymorph.

## BACKGROUND

Adenosine is a naturally occurring nucleoside, which exerts its biological effects by interacting with a family of adenosine receptors known as $A_1$, $A_{2A}$, $A_{2B}$, and $A_3$, all of which modulate important physiological processes. One of the biological effects of adenosine is to act as a coronary vasodilator; this result being produced by interaction with the $A_{2A}$ adenosine receptor. This effect of adenosine has been found to be useful as an aid to imaging of the heart, where coronary arteries are dilated prior to administration of an imaging agent (for example thallium 201), and thus, by observation of the images thus produced, the presence or absence of coronary artery disease can be determined. The advantage of such a technique is that it avoids the more traditional method of inducing coronary vasodilation by exercise on a treadmill, which is clearly undesirable for a patient that has a coronary disease.

However, administration of adenosine has several disadvantages. Adenosine has a very short half life in humans (less than 10 seconds), and also has all of the effects associated with $A_1$, $A_{2A}$, $A_{2B}$, and $A_3$ receptor agonism. Thus the use of a selective $A_{2A}$ adenosine receptor agonist would provide a superior method of producing coronary vasodilation, particularly one with a longer half life and few or no side effects.

A class of compounds possessing these desirable properties was disclosed in U.S. Pat. No. 6,403,567, the complete disclosure of which is hereby incorporated by reference. In particular, one compound disclosed in this patent, (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide, has been shown to be a highly selective $A_{2A}$-adenosine receptor agonist, and is presently undergoing clinical trials as a coronary vasodilator useful in cardiac imaging.



Given the heightened interest in this and similar compounds, it has become desirable to find new methods of synthesis that provide a convenient method for making large quantities of the material in good yield and high purity. The patent that discloses the compound of interest (U.S. Pat. No. 6,403,567) provides several methods for preparing the compound. However, although these methods are suited to small scale syntheses, all synthetic methods disclosed in the patent utilize protecting groups, which is undesirable for large scale syntheses.

Additionally, it was discovered that the desired product (that is (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide) is capable of existing in at least three different crystalline forms, the most stable of which is a monohydrate. This polymorph is stable under relative humidity stress conditions, up to its melting point. Accordingly, it is desirable that the final product produced in the new syntheses is obtained as the stable monohydrate.

## SUMMARY OF THE INVENTION

Thus, it is an object of this invention to provide convenient syntheses for the large scale preparation of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide, and polymorphs thereof, preferably as its monohydrate. Accordingly, in a first aspect, the invention relates to the preparation of a compound of the Formula I:

Formula I



comprising:
contacting a compound of the formula (3):

(3)



with methylamine.

In one embodiment the reaction is conducted in an aqueous solution of methylamine, initially at a temperature

of about 0-5° C., followed by warming to about 50-70° C. Alternatively, the reaction is conducted as above but in a sealed pressure reactor.

In a second embodiment, the product is isolated as the pure monohydrate by dissolving the product in a solvent, for example dimethylsulfoxide, addition of purified water, filtering the slurry thus formed, washing the contents of the filter with water followed by ethanol, and drying the solid that remains under vacuum at a temperature that does not exceed 40° C.

In a second aspect, the invention relates to the preparation of a compound of the formula (3):

(3)



comprising:

contacting a compound of the formula (2):



with ethyl 2-formyl-3-oxopropionate.

In one embodiment, the reaction is conducted in ethanol, at a temperature of about 80° C., with about 1.1 molar equivalents of ethyl 2-formyl-3-oxopropionate.

In a third aspect, the invention relates to the preparation of a compound of the formula (2):

(2)





comprising:

contacting a compound of the formula (1):

(1)



with hydrazine.

The above described synthesis is suitable for the large scale synthesis of the desired product, which is provided in good yield, although one minor impurity is seen in the final product. This impurity has been shown to be unchanged intermediate of the formula (2); that is, the compound of the formula:

(2)



Although this impurity can be removed from the final product by crystallization, it was decided to seek an alternative synthesis that had all of the advantages of the above synthesis but did not give the compound of formula (2) as an impurity in the final product.

Thus, in a fourth aspect, the invention relates to a method of synthesizing (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide by contacting a compound of the formula (4):

(4)



with methylamine.

In one embodiment the reaction is conducted in an aqueous solution of methylamine, initially at a temperature of about 0-5° C., followed by warming to about 50-70° C. Preferably, the reaction is conducted in a sealed pressure reactor.

In a second embodiment, the product is isolated as the pure monohydrate by dissolving the product in a solvent, for example dimethylsulfoxide, addition of purified water, filtering the slurry thus formed, washing the contents of the filter with water followed by ethanol, and drying the solid that remains under vacuum at a temperature that does not exceed 40° C.

In a fifth aspect, the invention relates to a method of synthesizing a compound of the formula (4):

(4)



comprising contacting a compound of the formula (2):

(2)



with an excess of ethyl 2-formyl-3-oxopropionate, preferably about a 2-10 fold excess, more preferably about a 5-10 fold excess.

In one embodiment, the reaction is conducted in ethanol, at a temperature of about 80° C. The ethyl 2-formyl-3-oxopropionate is present in a 5-10 fold excess.

DEFINITIONS AND GENERAL PARAMETERS

FIG. **1** is a $^1$H NMR spectrum of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate (Form A).

FIG. **2** shows the thermal analysis of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate.



FIG. **3** shows the X-Ray diffraction pattern for (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate.

FIG. **4** shows the X-Ray diffraction pattern for (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide Form B.

FIG. **5** shows the X-Ray diffraction pattern for (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide Form C as compared to Form A.

As used in the present specification, the following words and phrases are generally intended to have the meanings as set forth below, except to the extent that the context in which they are used indicates otherwise.

"Optional" or "optionally" means that the subsequently described event or circumstance may or may not occur, and that the description includes instances where said event or circumstance occurs and instances in which it does not.

The term "therapeutically effective amount" refers to that amount of a compound of Formula I that is sufficient to effect treatment, as defined below, when administered to a mammal in need of such treatment. The therapeutically effective amount will vary depending upon the subject and disease condition being treated, the weight and age of the subject, the severity of the disease condition, the manner of administration and the like, which can readily be determined by one of ordinary skill in the art.

The term "treatment" or "treating" means any treatment of a disease in a mammal, including:

(i) preventing the disease, that is, causing the clinical symptoms of the disease not to develop;

(ii) inhibiting the disease, that is, arresting the development of clinical symptoms; and/or

(iii) relieving the disease, that is, causing the regression of clinical symptoms.

As used herein, "pharmaceutically acceptable carrier" includes any and all solvents, dispersion media, coatings, antibacterial and antifungal agents, isotonic and absorption delaying agents and the like. The use of such media and agents for pharmaceutically active substances is well known in the art. Except insofar as any conventional media or agent is incompatible with the active ingredient, its use in the therapeutic compositions is contemplated. Supplementary active ingredients can also be incorporated into the compositions.

The term "polymorph" is intended to include amorphous and solvates of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide.

It has been discovered that this compound is capable of existing in at least three different crystalline forms, referred to herein as Form A, Form B, Form C, and an amorphous product.

Form A:

This polymorph can be produced by crystallizing 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide from protic solvents, for example ethanol or ethanol/water mixtures, or from a polar solvent, for example dimethylsulfoxide/water. Form A has been shown to be a monohydrate, and is the most stable of the various polymorphs at ambient temperatures. It is stable under relative humidity stress conditions up to its melting point.

Form B:

This polymorph is produced by evaporating under vacuum a solution of 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide in trifluoroethanol at ambient temperatures. The X-ray analysis of the crystals was distinctly different from any other polymorph (see FIG. **4**), but it was difficult to determine its constitution, as the X-ray analysis gave disordered broad peaks, and the polymorph contained varying amounts of water. It was found to be difficult to reliably reproduce the preparation of this polymorph.

Form C:

This polymorph is produced by slurrying 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide in acetonitrile for a long period of time at 60° C. The X-ray analysis of the crystals was distinctly different from any other polymorph (see FIG. **5**). Polymorph C was shown to be a variable hydrate, which, at elevated temperatures, desolvates to an unstable form.

Amorphous Material:

This polymorph is produced by heating Form A polymorph at a temperature of up to 200° C. This polymorph is unstable in the presence of atmospheric moisture, forming variable hydrates.

Techniques for Analysis of Forms A, B, C and Amorpheous Material

X-Ray Powder Diffraction

X-ray powder diffraction (XRPD) analyses were carried out on a Shimadzu XRD-6000 X-ray powder diffractometer using Cu Kα radiation. The instrument was equipped with a fine focus X-ray tube, and the tube voltage and amperage were set to 40 kV and 40 mA respectively. The divergence and scattering slits were set at 1" and the receiving slit was set at 0.15 mm. Diffracted radiation was detected by a NaI scintillation detector. A theta-two theta continuous scan at 3°/min (0.4 sec/0.02° step) from 2.5-40° 2θ was used. A silicon standard was used to check the instrument alignment. Data were collected and analyzed using XRD-6000 v.4.1 software.

X-ray powder diffraction (XRPD) analyses were also performed using an Inel XRG-3000 diffractometer equipped with a CPS (Curved Position Sensitive) detector with a 28 range of 120°. The instrument calibration was performed using a silicon reference standard. The tube voltage and amperage were set to 40 kV and 30 mA, respectively. The monochromator slit was set at 5 mm by 80 μm. Samples were placed in an aluminum sample holder with a silicon insert or in glass XRPD-quality capillaries. Each capillary was mounted onto a goniometer head that is motorized to permit spinning of the capillary during data acquisition. Real time data were collected using Cu-Kα radiation at a resolution of 0.03° 20. Typically, data were collected over a period of 300 seconds. Only the data points within the range of 2.5-40° 20 are displayed in the plotted XRPD patterns.

Thermal Analyses

Thermogravimetric (TG) analyses were carried out on a TA Instruments 2050 or 2950 thermogravimetric analyzer. The calibration standards were nickel and Alumel™. Samples were placed in an aluminum sample pan, inserted into the TG furnace, and accurately weighed. The samples were heated in nitrogen at a rate of 10° C./min to either 300 or 350° C. Unless stated otherwise, samples weights were equilibrated at 25° C. in the TGA furnace prior to analysis.



Differential scanning calorimetry (DSC) analyses were carried out on a TA Instruments differential scanning calorimeter 2920. Accurately weighed samples were placed in either crimped pans or hermetically sealed pans that contained a pinhole to allow for pressure release. Each sample was heated under nitrogen at a rate of 10° C./min to either 300 or 350° C. Indium metal was used as the calibration standard. Temperatures were reported at the transition maxima.

Infrared Spectroscopy

Infrared spectra were acquired on Magna 860® Fourier transform infrared (FT-IR) spectrophotometer (Nicolet Instrument Corp.) equipped with an Ever-Glo mid/far IR source, an extended range potassium bromide beamsplitter, and a deuterated triglycine sulfate (DTGS) detector. Unless stated otherwise, a Spectra-Tech, Inc. diffuse reflectance accessory (the Collector™) was used for sampling. Each spectrum represents 256 co-added scans at a spectral resolution of 4 $cm^{-1}$. Sample preparation for the compound consisted of placing the sample into a microcup and leveling the material with a frosted glass slide. A background data set was acquired with an alignment mirror in place. The spectra represent a ratio of the sample single-beam data set to the background single beam data set. Wavelength calibration of the instrument was performed using polystyrene.

NMR Spectroscopy

Solution phase $^1$H NMR spectra of the were acquired at ambient temperature on a Bruker model AM-250 spectrometer operating at 5.87 T (Larmor frequency: 'H=250 MHz). Time-domain data were acquired using a pulse width of 7.5 ps and an acquisition time of 1.6834 second over a spectral window of 5000 Hz. A total of 16,384 data points were collected. A relaxation delay time of 5 seconds was employed between transients. Each data set typically consisted of 128 coaveraged transients. The spectra were processed utilizing GRAMS132 A1 software, version 6.00. The free induction decay (FID) was zero-filled to four times the number of data points and exponentially multiplied with a line-broadening factor of 0.61 Hz prior to Fourier transformation. The 'H spectra were internally referenced to tetramethylsilane (0 ppm) that was added as an internal standard.

Alternatively, NMR analysis was carried out as described in Example 4.

Moisture Sorption/Desorption Analyses

Moisture sorption/desorption data were collected on a VTI SGA-100 Vapor Sorption Analyzer. Sorption and desorption data were collected over a range of 5% to 95% relative humidity (RK) at 10% RH intervals under a nitrogen purge. Sodium chloride (NaCl) and polyvinyllpyrrolidone (PVP) were used as the calibration standards. Equilibrium criteria used for analysis were less than 0.0100% weight change in 5 minutes, with a maximum equilibration time of 180 minutes if the weight criterion was not met. The plotted data have not been corrected for the initial moisture content.

NOMENCLATURE

The structure of the compound (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide is as follows:



Synthesis of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide

One method for the large scale synthesis of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide is shown in Reaction Scheme I.

REACTION SCHEME I



(1)



(2)



(3)

-continued



Step 1—Preparation of Formula (2)

The compound of formula (2) is prepared from the compound of formula (1) by reaction with hydrazine monohydrate in the absence of a solvent. The reaction is conducted at a temperature of about 40° C. plus/minus 5° C. When the reaction is complete, the product of formula (2) is isolated by stirring with a protic solvent in which the compound of formula (2) has limited solubility, for example ethanol or isopropanol. The mixture is stirred for about 1-5 hours, and then filtered. The solid is purified by stirring with water, filtering, and washing with water followed by isopropanol and dried under vacuum, which is taken to the next step without purification.

Step 2—Preparation of Formula (3)

The compound of formula (2) is then converted to a compound of formula (3) by reacting with about 1-1.2 molar equivalents of ethyl 2-formyl-3-oxopropionate. The reaction is conducted in a protic solvent, preferably ethanol, at about reflux temperature, for about 2-4 hours. After cooling, to about 0° C., the solid is filtered off, washed with cold ethanol, and dried under reduced pressure. The product of formula (3) is taken to the next step without purification.

Step 3—Preparation of Final Product

The final product is prepared from the compound of formula (3) by reacting with methylamine, preferably aqueous methylamine. The reaction is carried out at about room temperature, for about 4 hours. The product of Formula I is isolated by conventional means, for example by filtration, washing the solid with cold ethanol, and drying under reduced pressure.

Preparation of Starting Materials

(4S,2R,3R,5R)-2-(6-amino-2-chloropurin-9-yl)-5-(hydroxymethyl)oxolane-3,4-diol is used as a starting material in step 1. This compound is commercially available.

Ethyl 2-formyl-3-oxopropanoate is used as a starting material in step 2. It is commercially available, or may be made as shown in Reaction Scheme II.

REACTION SCHEME II



-continued




where Et is ethyl

Ethyl 3,3-diethoxypropionate is reacted with ethyl formate in the presence of a strong base, preferably sodium hydride. The reaction is carried out at about 0-5° C., for about 24 hours. The product is isolated by conventional means, for example by the addition of water and extraction of impurities with a conventional solvent, for example t-butylmethyl ether, acidification of the aqueous phase with, for example, hydrochloric acid, followed by extraction with a solvent such as dichloromethane, and removing the solvent from the dried extract under reduced pressure.

A preferred method for the large scale synthesis of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide is shown in Reaction Scheme III.

REACTION SCHEME III






-continued



Step 1—Preparation of Formula (2)

The compound of formula (2) is prepared from the compound of formula (1) by reaction with hydrazine monohydrate in the absence of a solvent. The reaction is conducted at a temperature of about 45-55° C. plus/minus 5° C. When the reaction is complete, the product of formula (2) is isolated by stirring with a protic solvent in which the compound of formula (2) has limited solubility, for example ethanol or isopropanol. The mixture is stirred for about 1-5 hours, and then filtered. The solid is purified by stirring with water, filtering, and washing with water followed by ethanol or isopropanol and dried under vacuum, which is taken to the next step without purification.

Step 2—Preparation of Formula (4)

The compound of formula (2) is then converted to a compound of formula (4) by reacting with an excess of ethyl 2-formyl-3-oxopropionate, for example a 2-10 fold excess, preferably about 5-10 fold excess. The reaction is conducted in a protic solvent, for example ethanol, at about reflux temperature, for about 2-4 hours. After cooling, to about 0° C., the solid is filtered off, washed with cold ethanol, and dried under reduced pressure, and the product of formula (4) is taken to the next step without purification.

The compound of formula (4) is drawn as a (2E) alkene derivative, as this is the major isomer formed in this reaction. However, it should be noted that a significant amount of the (2Z) alkene derivative may also be formed in this reaction; that is:



named as ethyl (2Z)-3-({9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)-oxolan-2-yl]-2-[4-(ethoxycarbonyl)pyrazolyl]purin-6-yl}amino)-2-formylprop-2-enoate.

Accordingly, although the compound of formula (4) is represented as the (2E) alkene derivative only, the term “compound of formula (4)” is intended to include both the

instance where it is solely the (2E) isomer, and the instance where the major portion of the product is the (2E) isomer and a minor portion of the (2Z) isomer is also present. The conversion of the compound of formula (4) to the final product by reaction with methylamine as described in Step 3 proceeds in the same manner whether the compound of formula (4) is present as the (2E) isomer or as a mixture of the (2E) isomer and the (2Z) isomer.

Step 3—Preparation of Final Product

The final product is prepared from the compound of formula (4) by reacting with methylamine, preferably aqueous methylamine. The reaction is initially carried out at about 0-5° C. for about 8 hours, preferably in a pressure reactor, followed by raising the temperature to 50-60° C. over about 1 hour, and maintaining the temperature for 15-30 minutes. The product is isolated by conventional means, for example by cooling to 0-5° C. and maintaining a vacuum for about 1 hour, thus removing the methylamine. The vacuum is removed, and the remaining contents held at 0-5° C. for at least 30 minutes, followed by filtration. The solid thus obtained is washed with water followed by ethanol, and dried under reduced pressure.

This process provides (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide as its monohydrate. This polymorph can be further purified by dissolving in dimethylsulfoxide, filtering any solid impurities from the solution, and precipitating the monohydrate from solution by addition of water.

EXAMPLE 1

Preparation of Ethyl-2-formyl-3-oxopropionate




A three- or four-neck round bottom flask equipped with magnetic stir bar, thermocouple, digital thermometer, gas inlet and outlet and addition funnel was flushed with argon. Ethyl 3,3-diethoxypropionate (64.5 g) in tetrahydrofuran were charged to the addition funnel. Sodium hydride (21.2 g of a 60% dispersion) was charged to the reaction flask followed by tetrahydrofuran. The contents of the flask were cooled to 0-5° C. in an ice-bath, and ethyl formate (257 g) was added. The mixture was cooled to 0-5° C. and the contents of the addition funnel added dropwise, maintaining an internal temperature of less than 5° C. The ice-bath was removed and the contents allowed to warm to ambient temperature. Consumption of ethyl 3,3-diethoxypropionate was monitored by TLC analysis. The reaction was quenched by addition of ice-water (10.6 vol), and extracted three times with methyl t-butyl ether (5.4 vol each), and the organic layers discarded. The aqueous phase was acidified with conc. hydrochloric acid to a pH of 1 to 1.5. The acidified aqueous layer was extracted three times with dichloromethane and the combined organic layers dried over sodium



sulfate. The solvent was removed under reduced pressure, and the residue distilled under vacuum, to provide ethyl 2-formyl-3-oxopropionate, 27.92 g, 70% yield.

EXAMPLE 2

A. Preparation of 2-Hydrazinoadenosine (2)




A flask equipped with a mechanical stirrer, gas inlet, gas outlet and thermocouple was flushed with argon. 2-Chloroadenosine hemihydrate (53.1 g) was added, followed by hydrazine monohydrate (134 g). The mixture was stirred while heating to 40-45° C. for 2 hours. The progress of the reaction was followed by TLC analysis. When the reaction was complete, the heat source was removed and ethanol (800 ml) was added. The mixture was stirred for 2 hours at ambient temperature, then the precipitate collected by filtration. The filter cake was washed with ethanol and dried under reduced pressure for 30 minutes. The solids were transferred to a clean flask equipped with a mechanical stirrer and water (300 ml) was added. The suspension was stirred at room temperature for 18 hours, and the solids isolated by filtration. The filter cake was washed with ice-cold water (300 ml) followed by a wash with ice-cold ethanol (300 ml). The solid was dried under reduced pressure to provide 2-hydrazinoadenosine (41.38 g, 81.4% yield, 99.3% purity).

B. Alternative Preparation of 2-Hydrazinoadenosine (2)

A reaction vessel containing hydrazine hydrate (258 g, 250 ml) was heated to 40-50° C. To the warm mixture 2-chloroadenosine hemihydrate (100 g) was added in portions, maintaining the temperature between 45-55° C. The temperature was kept at this temperature for two hours, and then deionized water (500 ml) was added over a period of 30 minutes, maintaining the temperature at 45-55° C. The mixture was then gradually cooled to 0-5° C. over a period of 3 hours, then stirred at this temperature for a further 30 minutes. The solid was then filtered off, and washed with cold (2-5° C.) deionized water (200 ml), followed by ethanol (400 ml). The solid was dried under vacuum for 12 hours, to provide 2-hydrazinoadenosine.

EXAMPLE 3

Preparation of Ethyl 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazole-4-carboxylate (3)

(3)



Ethyl 2-formyl-3-oxopropionate (23.93 g, 0.17 mol) was placed in a flask equipped with mechanical stirrer, gas inlet, gas outlet and reflux condenser. 2-Propanol was added to the flask followed by 2-hydrazinoadenosine (44.45 g, 0.15 mol). The mixture was heated to reflux under stirring for 2-4 hours, following the progress of the reaction by TLC analysis. When the reaction was judged complete, the heat source was removed and the mixture cooled to room temperature. The suspension was cooled under stirring in an ice-bath for 1.5 to 2 hours. The solids were isolated by vacuum filtration, and washed with ice-cold 2-propanol. The product, ethyl 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl) oxolan-2-yl]-6-aminopurin-2-yl}pyrazole-4-carboxylate, was dried under reduced pressure to a constant weight. Yield 54.29 g, purity (by HPLC) 96.6%.

EXAMPLE 4

Preparation of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide



A mixture of ethyl 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazole-4-carboxylate (46.4 g) and methylamine (40% in water, 600 ml) was stirred at ambient temperature for about 4 hours, following the progress of the reaction by HPLC analysis. The majority of the excess methylamine was removed under reduced pressure, and the remaining mixture cooled at 0° C. for 2 hours. The solid material was filtered off, washed with ice-cold 200 proof ethanol, and dried under reduced pressure, to provide (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide as its monohydrate, 36.6 g, purity 99.6%.

The structure of the material was confirmed by $^1$H NMR (see FIG. **1** and below). Thermal analysis (see FIG. **2**) provided results consistent with the presence of one molecule of water. X-Ray powder diffraction patterns were obtained (FIG. **3**)



$^1$H and $^{13}$C NMR spectra were obtained in the following manner. Two samples of the material obtained above were weighed out and dissolved in $d_6$-DMSO—5.3 mg was used for the $^1$H spectra, and 20.8 mg was used for $^{13}$C spectra. All spectra were acquired at ambient temperature on a JEOL Eclipse$^+$ 400 spectrometer operating at 400 MHz for $^1$H and 100 MHz for $^{13}$C.

| Label | $^{13}$C shift (ppm) | $^1$H shift (ppm) | Multiplicity, splitting (Hz) |
|---|---|---|---|
| 2 | 150.5 or 150.3 | — | |
| 4 | 156.4 | — | |
| 4a | 117.9 | — | |
| 6 | 140.0 | 8.41 | s |
| 7a | 150.5 or 150.3 | — | |
| 1' | 86.9 | 5.94 | D, 6.2 |
| 2' | 73.7 | 4.62 | m |
| 2'-OH | — | 5.50 | D, 6.2 |
| 3' | 70.5 | 4.17 | m |
| 3'-OH | — | 5.23 | D, 4.7 |
| 4' | 85.7 | 3.96 | m |
| 5' | 61.5 | 3.67, 3.57 | m |
| 5'-OH | — | 5.02 | D, 5.7 |
| A | 140.9 | 8.07 | D, 0.8 |
| B | 120.2 | — | |
| C | 129.6 | 8.95 | D, 0.8 |
| D | 161.7 | — | |
| E | 25.6 | 2.76 | D, 4.6 |
| $NH_2$ | — | 7.77 | br s |
| NH | — | 8.35 | Q, 4.6 |

Purification of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate

A solution of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate (100 g) in dimethylsulfoxide (300 ml) was filtered through a 0.6 to 0.8 micron prefilter and a 0.2 micron filter to remove any solid impurities. The filtrate was then slowly added over a period of 1 hour to deionized water (1 liter) with stirring, and the slurry thus produced stirred for not less than 1 hour. The solid was filtered off, washed with deionized water (2×1 liter), and

dried under vacuum for not less than 1 hour. The dried product was then slurried again with deionized water (1.5 liter) for not less than 2 hours, filtered off, and washed with deionized water (1 liter) followed by absolute ethanol (750 ml). The purified product was dried under vacuum at a temperature of not more than 40° C. for not less than 12 hours, to provide (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate free of any 2-hydrazinoadenosine impurity.

## EXAMPLE 5

### Preparation of Ethyl (2E)-3-({9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)-oxolan-2-yl]-2-[4-(ethoxycarbonyl)pyrazolyl]purin-6-yl}amino)-2-formylprop-2-enoate



A mixture of 2-hydrazinoadenosine (100 g, 0.34 mol), ethyl 2-formyl-3-oxopropionate (242 g, 1.7 mol) and absolute ethanol were charged to a reactor, and the mixture heated to reflux for 2 hours. When the reaction was judged complete, the heat source was removed and the mixture gradually cooled to 5-10° C. over a period of 3 hours. The slurry was stirred for 30 minutes at this temperature, and the mixture filtered. The solid material was washed with cold (5-10° C.) absolute ethanol, and then dried under vacuum at a temperature that did not exceed 40° C., to provide ethyl (2E)-3-({9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-2-[4-(ethoxycarbonyl)-pyrazolyl]purin-6-yl}amino)-2-formylprop-2-enoate.

An elemental analysis gave the following results: C, 48.75%; H, 4.86%; N, 18.05%; O, 27.57. Theoretical: C, 49.72%; H, 4.74%; N, 18.45%; O, 27.09. The analysis corresponds within experimental error limits to the hemihydrate of the desired product. (C, 48.89%; H, 4.81%; N, 18.1%; O, 28.12)

$^{1}$H and $^{13}$C NMR spectra were obtained in the following manner. 20.2 mg of the compound of formula (4) was dissolved in –0.75 ml of DMSO-d6, and the spectra obtained at ambient temperature on a JEOL ECX-400 NMR spectrometer operating at 400 MHz for $^{1}$H and 100 MHz for $^{13}$C. The chemical shifts were referenced to the DMSO solvent, 2.50 ppm for $^{1}$H and 39.5 ppm for $^{13}$C.

Results

The $^{1}$H and $^{13}$C chemical shifts are listed in Table 1. Two isomers in a ratio of ~60/30 were observed in both the $^{1}$H and the $^{13}$C spectra, labeled as major and minor in the table.

| Atom[a] | $^{13}$C Chemical Shift (ppm) | $^{1}$H Chemical Shift (ppm) | Multiplicity[b], Splitting (Hz) |
|---|---|---|---|
| 21(major) | 192.4 | 9.96 | d, 3.6 |
| 21(minor) | 187.6 | 9.83 | S |
| 22(minor) | 167.1 | — | — |
| 22(major) | 165.2 | — | — |
| 15(minor) | 161.8 | — | |
| 15(major) | 161.7 | — | — |
| 6(major) | 153.1 | — | — |
| 6(minor) | 152.9 | — | — |
| 2(minor) | 149.4 | — | — |
| 2(major) | 149.3 | — | — |
| 19(minor) | 148.0 | 9.22 | d, 13.0 |
| 4(minor) | 147.9 | — | — |
| 4(major) | 147.8 | — | — |
| 19(major) | 147.5 | 9.26 | d, 12.4, d, 3.6 |
| 8(major) | 144.9 | 8.87 | s |
| 8(minor) | 144.7 | 8.85 | s |
| 12 | 143.1 | 8.20-8.23 | m |
| 14(minor) | 132.8 | 9.20 | d, ~0.7 |
| 14(major) | 132.6 | 9.12 | d, ~0.7 |
| 5(major) | 120.7 | — | — |
| 5(minor) | 120.6 | — | — |
| 13 | 116.7 | — | — |
| 20(minor) | 107.2 | — | — |
| 20(major) | 106.1 | — | — |
| 1' (major) | 87.9 | 6.07 | d, 5.3 |
| 1' (minor) | 87.9 | 6.06 | d, 5.3 |
| 4' | 85.8 | 4.02 | q, 3.9 |
| 2'(minor) | 74.1 | 4.62 | q, ~5.4 |
| 2'(major) | 74.1 | 4.61 | q, ~5.4 |
| 3' | 70.1 | 4.22 | q, 4.2 |
| 5' | 61.0 | 3.62, 3.73 | m |
| 23, 16 | 60.3-60.8 | 4.25-4.39 | m |
| 17, 24 | 14.1-14.2 | 1.28-1.38 | m |
| 18(major) | — | 12.51 | d, 12.4 |
| 18(minor) | — | 11.47 | d, 13.0 |
| 2'-OH (major) | — | 5.63 | d, 6.1 |
| 2'-OH (minor) | — | 5.62 | d, 6.1 |
| 3'-OH | — | 5.30 | d, 5.1 |
| 5'-OH | — | 5.08 | t, 5.5 |

The compound of formula (4) was confirmed to be a mixture of the following two isomers:



Major

-continued



Minor

## EXAMPLE 6

Preparation of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide from Compound (4)



Aqueous 40% methylamine solution (1300 ml) was placed in a pressure reactor, cooled to 0-5° C., and the product of Example 5 (ethyl (2E)-3-({9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-2-[4-(ethoxycarbonyl)pyrazolyl]purin-6-yl}amino)-2-formylprop-2-enoate (100 g) added. The mixture was stirred at 0-5° C. for at least 8 hours, monitoring the reaction for completion. When complete, the mixture was warmed, maintaining the temperature between 50 and 60° C. for 1 hour, and then cooled to less than 30° C. over a period of 1 hour. When the temperature was below 30° C., the mixture was degassed using a pressure of 100-150 mm Hg, allowing the temperature to decrease to 0-5° C. The mixture was stirred at 0-5° C. for at least 1 hour, maintaining the pressure at 100-150 mm Hg. The vacuum was then discontinued and replaced by nitrogen, maintaining the temperature at 0-5° C. for not less than 30 minutes. The solid product was then filtered off, washed with water (3×500 ml), then with absolute ethanol (625 ml). The product was dried under vacuum, not allowing the temperature to exceed 40° C., to provide (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide as its monohydrate.

$^1H$ and $^{13}C$ NMR spectra were obtained in the following manner. Two samples of the material obtained above were weighed out and dissolved in $d_6$DMSO—5.3 mg was used for the $^1H$ spectra, and 20.8 mg was used for $^{13}C$ spectra. All spectra were acquired at ambient temperature on a JEOL Eclipse$^+$ 400 spectrometer operating at 400 MHz for $^1H$ and 100 MHz for $^{13}C$.

| Label | $^{13}C$ shift (ppm) | $^1H$ shift (ppm) | Multiplicity, splitting (Hz) |
|---|---|---|---|
| 2 | 150.5 or 150.3 | — | |
| 4 | 156.4 | — | |
| 4a | 117.9 | — | |
| 6 | 140.0 | 8.41 | s |
| 7a | 150.5 or 150.3 | — | |
| 1' | 86.9 | 5.94 | D, 6.2 |
| 2' | 73.7 | 4.62 | m |
| 2'-OH | — | 5.50 | D, 6.2 |
| 3' | 70.5 | 4.17 | m |
| 3'-OH | — | 5.23 | D, 4.7 |
| 4' | 85.7 | 3.96 | m |
| 5' | 61.5 | 3.67, 3.57 | m |
| 5'-OH | — | 5.02 | D, 5.7 |
| A | 140.9 | 8.07 | D, 0.8 |
| B | 120.2 | — | |
| C | 129.6 | 8.95 | D, 0.8 |
| D | 161.7 | — | |
| E | 25.6 | 2.76 | D, 4.6 |
| $NH_2$ | — | 7.77 | br s |
| NH | — | 8.35 | Q, 4.6 |

An elemental analysis gave the following results: C, 43.96%; H, 4.94%; N, 27.94. Theoretical: C, 44.12%; H, 4.94%; N, 27.44%; O, 27.09. The analysis corresponds within experimental error limits to the monohydrate.

We claim:

**[1**. A pharmaceutical composition prepared from a crystalline monohydrate form of the compound (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide by adding at least one pharmaceutically acceptable carrier.**]**

**[2**. The pharmaceutical composition of claim **1**, wherein the monohydrate is substantially free of 2-hydrazinoadenosine.**]**

**[3**. The pharmaceutical composition of claim **2**, wherein the monohydrate is substantially free of other hydrates or amorphous form.**]**

**[4**. The pharmaceutical composition of claim **3**, wherein the monohydrate has a purity of at least about 99.6%.**]**

**[5**. The pharmaceutical composition of claim **4**, wherein the monohydrate exhibits an X-ray powder diffraction pattern having peaks at diffraction angle 2θ (°) of about 6, about 9, about 11, about 13, about 14.5, about 16.5, and about 18 as measured by Cu-Kα1 X-ray powder diffractometry.**]**

*6. A pharmaceutical composition of an $A_{2A}$-adenosine receptor agonist produced by a process comprising the following step:*

*dissolving a crystalline monohydrate form of the compound (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide that is substantially free of 2-hydrazinoadenosine in a pharmaceutically acceptable carrier.*

*7. The pharmaceutical composition of claim 6, wherein the crystalline monohydrate is substantially free of other hydrates or amorphous forms.*

*8. The pharmaceutical composition of claim 6, wherein the crystalline monohydrate has a purity of at least about 99.6%.*

*9. The pharmaceutical composition of claim 6, wherein the crystalline monohydrate exhibits an X-ray powder diffraction pattern having peaks at diffraction angle 2θ (°) of about 6, about 9, about 11, about 13, about 14.5, about 16.5, and about 18 as measured by Cu-Kα1 X-ray powder diffractometry.*

*10. The pharmaceutical composition of claim 6, wherein the crystalline monohydrate has an X-ray diffraction pattern as shown in FIG. 3.*

*11. A pharmaceutical composition comprising a crystalline monohydrate form of the compound (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide that is substantially free of 2-hydrazinoadenosine; and a pharmaceutically acceptable carrier.*

*12. The pharmaceutical composition of claim 11, wherein the crystalline monohydrate is substantially free of other hydrates or amorphous forms.*

*13. The pharmaceutical composition of claim 11, wherein the crystalline monohydrate has a purity of at least about 99.6%.*

*14. The pharmaceutical composition of claim 11, wherein the crystalline monohydrate exhibits an X-ray powder diffraction pattern having peaks at diffraction angle 2θ (°) of about 6, about 9, about 11, about 13, about 14.5, about 16.5, and about 18 as measured by Cu-Kα1 X-ray powder diffractometry.*

*15. The pharmaceutical composition of claim 11, wherein the crystalline monohydrate has an X-ray diffraction pattern as shown in FIG. 3.*

*16. The pharmaceutical composition of claim 11, wherein the crystalline monohydrate is dissolved in the pharmaceutically acceptable carrier.*

*17. A pharmaceutical composition comprising 99.6% pure (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide dissolved in a pharmaceutically acceptable carrier.*

* * * * *

# Exhibit D

US008524883B2

(12) **United States Patent**
**Zablocki et al.**

(10) **Patent No.: US 8,524,883 B2**
(45) **Date of Patent: *Sep. 3, 2013**

(54) **MONOHYDRATE OF (1-{9-[4S,2R,3R,5R)-,4-DIHYDROXY-5-(HYDROXYMETHYL) OXOLAN-2-YL]-6-AMINOPURIN-2-YL} PYRAZOL-4-YL)-N-METHYLCARBOXAMIDE**

(75) Inventors: **Jeff Zablocki**, Foster City, CA (US); **Elfatih Elzein**, Foster City, CA (US); **Robert Seemayer**, Foster City, CA (US); **Travis Lemons**, Foster City, CA (US)

(73) Assignee: **Gilead Sciences, Inc.**, Foster City, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/333,872**

(22) Filed: **Dec. 21, 2011**

(65) **Prior Publication Data**

US 2012/0165350 A1 Jun. 28, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 12/765,623, filed on Apr. 22, 2010, now Pat. No. 8,106,183, which is a continuation of application No. 11/701,699, filed on Feb. 2, 2007, now Pat. No. 7,732,595.

(60) Provisional application No. 60/801,857, filed on May 18, 2006, provisional application No. 60/765,114, filed on Feb. 3, 2006.

(51) **Int. Cl.**
***C07H 19/00*** (2006.01)
***C07H 19/167*** (2006.01)
***C07H 19/173*** (2006.01)

(52) **U.S. Cl.**
USPC .................................... **536/27.11**; 536/27.61

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,845,770 A 11/1974 Theeuwes et al.
4,089,959 A 5/1978 Diamond
4,120,947 A 10/1978 Diamond
4,325,956 A 4/1982 Kjellin et al.
4,326,525 A 4/1982 Swanson et al.
4,593,095 A 6/1986 Snyder et al.
4,696,932 A 9/1987 Jacobson et al.
4,804,664 A 2/1989 Kjellin et al.
4,902,514 A 2/1990 Barclay et al.
4,956,345 A 9/1990 Miyasaka et al.
4,968,687 A 11/1990 Findeisen et al.
4,968,697 A 11/1990 Hutchison
4,992,445 A 2/1991 Lawter et al.
5,001,139 A 3/1991 Lawter et al.
5,032,252 A 7/1991 Owen et al.
5,070,877 A 12/1991 Mohiuddin et al.
5,189,027 A 2/1993 Miyashita et al.
5,270,304 A 12/1993 Kogi et al.
5,459,254 A 10/1995 Yamaguchi et al.
5,516,894 A 5/1996 Reppert
5,593,975 A 1/1997 Cristalli
5,616,345 A 4/1997 Geoghegan et al.
5,641,784 A 6/1997 Kufner-Muhl et al.
5,646,156 A 7/1997 Jacobson et al.
5,670,498 A 9/1997 Suzuki et al.
5,703,085 A 12/1997 Suzuki et al.
5,704,491 A 1/1998 Graves
5,705,491 A 1/1998 Yamada
5,770,716 A 6/1998 Khan et al.
5,776,960 A 7/1998 Oppong et al.
5,780,481 A 7/1998 Jacobson et al.
5,854,081 A 12/1998 Linden et al.
5,877,180 A 3/1999 Linden et al.
5,939,543 A 8/1999 Morozumi et al.
6,026,317 A 2/2000 Verani
6,117,878 A 9/2000 Linden
6,214,807 B1 4/2001 Zablocki et al.
6,294,522 B1 9/2001 Zablocki et al.
6,322,771 B1 11/2001 Linden et al.
6,368,573 B1 4/2002 Leung
6,387,913 B1 5/2002 Mustafa
6,403,567 B1 * 6/2002 Zablocki et al. ................ 514/46
6,448,235 B1 9/2002 Linden et al.
6,514,949 B1 2/2003 Linden et al.
6,552,023 B2 4/2003 Zablocki et al.
6,599,283 B1 7/2003 Marzilli et al.
6,605,597 B1 8/2003 Zablocki et al.
6,642,210 B1 * 11/2003 Zablocki et al. ................ 514/46
6,670,334 B2 12/2003 Linden et al.
6,677,336 B2 1/2004 Zablocki et al.

(Continued)

FOREIGN PATENT DOCUMENTS

CA 965411 4/1975
CA 2064742 12/1991

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 10/896,766, Jul. 22, 2004, Biaggioni et al.
U.S. Appl. No. 13/591,008, Aug. 21, 2012, Zablocki et al.
Bergmann et al., "Oxidation of Hypoxanthines, Bearing 8-Aryl or 8-Pyridyl Substituents, byBovine Milk Xanthine Oxidase,", Biochimica et Biophysica Acta, vol. 484, No. 2, pp. 275-289 (1977).
Birdsall et al., "Purine N-Oxides-XL the 3-Acyloxypurine 8-Substitution Reaction: Scope:Syntheses of 8-Substituted Xanthines and Guanines," Tetrahedron, vol. 27, pp. 5969-5978 (1971).
Blackburn et al., "Adenosine Mediates IL-13-Induced Inflammation and Remodeling in the Lung and interacts in an IL13-Adenosine Amplification Pathway," J. Clin. Invest. vol. 112, No. 3, pp. 332-344 (2003).
Brady et al., "General Chemistry—Principles and Structure", John Wiley & Sons, New York, 1978, pp. 328-330 and 352-353.

(Continued)

*Primary Examiner* — Lawrence E Crane
(74) *Attorney, Agent, or Firm* — Foley & Lardner LLP

(57) **ABSTRACT**

Disclosed is a synthesis suitable for large scale manufacture of an $A_{2A}$-adenosine receptor agonist, namely, (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide. Also, disclosed are polymorphs of this compound and methods for isolating a specific polymorph. Also, disclosed are pharmaceutical compositions and methods for preparing pharmaceutical compositions.

**5 Claims, 5 Drawing Sheets**

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,758,388 | B1 | 7/2004 | Leholm et al. | |
| 6,770,634 | B1 | 8/2004 | Zablocki et al. | |
| 6,825,349 | B2 | 11/2004 | Kalla et al. | |
| 6,855,818 | B2 | 2/2005 | Zablocki et al. | |
| 6,916,804 | B2 | 7/2005 | Castelhano et al. | |
| 6,977,300 | B2 | 12/2005 | Kalla et al. | |
| 6,995,148 | B2 | 2/2006 | Jones et al. | |
| 7,109,180 | B2 | 9/2006 | Zablocki et al. | |
| 7,109,203 | B2 | 9/2006 | Hart et al. | |
| 7,125,993 | B2 | 10/2006 | Elzein et al. | |
| 7,144,872 | B2 | 12/2006 | Zablocki et al. | |
| 7,183,264 | B2 * | 2/2007 | Zablocki et al. | 514/46 |
| 7,553,823 | B2 | 6/2009 | Zablocki et al. | |
| 7,582,617 | B2 | 9/2009 | Belardinelli et al. | |
| 7,655,636 | B2 | 2/2010 | Gordi et al. | |
| 7,655,637 | B2 | 2/2010 | Zablocki et al. | |
| 7,671,192 | B2 * | 3/2010 | Zablocki et al. | 536/27.11 |
| 7,683,037 | B2 | 3/2010 | Belardinelli | |
| 7,732,595 | B2 * | 6/2010 | Zablocki et al. | 536/27.11 |
| 7,956,179 | B2 * | 6/2011 | Zablocki et al. | 536/27.11 |
| 8,106,029 | B2 | 1/2012 | Gordi et al. | |
| 8,106,183 | B2 * | 1/2012 | Zablocki et al. | 536/27.11 |
| 8,133,879 | B2 | 3/2012 | Belardinelli et al. | |
| 8,183,226 | B2 | 5/2012 | Belardinelli | |
| 8,268,988 | B2 | 9/2012 | Zablocki et al. | |
| 2002/0012946 | A1 | 1/2002 | Belardinelli et al. | |
| 2002/0111327 | A1 | 8/2002 | Linden et al. | |
| 2002/0147174 | A1 | 10/2002 | Jones et al. | |
| 2003/0235555 | A1 | 12/2003 | Shealey et al. | |
| 2004/0038928 | A1 | 2/2004 | Zablocki et al. | |
| 2004/0064039 | A1 | 4/2004 | Belardinelli | |
| 2004/0127533 | A1 | 7/2004 | Hart et al. | |
| 2004/0137533 | A1 | 7/2004 | Belardinelli et al. | |
| 2005/0020915 | A1 | 1/2005 | Belardinelli et al. | |
| 2005/0175535 | A1 | 8/2005 | Belardinelli et al. | |
| 2006/0084625 | A1 | 4/2006 | Gordi et al. | |
| 2006/0159621 | A1 | 7/2006 | Barrett | |
| 2006/0159627 | A1 | 7/2006 | Zeng et al. | |
| 2007/0114269 | A1 | 5/2007 | Straza | |
| 2007/0203090 | A1 | 8/2007 | Zablocki et al. | |
| 2007/0207978 | A1 | 9/2007 | Zablocki et al. | |
| 2007/0265445 | A1 | 11/2007 | Zablocki et al. | |
| 2007/0299089 | A1 | 12/2007 | Belardinelli et al. | |
| 2008/0170990 | A1 | 7/2008 | Lieu et al. | |
| 2008/0213165 | A1 | 9/2008 | Lieu et al. | |
| 2008/0267861 | A1 | 10/2008 | Lieu et al. | |
| 2009/0081120 | A1 | 3/2009 | Lieu et al. | |
| 2009/0317331 | A1 | 12/2009 | Belardinelli et al. | |
| 2010/0081810 | A1 | 4/2010 | Zablocki et al. | |
| 2010/0086483 | A1 | 4/2010 | Belardinelli et al. | |
| 2010/0160620 | A1 | 6/2010 | Zablocki et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CA | 2377746 | 12/2000 |
| CN | 1358191 A | 7/2002 |
| EP | 0 354 638 | 2/1990 |
| EP | (L) 354 638 A2 * | 2/1990 |
| EP | 0 386 683 | 9/1990 |
| JP | S-4826038 | 8/1973 |
| JP | SHO 48-26038 | 8/1973 |
| JP | Hei 5 1993 9197 | 1/1993 |
| WO | WO-92/00297 | 1/1992 |
| WO | WO-92/12260 | 7/1992 |
| WO | WO-93/23401 | 11/1993 |
| WO | WO-93/25677 | 12/1993 |
| WO | WO-95/11681 | 5/1995 |
| WO | WO 98/52611 | 11/1998 |
| WO | WO-98/57651 | 12/1998 |
| WO | WO-99/63938 | 12/1999 |
| WO | WO-00/78778 | 12/2000 |
| WO | WO-00/78779 | 12/2000 |
| WO | WO-01/16134 | 8/2001 |
| WO | WO-01/62979 | 8/2001 |
| WO | WO-03/088978 | 10/2003 |
| WO | WO-2004/011010 | 2/2004 |
| WO | WO-2005/082379 | 9/2005 |
| WO | WO 2006/044856 | 4/2006 |
| WO | WO-2006/076698 | 7/2006 |
| WO | WO-2007/092372 | 8/2007 |
| WO | WO-2008/028140 | 3/2008 |
| WO | WO-2008/042796 | 4/2008 |
| WO | WO-2008/063712 | 5/2008 |
| WO | WO-2008/086096 | 7/2008 |
| WO | WO-2008/143667 | 11/2008 |
| WO | WO-2009/076580 | 6/2009 |
| WO | WO-2010/037122 | 4/2010 |

OTHER PUBLICATIONS

Bruns, "Adenosine Antagonism by Purines, Pteridines and Benzopteridines in Human Fibroblasts,"Biochemical Pharmacology, vol. 30, No. 4, pp. 325-333 (1981).

Buckle et al., "Inhibition of Cyclic Nucleotide Phosphodiesterase by Derivatives of 1,3- Bis(cyclopropylmethyl)xanthine," J. Med. Chem., vol. 37, pp. 476-485 (1994).

Caira, "Crystal polymorphism—theoretical principles and practical implications." Crystalline Polymorphism of Organic Compunds, 165-208 (1998).

Cerqueira, "The Future of Pharmacologic Stress: Selective A2A Adenosine Receptor Agonists," Am. J. Cardiol., vol. 94 (2A), pp. 33D-42D (2004).

Cline et al., "Coronary Artery Angiography Using Multislice Computed Tomography Images," Circulation, vol. 102, pp. 1589-1590, XP002564059 (2000).

Crimi et al., "Purine Derivatives in the Study of Allergic Inflammation in Respiratory Diseases," Allergy, vol. 52, No. 34, pp. 48-54 (1997).

Cristalli et al., "2-Alkynyl Derivatives of Adenosine 5'-N'ethyluronamide: Selective A2 Adenosine Receptor Agonists with Potent Inhibitory Activity on Platelet Aggretation," J. Med. Chem., vol. 37, pp. 1720-1726 (1994).

Cushley et al., "Inhaled Adenosine and Guanosine on Airway Resistance in Normal and Asthmatic Subjects," Br. J. Clin. Pharmacol, vol. 15, No. 2, pp. 161-165 (1983).

Dalpiaz et al., "De Novo Analysis of Receptor Binding Affinity Data of Xanthine AdenosineReceptor Antagonists," Arzneim-Forsch/ Drug Res., vol. 45, No. 3, pp. 230-233 (1995).

Dhalla et al., "Tachycardia Caused by A2A Adenosine Receptor Agonists is Mediated by Direct Sympathoexcitation in Awake Rates," Journal of Pharmacology and Experimental Therapeutics, USA, vol. 316, No. 2, pp. 695-702, XP009073100 (2006).

Driver et al., "Adenosine in Bronchoalveolar Lavage Fluid in Asthma," Am. Rev. Respir. Dis., vol. 148, No. 1, pp. 91-97 (1993).

Elias et al., "Airway Remodeling in Asthma," The Journal of Clinical Investigation, vol. 104, No. 8, pp. 1001-1006 (1999).

Erickson et al., "1,3,8-Trisubstituted Xanthines. Effects of Substitution Pattern upon AdenosineReceptor A1/A2 Affinity", J. Med. Chem., vol. 34, pp. 1431-1435 (1991).

Feoktistov et al., "Adenosine A2B Receptors: A Novel Therapeutic Target in Asthma," Trends Pharmacol. Sci., vol. 19, pp. 148-153 (1998).

Feoktistov et al., "Hypoxia Modulates Adenosine Receptors in Human Endothelial and Smooth Muscle Cells Toward an A2B Angiogenic Phenotype," Hypertension, vol. 44, No. 5, pp. 649-654, Epub 2004, PMID: 15452028 [PubMed —indexed for MEDLINE] (2004).

GAO et al., "Novel Short-Acting A2A Adenosine Receptor Agonists for Coronary Vasodilation: Inverse Relationship between Affinity and Duration of Action of A2A Agonists," Journal of Pharmacology and Experimental Therapeutics, vol. 298, pp. 209-218 (2001).

Glover et al., "Characterization of a New, Highly Selective Adenosine A2A Receptor Agonist with Potential Use in Pharmacologic Stress Perfusion Imaging", Circulation, vol. 110, pp. I-311 (1999).

Glover et al., "Pharmacological Stress Thallium Scintigraphy with 2-cyclohexylmethylidenehydrazinoadenosine (WRC-0470)," Circulation, vol. 94, pp. 1726-1732 (1996).

Harvey, "Blood Fluids, Electrolytes and Hematologic Drugs," Chapter 40 in Remington's Pharmaceutical Sciences, 18th Ed., Gennaro et al., Mack Publishing Co., East, PA, only pp. 800 and 821, (1990).

Hasenfuss, "Animal Models of Human Cardiovascular Disease, Heart Failure and Hypertrophy", Cardiovascular Res., vol. 39 (1), pp. 60-76, 1998.
Hendel et al. "Initial Clinical Experience with Regadenoson, a Novel Selective A2A Agonist for Pharmacologic Stress Single-Photon Emission Computed Tomography Myocardial Perfusion Imaging", Journal of the American College of Cardiology, vol. 46, No. 11, pp. 2069-2075 (2005).
Hendel et al., "Pharmacologic Stress SPECT Myocardial Perfusion Imaging with a Selective A2A Agonist: Results of a Pilot Study Comparing Adenosine with CVT-3146", Circulation, Supplement IV, vol. 108, pp. 2892 (2003).
Holgate et al., "Roles of Cysteinyl Leukotrienes in Airway Inflammation, Smooth Muscle Function and Remodeling," J. Allergy Clin. Imunol. (Supp1):S18-34; discussion S34-6, Review, PMID:12532084 [PubMed—indexed for MEDLINE] (2003).
Hoshino, "Impact of Inhaled Corticosteriods and Leukotrience Receptor Antagonists on Airway Remodeling," Clinical Reviews in Allergy & Immunology, vol. 27, No. 1, pp. 59-64 (2004).
Iskandrian, "Adenosine Myocardial Perfusion Imaging," The Journal of Nuclear Medicine, vol. 35, pp. 734-736 (1994).
Jacobson et al., "1,3-Dialkylxanthine Derivatives Having High Potency as Antagonists at HumanA2B Adenosine Receptors," Drug Development Research, vol. 47, pp. 45-53 (1999).
Jadbabaie et al., "Myocardial perfusion imaging with a novel selective A2A Adenosine Receptor Agonists (CVT-3146): Important differences in radiotracer behavior," Journal of Am. Col. Cardiology, vol. 41, pp. 443-444 (2003).
Jeffery, "Remodeling in Asthma and Chronic Obstructive Lung Disease," Am. J. Respir. Crit. Care Med., vol. 164, No. 10pt2, pp. S28-S38 (2001).
Katsushima et al., "Structure-Activity Relationships of 8-Cycloalkyl-1,3-dipropylxanthines asAntagonist of Adenosine Receptors," J. Med. Chem., vol. 33, pp. 1906-1910 (1990).
Kerensky et al. "Dose Dependent Increase in Human Coronary Blood Flow Velocity Following an IV Bolus of CVT-3146, A Novel A2A Adenosine Receptor Agonists: A Potential Agent for the Use in Pharmacological Stress Testing for Myocardial Perfusion Imaging", Circulation, Supplemental II, vol. 106, vol. 19, p. II-618, (2002).
Kim et al., "Acyl-Hydrazide Derivatives of a Xanthine Carboxylic Congener (XCC) as Selective Antagonists at Human A2B Adenosine Receptors", Drug Development Research, vol. 47, pp. 178-188 (1999).
Kleiner, "Reactions of Some 8-(3-Pyridyl)-6-thioxanthines with Methyl Iodide," pp. 739-743 (1973).
Klotz et al., "Comparative pharmacology of human adenosine receptors subtypes-characterization of stably transfected receptors in CHO cells," Nauny-Schmideberg's Arch Pharmacol., vol. 357, pp. 1-9 (1998).
Knuniants et al., "Soviet Encyclopedia", Chemical Encyclopedia, Moscow, vol. 2, pp. 126-127, 1990 (translation).
Koepfli et al., "Interaction of caffeine with regadenoson-induced hyperemic myocardial blood flow as measured by PET", European Heart Journal, vol. 27, No. Supp. 1, p. 175, (2006).
Korolkovas, Essentials of Molecular Pharmacology—Background for Drug Design, Wiley—Interscience, New York, NY, only pp. 266-272 supplied, (1970).
Kubo et al., "Effect of Caffeine Intake on Myocardial Hyperemic Flow Induced by Adenosine Triphosphate and Dipyridamole," The Journal of Nuclear Medicine, vol. 45, No. 5, pp. 730-738, (2004).
Kusmic et al., "Coronary microcirculatory vasoconstriction induced by low-flow ischemia in mouse hearts is reversed by an A2A adenosine receptor", FASEB Journal, pp. A1227-A1228 (2007).
Leigh et al., "Is Interleukin-1 3 Critical in Maintaining Airway Hyperresponsiveness in Allergen-Challenged Mice?" Am. J. Respir. Crit. Care Med., PMID: 15242841 [PubMed—indexed for MEDLINE] vol. 170, No. 8, pp. 851-856 (2004).
Linden et al., "Characterization of Human A2B Adenosine Receptors: Radioligand Binding, WesternBlotting and Coupling to Gq in Human Embryonic Kidney 293 Cells and HMC-1 Mast Cells,"Molecular Pharmacology, vol. 56, pp. 705-713 (1999).
Mager et al., "Molecular Simulation Applied to 2-(N'-alkylidenehydrazino)-and 2-(N'-aralkylidenehydrazino) adenosine A2 Agonists," European Journal of Medicinal Chemistry, vol. 30, pp. 15-25 (1995).
Mann et al., "Airway Effects of Purine Nucleosides and Nucleotides and Release With Bronchial Provocation in Asthma," J. Appl. Physiol., vol. 61, No. 5, pp. 1667-1676 (1986).
Martin et al., "Pharmacology of 2-cylohexylmethylidenehydrazionoadenosine (WRC-0470), a novel, short-acting adenosine A-2A receptor agonist that produces selective coronary vasodilation", Drug Development Research, vol. 40, No. 4, pp. 313-324, (1997).
Martinson et al., "Potent Adenosine Receptor Antagonists that are Selective for the A1 Receptor Subtype," Molecular Pharmacology, vol. 31, No. 3, pp. 247-252 (1986).
Marumoto et al. (I), "Synthesis and Coronary Vasodilating Activity of 2-Substituted Adenosines," Chemical Pharmaceutical Bulletin, vol. 23, No. 4, pp. 759-774 (1975).
Marumoto et al. (II), "Synthesis and Enzymatic Activity of Adenosine 3',5'-Cyclic Phosphate Analogues," Chemical Pharmaceutical Bulletin, vol. 27, No. 4, pp. 990-1003 (1979).
Matsuda et al., "Nucleosides and Nucleotides, 103. 2-Alkynyladenoines: A Novel Class of Selective Adenosine A2 Receptor Agonists with Potent Antihypertensive Effects," Journal of Medicinal Chemistry, vol. 35, No. 1, pp. 241-252 (1992).
Mosselhi et al., "Reactions of some 8-diazoxanthine derivatives", Indian Journal of Chemistry, vol. 33B, pp. 236-242 (1994).
Caira, "Crystalline Polymorphism of Organic Compounds", Topics in Current Chemistry, Berlin, 1998, pp. 163-208.
Niiya et al., "2-(N'-Alkylidenehydrazino) Adenosines; Potent and Selective Coronary vasodilators," Journal of Medicinal Chemistry, American Chemical Society, vol. 35, No. 24, pp. 4557-4561, (1992).
Office Action for U.S. Appl. No. 11/848,743, dated Jun. 20, 2012.
Office Action for U.S. Appl. No. 12/163,099, dated Jun. 20, 2012.
Office Action for U.S. Appl. No. 12/569,643, dated Aug. 25, 2011.
Office Action for U.S. Appl. No. 12/569,643, dated Mar. 20, 2012.
Office Action for U.S. Appl. No. 12/695,096, dated Oct. 5, 2011.
Office Action for U.S. Appl. No. 12/695,096, dated Apr. 14, 2011.
Office Action for U.S. Appl. No. 12/749,328, dated Jun. 8, 2011.
Office Action for U.S. Appl. No. 12/968,110, dated Aug. 3, 2011.
Office Action for U.S. Appl. No. 13/092,812, dated Oct. 25, 2011.
Office Action for U.S. Appl. No. 13/333,789, dated Jul. 3, 2012.
Office Action for U.S. Appl. No. 13/361,775, dated Jul. 25, 2012.
Office Action for U.S. Appl. No. 13/525,223, dated Aug. 13, 2012.
Office Action for U.S. Appl. No. 11/864,437, dated Mar. 29, 2011.
Office Action for U.S. Appl. No. 11/969,047, dated Mar. 17, 2011.
Office Action for U.S. Appl. No. 12/435,176, dated Apr. 15, 2011.
Office Action for U.S. Appl. No. 12/637,583, dated Apr. 4, 2011.
Office Action for U.S. Appl. No. 12/765,623, dated Mar. 8, 2011.
Office Action for U.S. Appl. No. 11/766,964, dated Apr. 7, 2011.
Ogden, et al., Mean Body Weight, Height, and Body Mass Index, United States 1960-2002, U.S. National Health and Nutrition Examination Survery, Advance Data No. 347, pp. 1-18, (2004).
Persson et al., "Synthesis and Antiviral Effects of 2-Heteroaryl Substituted Adenosine and 8-Heteroaryl Guanosine Deriviatives," Bioorganic & Medicinal Chemistry, vol. 3, No. 10, pp. 1377-1382 (1995).
Pfizer, "Health info.", (2003), http://www.pfizer.be/English/What_we_do_/Health_info/COPD.htm.
Pifferi et al., "Montelukast and Airway Remodeling in Children with Chronic Persistent Asthma: An Open Study," Pediatric Allergy and Immunology, vol. 15, No. 5, pp. L472-L473 (2004).
Polosa et al., "Evolving Concepts on the Value of Adenosine Hyperresponsiveness in Asthma and Chronic Obstructive Pulmonary Disease". Thorax, vol. 57, No. 7, pp. 649-654 (2002).
Polosa, "Adenosine-Receptor Subtypes: The Relevance to Adenosine-Mediated Responses in Asthma and Chronic Obstructive Pulmonary Disease," The European Respiratory Journal: Official Journal of the European Society for Clinical Respiratory Physiology., vol. 20, No. 2, pp. 488-496 (2002).

Riou et al., "Influence of propranolol, enalaprilat, verapamil, and caffeine on adenosine A(2A) receptor medicated coronary vasodilation", Journal of the American College of Cardiology, vol. 40, No. 9, pp. 1687-1690 (2002).
Roth et al., "8-Dicyclopropylmethyl)-1,3-dipropylxanthine: A Potent and Selective Adenosine A1 Antagonist with Renal Protective and Diuretic Activities," J. Med. Chem., vol. 34, No. 1, pp. 466-469 (1991).
Ryzhov et al., "Adenosine-Activated Mast Cells Induce IgE Synthesis by B Lymphocytes: An A2B-Mediated Process Involving the Cytokines IL-4 and IL-13 with Implications for Asthma," vol. 172, No. 12, pp. 7726-7733, PMID: 15187156 [PubMed—indexed for MEDLINE] (2004).
Sambuceti et al., Coronary Vasoconstriction During Myocardial Ischemia Induced by Rises in Metabolic Demand in Patients with Cornary Artery Disease, Circulation, 1997; 95; (2652-2659) pp. 1-24.
Sambuceti et al., Interaction Between Coronary Artery Stenosis and Coronary Microcirculcation in Ishcemic Heart Disease, Z Kardiol, 2000; 89 Suppl 9:IX/126-31, abstract.
Shimada et al., "8-Polycycloalkyl-I,3-dipropylxanthines as Potent and Selective Antagonists forA1—Adenosine Receptors," J. Med. Chem., vol. 35, pp. 924-930 (1992).
Spicuzza et al., "Research Applications and Implications of Adenosine in Diseased Airways," Trends Pharmacol. Sci., vol. 24, No. 8, pp. 409-413, Review, PMID: 12915050 [Pubmed—indexed for MEDLINE] (2003).
Spicuzza et al., "The Role of Adenosine as a Novel Bronchoprovocant in Asthma," Curr. Opin. Allergy Clin. Immunol., vol. 3, No. 1, pp. 65-69 (2003).
Swinyard et al., "Pharmaceutical Necessities," Chapter 66 in Remington's Pharmaceutical Sciences, 18th Ed., Gennaro et al. (eds.), Mack Publishing Co, Easton, PA, only pp. 1318-1319 supplied (1990).
Tomita et al., Artificial Neural Network Approach for Selection of Susceptible single Nucleotide Polymorphisms and Construction of Prediction Model on Childhood allergic Asthma: BMC Bioinformatics, vol. 1, No. 5, p. 120, PMID: 15339344 [PubMed—indexed for MEDLINE] (2004).
Trochu et al., "Selective A2A Adenosine Receptor Agonist as a Coronary Vasodilator in Conscious Dogs: Potential for Use in Myocardial Perfusion Imaging," Journal of Cardiovascular, vol. 41, No. 1, pp. 132-139 (2003).
Udelson et al., "Randomized, Controlled Dose-Ranging Study of the Selective Adenosine A2A Receptor Agonist Binodenoson for Pharmacological Stress as an Adjunct to Myocardial Perfusion Imaging," Circulation, vol. 209, pp. 457-464 (2004).
Van Der Wenden et al., "Mapping the Xanthine C8-region of the adenosine A1 Receptor withComputer Graphics," European Journal of Pharmacology-Molecular Pharmacology Section,vol. 206, No. 1, pp. 315-323 (1991).
Xu et al., Coronary Vasodilation by a Short Acting, Low Affinity A2A Adenosine Receptor Agonist in Anesthetize Closed Chest Dogs: A Second Generation of Coronary Artery Pharmacologic Stressor, Circulation, vol. 102, No. 18, p. 3912 (2000).
Zablocki et al. 2-Substituted PI System Derivatives of Adenosine That are Coronary Vasodilators Acting VIA the A2A Adenosine Receptor, 2001, Nucleosides, Nucleotides and Nucleic Acids, 20: (4-7), pp. 343-360.
Zhao et al., "Caffeine attenuates the duration of coronary vasodilation and changes in hemodynamics induced by regadenoson (CVT-3146), a novel adenosine A2A receptor agonist," Journal of Cardiovascular Pharmacology, Raven Press, New York, NY, vol. 49, No. 6, pp. 369-375, XP009094871 (2007).
Zhao et al., "Comparative Profile of Vasodilation by CVT-3146, a novel A2A receptor agonist and adenosine in conscious dogs," Journal of Pharm & Experimental Therapeutics, Journal of Pharm. & Experimental Therapeutics, vol. 41, pp. 182-189 (2003).
Zhao et al., "Effects of caffeine on coronary vasodilation and sinue tachycardia induced by Regadenoson, a novel adenosine A2A receptor agonist, in conscious dogs," European Heart Journal, vol. 27, No. Suppl. 1, p. 424 (2006).
Zhao et al., "Regadenoson, a novel pharmacologic stress agent for use in myocardial perfusion imaging, does not have a direct effect on the QT interval in conscious dogs," Journal of Cardio Vascular Pharmacology, pp. 467-473, vol. 52, No. 5, Lippincott Williams and Wilkins, USA, XP8117431 (2008).
Zhong et al., "Synergy Between A2B Adenosine Receptors and Hypoxia in Activating Human Lung Fibroblasts," American Journal of Respiratory Cell and Molecular Biology, vol. 32, No. 1, pp. 2-8 (2005).

* cited by examiner


15
10
5
0
9.8
8.6
7.4
6.2
5
3.8
2.6
1.4
0.2
Parts per Million
1
2.09
0.95
1.9
1.05
0.98
1.02
0.93
1.06
0.97
1.04
1.9
2.9

FIG. 1



ds2-1826.dsc
tg1-2092.tga
4.547% @ 200 deg C
(0.4654mg)
223.57°C
4.839J/g
226.10°C
180.28°C
209.4J/g
194.57°C
Heat Flow (W/g)
Weight (%)
Temperature (°C)
Universal V2.6D
TA Instruments
1
0
-1
-2
-3
105
100
95
90
85
80
75
70
0
50
100
150
200
250
300
350


FIG. 2




FIG. 3


Int(1E03)
24
22
20
18
16
14
12
10
8
6
4
2
5
10
15
20
25
30
35
2 theta (deg)
Time: 00300 sec. Date: 18/6/2002 17:5:12 U=40 kV-1=30 mA

FIG. 4


Theta-2Theta (deg)
5
10
15
20
25
30
35
40
4000
3000
2000
1000
2000
1500
1000
500
0

FIG. 5

# MONOHYDRATE OF (1-{9-[4S,2R,3R,5R)-3,4-DIHYDROXY-5-(HYDROXYMETHYL) OXOLAN-2-YL]-6-AMINOPURIN-2-YL} PYRAZOL-4-YL)-N-METHYLCARBOXAMIDE

This application is a continuation of U.S. patent application Ser. No. 12/765,623, filed Apr. 22, 2010, now U.S. Pat. No. 8,106,183, issued on Jan. 31, 2012, which is a continuation of U.S. patent application Ser. No. 11/701,699, filed Feb. 2, 2007, now U.S. Pat. No. 7,732,595, issued on Jun. 8, 2010, which claims priority to U.S. Provisional Patent Application Ser. No. 60/801,857, filed May 18, 2006, and to U.S. Provisional Patent Application Ser. No. 60/765,114, filed Feb. 3, 2006, which are hereby incorporated by reference in their entirety.

## FIELD OF THE INVENTION

The present invention relates to a process for the large scale preparation of an $A_{2A}$-adenosine receptor agonist, and also relates to polymorphs of that compound, and to methods of isolating a specific polymorph.

## BACKGROUND

Adenosine is a naturally occurring nucleoside, which exerts its biological effects by interacting with a family of adenosine receptors known as $A_1$, $A_{2A}$, $A_{2B}$, and $A_3$, all of which modulate important physiological processes. One of the biological effects of adenosine is to act as a coronary vasodilator; this result being produced by interaction with the $A_{2A}$ adenosine receptor. This effect of adenosine has been found to be useful as an aid to imaging of the heart, where coronary arteries are dilated prior to administration of an imaging agent (for example thallium 201), and thus, by observation of the images thus produced, the presence or absence of coronary artery disease can be determined. The advantage of such a technique is that it avoids the more traditional method of inducing coronary vasodilation by exercise on a treadmill, which is clearly undesirable for a patient that has a coronary disease.

However, administration of adenosine has several disadvantages. Adenosine has a very short half life in humans (less than 10 seconds), and also has all of the effects associated with $A_1$, $A_{2A}$, $A_{2B}$, and $A_3$ receptor agonism. Thus the use of a selective $A_{2A}$ adenosine receptor agonist would provide a superior method of producing coronary vasodilation, particularly one with a longer half life and few or no side effects.

A class of compounds possessing these desirable properties was disclosed in U.S. Pat. No. 6,403,567, the complete disclosure of which is hereby incorporated by reference. In particular, one compound disclosed in this patent, (1-{9-[(4S, 2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide, has been shown to be a highly selective $A_{2A}$-adenosine receptor agonist, and is presently undergoing clinical trials as a coronary vasodilator useful in cardiac imaging.

Given the heightened interest in this and similar compounds, it has become desirable to find new methods of synthesis that provide a convenient method for making large quantities of the material in good yield and high purity. The patent that discloses the compound of interest (U.S. Pat. No. 6,403,567) provides several methods for preparing the compound. However, although these methods are suited to small scale syntheses, all synthetic methods disclosed in the patent utilize protecting groups, which is undesirable for large scale syntheses.

Additionally, it was discovered that the desired product (that is (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide) is capable of existing in at least three different crystalline forms, the most stable of which is a monohydrate. This polymorph is stable under relative humidity stress conditions, up to its melting point. Accordingly, it is desirable that the final product produced in the new syntheses is obtained as the stable monohydrate.



## SUMMARY OF THE INVENTION

Thus, it is an object of this invention to provide convenient syntheses for the large scale preparation of (1-{9-[(4S,2R,3R, 5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide, and polymorphs thereof, preferably as its monohydrate. Accordingly, in a first aspect, the invention relates to the preparation of a compound of the Formula I:

Formula I




comprising:

contacting a compound of the formula (3):

(3)




with methylamine.

In one embodiment the reaction is conducted in an aqueous solution of methylamine, initially at a temperature of about 0-5° C., followed by warming to about 50-70° C. Alternatively, the reaction is conducted as above but in a sealed pressure reactor.

In a second embodiment, the product is isolated as the pure monohydrate by dissolving the product in a solvent, for example dimethylsulfoxide, addition of purified water, filtering the slurry thus formed, washing the contents of the filter with water followed by ethanol, and drying the solid that remains under vacuum at a temperature that does not exceed 40° C.

In a second aspect, the invention relates to the preparation of a compound of the formula (3):

(3)




comprising:

contacting a compound of the formula (2):




with ethyl 2-formyl-3-oxopropionate.

In one embodiment, the reaction is conducted in ethanol, at a temperature of about 80° C., with about 1.1 molar equivalents of ethyl 2-formyl-3-oxopropionate.

In a third aspect, the invention relates to the preparation of a compound of the formula (2):

(2)




comprising:

contacting a compound of the formula (1):

(1)




with hydrazine.

The above described synthesis is suitable for the large scale synthesis of the desired product, which is provided in good



yield, although one minor impurity is seen in the final product. This impurity has been shown to be unchanged intermediate of the formula (2); that is, the compound of the formula:

(2)




Although this impurity can be removed from the final product by crystallization, it was decided to seek an alternative synthesis that had all of the advantages of the above synthesis but did not give the compound of formula (2) as an impurity in the final product.

Thus, in a fourth aspect, the invention relates to a method of synthesizing (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide by contacting a compound of the formula (4):

(4)




with methylamine.

In one embodiment the reaction is conducted in an aqueous solution of methylamine, initially at a temperature of about 0-5° C., followed by warming to about 50-70° C. Preferably, the reaction is conducted in a sealed pressure reactor.

In a second embodiment, the product is isolated as the pure monohydrate by dissolving the product in a solvent, for example dimethylsulfoxide, addition of purified water, filtering the slurry thus formed, washing the contents of the filter with water followed by ethanol, and drying the solid that remains under vacuum at a temperature that does not exceed 40° C.

In a fifth aspect, the invention relates to a method of synthesizing a compound of the formula (4):

(4)



comprising contacting a compound of the formula (2):

(2)



with an excess of ethyl 2-formyl-3-oxopropionate, preferably about a 2-10 fold excess, more preferably about a 5-10 fold excess.

In one embodiment, the reaction is conducted in ethanol, at a temperature of about 80° C. The ethyl 2-formyl-3-oxopropionate is present in a 5-10 fold excess.

## DEFINITIONS AND GENERAL PARAMETERS

FIG. **1** is a $^{1}$H NMR spectrum of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate (Form A).

FIG. **2** shows the thermal analysis of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate.

FIG. **3** shows the X-Ray diffraction pattern for (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate.

FIG. **4** shows the X-Ray diffraction pattern for (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide Form B.

FIG. **5** shows the X-Ray diffraction pattern for (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide Form C as compared to Form A.

As used in the present specification, the following words and phrases are generally intended to have the meanings as set forth below, except to the extent that the context in which they are used indicates otherwise.

"Optional" or "optionally" means that the subsequently described event or circumstance may or may not occur, and that the description includes instances where said event or circumstance occurs and instances in which it does not.

The term "therapeutically effective amount" refers to that amount of a compound of Formula I that is sufficient to effect treatment, as defined below, when administered to a mammal in need of such treatment. The therapeutically effective amount will vary depending upon the subject and disease condition being treated, the weight and age of the subject, the severity of the disease condition, the manner of administration and the like, which can readily be determined by one of ordinary skill in the art.

The term "treatment" or "treating" means any treatment of a disease in a mammal, including:

(i) preventing the disease, that is, causing the clinical symptoms of the disease not to develop;

(ii) inhibiting the disease, that is, arresting the development of clinical symptoms; and/or

(iii) relieving the disease, that is, causing the regression of clinical symptoms.

As used herein, "pharmaceutically acceptable carrier" includes any and all solvents, dispersion media, coatings, antibacterial and antifungal agents, isotonic and absorption delaying agents and the like. The use of such media and agents for pharmaceutically active substances is well known in the art. Except insofar as any conventional media or agent is incompatible with the active ingredient, its use in the therapeutic compositions is contemplated. Supplementary active ingredients can also be incorporated into the compositions.

The term "polymorph" is intended to include amorphous and solvates of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide.

It has been discovered that this compound is capable of existing in at least three different crystalline forms, referred to herein as Form A, Form B, Form C, and an amorphous product.

Form A:

This polymorph can be produced by crystallizing 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide from protic solvents, for example ethanol or ethanol/water mixtures, or from a polar solvent, for example dimethylsulfoxide/water. Form A has been shown to be a monohydrate, and is the most stable of the various polymorphs at ambient temperatures. It is stable under relative humidity stress conditions up to its melting point.

Form B:

This polymorph is produced by evaporating under vacuum a solution of 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide in trifluoroethanol at ambient temperatures. The X-ray analysis of the crystals was distinctly different from any other polymorph (see FIG. **4**), but it was difficult to determine its constitution, as the X-ray analysis gave disordered broad peaks, and the polymorph contained varying amounts of water. It was found to be difficult to reliably reproduce the preparation of this polymorph.

Form C:

This polymorph is produced by slurrying 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide in acetonitrile for a long period of time at 60° C. The X-ray analysis of the crystals was distinctly different from any other

polymorph (see FIG. **5**). Polymorph C was shown to be a variable hydrate, which, at elevated temperatures, desolvates to an unstable form.

Amorphous Material:

This polymorph is produced by heating Form A polymorph at a temperature of up to 200° C. This polymorph is unstable in the presence of atmospheric moisture, forming variable hydrates.

Techniques for Analysis of Forms A, B, C and Amorpheous Material

X-Ray Powder Diffraction

X-ray powder diffraction (XRPD) analyses were carried out on a Shimadzu XRD-6000 X-ray powder diffractometer using Cu Kα radiation. The instrument was equipped with a fine focus X-ray tube, and the tube voltage and amperage were set to 40 kV and 40 mA respectively. The divergence and scattering slits were set at 1" and the receiving slit was set at 0.15 mm. Diffracted radiation was detected by a NaI scintillation detector. A theta-two theta continuous scan at 3°/min (0.4 sec/0.02° step) from 2.5-40° 2θ was used. A silicon standard was used to check the instrument alignment. Data were collected and analyzed using XRD-6000 v. 4.1 software.

X-ray powder diffraction (XRPD) analyses were also performed using an Inel XRG-3000 diffractometer equipped with a CPS (Curved Position Sensitive) detector with a 28 range of 120°. The instrument calibration was performed using a silicon reference standard. The tube voltage and amperage were set to 40 kV and 30 mA, respectively. The monochromator slit was set at 5 mm by 80 µm. Samples were placed in an aluminum sample holder with a silicon insert or in glass XRPD-quality capillaries. Each capillary was mounted onto a goniometer head that is motorized to permit spinning of the capillary during data acquisition. Real time data were collected using Cu—Kα radiation at a resolution of 0.03° 2θ. Typically, data were collected over a period of 300 seconds. Only the data points within the range of 2.5-40° 2θ are displayed in the plotted XRPD patterns.

Thermal Analyses

Thermogravimetric (TG) analyses were carried out on a TA Instruments 2050 or 2950 thermogravimetric analyzer. The calibration standards were nickel and Alumel™. Samples were placed in an aluminum sample pan, inserted into the TG furnace, and accurately weighed. The samples were heated in nitrogen at a rate of 10° C./min to either 300 or 350° C. Unless stated otherwise, samples weights were equilibrated at 25° C. in the TGA furnace prior to analysis.

Differential scanning calorimetry (DSC) analyses were carried out on a TA Instruments differential scanning calorimeter 2920. Accurately weighed samples were placed in either crimped pans or hermetically sealed pans that contained a pinhole to allow for pressure release. Each sample was heated under nitrogen at a rate of 10° C./min to either 300 or 350° C. Indium metal was used as the calibration standard. Temperatures were reported at the transition maxima.

Infrared Spectroscopy

Infrared spectra were acquired on Magna 860® Fourier transform infrared (FT-IR) spectrophotometer (Nicolet Instrument Corp.) equipped with an Ever-Glo mid/far IR source, an extended range potassium bromide beamsplitter, and a deuterated triglycine sulfate (DTGS) detector. Unless stated otherwise, a Spectra-Tech, Inc. diffuse reflectance accessory (the Collector™) was used for sampling. Each spectrum represents 256 co-added scans at a spectral resolution of 4 $cm^{-1}$. Sample preparation for the compound consisted of placing the sample into a microcup and leveling the material with a frosted glass slide. A background data set was acquired with an alignment mirror in place. The spectra represent a ratio of the sample single-beam data set to the background single beam data set. Wavelength calibration of the instrument was performed using polystyrene.



NMR Spectroscopy

Solution phase ‘H NMR spectra of the were acquired at ambient temperature on a Bruker model AM-250 spectrometer operating at 5.87 T (Larmor frequency: ‘H=250 MHz). Time-domain data were acquired using a pulse width of 7.5 ps and an acquisition time of 1.6834 second over a spectral window of 5000 Hz. A total of 16,384 data points were collected. A relaxation delay time of 5 seconds was employed between transients. Each data set typically consisted of 128 coaveraged transients. The spectra were processed utilizing GRAMS132 A1 software, version 6.00. The free induction decay (FID) was zero-filled to four times the number of data points and exponentially multiplied with a line-broadening factor of 0.61 Hz prior to Fourier transformation. The ‘H spectra were internally referenced to tetramethylsilane (0 ppm) that was added as an internal standard.

Alternatively, NMR analysis was carried out as described in Example 4.

Moisture SorptionJDesorption Analyses

Moisture sorption/desorption data were collected on a VTI SGA-100 Vapor Sorption Analyzer. Sorption and desorption data were collected over a range of 5% to 95% relative humidity (RK) at 10% RH intervals under a nitrogen purge. Sodium chloride (NaCl) and polyvinyllpyrrolidone (PVP) were used as the calibration standards. Equilibrium criteria used for analysis were less than 0.0100% weight change in 5 minutes, with a maximum equilibration time of 180 minutes if the weight criterion was not met. The plotted data have not been corrected for the initial moisture content.

Nomenclature

The structure of the compound (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide is as follows:




Synthesis of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide

One method for the large scale synthesis of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide is shown in Reaction Scheme I.

REACTION SCHEME I




Step 1—Preparation of Formula (2)

The compound of formula (2) is prepared from the compound of formula (1) by reaction with hydrazine monohydrate in the absence of a solvent. The reaction is conducted at a temperature of about 40° C. plus/minus 5° C. When the reaction is complete, the product of formula (2) is isolated by stirring with a protic solvent in which the compound of formula (2) has limited solubility, for example ethanol or isopropanol. The mixture is stirred for about 1-5 hours, and then filtered. The solid is purified by stirring with water, filtering, and washing with water followed by isopropanol and dried under vacuum, which is taken to the next step without purification.

Step 2—Preparation of Formula (3)

The compound of formula (2) is then converted to a compound of formula (3) by reacting with about 1-1.2 molar equivalents of ethyl 2-formyl-3-oxopropionate. The reaction is conducted in a protic solvent, preferably ethanol, at about reflux temperature, for about 2-4 hours. After cooling, to about 0° C., the solid is filtered off, washed with cold ethanol, and dried under reduced pressure. The product of formula (3) is taken to the next step without purification.

Step 3—Preparation of Final Product

The final product is prepared from the compound of formula (3) by reacting with methylamine, preferably aqueous methylamine. The reaction is carried out at about room temperature, for about 4 hours. The product of Formula I is isolated by conventional means, for example by filtration, washing the solid with cold ethanol, and drying under reduced pressure.

Preparation of Starting Materials

(4S,2R,3R,5R)-2-(6-amino-2-chloropurin-9-yl)-5-(hydroxymethyl)oxolane-3,4-diol is used as a starting material in step 1. This compound is commercially available.

Ethyl 2-formyl-3-oxopropanoate is used as a starting material in step 2. It is commercially available, or may be made as shown in Reaction Scheme II.

REACTION SCHEME II




Ethyl 3,3-diethoxypropionate is reacted with ethyl formate in the presence of a strong base, preferably sodium hydride. The reaction is carried out at about 0-5° C., for about 24 hours. The product is isolated by conventional means, for example by the addition of water and extraction of impurities with a conventional solvent, for example t-butylmethyl ether, acidification of the aqueous phase with, for example, hydrochloric acid, followed by extraction with a solvent such as dichloromethane, and removing the solvent from the dried extract under reduced pressure.

A preferred method for the large scale synthesis of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide is shown in Reaction Scheme III.

REACTION SCHEME III




(1)

-continued



(2)



(4)



Step 1—Preparation of Formula (2)

The compound of formula (2) is prepared from the compound of formula (1) by reaction with hydrazine monohydrate in the absence of a solvent. The reaction is conducted at a temperature of about 45-55° C. plus/minus 5° C. When the reaction is complete, the product of formula (2) is isolated by stirring with a protic solvent in which the compound of formula (2) has limited solubility, for example ethanol or isopropanol. The mixture is stirred for about 1-5 hours, and then filtered. The solid is purified by stirring with water, filtering, and washing with water followed by ethanol or isopropanol and dried under vacuum, which is taken to the next step without purification.

Step 2—Preparation of Formula (4)

The compound of formula (2) is then converted to a compound of formula (4) by reacting with an excess of ethyl 2-formyl-3-oxopropionate, for example a 2-10 fold excess, preferably about 5-10 fold excess. The reaction is conducted in a protic solvent, for example ethanol, at about reflux temperature, for about 2-4 hours. After cooling, to about 0° C., the solid is filtered off, washed with cold ethanol, and dried under reduced pressure, and the product of formula (4) is taken to the next step without purification.

The compound of formula (4) is drawn as a (2E) alkene derivative, as this is the major isomer formed in this reaction.



However, it should be noted that a significant amount of the (2Z) alkene derivative may also be formed in this reaction; that is:



named as ethyl (2Z)-3-({9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)-oxolan-2-yl]-2-[4-(ethoxycarbonyl) pyrazolyl]purin-6-yl}amino)-2-formylprop-2-enoate.

Accordingly, although the compound of formula (4) is represented as the (2E) alkene derivative only, the term "compound of formula (4)" is intended to include both the instance where it is solely the (2E) isomer, and the instance where the major portion of the product is the (2E) isomer and a minor portion of the (2Z) isomer is also present. The conversion of the compound of formula (4) to the final product by reaction with methylamine as described in Step 3 proceeds in the same manner whether the compound of formula (4) is present as the (2E) isomer or as a mixture of the (2E) isomer and the (2Z) isomer.

Step 3—Preparation of Final Product

The final product is prepared from the compound of formula (4) by reacting with methylamine, preferably aqueous methylamine. The reaction is initially carried out at about 0-5° C. for about 8 hours, preferably in a pressure reactor, followed by raising the temperature to 50-60° C. over about 1 hour, and maintaining the temperature for 15-30 minutes. The product is isolated by conventional means, for example by cooling to 0-5° C. and maintaining a vacuum for about 1 hour, thus removing the methylamine. The vacuum is removed, and the remaining contents held at 0-5° C. for at least 30 minutes, followed by filtration. The solid thus obtained is washed with water followed by ethanol, and dried under reduced pressure.

This process provides (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide as its monohydrate. This polymorph can be further purified by dissolving in dimethylsulfoxide, filtering any solid impurities from the solution, and precipitating the monohydrate from solution by addition of water.

EXAMPLE 1

Preparation of Ethyl-2-formyl-3-oxopropionate



A three- or four-neck round bottom flask equipped with magnetic stir bar, thermocouple, digital thermometer, gas inlet and outlet and addition funnel was flushed with argon. Ethyl 3,3-diethoxypropionate (64.5 g) in tetrahydrofuran were charged to the addition funnel. Sodium hydride (21.2 g of a 60% dispersion) was charged to the reaction flask followed by tetrahydrofuran. The contents of the flask were cooled to 0-5° C. in an ice-bath, and ethyl formate (257 g) was added. The mixture was cooled to 0-5° C. and the contents of the addition funnel added dropwise, maintaining an internal temperature of less than 5° C. The ice-bath was removed and the contents allowed to warm to ambient temperature. Consumption of ethyl 3,3-diethoxypropionate was monitored by TLC analysis. The reaction was quenched by addition of ice-water (10.6 vol), and extracted three times with methyl t-butyl ether (5.4 vol each), and the organic layers discarded. The aqueous phase was acidified with conc. hydrochloric acid to a pH of 1 to 1.5. The acidified aqueous layer was extracted three times with dichloromethane and the combined organic layers dried over sodium sulfate. The solvent was removed under reduced pressure, and the residue distilled under vacuum, to provide ethyl 2-formyl-3-oxopropionate, 27.92 g, 70% yield.

EXAMPLE 2

A. Preparation of 2-Hydrazinoadenosine (2)




(2)

A flask equipped with a mechanical stirrer, gas inlet, gas outlet and thermocouple was flushed with argon. 2-Chloroadenosine hemihydrate (53.1 g) was added, followed by hydrazine monohydrate (134 g). The mixture was stirred while heating to 40-45° C. for 2 hours. The progress of the reaction was followed by TLC analysis. When the reaction was complete, the heat source was removed and ethanol (800 ml) was added. The mixture was stirred for 2 hours at ambient temperature, then the precipitate collected by filtration. The filter cake was washed with ethanol and dried under reduced pressure for 30 minutes. The solids were transferred to a clean flask equipped with a mechanical stirrer and water (300 ml) was added. The suspension was stirred at room temperature for 18 hours, and the solids isolated by filtration. The filter cake was washed with ice-cold water (300 ml) followed by a wash with ice-cold ethanol (300 ml). The solid was dried under reduced pressure to provide 2-hydrazinoadenosine (41.38 g, 81.4% yield, 99.3% purity).

B. Alternative Preparation of 2-Hydrazinoadenosine (2)

A reaction vessel containing hydrazine hydrate (258 g, 250 ml) was heated to 40-50° C. To the warm mixture 2-chloroadenosine hemihydrate (100 g) was added in portions, maintaining the temperature between 45-55° C. The temperature was kept at this temperature for two hours, and then deionized water (500 ml) was added over a period of 30 minutes, maintaining the temperature at 45-55° C. The mixture was then gradually cooled to 0-5° C. over a period of 3 hours, then stirred at this temperature for a further 30 minutes. The solid was then filtered off, and washed with cold (2-5° C.) deionized water (200 ml), followed by ethanol (400 ml). The solid was dried under vacuum for 12 hours, to provide 2-hydrazinoadenosine.

EXAMPLE 3

Preparation of Ethyl 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazole-4-carboxylate (3)

(3)




Ethyl 2-formyl-3-oxopropionate (23.93 g, 0.17 mol) was placed in a flask equipped with mechanical stirrer, gas inlet, gas outlet and reflux condenser. 2-Propanol was added to the flask followed by 2-hydrazinoadenosine (44.45 g, 0.15 mol). The mixture was heated to reflux under stirring for 2-4 hours, following the progress of the reaction by TLC analysis. When the reaction was judged complete, the heat source was removed and the mixture cooled to room temperature. The suspension was cooled under stirring in an ice-bath for 1.5 to 2 hours. The solids were isolated by vacuum filtration, and washed with ice-cold 2-propanol. The product, ethyl 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazole-4-carboxylate, was dried under reduced pressure to a constant weight. Yield 54.29 g, purity (by HPLC) 96.6%.

EXAMPLE 4

Preparation of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide



A mixture of ethyl 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazole-4-carboxylate (46.4 g) and methylamine (40% in water, 600 ml) was stirred at ambient temperature for about 4 hours, following the progress of the reaction by HPLC analysis. The majority of the excess methylamine was removed under reduced pressure, and the remaining mixture cooled at 0° C. for 2 hours. The solid material was filtered off, washed with ice-cold 200 proof ethanol, and dried under reduced pressure, to provide (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide as its monohydrate, 36.6 g, purity 99.6%.

The structure of the material was confirmed by $^1$H NMR (see FIG. **1** and below). Thermal analysis (see FIG. **2**) provided results consistent with the presence of one molecule of water. X-Ray powder diffraction patterns were obtained (FIG. **3**)




$^1$H and $^{13}$C NMR spectra were obtained in the following manner. Two samples of the material obtained above were weighed out and dissolved in $d_6$-DMSO—5.3 mg was used for the $^1$H spectra, and 20.8 mg was used for $^{13}$C spectra. All spectra were acquired at ambient temperature on a JEOL Eclipse$^+$ 400 spectrometer operating at 400 MHz for $^1$H and 100 MHz for $^{13}$C.

| Label | $^{13}$C shift(ppm) | $^1$H shift(ppm) | Multiplicity, splitting(Hz) |
|---|---|---|---|
| 2 | 150.5 or 150.3 | — | |
| 4 | 156.4 | — | |
| 4a | 117.9 | — | |
| 6 | 140.0 | 8.41 | s |
| 7a | 150.5 or 150.3 | — | |
| 1' | 86.9 | 5.94 | D, 6.2 |
| 2' | 73.7 | 4.62 | m |
| 2'-OH | — | 5.50 | D, 6.2 |
| 3' | 70.5 | 4.17 | m |
| 3'-OH | — | 5.23 | D, 4.7 |
| 4' | 85.7 | 3.96 | m |
| 5' | 61.5 | 3.67, 3.57 | m |
| 5'-OH | — | 5.02 | D, 5.7 |
| A | 140.9 | 8.07 | D, 0.8 |
| B | 120.2 | — | |
| C | 129.6 | 8.95 | D, 0.8 |
| D | 161.7 | — | |
| E | 25.6 | 2.76 | D, 4.6 |
| $NH_2$ | — | 7.77 | br s |
| NH | — | 8.35 | Q, 4.6 |



Purification of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate

A solution of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate (100 g) in dimethylsulfoxide (300 ml) was filtered through a 0.6 to 0.8 micron prefilter and a 0.2 micron filter to remove any solid impurities. The filtrate was then slowly added over a period of 1 hour to deionized water (1 liter) with stirring, and the slurry thus produced stirred for not less than 1 hour. The solid was filtered off, washed with deionized water (2×1 liter), and dried under vacuum for not less than 1 hour. The dried product was then slurried again with deionized water (1.5 liter) for not less than 2 hours, filtered off, and washed with deionized water (1 liter) followed by absolute ethanol (750 ml). The purified product was dried under vacuum at a temperature of not more than 40° C. for not less than 12 hours, to provide (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide monohydrate free of any 2-hydrazinoadenosine impurity.

EXAMPLE 5

Preparation of Ethyl (2E)-3-({9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)-oxolan-2-yl]-2-[4-(ethoxycarbonyl)pyrazolyl]purin-6-yl}amino)-2-formylprop-2-enoate




A mixture of 2-hydrazinoadenosine (100 g, 0.34 mol), ethyl 2-formyl-3-oxopropionate (242 g, 1.7 mol) and absolute ethanol were charged to a reactor, and the mixture heated to reflux for 2 hours. When the reaction was judged complete, the heat source was removed and the mixture gradually cooled to 5-10° C. over a period of 3 hours. The slurry was stirred for 30 minutes at this temperature, and the mixture filtered. The solid material was washed with cold (5-10° C.) absolute ethanol, and then dried under vacuum at a temperature that did not exceed 40° C., to provide ethyl (2E)-3-({9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-2-[4-(ethoxycarbonyl)-pyrazolyl]purin-6-yl}amino)-2-formylprop-2-enoate.

An elemental analysis gave the following results: C, 48.75%; H, 4.86%; N, 18.05%; O, 27.57. Theoretical: C, 49.72%; H, 4.74%; N, 18.45%; O, 27.09. The analysis corre-

sponds within experimental error limits to the hemihydrate of the desired product. (C, 48.89%; H, 4.81%; N, 18.1%; O, 28.12)

$^1$H and $^{13}$C NMR spectra were obtained in the following manner. 20.2 mg of the compound of formula (4) was dissolved in ~0.75 ml of DMSO-d6, and the spectra obtained at ambient temperature on a JEOL ECX-400 NMR spectrometer operating at 400 MHz for $^1$H and 100 MHz for $^{13}$C. The chemical shifts were referenced to the DMSO solvent, 2.50 ppm for $^1$H and 39.5 ppm for $^{13}$C.

Results

The $^1$H and $^{13}$C chemical shifts are listed in Table 1. Two isomers in a ratio of ~60/30 were observed in both the $^1$H and the $^{13}$C spectra, labeled as major and minor in the table.

| Atom[a] | $^{13}$C Chemical Shift (ppm) | $^1$H Chemical Shift (ppm) | Multiplicity[b], Splitting (Hz) |
|---|---|---|---|
| 21(major) | 192.4 | 9.96 | d, 3.6 |
| 21(minor) | 187.6 | 9.83 | S |
| 22(minor) | 167.1 | — | — |
| 22(major) | 165.2 | — | — |
| 15(minor) | 161.8 | — | — |
| 15(major) | 161.7 | — | — |
| 6(major) | 153.1 | — | — |
| 6(minor) | 152.9 | — | — |
| 2(minor) | 149.4 | — | — |
| 2(major) | 149.3 | — | — |
| 19(minor) | 148.0 | 9.22 | d, 13.0 |
| 4(minor) | 147.9 | — | — |
| 4(major) | 147.8 | — | — |
| 19(major) | 147.5 | 9.26 | d, 12.4, d, 3.6 |
| 8(major) | 144.9 | 8.87 | s |
| 8(minor) | 144.7 | 8.85 | s |
| 12 | 143.1 | 8.20-8.23 | m |
| 14(minor) | 132.8 | 9.20 | d, ~0.7 |
| 14(major) | 132.6 | 9.12 | d, ~0.7 |
| 5(major) | 120.7 | — | — |
| 5(minor) | 120.6 | — | — |
| 13 | 116.7 | — | — |
| 20(minor) | 107.2 | — | — |
| 20(major) | 106.1 | — | — |
| 1' (major) | 87.9 | 6.07 | d, 5.3 |
| 1' (minor) | 87.9 | 6.06 | d, 5.3 |
| 4' | 85.8 | 4.02 | q, 3.9 |
| 2'(minor) | 74.1 | 4.62 | q, ~5.4 |
| 2'(major) | 74.1 | 4.61 | q, ~5.4 |
| 3' | 70.1 | 4.22 | q, 4.2 |
| 5' | 61.0 | 3.62, 3.73 | m |
| 23, 16 | 60.3-60.8 | 4.25-4.39 | m |
| 17, 24 | 14.1-14.2 | 1.28-1.38 | m |
| 18(major) | — | 12.51 | d, 12.4 |
| 18(minor) | — | 11.47 | d, 13.0 |
| 2'-OH (major) | — | 5.63 | d, 6.1 |
| 2'-OH (minor) | — | 5.62 | d, 6.1 |
| 3'-OH | — | 5.30 | d, 5.1 |
| 5'-OH | — | 5.08 | t, 5.5 |

The compound of formula (4) was confirmed to be a mixture of the following two isomers:



Major



Minor

## EXAMPLE 6

Preparation of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide from Compound (4)



Aqueous 40% methylamine solution (1300 ml) was placed in a pressure reactor, cooled to 0-5° C., and the product of Example 5 (ethyl (2E)-3-({9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-2-[4-(ethoxycarbonyl)pyrazolyl]purin-6-yl}amino)-2-formylprop-2-enoate (100 g) added. The mixture was stirred at 0-5° C. for at least 8 hours, monitoring the reaction for completion. When complete, the mixture was warmed, maintaining the temperature between 50 and 60° C. for 1 hour, and then cooled to less than 30° C. over a period of 1 hour. When the temperature was below 30° C., the mixture was degassed using a pressure of 100-150 mm Hg, allowing the temperature to decrease to 0-5° C. The mixture was stirred at 0-5° C. for at least 1 hour, maintaining the pressure at 100-150 mm Hg. The vacuum was then discontinued and replaced by nitrogen, maintaining the temperature at 0-5° C. for not less than 30 minutes. The solid product was then filtered off, washed with water (3×500 ml), then with absolute ethanol (625 ml). The product was dried under vacuum, not allowing the temperature to exceed 40° C., to provide (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide as its monohydrate.

$^{1}H$ and $^{13}C$ NMR spectra were obtained in the following manner. Two samples of the material obtained above were weighed out and dissolved in $d_6$-DMSO—5.3 mg was used for the $^{1}H$ spectra, and 20.8 mg was used for $^{13}C$ spectra. All spectra were acquired at ambient temperature on a JEOL Eclipse$^{+}$ 400 spectrometer operating at 400 MHz for $^{1}H$ and 100 MHz for $^{13}C$.

| Label | $^{13}C$ shift(ppm) | $^{1}H$ shift(ppm) | Multiplicity, splitting(Hz) |
|---|---|---|---|
| 2 | 150.5 or 150.3 | — | |
| 4 | 156.4 | — | |
| 4a | 117.9 | — | |
| 6 | 140.0 | 8.41 | s |
| 7a | 150.5 or 150.3 | — | |
| 1' | 86.9 | 5.94 | D, 6.2 |
| 2' | 73.7 | 4.62 | m |
| 2'-OH | — | 5.50 | D, 6.2 |
| 3' | 70.5 | 4.17 | m |
| 3'-OH | — | 5.23 | D, 4.7 |
| 4' | 85.7 | 3.96 | m |
| 5' | 61.5 | 3.67, 3.57 | m |
| 5'-OH | — | 5.02 | D, 5.7 |
| A | 140.9 | 8.07 | D, 0.8 |
| B | 120.2 | — | |
| C | 129.6 | 8.95 | D, 0.8 |
| D | 161.7 | — | |
| E | 25.6 | 2.76 | D, 4.6 |
| $NH_2$ | — | 7.77 | br s |
| NH | — | 8.35 | Q, 4.6 |



An elemental analysis gave the following results: C, 43.96%; H, 4.94%; N, 27.94. Theoretical: C, 44.12%; H, 4.94%; N, 27.44%; O, 27.09. The analysis corresponds within experimental error limits to the monohydrate.

We claim:

**1**. A method of preparing a pharmaceutical composition comprising combining a monohydrate of the compound (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl) oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide with at least one pharmaceutically acceptable carrier.

**2**. The method of claim **1**, wherein the pharmaceutically acceptable carrier comprises a buffered aqueous solution.

**3**. The method of claim **2**, wherein the monohydrate is a crystalline monohydrate that is substantially free of 2-hydrazinoadenosine.

**4**. The method of claim **3**, wherein the monohydrate is substantially free of other forms of the compound.

**5**. The method of claim **4**, wherein the monohydrate has a purity of at least about 99.6%.

* * * * *

# Exhibit E

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use LEXISCAN® safely and effectively. See full prescribing information for LEXISCAN®.**

**LEXISCAN® (regadenoson) injection for intravenous use**
**Initial U.S. Approval: 2008**

**----RECENT MAJOR CHANGES----**

| | |
|---|---|
| Dosage and Administration (2) | 5/2018 |
| Warnings and Precautions, Myocardial Ischemia (5.1) | 5/2018 |

**----INDICATIONS AND USAGE----**

LEXISCAN® is a pharmacologic stress agent indicated for radionuclide myocardial perfusion imaging (MPI) in patients unable to undergo adequate exercise stress (1).

**----DOSAGE AND ADMINISTRATION----**

- The recommended dose of LEXISCAN is 5 mL (0.4 mg regadenoson) administered as an intravenous injection within 10 seconds; followed immediately by saline flush and radiopharmaceutical (2).

**----DOSAGE FORMS AND STRENGTHS----**

- Injection: Single-dose pre-filled syringe: 0.4 mg/5 mL (0.08 mg/mL) (3).

**----CONTRAINDICATIONS----**

Do not administer LEXISCAN to patients with:

- Second- or third-degree AV block, or
- sinus node dysfunction

unless the patients have a functioning artificial pacemaker (4).

**----WARNINGS AND PRECAUTIONS----**

- Myocardial Ischemia. Fatal cardiac events have occurred. Avoid use in patients with symptoms or signs of acute myocardial ischemia, for example unstable angina or cardiovascular instability, who may be at greater risk. Cardiac resuscitation equipment and trained staff should be available before administration (5.1).
- Sinoatrial (SA) and Atrioventricular (AV) Nodal Block. Adenosine receptor agonists, including LEXISCAN, can depress the SA and AV nodes and may cause first-, second- or third-degree AV block, or sinus bradycardia (5.2).
- Atrial Fibrillation/Atrial Flutter. New-onset or recurrent atrial fibrillation with rapid ventricular response and atrial flutter have been reported (5.3).
- Hypersensitivity, including anaphylaxis, angioedema, cardiac or respiratory arrest, respiratory distress, decreased oxygen saturation, hypotension, throat tightness, urticaria, and rashes have occurred. Have personnel and resuscitative equipment immediately available (5.4).
- Hypotension. Adenosine receptor agonists, including LEXISCAN, induce vasodilation and hypotension. The risk of serious hypotension may be higher in patients with autonomic dysfunction, stenotic valvular heart disease, pericarditis or pericardial effusions, stenotic carotid artery disease with cerebrovascular insufficiency, or hypovolemia (5.5).
- Hypertension. Adenosine receptor agonists, including LEXISCAN, may induce clinically significant increases in blood pressure particularly in patients with a history of hypertension and when the MPI includes low level exercise (5.6).
- Bronchoconstriction. Adenosine receptor agonists, including LEXISCAN, may induce dyspnea, bronchoconstriction and respiratory compromise in patients with chronic obstructive pulmonary disease (COPD) or asthma. Resuscitative measures should be available (5.7).
- Seizure. LEXISCAN may lower the seizure threshold. New onset or recurrence of convulsive seizures has occurred. Some seizures are prolonged and require urgent anticonvulsive management. Methylxanthine use is not recommended in patients who experience a seizure in association with LEXISCAN (5.8).
- Cerebrovascular Accident (Stroke). Hemorrhagic and ischemic cerebrovascular accidents have occurred (5.9).

**----ADVERSE REACTIONS----**

The most common (incidence ≥ 5%) adverse reactions to LEXISCAN are dyspnea, headache, flushing, chest discomfort, dizziness, angina pectoris, chest pain, and nausea (6).

**To report SUSPECTED ADVERSE REACTIONS, contact Astellas Pharma US, Inc. at 1-800-727-7003 or FDA at 1-800-FDA-1088 or www.fda.gov/medwatch.**

**----DRUG INTERACTIONS----**

- Methylxanthines, e.g., caffeine, aminophylline and theophylline, interfere with the activity of LEXISCAN (7.1, 12.2).
- Aminophylline may be used to attenuate severe and/or persistent adverse reactions to LEXISCAN (7.1, 10).
- Dipyridamole may increase the activity of LEXISCAN. When possible, withhold dipyridamole for at least two days prior to LEXISCAN administration (7.1).

**See 17 for PATIENT COUNSELING INFORMATION.**

**Revised: 5/2018**

**FULL PRESCRIBING INFORMATION: CONTENTS***

**1 INDICATIONS AND USAGE**
**2 DOSAGE AND ADMINISTRATION**
**3 DOSAGE FORMS AND STRENGTHS**
**4 CONTRAINDICATIONS**
**5 WARNINGS AND PRECAUTIONS**
5.1 Myocardial Ischemia
5.2 Sinoatrial and Atrioventricular Nodal Block
5.3 Atrial Fibrillation/Atrial Flutter
5.4 Hypersensitivity, Including Anaphylaxis
5.5 Hypotension
5.6 Hypertension
5.7 Bronchoconstriction
5.8 Seizure
5.9 Cerebrovascular Accident (Stroke)
**6 ADVERSE REACTIONS**
6.1 Clinical Trials Experience
6.2 Post-Marketing Experience
**7 DRUG INTERACTIONS**
7.1 Effects of Other Drugs on LEXISCAN
7.2 Effect of LEXISCAN on Other Drugs
**8 USE IN SPECIFIC POPULATIONS**
8.1 Pregnancy
8.2 Lactation
8.4 Pediatric Use
8.5 Geriatric Use
8.6 Renal Impairment
**10 OVERDOSAGE**
**11 DESCRIPTION**
**12 CLINICAL PHARMACOLOGY**
12.1 Mechanism of Action
12.2 Pharmacodynamics
12.3 Pharmacokinetics
**13 NONCLINICAL TOXICOLOGY**
13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility
13.2 Animal Toxicology and/or Pharmacology
**14 CLINICAL STUDIES**
**16 HOW SUPPLIED/STORAGE AND HANDLING**
**17 PATIENT COUNSELING INFORMATION**
*Sections or subsections omitted from the full prescribing information are not listed

## FULL PRESCRIBING INFORMATION

## 1 INDICATIONS AND USAGE

LEXISCAN® (regadenoson) injection is a pharmacologic stress agent indicated for radionuclide myocardial perfusion imaging (MPI) in patients unable to undergo adequate exercise stress.

## 2 DOSAGE AND ADMINISTRATION

The recommended dose of LEXISCAN is 5 mL (0.4 mg regadenoson) administered as an intravenous injection within 10 seconds.

- Patients should be instructed to avoid consumption of any products containing methylxanthines, including caffeinated coffee, tea or other caffeinated beverages, caffeine-containing drug products, aminophylline and theophylline for at least 12 hours before a scheduled radionuclide MPI [*see Drug Interactions (7.1) and Clinical Pharmacology (12.2)*].
- Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit. Do not administer LEXISCAN if it contains particulate matter or is discolored.
- Administer LEXISCAN as an intravenous injection within 10 seconds into a peripheral vein using a 22 gauge or larger catheter or needle.
- Administer a 5 mL saline flush immediately after the injection of LEXISCAN.
- Administer the radionuclide myocardial perfusion imaging agent 10–20 seconds after the saline flush. The radionuclide may be injected directly into the same catheter as LEXISCAN.

## 3 DOSAGE FORMS AND STRENGTHS

- Single-dose pre-filled syringe: clear, colorless solution containing regadenoson 0.4 mg/5 mL (0.08 mg/mL).

## 4 CONTRAINDICATIONS

Do not administer LEXISCAN to patients with:

- Second- or third-degree AV block, or
- sinus node dysfunction

unless these patients have a functioning artificial pacemaker [*see Warnings and Precautions (5.2)*].

## 5 WARNINGS AND PRECAUTIONS

### 5.1 Myocardial Ischemia

Fatal and nonfatal myocardial infarction (MI), ventricular arrhythmias, and cardiac arrest have occurred following LEXISCAN injection. Avoid use in patients with symptoms or signs of acute myocardial ischemia, for example unstable angina or cardiovascular instability; these patients may be at greater risk of serious cardiovascular reactions to LEXISCAN. Cardiac resuscitation equipment and trained staff should be available before administering LEXISCAN. Adhere to the recommended duration of injection [*see Dosage and Administration (2)*]. As noted in an animal study, longer injection times may increase the duration and magnitude of increase in coronary blood

flow [*see Clinical Pharmacology (12.2)*]. If serious reactions to LEXISCAN occur, consider the use of aminophylline, an adenosine antagonist, to shorten the duration of increased coronary blood flow induced by LEXISCAN [*see Overdosage (10)*].

### 5.2 Sinoatrial and Atrioventricular Nodal Block

Adenosine receptor agonists, including LEXISCAN, can depress the SA and AV nodes and may cause first-, second- or third-degree AV block, or sinus bradycardia requiring intervention. In clinical trials first-degree AV block (PR prolongation > 220 msec) developed in 3% of patients within 2 hours of LEXISCAN administration; transient second-degree AV block with one dropped beat was observed in one patient receiving LEXISCAN. In post-marketing experience, third-degree heart block and asystole within minutes of LEXISCAN administration have occurred [*see Adverse Reactions (6.2)*].

### 5.3 Atrial Fibrillation/Atrial Flutter

New-onset or recurrent atrial fibrillation with rapid ventricular response and atrial flutter have been reported following LEXISCAN injection [*see Adverse Reactions (6.2)*].

### 5.4 Hypersensitivity, Including Anaphylaxis

Anaphylaxis, angioedema, cardiac or respiratory arrest, respiratory distress, decreased oxygen saturation, hypotension, throat tightness, urticaria and rashes have occurred. In clinical trials, hypersensitivity reactions were reported in fewer than 1 percent of patients [s*ee Adverse Reactions (6.1)*]. Have personnel and resuscitative equipment immediately available.

### 5.5 Hypotension

Adenosine receptor agonists, including LEXISCAN, induce arterial vasodilation and hypotension. In clinical trials, decreased systolic blood pressure (> 35 mm Hg) was observed in 7% of patients and decreased diastolic blood pressure (> 25 mm Hg) was observed in 4% of patients within 45 minutes of LEXISCAN administration. The risk of serious hypotension may be higher in patients with autonomic dysfunction, hypovolemia, left main coronary artery stenosis, stenotic valvular heart disease, pericarditis or pericardial effusions, or stenotic carotid artery disease with cerebrovascular insufficiency. In post-marketing experience, syncope, transient ischemic attacks and seizures have been observed [*see Adverse Reactions (6.2)*].

### 5.6 Hypertension

Administration of adenosine receptor agonists, including LEXISCAN, may result in clinically significant increases in blood pressure in some patients. Among patients who experienced an increase in blood pressure in clinical trials, the increase was observed within minutes of LEXISCAN administration. Most increases resolved within 10 to 15 minutes, but in some cases, increases were observed at 45 minutes following administration [*see Clinical Pharmacology (12.2)*]. In post-marketing experience, cases of potentially clinically significant hypertension have been reported, particularly with underlying hypertension and when low-level exercise was included in the MPI [*see Adverse Reactions (6.2)*].

### 5.7 Bronchoconstriction

Adenosine receptor agonists, including LEXISCAN, may cause dyspnea, bronchoconstriction, and respiratory compromise. Appropriate bronchodilator therapy and resuscitative measures should be available prior to and following LEXISCAN administration [*see Adverse Reactions (6.1), Clinical Pharmacology (12.2), Overdosage (10) and Patient Counseling Information (17)*].

### 5.8 Seizure

LEXISCAN may lower the seizure threshold; obtain a seizure history. New-onset or recurrence of convulsive seizures has occurred following LEXISCAN injection. Some seizures are prolonged and require emergent anticonvulsive management. Aminophylline may increase the risk of seizures associated with LEXISCAN injection. Methylxanthine use is not recommended in patients who experience a seizure in association with LEXISCAN administration.

### 5.9 Cerebrovascular Accident (Stroke)

Hemorrhagic and ischemic cerebrovascular accidents have occurred. Hemodynamic effects of LEXISCAN including hypotension or hypertension may be associated with these adverse reactions [*see Warnings and Precautions (5.5) and (5.6)*].

## 6 ADVERSE REACTIONS

The following adverse reactions are discussed in more detail in other sections of the labeling.

- Myocardial Ischemia [*see Warnings and Precautions (5.1)*]
- Sinoatrial and Atrioventricular Nodal Block [*see Warnings and Precautions (5.2)*]
- Atrial Fibrillation/Atrial Flutter [*see Warnings and Precautions (5.3)*]
- Hypersensitivity, Including Anaphylaxis [*see Warnings and Precautions (5.4)*]
- Hypotension [*see Warnings and Precautions (5.5)*]
- Hypertension [*see Warnings and Precautions (5.6)*]
- Bronchoconstriction [*see Warnings and Precautions (5.7)*]
- Seizure [*see Warnings and Precautions (5.8)*]
- Cerebrovascular Accident (Stroke) [*see Warnings and Precautions (5.9)*]

### 6.1 Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in practice.

During clinical development, 1,651 patients were exposed to LEXISCAN, with most receiving 0.4 mg as a rapid (≤ 10 seconds) intravenous injection. Most of these patients received LEXISCAN in two clinical studies that enrolled patients who had no history of bronchospastic lung disease as well as no history of a cardiac conduction block of greater than first-degree AV block, except for patients with functioning artificial pacemakers. In these studies (Studies 1 and 2), 2,015 patients underwent myocardial perfusion imaging after administration of LEXISCAN (N = 1,337) or ADENOSCAN (N = 678). The population was 26–93 years of age (median 66 years), 70% male and primarily Caucasian (76% Caucasian, 7% African American, 9% Hispanic, 5% Asian). Table 1 shows the most frequently reported adverse reactions.

Overall, any adverse reaction occurred at similar rates between the study groups (80% for the LEXISCAN group and 83% for the ADENOSCAN group). Aminophylline was used to treat the reactions in 3% of patients in the LEXISCAN group and 2% of patients in the ADENOSCAN group. Most adverse reactions began soon after dosing, and generally resolved within approximately 15 minutes, except for headache which resolved in most patients within 30 minutes.

**Table 1 Adverse Reactions in Studies 1 and 2 Pooled (Frequency ≥ 5%)**

| | **LEXISCAN N = 1,337** | **ADENOSCAN N = 678** |
|---|---|---|
| Dyspnea | 28% | 26% |
| Headache | 26% | 17% |
| Flushing | 16% | 25% |
| Chest Discomfort | 13% | 18% |
| Angina Pectoris or ST Segment Depression | 12% | 18% |
| Dizziness | 8% | 7% |
| Chest Pain | 7% | 10% |
| Nausea | 6% | 6% |
| Abdominal Discomfort | 5% | 2% |
| Dysgeusia | 5% | 7% |
| Feeling Hot | 5% | 8% |

ECG Abnormalities

The frequency of rhythm or conduction abnormalities following LEXISCAN or ADENOSCAN is shown in Table 2 [*see Warnings and Precautions (5.2)*].

**Table 2 Rhythm or Conduction Abnormalities* in Studies 1 and 2**

| | **LEXISCAN N / N evaluable (%)** | **ADENOSCAN N / N evaluable (%)** |
|---|---|---|
| Rhythm or conduction abnormalities† | 332/1275 (26%) | 192/645 (30%) |
| Rhythm abnormalities | 260/1275 (20%) | 131/645 (20%) |
| PACs | 86/1274 (7%) | 57/645 (9%) |
| PVCs | 179/1274 (14%) | 79/645 (12%) |
| First-degree AV block (PR prolongation > 220 msec) | 34/1209 (3%) | 43/618 (7%) |
| Second-degree AV block | 1/1209 (0.1%) | 9/618 (1%) |
| AV conduction abnormalities (other than AV blocks) | 1/1209 (0.1%) | 0/618 (0%) |
| Ventricular conduction abnormalities | 64/1152 (6%) | 31/581 (5%) |

*12-lead ECGs were recorded before and for up to 2 hours after dosing.
†includes rhythm abnormalities (PACs, PVCs, atrial fibrillation/flutter, wandering atrial pacemaker, supraventricular or ventricular arrhythmia) or conduction abnormalities, including AV block.

Respiratory Abnormalities

In a randomized, placebo-controlled trial of 999 patients with asthma (n = 532) or stable chronic obstructive pulmonary disease (n = 467), the overall incidence of pre-specified respiratory adverse reactions was greater in the LEXISCAN group compared to the placebo group ($p < 0.001$). Most respiratory adverse reactions resolved without therapy; a few patients received aminophylline or a short-acting bronchodilator. No differences were observed between treatment arms in the reduction of >15% from baseline at two-hours in $FEV_1$ (Table 3).

**Table 3 Respiratory Adverse Effects***

| | Asthma Cohort | | Chronic Obstructive Pulmonary Disease (COPD) Cohort | |
|---|---|---|---|---|
| | LEXISCAN (N=356) | Placebo (N=176) | LEXISCAN (N=316) | Placebo (N=151) |
| Overall Pre-specified Respiratory Adverse Reaction† | 12.9% | 2.3% | 19.0% | 4.0% |
| Dyspnea | 10.7% | 1.1% | 18.0% | 2.6% |
| Wheezing | 3.1% | 1.1% | 0.9% | 0.7% |
| $FEV_1$ reduction >15%‡ | 1.1% | 2.9% | 4.2% | 5.4% |

*All patients continued the use of their respiratory medications as prescribed prior to administration of LEXISCAN.
†Patients may have reported more than one type of adverse reaction. Adverse reactions were collected up to 24 hours following drug administration. Pre-specified respiratory adverse reactions included dyspnea, wheezing, obstructive airway disorder, dyspnea exertional, and tachypnea.
‡Change from baseline at 2 hours.

Renal Impairment

In a randomized, placebo-controlled trial of 504 patients (LEXISCAN n=334 and placebo n=170) with a diagnosis or risk factors for coronary artery disease and NKFK/DOQI Stage III or IV renal impairment (defined as GFR 15-59 mL/min/1.73 $m^2$), no serious adverse events were reported through the 24-hour follow-up period.

Inadequate Exercise Stress

In an open-label, multi-center trial evaluating LEXISCAN administration following inadequate exercise stress, 1,147 patients were randomized into one of two groups. Each group underwent two LEXISCAN stress myocardial perfusion imaging (MPI) procedures. Group 1 received LEXISCAN 3 minutes following inadequate exercise in the first LEXISCAN stress (MPI 1). Group 2 rested 1 hour after inadequate exercise to allow hemodynamics to return to baseline prior to receiving LEXISCAN (MPI 1). Both groups returned for a second stress MPI 1-14 days later and received LEXISCAN without exercise (MPI 2).

The most common adverse reactions are similar in type and incidence to those in Table 1 above for both Groups. The timing of the administration of LEXISCAN following inadequate exercise did not alter the common adverse reaction profile.

Table 4 shows a comparison of cardiac events of interest for the two groups [*see Warnings and Precautions (5.1)*]. The cardiac events were numerically higher in Group 1.

**Table 4 Cardiac Events of Interest in Inadequate Exercise Stress Study**

| | **Group 1 / MPI 1 LEXISCAN 3 minutes following exercise (N=575)** | **Group 2 / MPI 1 LEXISCAN 1 hour following exercise (N=567)** |
|---|---|---|
| Cardiac Event* | 17 (3.0%) | 3 (0.5%) |
| Holter/12-Lead ECG Abnormality | | |
| ST-T Depression (≥ 2 mm) | 13 (2.3%) | 2 (0.4%) |
| ST-T Elevation (≥ 1 mm) | 3 (0.5%) | 1 (0.2%) |
| Acute coronary syndrome | 1 (0.2%) | 0 |
| Myocardial infarction | 1 (0.2%) | 0 |

*A clinically significant cardiac event was defined as any of the following events found on the Holter ECG/12-lead ECG within one hour after regadenoson administration: ventricular arrhythmias (sustained ventricular tachycardia, ventricular fibrillation, Torsade de Pointes, ventricular flutter); ST-T depression (≥ 2 mm); ST-T elevation (≥ 1 mm); AV block (2:1 AV block, AV Mobitz I, AV Mobitz II, complete heart block); sinus arrest > 3 seconds in duration

Or

- a Treatment Emergent Adverse Event (TEAE) per the MedDRA SMQ (narrow Scope) for myocardial infarction

Or

- a TEAE preferred term (PT) of angina unstable within 24 hours of regadenoson administration.

## 6.2 Post-Marketing Experience

The following adverse reactions have been reported from worldwide marketing experience with regadenoson. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure.

Cardiovascular

Myocardial infarction, cardiac arrest, ventricular arrhythmias, supraventricular tachyarrhythmias including atrial fibrillation with rapid ventricular response (new-onset or recurrent), atrial flutter, heart block (including third-degree block), asystole, marked hypertension, symptomatic hypotension in association with transient ischemic attack, acute coronary syndrome (ACS), seizures and syncope [*see Warnings and Precautions (5.1), (5.2), (5.3), (5.5), (5.6) and (5.8)*] have been reported. Some events required intervention with fluids and/or aminophylline [*see Overdosage (10)*]. QTc prolongation shortly after LEXISCAN administration has been reported.

Central Nervous System

Tremor, seizure, transient ischemic attack, and cerebrovascular accident including intracranial hemorrhage [*see Warnings and Precautions (5.8) and (5.9)*].

Gastrointestinal

Abdominal pain, occasionally severe, has been reported a few minutes after LEXISCAN administration, in association with nausea, vomiting, or myalgias; administration of aminophylline, an adenosine antagonist, appeared to lessen the pain. Diarrhea and fecal incontinence have also been reported following LEXISCAN administration.

Hypersensitivity
Anaphylaxis, angioedema, cardiac or respiratory arrest, respiratory distress, decreased oxygen saturation, hypotension, throat tightness, urticaria, rashes have occurred and have required treatment including resuscitation [*see Warnings and Precautions (5.4)*].

Musculoskeletal
Musculoskeletal pain has occurred, typically 10-20 minutes after LEXISCAN administration; the pain was occasionally severe, localized in the arms and lower back and extended to the buttocks and lower legs bilaterally. Administration of aminophylline appeared to lessen the pain.

Respiratory
Respiratory arrest, dyspnea and wheezing have been reported following LEXISCAN administration.

## 7 DRUG INTERACTIONS

No formal pharmacokinetic drug interaction studies have been conducted with LEXISCAN.

### 7.1 Effects of Other Drugs on LEXISCAN

- Methylxanthines (e.g., caffeine, aminophylline and theophylline) are non-specific adenosine receptor antagonists that interfere with the vasodilation activity of LEXISCAN [*see Clinical Pharmacology (12.2) and Patient Counseling Information (17)*]. Patients should avoid consumption of any products containing methylxanthines as well as any drugs containing theophylline or aminophylline for at least 12 hours before LEXISCAN administration. Aminophylline may be used to attenuate severe or persistent adverse reactions to LEXISCAN [*see Overdosage (10)*].
- In clinical studies, LEXISCAN was administered to patients taking other cardioactive drugs (i.e., β-blockers, calcium channel blockers, ACE inhibitors, nitrates, cardiac glycosides, and angiotensin receptor blockers) without reported adverse reactions or apparent effects on efficacy.
- Dipyridamole may change the effects of LEXISCAN. When possible, withhold dipyridamole for at least two days prior to LEXISCAN administration.

### 7.2 Effect of LEXISCAN on Other Drugs

Regadenoson does not inhibit the metabolism of substrates for CYP1A2, CYP2C8, CYP2C9, CYP2C19, CYP2D6, or CYP3A4 in human liver microsomes, indicating that it is unlikely to alter the pharmacokinetics of drugs metabolized by these cytochrome P450 enzymes.

## 8 USE IN SPECIFIC POPULATIONS

### 8.1 Pregnancy

Risk Summary
There are no available data on LEXISCAN use in pregnant women to inform a drug-associated risk. In animal reproduction studies, adverse developmental outcomes were observed with the administration of regadenoson to pregnant rats and rabbits during organogenesis only at doses that produced maternal toxicity (*see Data*).

In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively.

Data

*Animal Data*

Reproductive studies in rats showed that regadenoson doses 10 and 20 times the maximum recommended human dose (MRHD) based on body surface area caused reduced fetal body weights and significant ossification delays in fore- and hind limb phalanges and metatarsals; maternal toxicity also occurred at these doses. Skeletal variations were increased in all treated groups. In rabbits, maternal toxicity occurred at regadenoson doses administered during organogenesis at 4 times the MRHD; however, there were no teratogenic effects in offspring at this dose. At higher doses, 12 and 20 times the MRHD, maternal toxicity occurred along with increased embryo-fetal loss and fetal malformations.

### 8.2 Lactation

Risk Summary

There is no information on the presence of regadenoson in human milk, the effects on the breastfed infant, or the effects on milk production. Because of the potential risk of serious cardiac reactions in the breastfed infant, advise the nursing mother to pump and discard breast milk for 10 hours after administration of LEXISCAN.

### 8.4 Pediatric Use

Safety and effectiveness in pediatric patients have not been established.

### 8.5 Geriatric Use

Of the 1,337 patients receiving LEXISCAN in Studies 1 and 2, 56% were 65 years of age and over and 24% were 75 years of age and over. Older patients (≥ 75 years of age) had a similar adverse event profile compared to younger patients (< 65 years of age), but had a higher incidence of hypotension (2% vs. ≤ 1%).

### 8.6 Renal Impairment

No dose adjustment is needed in patients with renal impairment including patients with end stage renal disease and/or dependent on dialysis [*see Pharmacokinetics (12.3)*].

## 10 OVERDOSAGE

LEXISCAN overdosage may result in serious reactions [*see Warnings and Precautions (5)*]. In a study of healthy volunteers, symptoms of flushing, dizziness and increased heart rate were assessed as intolerable at LEXISCAN doses greater than 0.02 mg/kg.

Aminophylline to Reverse Effects

Methylxanthines, such as caffeine, aminophylline, and theophylline, are competitive adenosine receptor antagonists and aminophylline has been used to terminate persistent pharmacodynamic effects. Aminophylline may be administered in doses ranging from 50 mg to 250 mg by slow intravenous injection (50 mg to 100 mg over 30–60 seconds). Methylxanthine use is not recommended in patients who experience a seizure in association with LEXISCAN administration [*see Warnings and Precautions (5.8)*].

## 11 DESCRIPTION

Regadenoson is an $A_{2A}$ adenosine receptor agonist that is a coronary vasodilator [*see Clinical Pharmacology (12.1)*]. Regadenoson is chemically described as adenosine, 2-[4-[(methylamino)carbonyl]-1*H*-pyrazol-1-yl]-, monohydrate. Its structural formula is:




The molecular formula for regadenoson is $C_{15}H_{18}N_8O_5 \cdot H_2O$ and its molecular weight is 408.37. LEXISCAN is a sterile, nonpyrogenic solution for intravenous injection. The solution is clear and colorless. Each 1 mL in the 5 mL pre-filled syringe contains 0.084 mg of regadenoson monohydrate, corresponding to 0.08 mg regadenoson on an anhydrous basis, 10.9 mg dibasic sodium phosphate dihydrate or 8.7 mg dibasic sodium phosphate anhydrous, 5.4 mg monobasic sodium phosphate monohydrate, 150 mg propylene glycol, 1 mg edetate disodium dihydrate, and Water for Injection, with pH between 6.3 and 7.7.

## 12 CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

Regadenoson is a low affinity agonist ($K_i \approx 1.3$ µM) for the $A_{2A}$ adenosine receptor, with at least 10-fold lower affinity for the $A_1$ adenosine receptor ($K_i > 16.5$ µM), and weak, if any, affinity for the $A_{2B}$ and $A_3$ adenosine receptors. Activation of the $A_{2A}$ adenosine receptor by regadenoson produces coronary vasodilation and increases coronary blood flow (CBF).

### 12.2 Pharmacodynamics

Coronary Blood Flow

LEXISCAN causes a rapid increase in CBF which is sustained for a short duration. In patients undergoing coronary catheterization, pulsed-wave Doppler ultrasonography was used to measure the average peak velocity (APV) of coronary blood flow before and up to 30 minutes after administration of regadenoson (0.4 mg, intravenously). Mean APV increased to greater than twice baseline by 30 seconds and decreased to less than twice the baseline level within 10 minutes [*see Clinical Pharmacology (12.3)*].

Myocardial uptake of the radiopharmaceutical is proportional to CBF. Because LEXISCAN increases blood flow in normal coronary arteries with little or no increase in stenotic arteries, LEXISCAN causes relatively less uptake of the radiopharmaceutical in vascular territories supplied by stenotic arteries. MPI intensity after LEXISCAN administration is therefore greater in areas perfused by normal relative to stenosed arteries.

Effect of duration of injection

A study in dogs compared the effects of intravenous injection of 2.5 µg/kg regadenoson (in 10 mL) over 10 seconds and 30 seconds on CBF. The duration of a two-fold increase in CBF was 97±14

seconds (n=6) and 221±20 seconds (n=4), respectively, for the 10 second and 30 second injections. The peak effects (i.e., maximal increase) on CBF after the 10 second and 30 second injections were 217±15% and 297±33% above baseline, respectively. The times to peak effect on CBF were 17±2 seconds and 27±6 seconds, respectively.

Effect of Aminophylline

Aminophylline (100 mg, administered by slow intravenous injection over 60 seconds) injected 1 minute after 0.4 mg LEXISCAN in patients undergoing cardiac catheterization, was shown to shorten the duration of the coronary blood flow response to LEXISCAN as measured by pulsed-wave Doppler ultrasonography [*see Overdosage (10)*].

Effect of Caffeine

Ingestion of caffeine decreases the ability to detect reversible ischemic defects. In a placebo-controlled, parallel group clinical study, patients with known or suspected myocardial ischemia received a baseline rest/stress MPI followed by a second stress MPI. Patients received caffeine or placebo 90 minutes before the second LEXISCAN stress MPI. Following caffeine administration (200 or 400 mg), the mean number of reversible defects identified was reduced by approximately 60%. This decrease was statistically significant [*see Drug Interactions (7.1) and Patient Counseling Information (17)*].

Hemodynamic Effects

In clinical studies, the majority of patients had an increase in heart rate and a decrease in blood pressure within 45 minutes after administration of LEXISCAN. Maximum hemodynamic changes after LEXISCAN and ADENOSCAN in Studies 1 and 2 are summarized in Table 5.

**Table 5 Hemodynamic Effects in Studies 1 and 2**

| Vital Sign Parameter | LEXISCAN N = 1,337 | ADENOSCAN N = 678 |
|---|---|---|
| **Heart Rate** | | |
| > 100 bpm | 22% | 13% |
| Increase > 40 bpm | 5% | 3% |
| **Systolic Blood Pressure** | | |
| < 90 mm Hg | 2% | 3% |
| Decrease > 35 mm Hg | 7% | 8% |
| ≥ 200 mm Hg | 1.9% | 1.9% |
| Increase ≥ 50 mm Hg | 0.7% | 0.8% |
| ≥ 180 mm Hg and increase of ≥ 20 mm Hg from baseline | 4.6% | 3.2% |
| **Diastolic Blood Pressure** | | |
| < 50 mm Hg | 2% | 4% |
| Decrease > 25 mm Hg | 4% | 5% |
| ≥ 115 mm Hg | 0.9% | 0.9% |
| Increase ≥ 30 mm Hg | 0.5% | 1.1% |

Hemodynamic Effects Following Inadequate Exercise
In a clinical study, LEXISCAN was administered for MPI following inadequate exercise stress. More patients with LEXISCAN administration three minutes following inadequate exercise stress had an increase in heart rate and a decrease in systolic blood pressure compared with LEXISCAN administered at rest. The changes were not associated with any clinically significant adverse reactions. Maximum hemodynamic changes are presented in Table 6.

**Table 6 Hemodynamic Effects in Inadequate Exercise Stress Study**

| Vital Sign Parameter | Group 1 / MPI 1 LEXISCAN 3 minutes following exercise (N=575) | Group 2 / MPI 1 LEXISCAN 1 hour following exercise (N=567) |
|---|---|---|
| **Heart Rate** | | |
| > 100 bpm | 44% | 31% |
| Increase > 40 bpm | 5% | 16% |
| **Systolic Blood Pressure** | | |
| < 90 mm Hg | 2% | 4% |
| Decrease > 35 mm Hg | 29% | 10% |
| ≥ 200 mm Hg | 0.9% | 0.4% |
| Increase ≥ 50 mm Hg | 2% | 0.4% |
| ≥ 180 mm Hg and increase of ≥ 20 mm Hg from baseline | 5% | 2% |
| **Diastolic Blood Pressure** | | |
| < 50 mm Hg | 3% | 3% |
| Decrease > 25 mm Hg | 6% | 5% |
| ≥ 115 mm Hg | 0.7% | 0.4% |
| Increase ≥ 30 mm Hg | 2% | 1% |

Respiratory Effects
The $A_{2B}$ and $A_3$ adenosine receptors have been implicated in the pathophysiology of bronchoconstriction in susceptible individuals (i.e., asthmatics). In *in vitro* studies, regadenoson has not been shown to have appreciable binding affinity for the $A_{2B}$ and $A_3$ adenosine receptors.

In a randomized, placebo-controlled clinical trial of 999 patients with a diagnosis, or risk factors for, coronary artery disease and concurrent asthma or COPD, the incidence of respiratory adverse reactions (dyspnea, wheezing) was greater with LEXISCAN compared to placebo. Moderate (2.5%) or severe (< 1%) respiratory reactions were observed more frequently in the LEXISCAN group compared to placebo [*see Adverse Reactions (6.1)*].

## 12.3 Pharmacokinetics

In healthy subjects, the regadenoson plasma concentration-time profile is multi-exponential in nature and best characterized by 3-compartment model. The maximal plasma concentration of regadenoson is achieved within 1 to 4 minutes after injection of LEXISCAN and parallels the onset of the pharmacodynamic response. The half-life of this initial phase is approximately 2 to 4 minutes. An intermediate phase follows, with a half-life on average of 30 minutes coinciding with loss of the pharmacodynamic effect. The terminal phase consists of a decline in plasma concentration with a half-life of approximately 2 hours [*see Clinical Pharmacology (12.2)*]. Within the dose range of 0.3–20 µg/kg in healthy subjects, clearance, terminal half-life or volume of distribution do not appear dependent upon the dose.

A population pharmacokinetic analysis including data from subjects and patients demonstrated that regadenoson clearance decreases in parallel with a reduction in creatinine clearance and clearance increases with increased body weight. Age, gender, and race have minimal effects on the pharmacokinetics of regadenoson.

<u>Specific Populations</u>

*Renally Impaired Patients:* The disposition of regadenoson was studied in 18 patients with various degrees of renal function and in 6 healthy subjects. With increasing renal impairment, from mild (CLcr 50 to < 80 mL/min) to moderate (CLcr 30 to < 50 mL/min) to severe renal impairment (CLcr < 30 mL/min), the fraction of regadenoson excreted unchanged in urine and the renal clearance decreased, resulting in increased elimination half-lives and AUC values compared to healthy subjects (CLcr ≥ 80 mL/min). However, the maximum observed plasma concentrations as well as volumes of distribution estimates were similar across the groups. The plasma concentration-time profiles were not significantly altered in the early stages after dosing when most pharmacologic effects are observed. No dose adjustment is needed in patients with renal impairment.

*Patients with End Stage Renal Disease:* The pharmacokinetics of regadenoson in patients on dialysis has not been assessed; however, in an *in vitro* study regadenoson was found to be dialyzable.

*Hepatically Impaired Patients:* The influence of hepatic impairment on the pharmacokinetics of regadenoson has not been evaluated. Because greater than 55% of the dose is excreted in the urine as unchanged drug and factors that decrease clearance do not affect the plasma concentration in the early stages after dosing when clinically meaningful pharmacologic effects are observed, no dose adjustment is needed in patients with hepatic impairment.

*Geriatric Patients:* Based on a population pharmacokinetic analysis, age has a minor influence on the pharmacokinetics of regadenoson. No dose adjustment is needed in elderly patients.

<u>Metabolism</u>

The metabolism of regadenoson is unknown in humans. Incubation with rat, dog, and human liver microsomes as well as human hepatocytes produced no detectable metabolites of regadenoson.

Excretion

In healthy volunteers, 57% of the regadenoson dose is excreted unchanged in the urine (range 19-77%), with an average plasma renal clearance around 450 mL/min, i.e., in excess of the glomerular filtration rate. This indicates that renal tubular secretion plays a role in regadenoson elimination.

## 13 NONCLINICAL TOXICOLOGY

### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

Regadenoson was negative in the Ames bacterial mutation assay, chromosomal aberration assay in Chinese hamster ovary (CHO) cells, and mouse bone marrow micronucleus assay.

Long-term animal studies have not been conducted to evaluate LEXISCAN's carcinogenic potential or potential effects on fertility.

### 13.2 Animal Toxicology and/or Pharmacology

Cardiomyopathy

Minimal cardiomyopathy (myocyte necrosis and inflammation) was observed in rats following single-dose administration of regadenoson. Increased incidence of minimal cardiomyopathy was observed on day 2 in males at doses of 0.08, 0.2 and 0.8 mg/kg (1/5, 2/5, and 5/5) and in females (2/5) at 0.8 mg/kg. In a separate study in male rats, the mean arterial pressure was decreased by 30 to 50% of baseline values for up to 90 minutes at regadenoson doses of 0.2 and 0.8 mg/kg, respectively. No cardiomyopathy was noted in rats sacrificed 15 days following single administration of regadenoson. The mechanism of the cardiomyopathy induced by regadenoson was not elucidated in this study but was associated with the hypotensive effects of regadenoson. Profound hypotension induced by vasoactive drugs is known to cause cardiomyopathy in rats.

Local Irritation

Intravenous administration of LEXISCAN to rabbits resulted in perivascular hemorrhage, vein vasculitis, inflammation, thrombosis and necrosis, with inflammation and thrombosis persisting through day 8 (last observation day). Perivascular administration of LEXISCAN to rabbits resulted in hemorrhage, inflammation, pustule formation and epidermal hyperplasia, which persisted through day 8 except for the hemorrhage which resolved. Subcutaneous administration of LEXISCAN to rabbits resulted in hemorrhage, acute inflammation, and necrosis; on day 8 muscle fiber regeneration was observed.

## 14 CLINICAL STUDIES

Agreement between LEXISCAN and ADENOSCAN

The efficacy and safety of LEXISCAN were determined relative to ADENOSCAN in two randomized, double-blind studies (Studies 1 and 2) in 2,015 patients with known or suspected coronary artery disease who were indicated for pharmacologic stress MPI. A total of 1,871 of these patients had images considered valid for the primary efficacy evaluation, including 1,294 (69%) men and 577 (31%) women with a median age of 66 years (range 26–93 years of age). Each patient received an initial stress scan using ADENOSCAN (6-minute infusion using a dose of 0.14 mg/kg/min, without exercise) with a radionuclide gated SPECT imaging protocol. After the initial scan, patients were randomized to either LEXISCAN or ADENOSCAN, and received a second stress scan with the same radionuclide imaging protocol as that used for the initial scan. The median time between scans was 7 days (range of 1–104 days).

The most common cardiovascular histories included hypertension (81%), CABG, PTCA or stenting (51%), angina (63%), and history of myocardial infarction (41%) or arrhythmia (33%); other medical history included diabetes (32%) and COPD (5%). Patients with a recent history of serious uncontrolled ventricular arrhythmia, myocardial infarction, or unstable angina, a history of greater than first-degree AV block, or with symptomatic bradycardia, sick sinus syndrome, or a heart transplant were excluded. A number of patients took cardioactive medications on the day of the scan, including β-blockers (18%), calcium channel blockers (9%), and nitrates (6%). In the pooled study population, 68% of patients had 0–1 segments showing reversible defects on the initial scan, 24% had 2–4 segments, and 9% had ≥ 5 segments.

Comparison of the images obtained with LEXISCAN to those obtained with ADENOSCAN was performed as follows. Using the 17-segment model, the number of segments showing a reversible perfusion defect was calculated for the initial ADENOSCAN study and for the randomized study obtained using LEXISCAN or ADENOSCAN. The agreement rate for the image obtained with LEXISCAN or ADENOSCAN relative to the initial ADENOSCAN image was calculated by determining how frequently the patients assigned to each initial ADENOSCAN category (0–1, 2–4, 5–17 reversible segments) were placed in the same category with the randomized scan. The agreement rates for LEXISCAN and ADENOSCAN were calculated as the average of the agreement rates across the three categories determined by the initial scan. Studies 1 and 2 each demonstrated that LEXISCAN is similar to ADENOSCAN in assessing the extent of reversible perfusion abnormalities (Table 7).

**Table 7 Agreement Rates in Studies 1 and 2**

| | **Study 1** | **Study 2** |
|---|---|---|
| ADENOSCAN – ADENOSCAN Agreement Rate (± SE) | 61 ± 3% | 64 ± 4% |
| ADENOSCAN – LEXISCAN Agreement Rate (± SE) | 62 ± 2% | 63 ± 3% |
| Rate Difference (LEXISCAN – ADENOSCAN) (± SE)<br>95% Confidence Interval | 1 ± 4%<br>-7.5, 9.2% | -1 ± 5%<br>-11.2, 8.7% |

Use of LEXISCAN in Patients with Inadequate Exercise Stress

The efficacy and safety of LEXISCAN administered 3 minutes (Group 1) or 1 hour (Group 2) following inadequate exercise stress were evaluated in an open-label randomized, multi-center, non-inferiority study. Adequate exercise was defined as ≥ 85% maximum predicted heart rate and ≥ 5 METS. SPECT MPI was performed 60-90 minutes after LEXISCAN administration in each group (MPI 1). Patients returned 1-14 days later to undergo a second stress MPI with LEXISCAN without exercise (MPI 2).

All patients were referred for evaluation of coronary artery disease. Of the 1,147 patients randomized, a total of 1,073 patients received LEXISCAN and had interpretable SPECT scans at all visits; 538 in Group 1 and 535 in Group 2. The median age of the patients was 62 years (range 28 to 90 years) and included 633 (59%) men and 440 (41%) women.

Images from MPI 1 and MPI 2 for the two groups were compared for presence or absence of perfusion defects. The level of agreement between the MPI 1 and the MPI 2 reads in Group 1 was similar to the level of agreement between MPI 1 and MPI 2 reads in Group 2. However, two patients receiving LEXISCAN 3 minutes following inadequate exercise experienced a serious cardiac adverse reaction. No serious cardiac adverse reactions occurred in patients receiving LEXISCAN 1 hour following inadequate exercise stress [*see Adverse Reactions (6.1), Clinical Pharmacology (12.2)*].

## 16 HOW SUPPLIED/STORAGE AND HANDLING

LEXISCAN is supplied as a sterile, preservative-free solution containing 0.08 mg/mL regadenoson in the following package:

- Single-dose 5 mL pre-filled plastic Ansyr® syringes with luer-lock fitting (NDC 0469-6501-89).

Store at controlled room temperature, 25°C (77°F); excursions permitted to 15° to 30°C (59°– 86°F).

## 17 PATIENT COUNSELING INFORMATION

Drug Interaction

Patients should be instructed to avoid consumption of any products containing methylxanthines, including caffeinated coffee, tea or other caffeinated beverages, caffeine-containing drug products, aminophylline and theophylline for at least 12 hours before a scheduled radionuclide MPI [*see Warnings and Precautions (5.8) and Clinical Pharmacology (12.2)*].

Cardiovascular

Advise patients that they may be at increased risk of fatal and nonfatal heart attacks, abnormal heart rhythms, cardiac arrest, significant increase or decrease in blood pressure, or cerebrovascular accidents (stroke) with the use of LEXISCAN [*see Warnings and Precautions (5.1), (5.3), (5.5), (5.6) and (5.9)*].

Hypersensitivity

Inform patients that allergic reactions have been reported with LEXISCAN. Advise patients how to recognize such a reaction and when to seek medical attention [*see Warnings and Precautions (5.4)*].

Respiratory

Advise patients with COPD or asthma about the need for administration of pre- and post-study bronchodilator therapy and to call their clinician if they experience any shortness of breath or difficulty breathing following an MPI study with LEXISCAN [*see Warnings and Precautions (5.7)*].

Seizures

Advise patients that they may be at increased risk of seizures. Question patients about a history of seizures [*see Warnings and Precautions (5.8)*].

Lactation

Advise a woman to pump and discard breast milk for 10 hours after LEXISCAN administration [*see Use in Specific Populations (8.2)*].

Marketed by:
**Astellas Pharma US, Inc.**
Northbrook, IL 60062

Syringes Manufactured by:
**Hospira, Inc.**
Lake Forest, IL 60045 USA

LEXISCAN® and ADENOSCAN® are registered trademarks of Astellas US LLC. All other trademarks and registered trademarks are the property of their respective owners.

206573-LEX

# Exhibit F

| DMF# | STATUS | TYPE | SUBMIT DATE | HOLDER | SUBJECT |
|---|---|---|---|---|---|
| 0 | I | II | 2/8/1981 | HEXCEL CHEMICAL PRODUCTS | CPC |
| 1 | I | III | 11/4/1947 | ROHM AND HAAS CO | LETHANE 384 SPECIAL |
| 2 | I | II | 5/8/1943 | MONSANTO CO | SUCCINYL SULFATHIAZOLE |
| 5 | I | II | 1/1/1940 | NATIONAL RESEARCH COUNCIL | PENICILLIN |
| 7 | I | II | 6/19/1943 | WF STRAUB AND CO | HEXESTROL |
| 8 | A | IV | 1/1/1950 | EASTMAN CHEMICAL CO | C-A-P(TM) CELLULOSE ESTER, NF (CELLACEFATE) |
| 9 | I | II | 2/20/1944 | NATIONAL RESEARCH COUNCIL | GELATIN & OTHER BLOOD SUBSTITUTES |
| 11 | I | II | 3/12/1944 | ROHM AND HAAS CO | HYAMINE X (QUATERNARY AMMONIUM CHLORIDE COMPOUND) |
| 12 | I | II | 2/21/1947 | NATIONAL RESEARCH COUNCIL | BAL IN OIL |
| 13 | I | II | 1/1/1945 | YEAST PRODS INC | RIBOFLAVIN, ACETYLATED |
| 16 | I | II | 9/1/1947 | VETERANS ADMINISTRATION | STREPTOMYCIN |
| 17 | I | II | 1/1/1940 | PENICK CORP | TYROTHRICIN |
| 19 | I | II | 1/1/1940 | ABBOTT LABORATORIES PHARMACEUTICAL PRODUCTS DIV | THIOURACIL |
| 21 | I | II | 11/3/1947 | MERCK AND CO INC | NITROGEN MUSTARDS |
| 22 | I | II | 7/30/1946 | DEPT DEFENSE | PROTEIN HYDROLYSATES |
| 23 | I | II | 6/2/1946 | LEDERLE LABORATORIES DIV AMERICAN CYANAMID CO | STERILE FILLED PHARMACEUTICAL PREPARATIONS |
| 24 | I | II | 3/22/1946 | JOHNS HOPKINS HOSP | P-ARSENOSOPHENYLBUTYRIC ACID |
| 25 | I | II | 9/12/1946 | ABBOTT LABORATORIES PHARMACEUTICAL PRODUCTS DIV | VITAMIN K, HYKIMONE |
| 26 | I | II | 1/1/1946 | CINBERG B L MD | PROGESTERONE |
| 28 | I | II | 9/3/1946 | BOOTS FLINT INC SUB BOOTS CO USA INC | AMINO ACIDS |
| 29 | I | II | 12/26/1946 | NATIONAL RESEARCH COUNCIL | SN 13,276; PALUDRINE (CHLORUGUAN) AND SN 12-837 |
| 30 | I | II | 5/22/1947 | NEW YORK QUININE AND CHEMICAL WORKS INC | METOPON |
| 31 | I | II | 10/13/1946 | STEPAN CO INC | B.T.C. (ACTIVE INGRED: BENZALKONIUM CHL) |
| 32 | I | II | 12/12/1946 | SB PENICK AND CO | RUTIN |
| 33 | I | II | 1/1/1947 | UNIVERSITY OF CHICAGO DEPARTMENT OF MEDICINE | CARBOWAX--POLYETHYLENE GLYCOLS & OTHER GLYCOLS |
| 34 | I | II | 12/13/1946 | NATIONAL INSTITUTES OF HEALTH CLINICAL CENTER | PALUDRINE |

| | | | | | |
|---|---|---|---|---|---|
| 30532 | A | III | 4/29/2016 | DYNIC USA CORP | HF24 SILVER THERMAL TRANSFER RIBBON |
| 30533 | A | III | 5/3/2016 | PAXXUS INC | RPP# 36-3209 & RPP# 36-33210 & RPP# 36-3210A |
| 30534 | A | II | 2/2/2017 | CORAL DRUGS PRIVATE LTD | BUDESONIDE |
| 30535 | A | II | 4/28/2016 | EVERLIGHT CHEMICAL INDUSTRIAL CORP | TREPROSTINIL DIOLAMINE |
| 30536 | A | IV | 6/27/2016 | FINAR LTD | N-HEPTANE HP |
| 30537 | A | II | 6/21/2016 | TEVA PHARMACEUTICAL INDUSTRIES LTD | PACLITAXEL SEMISYNTHETIC (9-DHB) |
| 30538 | A | II | 5/31/2016 | WAVELENGTH ENTERPRISES LTD | EFINACONAZOLE |
| 30539 | A | II | 8/10/2016 | BIOPHORE INDIA PHARMACEUTICALS PVT LTD | DOTA |
| 30540 | A | II | 5/30/2016 | RAKS PHARMA PVT LTD | CLOBAZAM |
| 30541 | A | II | 6/2/2016 | RAKS PHARMA PVT LTD | SOLIFENACIN SUCCINATE |
| 30542 | A | II | 5/10/2016 | CURIA MISSOURI INC | REGADENOSON |
| 30543 | I | II | 6/23/2016 | SIGNA SA DE CV | CAPECITABINE USP |
| 30544 | A | II | 5/20/2016 | HETERO LABS LTD | DOLUTEGRAVIR SODIUM |
| 30545 | A | III | 5/5/2016 | EMS-CHEMIE NORTH AMERICA INC | GRILAMID TR 55 LX VIOLET 4521 LW |
| 30546 | A | II | 7/30/2021 | JANSSEN RESEARCH AND DEVELOPMENT LLC | METHYLPHENIDATE HYDROCHLORIDE DRUG SUBSTANCE (PROCESS II) |
| 30547 | A | III | 5/6/2016 | DYNIC USA CORP | HF29 WHITE THERMAL TRANSFER RIBBON |
| 30548 | A | II | 9/5/2016 | SIGMA-ALDRICH PRODUCTION GMBH | MEBROFENIN |
| 30549 | A | II | 5/10/2016 | OLON SPA | POMALIDOMIDE |
| 30550 | A | II | 5/3/2016 | TAIHUA NATURAL PLANT PHARMACEUTICAL CO LTD | HOMOHARRINGTONINE |
| 30551 | A | II | 5/24/2016 | AMOLI ORGANICS PRIVATE LTD | CHLORTHALIDONE USP |
| 30552 | A | II | 6/30/2016 | ALEMBIC PHARMACEUTICALS LTD | BOSUTINIB |
| 30553 | A | II | 5/24/2016 | TEVA PHARMACEUTICAL INDUSTRIES LTD | ALVIMOPAN DIHYDRATE |
| 30554 | A | II | 5/19/2016 | SINTENOVO SA DE CV | TOFACITINIB CITRATE |
| 30555 | A | II | 5/12/2016 | ZAKLADY FARMACEUTYCZNE POLPHARMA SA | DAPAGLIFLOZIN |
| 30556 | A | II | 12/6/2016 | KOLON LIFE SCIENCE INC | ROSUVASTATIN CALCIUM |
| 30557 | A | II | 5/31/2016 | MSN LABORATORIES PRIVATE LTD | IBRUTINIB (AMORPHOUS) |
| 30558 | A | II | 6/6/2016 | MEDICHEM MANUFACTURING MALTA LTD | MICAFUNGIN SODIUM |

# Exhibit G

**MF User Fee Obligation Report**

**October 1, 2021 3:41:51 PM**

**Available for Reference Type II DMFs for APIs for Generic Drug Applications**
**For questions regarding this list, please email DMFOGD@fda.hhs.gov**

| Appl Type/Number | Holder | Subject | Payment Date | Completeness Assessment Review Date |
|---|---|---|---|---|
| MF 000191 | SPECGX LLC | PARZONE BITARTRATE (DIHYDROCODEINE BITARTRATE) | 12/4/12 | 10/24/12 |
| MF 000453 | FIS FABBRICA ITALIANA SINTETICI SPA | NITROFURANTOIN & NITROFURANTOIN MACROCRYSTALS | 12/21/12 | 1/18/13 |
| MF 000467 | FIS FABBRICA ITALIANA SINTETICI SPA | CHLORDIAZEPOXIDE HCL | 10/26/17 | 11/16/17 |
| MF 000745 | CAMBREX PROFARMACO MILANO SRL | CHLORDIAZEPOXIDE HYDROCHLORIDE | 4/13/17 | 11/8/17 |
| MF 000881 | CAMBREX PROFARMACO MILANO SRL | HYDROCHLOROTHIAZIDE | 12/11/12 | 1/11/13 |
| MF 000883 | CAMBREX PROFARMACO MILANO SRL | CHLOROTHIAZIDE | 9/21/20 | 9/25/20 |
| MF 001076 | AJINOMOTO CO INORTH CAROLINA | AMINO ACID PRODUCTS | 7/2/18 | 8/14/18 |
| MF 001166 | SIEGFRIED USA LLC | BUTALBITAL USP | 12/3/12 | 11/11/12 |
| MF 001241 | FMC LITHIUM SUB FMC CORP | LITHIUM CARBONATE | 8/21/18 | 9/10/18 |
| MF 001356 | DOW CHEMICAL CO | CARBOWAX POLYETHYLENE GLYCOL | 11/16/12 | 1/11/13 |
| MF 001413 | PHARMACIA AND UPJOHN CO LLC WHOLLY OWNED SUB OF PFIZER INC | HYDROCORTISONE MICRONIZED AND NON-MICRONIZED | 2/13/13 | 2/26/13 |
| MF 001418 | PHARMACIA AND UPJOHN CO WHOLLY OWNED SUB PFIZER INC | PROGESTERONE MICRONIZED AND CRYSTALS | 2/14/13 | 3/6/13 |
| MF 001467 | DDP SPECIALTY ELECTRONIC MATERIALS US 9 LLC | LIVEO (TM)Q7-2243 LVA,SIMETHICONE USP | 9/22/17 | 12/14/17 |
| MF 001478 | CAMBREX PROFARMACO MILANO SRL | DIAZEPAM | 6/20/18 | 7/13/18 |

| | | | | |
|---|---|---|---|---|
| MF 030542 | CURIA MISSOURI INC | REGADENOSON | 9/20/16 | 5/24/18 |
| MF 030544 | HETERO LABS LTD | DOLUTEGRAVIR SODIUM | 5/19/16 | 7/19/16 |
| MF 030549 | OLON SPA | POMALIDOMIDE | 11/22/16 | 2/8/17 |
| MF 030551 | AMOLI ORGANICS PRIVATE LTD | CHLORTHALIDONE USP | 8/19/16 | 3/22/17 |
| MF 030552 | ALEMBIC PHARMACEUTICALS LTD | BOSUTINIB | 6/10/16 | 9/2/16 |
| MF 030553 | TEVA PHARMACEUTICAL INDUSTRIES LTD | ALVIMOPAN DIHYDRATE | 5/18/16 | 7/19/16 |
| MF 030554 | SINTENOVO SA DE CV | TOFACITINIB CITRATE | 5/17/16 | 11/17/16 |
| MF 030555 | ZAKLADY FARMACEUTYCZNE POLPHARMA SA | DAPAGLIFLOZIN | 12/8/16 | 5/23/17 |
| MF 030558 | MEDICHEM MANUFACTURING MALTA LTD | MICAFUNGIN SODIUM | 6/2/16 | 9/20/16 |
| MF 030559 | MEDICHEM MANUFACTURING MALTA LTD | SUNITINIB MALATE | 6/2/16 | 8/11/16 |
| MF 030560 | AUROBINDO PHARMA LTD | DOFETILIDE USP | 5/31/16 | 7/19/16 |
| MF 030562 | INTAS PHARMACEUTICALS LTD | RIVAROXABAN FORM- I (MICRONIZED) | 5/25/16 | 7/19/16 |
| MF 030563 | MSN LIFE SCIENCES PRIVATE LTD | ALVIMOPAN DIHYDRATE | 9/29/20 | 11/5/20 |
| MF 030564 | NEULAND LABORATORIES LTD | LABETALOL HYDROCHLORIDE USP | 1/11/17 | 1/31/17 |
| MF 030565 | MACLEODS PHARMACEUTICALS LTD | PRASUGREL HYDROCHLORIDE | 9/28/16 | 1/4/17 |
| MF 030575 | SYNBIAS PHARMA AG | NELARABINE | 11/14/16 | 11/9/17 |
| MF 030576 | HETERO LABS LTD | BORTEZOMIB (FORM-II) | 6/7/16 | 8/4/16 |
| MF 030577 | HONOUR LAB LTD | ALOGLIPTIN BENZOATE | 6/13/16 | 9/2/16 |

# Exhibit H

curia

COMMERCIAL MANUFACTURING

# API Catalog

JULY 2021

# Catalog
# API Commercial



| | API NAME | SITE | US DMF | CEP | EU DMF | JAPAN DMF | INDIA | CHINA | RUSSIA |
|---|---|---|---|---|---|---|---|---|---|
| **A** | **Alcaftadine** | Valladolid, Spain | ● | | | | | | |
| | **Alclometasone-17,21-Dipropionate** | Valladolid, Spain | ● | | | ● | | | |
| | **Altrenogest** | Valladolid, Spain | ● | | ● | | | | |
| | **Amphetamine Aspartate Monohydrate Milled** | Rensselaer, US | ● | | | | | | |
| | **Amphetamine Sulfate** | Rensselaer, US | ● | | | | | | |
| | **Argatroban** | Rozzano Quinto de Stampi, Italy | ● | | ● | | | | |
| | **Azelastine HCl** | Rozzano Quinto de Stampi, Italy | ● | | ● | | | | |
| | **Aztreonam (not sterile)** | Rozzano Valleambrosia, Italy | ● | | | | | | |
| | **Aztreonam Sterile** | Tonneins, France | | | | | | | |
| **B** | **Bamifylline HCl** | Bon Encontre, France | | | ● | | | | |
| | **Beclomethasone-17,21-Dipropionate** | Valladolid, Spain | | ● | | | ● | | ● |
| | **Beclomethasone-17,21-Dipropionate Monohydrate** | Valladolid, Spain | | | | | | | |
| | **Betamethasone-17,21-Dipropionate Sterile** | Valladolid, Spain | | | ● | | | | |
| | **Betamethasone Acetate** | Valladolid, Spain | | | | | | | |

*Please contact our Account Managers if you are interested in these APIs.

Regarding APIs under patent protection, could be provided by Curia only for the sole purpose of conducting the required trials and tests to apply for the Marketing Authorization from the Health Authorities as well as obtain the samples required by mentioned Authorities for the purposes of Article 10.6 of the directive 2001/83 EC as amended by the Directive 2004/27/EC. In this respect, these APIs are sold to be used exclusively for these purposes.

| API NAME | SITE | US DMF | CEP | EU DMF | JAPAN DMF | INDIA | CHINA | RUSSIA |
|---|---|---|---|---|---|---|---|---|
| **Betamethasone Base** | Valladolid, Spain | | | | | | | |
| **Betamethasone Benzoate** | Valladolid, Spain | | | | | | | |
| **Betamethasone Butyrate Propionate** | Valladolid, Spain | | | | • | | | |
| **Betamethasone Valerate Acetate** | Valladolid, Spain | | | | | | | |
| **Betamethasone-17,21-Dipropionate** | Valladolid, Spain | • | • | | • | | | |
| **Betamethasone-17-Valerate** | Valladolid, Spain | | • | | • | | | • |
| **Betamethasone-21-Phosphate Disodium Salt*** | Valladolid, Spain | | • | | • | | | • |
| **Brexanalone** | Valladolid, Spain | • | | | | | | |
| **Bromocriptine Mesylate** | Rozzano Quinto de Stampi, Italy | • | • | | | | | • |
| **Budesonide** | Valladolid, Spain | • | • | | | | • | • |
| **Budesonide Sterile** | Valladolid, Spain | • | • | | | | • | |
| **Carbimazole** | Bon Encontre, France | | | • | | | | |
| **Chlorthalidone** | Origgio, Italy | • | • | | | • | | |
| **Cibenzoline Succinate** | Bon Encontre, France | | | • | | | | |

C

*Please contact our Account Managers if you are interested in these APIs.

| | API NAME | SITE | US DMF | CEP | EU DMF | JAPAN DMF | INDIA | CHINA | RUSSIA |
|---|---|---|---|---|---|---|---|---|---|
| | **Clobetasol-17-Propionate** | Valladolid, Spain | ● | ● | | ● | | | |
| | **Cyclofenil** | Rozzano Quinto de Stampi, Italy | | | ● | ● | | | |
| | **Cyclosporine** | Rozzano Quinto de Stampi, Italy | ● | ● | | ● | | | |
| | **Cyproterone Acetate** | Valladolid, Spain | | ● | | | | | |
| **D** | **Deflazacort** | Valladolid, Spain | | | ● | | | | |
| | **Deoxycholic Acid** | Valladolid, Spain | ● | | | | | | |
| | **Desogestrel** | Rozzano Quinto de Stampi, Italy | ● | | ● | | | | |
| | **Dexamethasone Acetate** | Valladolid, Spain | | | | | | | |
| | **Dexamethasone Base** | Valladolid, Spain | | | | ● | | | |
| | **Dexamethasone-17,21-Dipropionate** | Valladolid, Spain | | | | ● | | | |
| | **Dexamethasone-17-Valerate** | Valladolid, Spain | | | | ● | | | |
| | **Dexamethasone-21-Isonicotinate** | Valladolid, Spain | | ● | | | | | |
| | **Dexamethasone-21-Phosphate Disodium Salt** | Valladolid, Spain | ● | ● | | | | | ● |
| | **Dexmethylphenidate HCl** | Springfield, US | ● | | | | | | |
| | **Dextroamphetamine Saccharate** | Rensselaer, US | ● | | | | | | |

*Please contact our Account Managers if you are interested in these APIs.

Regarding APIs under patent protection, could be provided by Curia only for the sole purpose of conducting the required trials and tests to apply for the Marketing Authorization from the Health Authorities as well as obtain the samples required by mentioned Authorities for the purposes of Article 10.6 of the directive 2001/83 EC as amended by the Directive 2004/27/EC. In this respect, these APIs are sold to be used exclusively for these purposes.

| API NAME | SITE | US DMF | CEP | EU DMF | JAPAN DMF | INDIA | CHINA | RUSSIA | |
|---|---|---|---|---|---|---|---|---|---|
| **Dextroamphetamine Sulfate** | Rensselaer, US | ● | | | | | | | |
| **Diatrizoate Meglumine** | Rensselaer, US | ● | | | | | | | |
| **Diatrizoate Sodium** | Rensselaer, US | ● | | | | | | | |
| **Diethylamine Salicylate** | Bon Encontre, France | | | ● | | | | | |
| **Dihydroergocriptine Mesylate** | Rozzano Quinto de Stampi, Italy | | | ● | | | | | |
| **Dihydroergocristine Mesylate** | Rozzano Quinto de Stampi, Italy | | ● | | | | | | |
| **Dihydroergotamine Mesylate** | Rozzano Quinto de Stampi, Italy | ● | ● | | | | | | |
| **Dihydroergotoxine Mesylate (Ergoloid Mesylate)** | Rozzano Quinto de Stampi, Italy | ● | | ● | | | ● | | |
| **Dorzolamide** | Valladolid, Spain | ● | ● | | ● | | | ● | |
| **Epinephrine** | Rensselaer, US | ● | | | | | | | **E** |
| **Ergotamine Tartrate** | Rozzano Quinto de Stampi, Italy | ● | ● | | | | | | |
| **Ethanolamine Oleate in Solution*** | Grafton, US | ● | | | | | | | |
| **Etonogestrel** | Valladolid, Spain | ● | | ● | | | | | |
| **Exemestane** | Valladolid, Spain | ● | ● | | | | | | |
| **Finasteride** | Valladolid, Spain | | | | | | | | **F** |

*Please contact our Account Managers if you are interested in these APIs.

| | API NAME | SITE | US DMF | CEP | EU DMF | JAPAN DMF | INDIA | CHINA | RUSSIA |
|---|---|---|---|---|---|---|---|---|---|
| | **Fludrocortisone-21-Acetate** | Valladolid, Spain | ● | | | | | | |
| | **Flugestone Acetate*** | Valladolid, Spain | | | ● | | | | |
| | **Flutamide** | Origgio, Italy | ● | ● | | | | | ● |
| | **Fluticasone-17-Propionate** | Valladolid, Spain | | ● | | | | | |
| | **Furosemide** | Aurangabad, India | ● | ● | ● | | | ● | |
| **G** | **Guanosine** | Rozzano Quinto de Stampi, Italy | | | ● | | | | |
| **H** | **Hexetidine (Gexetidine in Russia)** | Bon Encontre, France | | ● | | | | | ● |
| | **Hydrocortisone Aceponate** | Valladolid, Spain | | | ● | | | | |
| | **Hydrocortisone Aceponate Sterile*** | Valladolid, Spain | | | | | | | |
| | **Hydrocortisone Sodium Phosphate Sterile*** | Valladolid, Spain | | | ● | | | | |
| | **Hydrocortisone Acetate** | Valladolid, Spain | | ● | | | | | ● |
| | **Hydrocortisone Base** | Valladolid, Spain | ● | ● | | | | | |
| | **Hydrocortisone-17-Butyrate** | Valladolid, Spain | ● | | ● | ● | | | |
| | **Hydrocortisone-21-Hemisuccinate** | Valladolid, Spain | | ● | | | ● | | |
| | **Hydrocortisone-21-Phosphate Disodium Salt** | Valladolid, Spain | ● | | ● | ● | | | |

*Please contact our Account Managers if you are interested in these APIs.

Regarding APIs under patent protection, could be provided by Curia only for the sole purpose of conducting the required trials and tests to apply for the Marketing Authorization from the Health Authorities as well as obtain the samples required by mentioned Authorities for the purposes of Article 10.6 of the directive 2001/83 EC as amended by the Directive 2004/27/EC. In this respect, these APIs are sold to be used exclusively for these purposes.

| API NAME | SITE | US DMF | CEP | EU DMF | JAPAN DMF | INDIA | CHINA | RUSSIA | |
|---|---|---|---|---|---|---|---|---|---|
| **Hydrocortisone-21-Sodium Succinate Sterile** | Valladolid, Spain | | | | | • | | | |
| **Hydroxyethyl Salicylate** | Bon Encontre, France | | | • | | | | | |
| **Inosine** | Rozzano Quinto de Stampi, Italy | | | • | | | | | **I** |
| **Isosorbide Mononitrate** | Aurangabad, India | | • | | | | | | |
| **Levocabastine** | Valladolid, Spain | | • | | | | | | **L** |
| **Loteprednol Etabonate** | Valladolid, Spain | • | | | | | | | |
| **Loteprednol Etabonate Sterile Micronized** | Valladolid, Spain | • | | | | | • | | |
| **Mafenide Acetate** | Rensselaer, US | • | | | | | | | **M** |
| **Medrogestone** | Rozzano Quinto de Stampi, Italy | | | • | | | | | |
| **Medroxyprogesterone Acetate** | Valladolid, Spain | | | | | | | | |
| **Medroxyprogesterone Acetate Sterile** | Valladolid, Spain | • | | | | | | | |
| **Melengestrol Acetate*** | Valladolid, Spain | • | | | | | | | |
| **Meperidine HCl** | Rensselaer, US | • | | | | | | | |
| **Methylphenidate HCl** | Springfield, US | • | | | | | | | |
| **Methylprednisolone Aceponate** | Valladolid, Spain | | | • | | | | | |

*Please contact our Account Managers if you are interested in these APIs.

| | API NAME | SITE | US DMF | CEP | EU DMF | JAPAN DMF | INDIA | CHINA | RUSSIA |
|---|---|---|---|---|---|---|---|---|---|
| | **Methylprednisolone Hydrogen Succinate** | Valladolid, Spain | | | • | | | | |
| | **Methylprednisolone-21-Acetate** | Valladolid, Spain | • | | | | | | |
| | **Methylprednisolone-21-Acetate Sterile** | Valladolid, Spain | • | | | | | | |
| | **Methylprednisolone-21-Sodium Succinate Sterile** | Valladolid, Spain | | | | | • | | |
| | **Mifepristone** | Valladolid, Spain | | | • | • | | | |
| | **Minocycline HCl** | Origgio, Italy | • | • | | • | • | • | • |
| | **Mometasone-17-Furoate (Anhydrous)** | Valladolid, Spain | • | • | | | | | • |
| | **Morniflumate** | Bon Encontre, France | | | • | | | | |
| **N** | **Niflumic Acid** | Bon Encontre, France | | • | | | | | |
| | **Nifuratel*** | Bon Encontre, France | | | • | | | • | |
| | **Norepinephrine Bitartrate** | Rensselaer, US | • | | | | | | |
| **O** | **Olopatadine** | Valladolid, Spain | • | | • | | | • | • |
| | **Oxandrolone** | Rozzano Quinto de Stampi, Italy | • | | • | | | | |

*Please contact our Account Managers if you are interested in these APIs.

Regarding APIs under patent protection, could be provided by Curia only for the sole purpose of conducting the required trials and tests to apply for the Marketing Authorization from the Health Authorities as well as obtain the samples required by mentioned Authorities for the purposes of Article 10.6 of the directive 2001/83 EC as amended by the Directive 2004/27/EC. In this respect, these APIs are sold to be used exclusively for these purposes.

| API NAME | SITE | US DMF | CEP | EU DMF | JAPAN DMF | INDIA | CHINA | RUSSIA | |
|---|---|---|---|---|---|---|---|---|---|
| **Paliperidone Palmitate Micronized Sterile*** | Valladolid, Spain | ● | | ● | | | ● | | **P** |
| **Pancuronium Bromide** | Rozzano Quinto de Stampi, Italy | ● | ● | | | | | | |
| **Pralidoxime Chloride** | Rensselaer, US | ● | | | | | | | |
| **Pramipexol** | Valladolid, Spain | ● | ● | | | | | | |
| **Prednicarbate** | Valladolid, Spain | | | ● | | | | | |
| **Prednisolone-21-Phosphate Disodium Salt** | Valladolid, Spain | ● | | ● | ● | | | | |
| **Prednisone Base** | Valladolid, Spain | ● | | | | | | | |
| **Propacetamol HCl Sterile** | Bon Encontre, France | | | | | | | | |
| **Racepinephrine HCl** | Rensselaer, US | ● | | | | | | | **R** |
| **Regadenoson** | Springfield, US | ● | | | | | | | |
| **Ribavirin** | Origgio, Italy | ● | ● | | | ● | | | |
| **Rocuronium Bromide** | Rozzano Quinto de Stampi, Italy | ● | ● | | | | | ● | |
| **Sirolimus** | Rozzano Quinto de Stampi, Italy | ● | | ● | | | ● | | **S** |

*Please contact our Account Managers if you are interested in these APIs.

| | API NAME | SITE | US DMF | CEP | EU DMF | JAPAN DMF | INDIA | CHINA | RUSSIA |
|---|---|---|---|---|---|---|---|---|---|
| | **Sodium Oxybate** | Springfield, US | • | | | | | | |
| **T** | **Tamsulosin** | Valladolid, Spain | | | • | | | | |
| | **Tapentadol** | Springfield, US | • | | | | | | |
| | **Testosterone Base** | Springfield, US | • | • | | | | | |
| | **Testosterone Cypionate** | Valladolid, Spain | • | | | | | | |
| | **Testosterone Propionate** | Valladolid, Spain | | | | | | | |
| | **Tolazoline HCl*** | Grafton, US | • | | | | | | |
| | **Triamcinolone Acetonide** | Valladolid, Spain | • | | • | • | | | |
| | **Triamcinolone Acetonide Sterile** | Valladolid, Spain | • | | • | • | | | |
| | **Triamcinolone Acetonide-21-Phosphate Potassium Salt** | Valladolid, Spain | | | • | | | | |
| | **Trientine HCl** | Rensselaer, US | • | | | | | | |
| | **Tyloxapol** | Rensselaer, US | • | | | | | | |
| **V** | **Vecuronium Bromide** | Rozzano Quinto de Stampi, Italy | • | | • | • | | • | |

*Please contact our Account Managers if you are interested in these APIs.

# Catalog
# API Development



| API NAME | SITE |
|---|---|
| **Aripiprazol Sterile** | Valladolid, Spain |
| **Deucravacitinib** | Valladolid, Spain |
| **Fluorometholone Base** | Valladolid, Spain |
| **Samidorphan** | Valladolid, Spain |
| **Upadacitinib** | Valladolid, Spain |
| **Viloxazine HCl** | Valladolid, Spain |
| **Voclosporine** | Rozzano Quinto de Stampi, Italy |
| **Voxelotor** | Valladolid, Spain |
| **Zuranolone** | Valladolid, Spain |

Regarding APIs under patent protection, could be provided by Curia only for the sole purpose of conducting the required trials and tests to apply for the Marketing Authorization from the Health Authorities as well as obtain the samples required by mentioned Authorities for the purposes of Article 10.6 of the directive 2001/83 EC as amended by the Directive 2004/27/EC. In this respect, these APIs are sold to be used exclusively for these purposes.

# Sales Offices



## ITALY

Rozzano - Quinto de' Stampi
Via Volturno, 41/43
20089 - Rozzano (MI) - Italy
Tel: +39 02 822 72 1

## SPAIN

Parque Tecnológico, Parcela 105
47151 Boecillo, Valladolid, Spain
Tel: +34 983 54 80 72

## JAPAN

Level 28 Shinagawa Intercity Tower A
2-15-1 Konan Minato-ku
Tokyo 108-6028, Japan
Tel: +81 3 6717 2807

## CHINA

Shanggu Commercial Center A-601
Tian Ta Street, Nankai District
Tianjin 300381, China
Tel: +86 22 23412321

## INDIA

713, Exim Link Building
Opp. Indira Container Yard
Mulund – Goregoan Link Road, Nahur (W)
Mumbai – 400078, India
Tel: 022 67250230-31

# API Manufacturing Sites



## UNITED STATES

**RENSSELAER**
33 Riverside Avenue
Rensselaer, New York 12144 USA

**ALBANY**
21 Corporate Circle
Albany, New York 12203 USA

**GRAFTON**
870 Badger Circle
Grafton, Wisconsin 53024 USA

**SPRINGFIELD**
2460 West Bennett Street
Springfield, Missouri 65807 USA

## FRANCE

**BON ENCONTRE**
Zone Industrielle de Laville
F-47240 - Bon-Encontre - France

**TONNEINS**
Avenue du Dr Nicole Bru
F-47400 - Tonneins - France

## GERMANY

**FRANKFURT**
Industriepark Höchst
65926 - Frankfurt - Germany

## ITALY

**ROZZANO** - Quinto de' Stampi
Via Volturno, 41/43
20089 - Rozzano (MI) - Italy

**ROZZANO** - Valleambrosia
Via Monterosa, 114
20089 - Rozzano (MI) - Italy

**ORIGGIO**
Viale Europa, 5
21040 - Origgio (VA) - Italy

## SPAIN

**VALLADOLID**
Parque Tecnológico, Parcela 105
47151 Boecillo, Valladolid, Spain

## INDIA

**AURANGABAD**
Curia India Pvt. Ltd.
G-1/1, 1/2, MIDC Area
Waluj, Aurangabad 431 136
(Maharashtra), India

**AURANGABAD**
Finkem Laboratories Pvt. Ltd.
G-39/5, MIDC Area
Waluj, Aurangabad 431 136
(Maharashtra), India

curiaglobal.com

RESEARCH & DEVELOPMENT | LAB TESTING SERVICES | COMMERCIAL MANUFACTURING | CONSULTATIVE SERVICES

# Exhibit I

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau

(43) International Publication Date
16 October 2014 (16.10.2014)

WIPO | PCT

(10) International Publication Number
**WO 2014/167046 A1**

(51) International Patent Classification:
*C07H 19/167* (2006.01)

(21) International Application Number:
PCT/EP2014/057247

(22) International Filing Date:
10 April 2014 (10.04.2014)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
13 163400.8 11 April 2013 (11.04.2013) EP

(71) Applicant: **EUTICALS SPA** [IT/IT]; Viale Bianca Maria 25, 1-20121 Milano (IT).

(72) Inventors: **GRISENTI, Paride;** Viale Giovanni da Cermenate 58, 1-20141 Milano (IT). **SHAHRZAD REZA, Elahi;** Viale Abruzzi 2/G, 1-20068 Peschiera Borromeo (Milano) (IT). **GUAZZI, Giuseppe;** Piazza Leonardo da Vinci 9, 1-20133 Milano (IT). **ARGESE, Maria;** Via R. Sanzio 17, 1-20018 Sedriano (Milano) (IT).

(74) Agents: **SPADARO, Marco** et al; Cantaluppi & Partners s.r.L, Viale della Tecnica, 205, 1-00144 Roma (IT).

(81) **Designated States** *(unless otherwise indicated, for every kind of national protection available):* AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BN, BR, BW, BY, BZ, CA, CH, CL, CN, CO, CR, CU, CZ, DE, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IR, IS, JP, KE, KG, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PA, PE, PG, PH, PL, PT, QA, RO, RS, RU, RW, SA, SC, SD, SE, SG, SK, SL, SM, ST, SV, SY, TH, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) **Designated States** *(unless otherwise indicated, for every kind of regional protection available):* ARIPO (BW, GH, GM, KE, LR, LS, MW, MZ, NA, RW, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, RU, TJ, TM), European (AL, AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MK, MT, NL, NO, PL, PT, RO, RS, SE, SI, SK, SM,

*[Continued on next page]*

(54) **Title:** STABLE SOLID FORMS OF REGADENOSON




(I)




FIGURE 4

**(57) Abstract:** A process for the preparation of the amorphous form of Regadenoson of formula (I) is disclosed together with new crystalline polymorphic forms E, F and G and methods for their preparation. Regadenoson amorphous form can be prepared in mild reaction conditions with high chemical purity (>99.6%) and high stability to the heating. A particularly thermodynamically stable anhydrous crystalline form of Regadenoson (form G) is also disclosed, provided with high stability not when exposed to 90% RH at 25°C for 96 hour, but also to the heating up to 200°C.

WO 2014/167046 A1

WO 2014/167046 A1

TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, KM, ML, MR, NE, SN, TD, TG).

**Published:**

— *with international search report (Art. 21(3))*

— *before the expiration of the time limit for amending the claims and to be republished in the event of receipt of amendments (Rule 48.2(h))*

# STABLE SOLID FORMS OF REGADENOSON

The present invention relates to the synthesis of organic compounds for use in pharmaceuticals as active agents. In particular, the present invention relates to a process for the preparation of stable solid forms of Regadenoson and the forms thereby obtained.

## BACKGROUND OF THE INVENTION

The phenomenon of polymorphism is generated by the possibility that the same substance organizes in different crystalline forms (polymorphic forms), crystallizes with solvent molecules (hydrates and solvates) or solidifies without periodicity (amorphous substances).

The different crystalline or amorphous phases, even if of the same substance, can have different chemical, physical and mechanical properties and in case of active drug substances different characteristics of bioavailability and therapeutic efficiency. Furthermore, the same product in different crystalline or amorphous phases may present different characteristics of chemical stability.

Regadenoson (compound identified by Registry Number: 313348-27-5) was described for the first time in WO00/078779 and has the following structural formula



This compound is an $A_2A$ adenosine receptor agonist responsible for regulating myocardial blood flow by vasodilating the coronary arteries and increasing blood flow to the myocardium. Regadenoson is employed as heart imaging aids where, prior to administration of an imaging agent, coronary arteries are dilated and then, by observation of the images thus produced, the diagnosis of a possible coronary artery disease (CAD) can be performed.

This compound is described to have different polymorphic forms identified as polymorphic forms A, B, C and D as well as an amorphous form.

The stability of these solid states is critical in order to allow the synthesis of this compound on a preparative scale. It is known by literature data that polymorphic form A, disclosed in US8106183, and D, disclosed in WO2012149196 are the more stable polymorphic forms and are the preferred solid states in which Regadenoson can be isolated and used for formulative purposes.

More in detail, polymorphic forms A, B, C and an amorphous form were disclosed in US8106183. In this patent, the crystalline forms are defined by means of X-Ray diffraction spectroscopy (XRD spectroscopy), differential scanning calorimetry data (DSC); the methods of preparation were also given.

Regadenoson polymorphic form A was identified as a monohydrate form; this form may be produced by crystallization of Regadenoson from protic solvents (for example ethanol or ethanol/water mixtures) or from a polar solvent (for example dimethylsulfoxide/water). Regadenoson Form A was identified by the authors of US8106183 as more stable than polymorphs B and C at ambient temperature and also under relative humidity stress conditions up to its melting point (identified by DSC as 194.5°C).

Polymorphic forms B, C and the amorphous form were described as solid states, which could not easily prepared and/or proving unstable. Form B is prepared by evaporating under vacuum a solution of Regadenoson in trifluoroethanol at ambient temperature. However, its constitution could not be determined by the inventors of US8106183 because of X-ray disordered broad peaks, the polymorph contained variable amounts of water and its reliable preparation could not be reproduced. Polymorph C was prepared by slurrying Regadenoson in acetonitrile at 60°C for a long period of time. This polymorph showed a distinct X-ray spectrum, but showed to be a variable hydrate, unstable at high temperatures.

In US8106183 the method of preparation of an amorphous form of Regadenoson is described by heating polymorphic form A at 200°C; this solid state, differently by polymorphic forms A-C, was not described by the authors by an X-ray diffraction spectrum in order to identify possible characteristic halo-peaks (broad peaks). This amorphous form was prepared according to US8106183 by heating the polymorphic form A over the melting point value of this substance (that for polymorphic form A is 194.5°C). This method is not industrially applicable and leads to the formation of several side products. The present inventors have found that this thermal treatment causes a decrease of chromatographic purity of about 30% and a change in the color of the sample (Regadenoson polymorphic form A is a white substance but after a thermal treatment at 190-200°C the color changes to brown). To the best of our knowledge, this is the only described method for the preparation of amorphous Regadenoson.

Form D is disclosed in WO2012149196 as stable under inert conditions. This form contains between 0.8 and 1.7% by weight of water hydration and is indicated as useful for the preparation of solutions for administration, such as parenteral solutions. Form D is prepared through a complete new synthesis of Regadenoson, also disclosed in this reference. Regadenoson HPLC fractions of purity > 99% are combined and concentrated to a paste. The supernatant is decanted and the flask is heated in an oil bath at 150°C under reduced pressure of 20 mmHg for 6 hours to give Form D.

These literature data indicate that only the polymorphic forms A and D were identified as stable compounds, however, some precautions must be taken for their storage conditions and handling.

There is a strong need in the pharmaceutical industry for the preparation of stable solid forms of Regadenoson in an industrially easy and convenient manner. There is also the need for an easy and convenient process to convert the amorphous form into more thermodynamically stable polymorphic forms.

Moreover, there is also a strong need to have available solid forms of Regadenoson which are stable also in normal atmospheric conditions, in particular in humid conditions, without the need to store them in controlled atmospheric or inert conditions, with evident advantages in terms of handling and costs.

The present invention overcomes the technical problem of stability of polymorphic forms of Regadenoson by providing a process for the preparation of Regadenoson amorphous form and its conversion into new stable solid forms.

SUMMARY OF THE INVENTION

We have surprisingly found that Regadenoson amorphous form can be prepared in mild reaction conditions with high chemical purity (>99.6%) and that, under protected atmosphere, is stable to the heating (i.e. 80°C) up to 96 hours; moreover this solid state does not give origin to degradation products in dry conditions when stored at 80°C up to 96 hour and also when exposed to moisture at 25°C/90% RH up to 96 hours. The method of preparation of this amorphous form does not require extreme reaction temperatures (i.e. 200°C as described in US8190683) and can be used for industrial preparative purposes.

In another embodiment of the present invention, Regadenoson amorphous form can be used to prepare other two stable solvate polymorphic forms, herein named Regadenoson form E (solvate with 1 molecule of trifluoroethanol) and Regadenoson form F (solvate with 0.5 molecule of ethanol).

In a further embodiment, also a particularly thermodynamically stable anhydrous crystalline form of Regadenoson, herein named form G, can be prepared from amorphous Regadenoson by refluxing in anhydrous ethanol for 60-90 hours. Regadenoson form G is characterized by an endothermic peak of fusion of about 265°C (determined by DSC) and by a characteristic XRD spectrum. Regadenoson form G can be also conveniently isolated by direct precipitation from an anhydrous reaction mixture containing ethanol and methylamine at long reaction times (up to 90 hours). Generally, form G is prepared by converting the amorphous Regadenoson into the more thermodynamically stable crystalline anhydrous form G.

As for amorphous Regadenoson, these three new polymorphic forms are stable in dry conditions up to 96 hours at 80°C and do not give origin to degradation products. Moreover, in wet conditions (i.e. 25°C/90% RH) these new polymorphic forms do not give origin to degradation products. Finally we have surprisingly found that also the crystalline phase of Regadenoson polymorphic form G (anhydrous form) shows an unusual high stability if compared to polymorphic forms A-F and to the amorphous form: in fact polymorphic form G is not only stable when exposed to 90% RH at 25°C for 96 hour, but also to the heating up to 200°C.

The synthetic pathway for the preparation of amorphous Regadenoson according to the present invention is reported in the synthetic scheme 1. In this reaction scheme, conversion of 2-Halo adenosine (Hal= Chlorine or Iodine) into compound 2 follows the same procedure described in WO00/78779, WO2007092372 and Niiya, Kazunori et al. (Journal of Medicinal Chemistry, 35(24), 4557-61 ; 1992).

The synthetic step from compound 2 to amorphous Regadenoson is one object of the present invention and was developed in order to have the precipitation of this solid amorphous form directly from the reaction mixture in mild conditions with high chemical purity.




2-Halo adenosine

Hal=Cl, I

Compound 1

Compound 3 amorphous
(Regadenoson amorphous)

Compound 2

Scheme 1. Synthetic pathway of Regadenoson

The present invention will be now disclosed in the foregoing description also by means of figures and examples.

In the figures:

Figure 1: XRD of Regadenoson amorphous form;

Figure 2: XRD of Regadenoson crystalline form F (solvate form with ethanol);

Figure 3: XRD of Regadenoson form E (solvate form with trifluoroethanol);

Figure 4: XRD of Regadenoson form G (anhydrous form);

Figure 5: A XRD of Regadenoson form A (prior art);

Figure 6: Differential scanning calorimetry data of Regadenoson amorphous form;

Figure 7: Differential scanning calorimetry data of Regadenoson G (anhydrous form);

Figure 8: Stability data of Regadenoson amorphous form: XRD after 96 hours at 80°C under inert atmosphere;

Figure 9: Stability data of Regadenoson crystalline form F (solvate form with ethanol): XRD after 96 hours at 80°C under inert atmosphere;

Figure 10: Stability data of Regadenoson form E (solvate form with trifluoroethanol): XRD after 96 hours at 80°C under inert atmosphere.

Figure 11: Stability data of Regadenoson form G (anhydrous form): XRD after 96 hours at 80°C under inert atmosphere.

Figure 12: Stability data of Regadenoson form G (anhydrous form): XRD after 96 hours at 25°C/90% RH.

## DETAILED DESCRIPTION OF THE INVENTION

According to the present invention, and referring to the above Scheme 1, the process for the preparation of amorphous form of Regadenoson comprises the following steps:

a) reacting 2-(4-ethoxycarbonylpyrazol-1 -yl)adenosine (compound 2) with a dry solution of methylamine in a linear or branched $C_1$-$C_4$ alcohol to provide a reaction mixture;
b) maintaining said reaction mixture under stirring at a temperature comprised between 60-100°C in a pressure reactor in order to obtain the conversion of compound 2 into (1-{9-[(4S, 2R, 3R, 5R)-3, 4-dihydroxy-5-(hydroxymethyl) oxolan-2-yl]-6-aminopurin-2yl} pyrazol-4-yl)-N-methylcarboxamide (Regadenoson, compound 3);
c) removing unreacted methylamine from said reaction mixture;
d) cooling said reaction mixture from step c) to 10-25°C at a cooling rate of 1-2°C min;
e) diluting said reaction mixture from step d) 1:1 with a dry $C_{1-C4}$ alcohol to provide a precipitate of amorphous (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2yl} pyrazol-4-yl)-N-methylcarboxamide;
f) filtering said amorphous precipitate of step e) to isolate, and if desired
g) drying said precipitate.

In the following description, 2-(4-ethoxycarbonylpyrazol-1 -yl)adenosine is also named Ethyl 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazole-4-carboxylate and corresponds to Compound 2 in the above Scheme 1.

In the following description, (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2yl}pyrazol-4-yl)-N-methylcarboxamide is Regadenoson and corresponds to compound 3 in the above Scheme 1.

The reaction mixture of step a) is kept under stirring in a pressure reactor. The pressure is for example in the range of about 1-5 Bar.

Preferably, the reaction in step b) is run until complete conversion to Regadenoson. Reaction time may depend on reaction conditions, the solvent used, reactant concentration. Typically, the reaction is run for about 20-40 hours.

$C_1$-$C_4$ alcohol is methanol, ethanol, propanol isopropanol, n-butanol, sec-butanol, t-butanol. Ethanol is preferred, even more preferred is dry (absolute) ethanol.

The reaction temperature is selected according to reactant concentrations, the desired speed and other considerations according to the reaction environment and equipment. The conditions can be set by the person of ordinary skill in the art. For example, compound 2 is soluble even at room temperature at 0.1 M, while at 0.5 M dissolution occurs at 80°C. In any case, the reaction occurs also in suspension.

Removal of unreacted methylamine in step c) can be done with any ordinary means, for example by distillation under vacuum at about 30-60°C or at normal pressure at about 40°C.

The alcohol used in step e) is preferably the same alcohol used in the previous steps.

Drying the final product is a typical operation, which does not require detailed explanation. For example, drying can be performed under vacuum at 50-80°C for 48-96 hours, preferably in inert atmosphere.

According to a preferred embodiment of the present invention, the reaction is carried out using anhydrous ethanol and the concentration of methylamine in ethanol is comprised between 10 and 40% w/w, preferably 33%. The molar concentration of compound 2 in the reaction mixture is comprised between 0.5 and 0.1 M preferably 0.25 M. The preferred reaction temperature is comprised between 80-85°C at an operative pressure of about 3 Bar for a reaction time of about 30 hours.

In a preferred embodiment of the present invention, the workup of the reaction (steps c)-g)) is carried out by removing methylamine by distillation under vacuum (about 15% of the volume of reaction was distilled) at 40°C, cooling the reaction mixture at 20-25°C, diluting the reaction mixture 1:1 with anhydrous ethanol, maintaining the reaction mixture under stirring for 30-60' at 20-25°C and recovering the precipitate by filtration. Advantageously, this type of workup allows obtaining at the same time the amorphous form of Regadenoson with a high chemical purity. The wet product is dried under vacuum at 60°C for 72 hours to afford amorphous Regadenoson.

Amorphous form can be identified by standard techniques, well known to the person of ordinary skill in the art.

Diagnostic peaks of XRD spectrum are with 6 Halos: P1 (4.040 2Θ, 32%, width about 2.000 2Θ), P2 (14.080 2Θ, 33%, width about 3.300 2Θ), P3 (18.400 2Θ, 52%, width about 3.300 2Θ), P4 (21.520 2Θ, 57%, width about 2.666 2Θ), P5 (24.220 2Θ, 68%, width about 1.666 2Θ), P6 (26.480 2Θ, 100%, width about 4.998 2Θ)

DSC shows a one main exothermic peak at 245.6°C (onset 236.6°C) followed by one endothermic peak at 280.4°C.

Another object of the present invention is polymorphic form F of Regadenoson (solvate form with 0.5 moles of ethanol per mole of Regadenoson) and can be prepared by a process comprising:

a) treating amorphous Regadenoson in anhydrous ethanol, preferably at a concentration of 3-8% w/w under inert atmosphere, to provide a suspension;

b) maintaining said suspension at a temperature comprised between 15-40°C for 8-15 hours, to obtain a precipitate;

c) recovering said precipitate, for example by filtration; and if desired

d) drying said recovered precipitate under vacuum, for example at 40-80°C for 48-96 hours.

According to a preferred embodiment, in step a) the relative ratio between amorphous Regadenoson and ethanol is 5% w/w, in step b) said suspension is maintained under stirring at 20-25°C for 8-10 hours and in step d) said drying conditions are 60°C for 72 hours.

Polymorphic Form F can be identified by standard techniques, well known to the person of ordinary skill in the art.

Diagnostic peaks of XRD spectrum are: 2Θ values (relative intensity): 6.42 (40%), 10.38 (30%), 12.20 (29%), 12.80 (21%), 13.80 (36%), 16.24 (40%), 16.84 (24%), 19.28 (30%), 19.96 (23%), 20.20 (24%), 20.70 (42%), 22.00 (32%), 22.58 (19%), 23.38 (19%), 23.80 (31%), 25.04 (100%), 25.60 (48%), 26.28 (22%), 27.18 (73%), 28.48 (22%).

NMR spectrum is characterized by $CH_3CH_2OH$ signals adding to the signals of the well-known NMR of the amorphous form.

Also, elemental analysis provides a confirmation of the solvate form.

DSC shows one endothermic peak at 189°C (onset 183°C).

Another object of the present invention is polymorphic form E of Regadenoson (solvate form with 1 mole of trifluoroethanol for mole of Regadenoson) and can be prepared by a process comprising:

a) treating amorphous Regadenoson in dry trifluoroethanol, preferably at a concentration of 1-3%, at a temperature comprised between 15-50°C for 0.5-1.0 hour to provide a reaction mixture;

b) filtering said reaction mixture, recovering a filtrate

c) concentrating said filtrate under vacuum, typically at 40-60°C, to provide a residue;

d) maintaining said residue, preferably at the same temperature of concentration, under vacuum, for example for 24-72 hours.

According to a preferred embodiment, the relative ratio between amorphous Regadenoson and trifluoroethanol is 1% w/w and the solution is maintained under stirring at 20-25°C for 0.5 hour. The preferred temperature of evaporation is about 40°C and this temperature is maintained for 48 hours.

Polymorphic Form E can be identified by standard techniques, well known to the person of ordinary skill in the art.

Diagnostic peaks of XRD spectrum are: 2Θ values (relative intensity): 4.98 (100%), 12.08 (31%), 14.66 (52%), 17.60 (33%), 17.96 (31%), 19.20 (69%), 19.62 (93%), 20.24 (41%), 20.78 (34%), 21.08 (33%), 21.52 (36%), 23.18 (37%), 24.10 (42%), 24.24 (39%), 25.08 (38%), 25.52 (46%), 26.02 (85%), 26.64 (62%), 27.36 (54%), 27.66 (59%), 27.84 (64%), 28.74 (39%)

NMR spectrum is characterized by $CF_3CH_2OH$ signals adding to the signals of the well-known NMR of the amorphous form.

Also, elemental analysis provides a confirmation of the solvate form.

DSC shows a broad endothermic peak at 145°.

Polymorphic form G of Regadenoson (Regadenoson anhydrous) can be prepared by a process comprising the following steps:

a) treating amorphous Regadenoson in dry ethanol, preferably at a concentration of 4-7% w/v at a temperature comprised between 70-78°C for a time sufficient to convert said amorphous Regadenoson into the more stable thermodynamically form G, typically for 60-90 hours, to provide a reaction mixture;

b) cooling said reaction mixture down to 20-25°C to provide a precipitate;

c) isolating said precipitate, for example by filtration;

d) drying said isolated precipitate under vacuum at 40-60°C for 24-72 hours.

According to a preferred embodiment, the relative ratio between amorphous Regadenoson and ethanol is 5% w/v and the reaction mixture maintained under stirring at 80°C for 70 hours. The preferred drying conditions are 60°C for 24 hours.

Polymorphic form G can also be prepared directly from the reaction mixture disclosed in step b) of the above described process from compound 2 to amorphous Regadenoson. Once Compound 2 is converted into Regadenoson, the reaction is continued for a time sufficient to convert it into the more thermodynamically stable crystalline form G. Typically, the reaction is continued for at least 30 hours.

According to this embodiment, polymorphic form G of Regadenoson (crystalline anhydrous Regadenoson) is prepared by a process comprising:

a) reacting 2-(4-ethoxycarbonylpyrazol-1 -yl)adenosine (compound 2) with a dry solution of methylamine in a linear or branched C1-C4 alcohol to provide a reaction mixture;
b) maintaining said reaction mixture under stirring at a temperature comprised between 60-100°C in a pressure reactor in order to obtain the conversion of compound 2 into (1-{9-[(4S, 2R, 3R, 5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2yl}pyrazol-4-yl)-N-methylcarboxamide (Regadenoson, compound 3);
c) continuing the reaction for a time sufficient to convert Regadenoson into the more thermodynamically stable crystalline form G;
d) removing unreacted methylamine from said reaction mixture;
e) cooling said reaction mixture from step d) to 10-25°C at a cooling rate of 1-2°C min;
f) diluting said reaction mixture from step e) 1:1 with a dry $C_1$-C4 alcohol to provide a precipitate of crystalline anhydrous Regadenoson form G;
g) isolating said precipitate of step f), for example by filtration, and if desired
h) drying said precipitate.

According to a preferred embodiment the reaction is carried out using anhydrous ethanol and the concentration of methylamine in ethanol is comprised between 10 and 40%, preferably 33%. The molar concentration of compound 2 in the reaction mixture is comprised between 0.5 and 0.1 preferably 0.25 M. The preferred reaction temperature is comprised between 80-85°C at an operative pressure of about 3 Bar for a reaction time of about 70 hours. The workup of the reaction is realized by removing methylamine by distillation under vacuum (about 15% of the volume of reaction was distilled) at 40°C, cooling the reaction mixture at 20-25°C, diluting the reaction mixture 1:1 with anhydrous ethanol, maintaining the reaction mixture under stirring for 30' at 20-25°C and recovering the precipitate by filtration. The wet product was dried under vacuum at 60°C for 72 hours to afford Regadenoson polymorphic form G.

Polymorphic Form G can be identified by standard techniques, well known to the person of ordinary skill in the art.

Diagnostic peaks of XRD spectrum are: 2Θ values (relative intensity): 8.24 (100%), 14.90 (23%), 17.70 (20%), 18.16 (21%), 19.84 (20%), 21.92 (30%), 26.16 (44%), 27.68 (34%), 30.44 (21%).

Also, elemental analysis provides a confirmation of the anhydrous form.

DSC shows a main endothermic peak at 264.6°C.

Polymorphic Form G shows the important advantage of a great thermal stability also in wet conditions.

In the above identification of Regadenoson solid forms, the values of the several spectra and analytical data should be taken considering the possible errors, precision and accuracy typical of the kind of analytical technique used.

All the solid forms of Regadenoson of the present invention are stable from a chemical point of view, i.e. are characterized by high purity, especially in view of their use as drugs. Moreover, the solid forms

according to the present invention are thermodynamically stable and form G particularly stable in stressed wet conditions.

The advantages of the present invention are to provide a non-destructive method for the preparation of amorphous Regadenoson, going through a synthetic path involving mild reaction conditions.

The solid stable forms are also advantageous from a regulatory point of view, since stability of a crystalline form is a requirement for drug registration.

Also, from the industrial point of view, storage of this kind of forms is advantageous for their longer shelf-life.

Another object of the present invention are pharmaceutical compositions comprising Regadenoson in one of the polymorphic forms E, F or G, or mixtures thereof. Pharmaceutical compositions are well known in the art, as well as their methods of preparation. See for example "Remington's Pharmaceutical Sciences", last edition. Examples of pharmaceutical compositions are also provided in the above-mentioned references, see for example WO2012/149196. The pharmaceutical composition according to the present invention comprises a therapeutically effective dose of Regadenoson in a polymorphic form E, F or G, or mixtures thereof, in admixture with conventional excipients and vehicles. Typical therapeutic dosages can be found in the art, in particular for the drug Lexiscan®. Preferred compositions are injectable formulations, for example pre-filled syringes containing 0.4 mg/5 ml active ingredient.

Particularly preferred are pharmaceutical compositions in the form of injectable formulations.

The following examples further illustrate the invention.

EXPERIMENTAL SECTION

$^1$H NMR analyses were performed at 500 MHz with a Bruker FT-NMR AVANCETM DRX500 spectrometer. The infrared spectra (IR) were registered on a Perkin Elmer instrument (Mod FTIR Spectrum one) equipped with universal ATR sampling. DSC were registered on a Perkin Elmer instrument (Mod. DSC7) at a heating rate of 20 °C/min from 50°C to 310°C. X-Ray Diffraction spectra were registered by means of diffractometer (Rigaku-D-Max) from a start angle [1/2 2Θ] of 5.000 to 60.000. The diffraction diagrams were obtained employing a Cu anode (Ka = 1.54060 A and Ka = 1.54439 A).

The HPLC method utilized for the determination of the chromatographic purity of Regadenoson is here reported:

- column Prontosil C-18-AQ (250 x 4.6 mm, 5μm)
- column temperature: 45°C
- flow rate 1.5 ml/min
- detector UV= 260 nm

- gradient elution: time 0=95% phase A, 5% phase B; time 35'-75% phase A and 25% phase B; time 38'25% phase A and 75% phase B; time 40'-95% phase A and 5% phase B.
- phase A composition: 97% water / 0.1% triethylamine / 0.1% acetic acid / 3.0% acetonitrile (v/v/v/v)
- phase B composition: 10% of Phase A and 90% of acetonitrile (v/v)

**EXAMPLE 1**

Method A. Preparation of 2-Hydrazinoadenosine (Compound 1) from 2-Chloroadenosine

A mixture of 2-Chloroadenosine (100 g; 0.33 moles) and hydrazine hydrate (60-65% in water; 300 ml) was stirred while heating to 40-45 °C for 2.5 hours. The reaction mixture was then brought to 20-25°C and diluted under stirring with 96% ethanol (900 ml); the reaction mixture was then maintained under stirring for 8-10 hours and the precipitate collected by filtration. The filter cake was sequentially washed with water (400 ml) and ethanol cooled at 0°C (400 ml); the solid recovered was dried under reduced pressure for 24 hours at 40°C to afford 2-hydrazinoadenosine (80 g, 0.27 moles; 81% molar yield).

Method B. Preparation of 2-Hydrazinoadenosine (Compound 1) from 2-Iodoadenosine

A mixture of 2-Iodoadenosine (100 g; 0.25 moles), hydrazine monohydrate (98%; 80 ml) in 96% Ethanol (300 ml) was stirred at 40-45 °C for about 2 hours. The reaction mixture was then brought to 20-25°C and diluted under stirring with 96% ethanol (300 ml); the reaction mixture was then maintained under stirring for 8-10 hours and the precipitate collected by filtration. The filter cake was washed with 96% ethanol (2 x 140 ml) cooled to 0°C; the solid recovered was dried under reduced pressure for 24 hours at 40°C to afford 2-hydrazinoadenosine (66 g, 0.22 moles; 88% molar yields).

Compound 1 obtained according to methods A and B showed the same chemical-physical properties:

$^{1}$H-NMR (DMSO-d6). δ 3.55 (m, 1 H), 3.62 (m, 1 H), 3.0-4.0 (2bs partially overlapped to the previous system; 3H), 3.80 (dd, 1H), 4.15 (dd, 1H), 4.60 (t, 1H), 5.10 (bs, 2H), 5.90 (d, 1H), 6.90 (br s, 2 H), 7.25 (s, 1H), 7.98 (s, 1H).

MS (ESI positive): detectable the protonated molecular ion at m/z=298.4

IR (ATR). $cm^{-1}$: 3504, 3435, 3324, 3156, 2941, 2913, 1643, 1585, 1476, 1049, 1030.

**EXAMPLE 2**

Ethyl 1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazole-4-carboxylate which can also be identified as 2-(4-ethoxycarbonylpyrazol-1-yl)adenosine (compound 2)

To a suspension of 2-hydrazinoadenosine (25 g, 80 mmol) in a 1:1 mixture of MeOH/AcOH (450 ml) was added (ethoxycarbonyl)malondialdehyde (19 g, 120 mmol) and the mixture was heated at 80°C for 3 h.

The precipitate formed was collected by filtration and washed with ethanol and diethyl ether to afford 30 g (74 mmol; 92% molar yields) of compound (2) as acetate salt.

$^1$H-NMR (DMSO-d6) δ 1.25 (t, 3 H), 1.98 (s, 2.3H acetate), 3.58 (m, 1 H), 3.68 (m, 1 H), 3.90 (dd, 1 H), 4.15 (dd, 1 H), 4.25 (q, 2H), 4.60 (t, 1H), 5.0 (bs, 1 H), 5.20 (bs, 1 H), 5.50 (bs, 1 H), 5.90 (d, 1H), 7.80 (br s, 2 H), 8.08 (s, 1H), 8.4 (s, 1 H), 8.9 (s, 1H).

IR (ATR). cm$^{-1}$: 3486, 3334, 3195, 2982, 2941 , 1712, 1660, 1609, 1489, 1018, 982.

MP: 161.4°C

MS (ESI positive): detectable the protonated molecular ion at m/z=406.5

**EXAMPLE** 3

Amorphous (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2yl}pyrazol-4-yl)-N-methylcarboxamide (compound 3)

Compound 2 (21 g, 52 mmol) was suspended under stirring at 20-25°C in 33% solution of methylamine in absolute ethanol (210 ml). The mixture was heated under stirring at 80-85°C in a pressure reactor for 30 hours. After this period, the reaction mixture was concentrated under vacuum (12 mmHg) at 40°C to about 85% of the initial volume (i.e. to a final reaction volume of about 178 ml). The reaction temperature was brought to 20-25°C, then diluted with absolute ethanol (200 ml). The mixture was maintained under stirring for 30' at 20-25°C and the precipitate recovered by filtration, washed on the filter with absolute ethanol (200 ml) and dried under vacuum at 60°C for 72 hours to afford 17g (43.6 mmoles; 84% calculated on the dry substance) of compound 3 in an amorphous form with a chromatographic purity of 99.7% (determined by HPLC).

$^1$H-NMR (DMSO d6) δ 2.76 (d, 3 H, 4.6 Hz; $\underline{CH_3}$-NH), 3.67 and 3.57 (m, 2H; $\underline{CH_2}$OH), 3.96 (m, 1 H; $\underline{CH}$-$CH_2$), 4.17 (m, 1 H; 3'CH-OH), 4.62 (m, 1 H; 2'CH-OH), 5.02 (dd, 1H, 5.7 Hz; OH), 5.23 (bs, 1H; OH), 5.50 (d, 1H, 6.2 Hz; 2'O H), 5.94 (d, 1 H, 6.2 Hz; O-CH-N), 7.77 (bs, 2H; $NH_2$), 8.07 (s, 1 H; =N-N-CH=), 8.35 (q, 1H; NH), 8.41 (s, 1 H; N-CH=N), 8.95 (s, 1 H; CH=N). These spectroscopic data are in agreement with the proposed structure and with literature data (US8106183).

XRD (Figure 1). Amorphous Regadenoson with 6 Halos: P1 (4.040 2Θ, 32%, width about 2.000 2Θ), P2 (14.080 2Θ, 33%, width about 3.300 2Θ), P3 (18.400 2Θ, 52%, width about 3.300 2Θ), P4 (21.520 2Θ, 57%, width about 2.666 2Θ), P5 (24.220 2Θ, 68%, width about 1.666 2Θ), P6 (26.480 2Θ, 100%, width about 4.998 2Θ)

DSC (figure 6). One main exothermic peak at 245.6°C (onset 236.6°C) followed by one endothermic peak at 280.4°C.

IR (ATR). cm$^{-1}$: 3317, 3216, 2933, 1640, 1604, 1574, 1404, 1340, 1284, 1130, 1087, 1059, 1019, 975, 912, 863, 724.

MS (ESI positive): detectable the protonated molecular ion at m/z=391 .5

**EXAMPLE 4**

Polymorphic form F of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2yl}pyrazol-4-yl)-N-methylcarboxamide (compound 3 hemiethanolate)

Amorphous compound 3 (17 g) obtained from Example 3 was slurried in absolute ethanol (340 ml) under stirring at 20-25°C and nitrogen atmosphere for 8-10 hours. After this period the solid was recovered by filtration, washed on the filter with absolute ethanol (250 ml) and dried under vacuum at 60°C for 72 hours to afford 13 g of compound 3 in the polymorphic form F (67% molar yields). The HPLC purity of this compound is 99.7%

$^1$H-NMR (DMSO d6) δ 1.07 (t, 0.85 H, $\underline{CH_3}CH_2OH$), 2.76 (d, 3 H, 4.6 Hz; $\underline{CH_3}$-NH), 3.45 (dd, 0.57 H, $CH_3CH_2OH$) 3.67 and 3.57 (m, 2H; $\underline{CH_2}OH$), 3.96 (m, 1 H; $\underline{CH}$-CHA 4.17 (m, 1 H; 3'CH-OH), 4.45 (t, 0.44H, $CH_3CH_2OH$), 4.62 (m, 1 H; 2'CH-OH), 5.02 (dd, 1H, 5.7 Hz; OH), 5.23 (bs, 1H; OH), 5.50 (d, 1H, 6.2 Hz; 2'O H), 5.94 (d, 1 H, 6.2 Hz; O-CH-N), 7.77 (bs, 2H; $NH_2$), 8.07 (s, 1 H; =N-N-CH=), 8.35 (q, 1H; NH), 8.41 (s, 1 H; N-CH=N), 8.95 (s, 1 H; CH=N).

XRD (Figure 2). 2Θ values (relative intensity): 6.42 (40%), 10.38 (30%), 12.20 (29%), 12.80 (21 %), 13.80 (36%), 16.24 (40%), 16.84 (24%), 19.28 (30%), 19.96 (23%), 20.20 (24%), 20.70 (42%), 22.00 (32%), 22.58 (19%), 23.38 (19%), 23.80 (31 %), 25.04 (100%), 25.60 (48%), 26.28 (22%), 27.18 (73%), 28.48 (22%)

DSC: main endothermic peak at 189°C

IR (ATR). cm$^{-1}$: 3498, 3348, 3309, 3127, 3081, 2972, 2938, 1639, 1620, 1583, 1485, 1450, 1407, 1335, 1287, 1279, 1211, 1132, 1121, 1050, 1036, 1012, 980, 969, 919, 903, 886, 809, 790, 722, 665.

Elemental analysis data calculated for $\mathbf{C}_{15}H_{18}N_80_5$. ½ $C_2H_60_1$. Theoretical values: C=46.49%, H=5.12%, 0=21 .29%, N=27.11%. Found: C=46.55%, H=5.15%, 0=21 .35%, N=26.95%.

**EXAMPLE 5**

Polymorphic form E of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2yl}pyrazol-4-yl)-N-methylcarboxamide (compound 3 trifluoroethanolate)

1g (2.56 mmoles) amorphous compound 3 obtained according to Example 3 were dissolved in 2,2,2-trifluoroethanol (100 ml) under stirring at 20-25°C and nitrogen atmosphere and maintained under stirring for 30'. After this period, the solution was filtered (0.45 μιτι cutoff); the filtrate concentrated under vacuum at 40°C to residue to afford compound 3 in the polymorphic form E (980 mg).

$^1$H-NMR (DMSO d6) δ 2.78 (d, 3 H, 4.6 Hz; $\underline{CH_3}$-NH), 3.67 and 3.57 (m, 2H; $\underline{CH_2}OH$), 3.93 (dd, $CF_3\underline{CH_2}OH$). 3.98 (m, 1 H; $\underline{CH}$-$CH_2$), 4.19 (bs, 1 H; 3'$\underline{CH}$-OH). 4.62 (d, 1 H; 2'$\underline{CH}$-OH). 5.02 (dd, 1H, 5.7

Hz; OH), 5.23 (bs, 1H; OH), 5.50 (d, 1H, 6.2 Hz; 2'O H), 5.94 (d, 1 H, 6.2 Hz; O-CH-N), 6.08 (bs, $CF_3CH_2OH$), 7.77 (bs, 2H; $NH_2$), 8.07 (s, 1 H; =N-N-CH=), 8.35 (q, 1H; NH), 8.41 (s, 1 H; N-CH=N), 8.95 (s, 1 H; CH=N).

XRD (Figure 3). 2Θ values (relative intensity): 4.98 (100%), 12.08 (31 %), 14.66 (52%), 17.60 (33%), 17.96 (31 %), 19.20 (69%), 19.62 (93%), 20.24 (41 %), 20.78 (34%), 21.08 (33%), 21.52 (36%), 23.18 (37%), 24.10 (42%), 24.24 (39%), 25.08 (38%), 25.52 (46%), 26.02 (85%), 26.64 (62%), 27.36 (54%), 27.66 (59%), 27.84 (64%), 28.74 (39%)

DSC: broad endothermic peak at 145°C

IR (ATR). $cm^{-1}$: 3341 , 3270, 3127, 2920, 1643, 1578, 1537, 1519, 1488, 1449, 1423, 1413, 1369, 1342, 1276, 1197, 1141, 1090, 1060, 1023, 980, 947, 901 , 852, 826, 807, 788.

Elemental analysis data calculated for $C_{15}H_{18}N_8O_5 . C_2H_3O_1F_3$. Theoretical values: C=41 .64%, H=4.32%, **0** =19,57%, N=22.85%, F=1 1.62%. Found: C=41 .84%, H=4.52%, **0** =19,56%, N=22.65%, F=1 1.42%.

**EXAMPLE 6**

Polymorphic form G of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2yl}pyrazol-4-yl)-N-methylcarboxamide (compound 3 anhydrous) from amorphous compound 3

Amorphous compound 3 (500 mg; 1.28 mmoles) obtained from Example 3 was slurried in absolute ethanol (10 ml) under stirring at 80°C and nitrogen atmosphere for 70 hours. After this period the reaction mixture was brought to 20-25°C and the solid was recovered by filtration, washed on the filter with absolute ethanol (5 ml) and dried under vacuum at 60°C for 24 hours to afford 450 mg of compound 3 in the polymorphic form G (90% molar yields). The HPLC purity of this compound is 99.8%

$^1$H-NMR (DMSO d6) δ 2.76 (d, 3 H, 4.6 Hz; <u>$CH_3$</u>-NH), 3.66 and 3.56 (m, 2H; <u>$CH_2$</u>OH), 3.96 (m, 1 H; <u>CH</u>-$CH_2$), 4.18 (m, 1 H; 3'CH-OH), 4.62 (m, 1 H; 2'CH-OH), 5.04 (dd, 1H, 5.7 Hz; OH), 5.26 (bs, 1H; OH), 5.52 (d, 1H, 6.2 Hz; 2'O H), 5.94 (d, 1 H, 6.2 Hz; O-CH-N), 7.78 (bs, 2H; $NH_2$), 8.07 (s, 1 H; =N-N-CH=), 8.36 (q, 1H; NH), 8.42 (s, 1 H; N-CH=N), 8.96 (s, 1 H; CH=N).

XRD (Figure 4) 2Θ values (relative intensity): 8.24 (100%), 14.90 (23%), 17.70 (20%), 18.16 (21%), 19.84 (20%), 21.92 (30%), 26.16 (44%), 27.68 (34%), 30.44 (21 %)

DSC: main endothermic peak at 264.6°C

IR (ATR). $cm^{-1}$: 3329, 3292, 3225, 3159, 3142, 3100, 3021 , 2926, 2893, 1665, 1635, 1595, 1559, 1487, 1439, 1417, 1394, 1357, 1340, 1322, 1234, 1214, 1197, 1126, 1075, 1054, 1045, 1032, 1012, 992, 976, 919, 859, 850, 817, 790, 744, 715, 671 .

Elemental analysis data calculated for $C_{15}H_{18}N_8O_5$. Theoretical values: **C**=46. 15%, **H**=4.65%, **0** =20.49%, N=28.71 %. Found: **C**=46. 11%, **H**=4.67%, **0** =20.52%, **N**=28.75%

**EXAMPLE 7**

Polymorphic form G of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2yl}pyrazol-4-yl)-N-methylcarboxamide (compound 3 anhydrous) form compound 2.

Compound 2 (25.2 g, 62.4 mmoles) was suspended under stirring at 20-25°C in 33% solution of methylamine in absolute ethanol (252 ml). The mixture was heated under stirring at 80-85°C in a pressure reactor for 70 hours (the pressure registered on the reaction vessel was of 3 Bar). After this period, the reaction mixture was concentrated under vacuum (12 mmHg) at 40°C to about 85% of the initial volume (i.e. to a final reaction volume of about 214 ml). The reaction temperature was brought to 20-25°C then diluted with absolute ethanol (240 ml). The mixture was maintained under stirring for 30' at 20-25°C and the precipitate recovered by filtration, washed on the filter with absolute ethanol (240 ml) and dried under vacuum at 60°C for 72 hours to afford 19.7 g (50.5 mmoles; 80%) of compound 3 in an anhydrous form with a chromatographic purity of 99.8% (determined by HPLC).

The chemical-physical properties of the obtained compound 3 are the same obtained from Example 6.

**EXAMPLE 8**

Preparation of polymorphic form A of (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2yl}pyrazol-4-yl)-N-methylcarboxamide (compound 3) according to US8106183.

Polymorphic form A of compound 3 was prepared according to Experiment 4 of US8106183. The obtained sample was analyzed by XRD spectroscopy and corresponds to Regadenson monohydrate polymorphic form A (Figure 5)

Stability data registered on Compound 3 in the polymorphic forms A, E, F and amorphous

Qualified polymorphic forms A, E, F and amorphous form of compound 3 obtained according to Examples 3-6 were stored at 80°C in inert atmosphere and at 90% RH and 20-25°C for 96 hours. Samples stored at 80°C in inert atmosphere were analyzed at 72 and 96 hours for purity (HPLC) and solid state (XRD); also the samples stored at 90% RH and 20-25°C were analyzed after 96 hours for purity (HPLC) and solid state (XRD).

The stability data obtained on the variation of chromatographic purity (HPLC data) are shown in tables 1 and 2; the stability of the solid state of crystalline forms E, F and of the amorphous forms were checked by XRD on the samples stored for 96 hours at 80°C under inert atmosphere (Figures 8-11).

Table 1. HPLC stability data of different polymorphic form of Regadenoson at 80°C in inert atmosphere

| Time (hours) | Form A | Form E | Form F | Halo Amorphous | Form G |
|---|---|---|---|---|---|
| 0 | 99.5 | 99.6 | 99.8 | 99.7 | 99.8 |
| 72 | 99.5 | 99.4 | 99.7 | 99.7 | 99.8 |
| 96 | 99.5 | 99.6 | 99.7 | 99.7 | 99.8 |

Table 2. HPLC stability data of different polymorphic form of Regadenoson stored at 90% RH and 20-25°C

| Time (hours) | Form A | Form E | Form F | Halo Amorphous | Form G |
|---|---|---|---|---|---|
| 0 | 99.5 | 99.6 | 99.8 | 99.7 | 99.8 |
| 96 | 99.5 | 99.7 | 99.8 | 99.7 | 99.8 |

CLAIMS

1. A process for the preparation of the amorphous form of Regadenoson of formula



according to the following scheme:



comprising the following steps:

a) reacting 2-(4-ethoxycarbonylpyrazol-1 -yl)adenosine with a dry solution of methylamine in a linear or branched $C_1$-$C_4$ alcohol to provide a reaction mixture;
b) maintaining said reaction mixture under stirring at a temperature comprised between 60-1 **00°C** in a pressure reactor in order to obtain the conversion of said 2-(4-ethoxycarbonylpyrazol-1 -yl)adenosine into (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2yl}pyrazol-4-yl)-N-methylcarboxamide;
c) removing unreacted methylamine from said reaction mixture;
d) cooling said reaction mixture from step c) to 10-25 **°C** at a cooling rate of **1-2°C** min;
e) diluting said reaction mixture from step d) 1:1 with a dry $C_1$-$C_4$ alcohol to provide a precipitate of amorphous (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2yl} pyrazol-4-yl)-N-methylcarboxamide;
f) filtering said amorphous precipitate of step e) to isolate, and if desired
g) drying said precipitate.

2. The process according to claim 1, wherein in said step a) said $C_1$-$C_4$ alcohol is ethanol.
3. The process according to claim 2, wherein said ethanol is dry.
4. The process according to any one of claims 1-3, wherein in said step a) said methylamine is in a concentration of between 10 and 40%.

5. The process according to any one of claims 1-4, wherein in said step a) said 2-(4-ethoxycarbonylpyrazol-1 -yl)adenosine is in a molar concentration of between 0.5 and 0.1 M.
6. The process according to any one of claims 1-5, wherein in said step b) the reaction temperature is comprised between 80-85°C, the pressure is about 3 bar, the reaction time is about 30 hours.
7. The process according to any one of claims 2-6, wherein step c) is carried out by removing methylamine by distillation under vacuum at 40°C, step d) is carried out by cooling the reaction mixture at 20-25°C, step e) is carried out by diluting the reaction mixture 1:1 with anhydrous ethanol and maintaining the reaction mixture under stirring for 30-60' at 20-25°C.
8. Regadenoson solvate with one molecule of trifluoroethanol (Form E).
9. A process for the preparation of the Regadenoson solvate of claim 8 comprising:
    a. treating amorphous Regadenoson in dry trifluoroethanol, at a temperature comprised between 15-50°C for 0.5-1 .0 hour to provide a reaction mixture;
    b. filtering said reaction mixture, recovering a filtrate;
    c. concentrating said filtrate concentrated under vacuum, to provide a residue;
    d. maintaining said residue, preferably at the same temperature of concentration, under vacuum.
10. The process according to claim 9, wherein in step a) the relative ratio between amorphous Regadenoson and trifluoroethanol is 1% w/w and the solution is maintained under stirring at 20-25°C for 0.5 hour, in step c) the temperature of evaporation is about 40°C and in step d) this temperature is maintained for 48 hours.
11. Regadenoson solvate with 0.5 molecule of ethanol (Form F).
12. A process for the preparation of the Regadenoson solvate of claim 11 comprising:
    a. treating amorphous Regadenoson in anhydrous ethanol w/w under inert atmosphere, to provide a suspension;
    b. maintaining said suspension at a temperature comprised between 15-40°C for 8-15 hours, to obtain a precipitate;
    c. recovering said precipitate; and if desired
    d. drying said recovered precipitate.
13. The process according to claim 12, wherein, in step a) the relative ratio between said amorphous Regadenoson and ethanol is 5% w/w and in step b) said suspension is maintained under stirring at 20-25°C for 8-10 hours and in step d) said drying conditions are 60°C for 72 hours.
14. Crystalline anhydrous Regadenoson (form G).
15. A process for the preparation of crystalline anhydrous Regadenoson of claim 14 comprising:
    a. treating amorphous Regadenoson in dry ethanol, preferably at a concentration of 4-7% w/v at a temperature comprised between 70-78°C for a time sufficient to convert said amorphous Regadenoson into the more stable thermodynamically form G, typically for 60-90 hours, to provide a reaction mixture;
    b. cooling said reaction mixture down to 20-25°C to provide a precipitate;
    c. isolating said precipitate, for example by filtration;
    d. drying said isolated precipitate under vacuum at 40-60°C for 24-72 hours.
16. A process for the preparation of crystalline anhydrous Regadenoson of claim 14 comprising:

a. reacting 2-(4-ethoxycarbonylpyrazol-1 -yl)adenosine with a dry solution of methylamine in a linear or branched $C_{1-C4}$ alcohol to provide a reaction mixture;

b. maintaining said reaction mixture under stirring at a temperature comprised between 60-100°C in a pressure reactor in order to obtain the conversion of compound 2 into (1-{9-[(4S, 2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2yl}pyrazol-4-yl)-N-methylcarboxamide;

c. continuing the reaction for a time sufficient to convert Regadenoson into the more thermodynamically stable form;

d. removing unreacted methylamine from said reaction mixture;

e. cooling said reaction mixture from step d) to 10-25°C at a cooling rate of 1-2°C min;

f. diluting said reaction mixture from step e) 1:1 with a dry $C_1$-$C_4$ alcohol to provide a precipitate of crystalline anhydrous Regadenoson;

g. isolating said precipitate of step f); and if desired

h. drying said precipitate.

17. A pharmaceutical composition, in particular in injectable formulation, comprising the Regadenoson solvate of claim 8 or 11 or the crystalline anhydrous Regadenoson of claim 14 or mixtures thereof.


Intensity (cps)
3000
2000
1000
0
10.000
20.000
30.000
40.000
2theta (deg.)

FIGURE 1


Intensity (cps)
10000
8000
6000
4000
2000
0
2theta (deg.)
10.000
20.000
30.000
40.000

FIGURE 2


Intensity (cps)
5000
4000
3000
2000
1000
0
10.000
20.000
30.000
40.000
2theta (deg.)

FIGURE 3


Intensity (cps)
12000
10000
8000
6000
4000
2000
0
10.000
20.000
30.000
40.000

FIGURE 4


Intensity (cps)
20000
15000
10000
5000
0
10.000
20.000
30.000
40.000
2theta (deg.)

FIGURE 5



Peak = 280.40°C
Peak Height = 18.1156 mW
Area = 417.098 mJ
Delta H = 81.147 J/g
End = 258.46 °C
Onset = 236.56 °C
End = 283.61 °C
Onset = 270.77 °C
Area = -343.226 mJ
Delta H = -66.775 J/g
Peak = 245.60 °C
Peak Height = -8.3051 mW
317.1
300
250
200
150
100
50
20.34
Temperature (°C)
82.2
80
70
60
50
40
30
20
13.83
Heat Flow Endo Up (mW)


FIGURE 6


Peak = 264.60 °C
Peak Height = 36.2268 mW
Area = 703.020 mJ
Delta H = 89.557 J/g
End = 268.22 °C
Onset = 259.24 °C
Temperature (°C)
Heat Flow Endo Up (mW)
40
50
100
150
200
250
300
317,5
95,12
90
80
70
60
50
40
30
20
11,66

FIGURE 7


Intensity (cps)
4000
3000
2000
1000
0
10.000
20.000
30.000
40.000
2theta (deg.)

FIGURE 8


Intensity (cps)
6000
4000
2000
0
10.000
20.000
30.000
40.000
2theta (deg.)

FIGURE 9


Intensity (cps)
4000
3000
2000
1000
0
10.000
20.000
30.000
40.000
2theta (deg.)

FIGURE 10


Intensity (cps)
20000
15000
10000
5000
0
10.000
20.000
30.000
40.000
2theta (deg.)

FIGURE 11


Intensity (cps)
20000
15000
10000
5000
0
10.000
20.000
30.000
40.000
2theta (deg.)

FIGURE 12

# INTERNATIONAL SEARCH REPORT

International application No
PCT/EP2014/057247

A. CLASSIFICATION OF SUBJECT MATTER
INV. C07H19/167
ADD.

According to International Patent Classification (IPC) or to both national classification and IPC

B. FIELDS SEARCHED

Minimum documentation searched (classification system followed by classification symbols)
C07H

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)

EPO-Internal , WPI Data, CHEM ABS Data

C. DOCUMENTS CONSIDERED TO BE RELEVANT

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| X | WO 2008/028140 A1 (CV THERAPEUTICS INC [US]; LIEU HSAIO [US]; BLACKBURN BRENT [US]; BELAR) 6 March 2008 (2008-03-06) Scheme 3 compound 10 to compound 11 on p. 28-29; ----- | 1-7 |
| X | US 8 106 183 B2 (ZABLOCKI JEFF [US] ET AL) 31 January 2012 (2012-01-31) cited in the application column 12, last step from compound 4 to final product; ----- | 1-7 |
| X | WO 2012/149196 A1 (RELIABLE BIOPHARMACEUTICAL CORP [US]; WOOLDRIDGE LUZVIMINDA T [US]; MA) 1 November 2012 (2012-11-01) cited in the application claims 1-33 ----- | 14-17 |

☐ Further documents are listed in the continuation of Box C.

☒ See patent family annex.

* Special categories of cited documents :

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier application or patent but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art

"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 4 August 2014 | 20/08/2014 |

| Name and mailing address of the ISA/ | Authorized officer |
|---|---|
| European Patent Office, P.B. 5818 Patentlaan 2<br>NL - 2280 HV Rijswijk<br>Tel. (+31-70) 340-2040,<br>Fax: (+31-70) 340-3016 | Wolf, Claudia |

2

International application No.
PCT/EP2014/057247

## INTERNATIONAL SEARCH REPORT

**Box No. II Observations where certain claims were found unsearchable (Continuation of item 2 of first sheet)**

This international search report has not been established in respect of certain claims under Article 17(2)(a) for the following reasons:

1. ☐ Claims Nos.:
because they relate to subject matter not required to be searched by this Authority, namely:

2. ☐ Claims Nos.:
because they relate to parts of the international application that do not comply with the prescribed requirements to such an extent that no meaningful international search can be carried out, specifically:

3. ☐ Claims Nos.:
because they are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

**Box No. III Observations where unity of invention is lacking (Continuation of item 3 of first sheet)**

This International Searching Authority found multiple inventions in this international application, as follows:

see additional sheet

1. ☐ As all required additional search fees were timely paid by the applicant, this international search report covers all searchable claims.

2. ☐ As all searchable claims could be searched without effort justifying an additional fees, this Authority did not invite payment of additional fees.

3. ☒ As only some of the required additional search fees were timely paid by the applicant, this international search report covers only those claims for which fees were paid, specifically claims Nos.:

14-17 (partially)

4. ☐ No required additional search fees were timely paid by the applicant. Consequently, this international search report is restricted to the invention first mentioned in the claims; it is covered by claims Nos.:

**Remark on Protest**

☐ The additional search fees were accompanied by the applicant's protest and, where applicable, the payment of a protest fee.

☐ The additional search fees were accompanied by the applicant's protest but the applicable protest fee was not paid within the time limit specified in the invitation.

☒ No protest accompanied the payment of additional search fees.

International Application No. PCT/ EP2Q14/ 057247

**FURTHER INFORMATION CONTINUED FROM PCT/ISA/** 210

This International Searching Authority found multiple (groups of) inventions in this international application, as follows:

1. claims: 1-7

   A process for the preparation of the amorphous form of Regadenoson.

   ---

2. claims: 8-10(completely) ; 17(partially)

   Regadenoson solvate with one molecule of trifluoroethanol (Form E) and process for its preparation.

   ---

3. claims: ll-13 (completely) ; 17(partially)

   Regadenoson solvate with 0,5 molecule of ethanol (Form F) and its preparation.

   ---

4. claims: 14-16(completely) ; 17(partially)

   Regandenoson (form G) and its preparation.

   ---

# INTERNATIONAL SEARCH REPORT

Information on patent family members

International application No
PCT/EP2014/057247

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| WO 2008028140 A1 | 06-03-2008 | AU 2007289037 A1 | 06-03-2008 |
| | | BR PI0716174 A2 | 24-09-2013 |
| | | CA 2662278 A1 | 06-03-2008 |
| | | CN 101511366 A | 19-08-2009 |
| | | EP 2056834 A1 | 13-05-2009 |
| | | JP 2010502649 A | 28-01-2010 |
| | | KR 20090047499 A | 12-05-2009 |
| | | RU 2009106862 A | 10-09-2010 |
| | | US 2008213165 A1 | 04-09-2008 |
| | | WO 2008028140 A1 | 06-03-2008 |
| US 8106183 B2 | 31-01-2012 | AU 2007212542 A1 | 16-08-2007 |
| | | CA 2640089 A1 | 16-08-2007 |
| | | CN 102260311 A | 30-11-2011 |
| | | EP 1989214 A1 | 12-11-2008 |
| | | EP 2581381 A2 | 17-04-2013 |
| | | JP 5326156 B2 | 30-10-2013 |
| | | JP 2009525347 A | 09-07-2009 |
| | | JP 2013010791 A | 17-01-2013 |
| | | JP 2013014620 A | 24-01-2013 |
| | | KR 20080090491 A | 08-10-2008 |
| | | KR 20130130868 A | 02-12-2013 |
| | | NZ 570239 A | 30-09-2011 |
| | | US 2007225247 A1 | 27-09-2007 |
| | | US 2007265445 A1 | 15-11-2007 |
| | | US 2010179313 A1 | 15-07-2010 |
| | | US 2010267953 A1 | 21-10-2010 |
| | | US 2011257387 A1 | 20-10-2011 |
| | | US 2012165350 A1 | 28-06-2012 |
| | | US 2014213539 A1 | 31-07-2014 |
| | | WO 2007092372 A1 | 16-08-2007 |
| WO 2012149196 A1 | 01-11-2012 | US 2014045781 A1 | 13-02-2014 |
| | | WO 2012149196 A1 | 01-11-2012 |

# Exhibit J

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | | |
|---|---|---|
| Astellas US LLC et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 18-1675-CFC |
| Apotex Inc. et al. | ) | |
| | ) | **CONFIDENTIAL** |
| *Defendant* | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Euticals, Inc., 2460 West Bennett Street, Springfield, Missouri 65807, USA

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: See Attachments A and B.

| Place: At a mutually agreed place | Date and Time: 08/31/2020 6:00 pm |
|---|---|

❒ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 08/17/2020

*CLERK OF COURT*

OR

_______________________ /s/ Brittany B. Amadi

*Signature of Clerk or Deputy Clerk* *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Astellas US LLC and Astellas Pharma US, Inc. , who issues or requests this subpoena, are:

Brittany B. Amadi, Brittany.Amadi@wilmerhale.com, 202-663-6022

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No. 18-1675-CFC

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)***

I received this subpoena for *(name of individual and title, if any)* ______________________
on *(date)* ______________ .

❒ I served the subpoena by delivering a copy to the named person as follows: ______________________
______________________________________________ on *(date)* ______________ ; or

❒ I returned the subpoena unexecuted because: ______________________
______________________________________________ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ ______________ .

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc.:

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1)** ***For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
**(i)** is a party or a party's officer; or
**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2)** ***For Other Discovery.*** A subpoena may command:
**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1)** ***Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2)** ***Command to Produce Materials or Permit Inspection.***
**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** ***Quashing or Modifying a Subpoena.***
**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
**(i)** fails to allow a reasonable time to comply;
**(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
**(iv)** subjects a person to undue burden.
**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or
**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
**(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1)** ***Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:
**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** ***Claiming Privilege or Protection.***
**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
**(i)** expressly make the claim; and
**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

# Attachment A

**SCHEDULE 1: DEFINITIONS APPLICABLE TO ATTACHMENT A**

1. Notwithstanding any definition set forth below, each word, term, or phrase used in these requests is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure.

2. "Hospira" shall refer to Hospira, Inc., and all of Hospira's corporate parents, corporate predecessors, corporate successors, and all past or present subsidiaries, affiliates, divisions, units, departments, officers, directors, principals, agents, employees, representatives, assigns, attorneys, experts, insurers, and each person acting or purporting to act on its behalf.

3. "Euticals," "you," "your," and "yours" shall refer to Euticals, Inc., and all of Euticals' corporate parents, corporate predecessors, corporate successors, and all past or present subsidiaries, affiliates, divisions, units, departments, officers, directors, principals, agents, employees, representatives, assigns, attorneys, experts, insurers, and each person acting or purporting to act on its behalf.

4. "Hospira ANDA" shall refer to Hospira's Abbreviated New Drug Application No. 214349.

5. "Hospira ANDA Product" means the proposed drug product that is the subject of the Hospira ANDA.

6. "Hospira ANDA API" means the Regadenoson you manufacture on behalf of Hospira, including but not limited to the Regadenoson manufactured in Lot Nos. US18600250, US18600308, and US18600671.

7. "DMF" or "your DMF" shall refer to drug master file number 030542.

8. "Basis" means all facts and legal authority in support thereof.

9. "Communication" means any transmission of information by one or more persons and/or between two or more persons by means including, without limitation, telephone

conversations, letters, telegrams, teletypes, telexes, telecopies, e-mail, text messages, other computer linkups, written memoranda, and face-to-face conversations.

10. "Concerning" means relating to, referring to, describing, evidencing, or constituting.

11. "Document" means the complete original (or complete copy where the original is unavailable) and each non-identical copy (where different from the original because of notes made on the copy or otherwise) of any writing or record, including but not limited to all written, typewritten, handwritten, printed, electronic materials (including e-mail), or graphic matter of any kind or nature, however produced or reproduced, any form of collected data for use with electronic data processing equipment, and any mechanical or electronic visual or sound recordings, including, without limitation, all tapes and discs, now or formerly in your possession, custody, or control, including all documents as defined in the broadest sense permitted by the Federal Rules of Civil Procedure.

12. "FDA" means the United States Food and Drug Administration, including any of its centers, departments, divisions, offices, subsidiaries, and/or other units.

13. "Including" means including but not limited to.

14. "Lexiscan®" refers to the product that is the subject of New Drug Application ("NDA") No. 022161.

15. As used herein, "this Litigation" shall refer to *Astellas US LLC v. Apotex Inc.*, C.A. No. 1:18-cv-01675-CFC (D. Del.) and the consolidated cases: *Astellas US LLC v. Sandoz Inc.*, C.A. No. 1:18-cv-01676-CFC (D. Del.); *Astellas US LLC v. Sun Pharma Global FZE*, C.A. No. 1:18-cv-01677-CFC (D. Del.); *Astellas US LLC v. Dr. Reddy's Laboratories, Ltd.*, C.A. No. 1:19-cv-01160-CFC (D. Del.); *Astellas US LLC v. Accord Healthcare, Inc.*, C.A. No. 1:19-cv-

01199-CFC (D. Del.); *Astellas US LLC v. International Medication Systems, Ltd.*, C.A. No. 1:20-cv-00273-CFC (D. Del.); *Astellas US LLC v. Gland Pharma Ltd.*, C.A. No. 1:20-cv-00347-CFC (D. Del.); *Astellas US LLC v. Glenmark Pharm. Ltd.*, C.A. No. 1:20-cv-00516-CFC (D. Del.); *Astellas US LLC v. Hospira, Inc.*, C.A. No. 1:20-cv-00893-CFC (D. Del.).

16. As used herein, "Patents-in-Suit" means U.S. Patent Nos. 8,106,183, RE 47,301, 8,524,883, and any patents later asserted in this Litigation.

17. "Person" means any natural person or any business, legal, or governmental entity or association.

18. "Plaintiff" or "Plaintiffs" shall refer to Astellas US LLC; Astellas Pharma US, Inc.; and Gilead Sciences, Inc., collectively.

19. "Regadenoson" shall mean (1-{9-[(4S,2R,3R,5R)-3,4-dihydroxy-5-(hydroxymethyl)oxolan-2-yl]-6-aminopurin-2-yl}pyrazol-4-yl)-N-methylcarboxamide or




in any form, including any polymorphic forms, solvates, or hydrates.

20. "Regadenoson Product" or "product containing Regadenoson" shall refer to any product, composition, or formulation containing Regadenoson, including but not limited to the Hospira ANDA Product, the Hospira ANDA API, and Lexiscan®.

21. “Relate to,” “relates to,” “refers to,” or “relating to” means relating to, referring to, mentioning, discussing, reflecting, containing, stating, describing, embodying, evidencing, constituting, dealing with, or making reference to in any way.

22. “Representative Sample” means a subset that accurately reflects the age, composition, and quality of members of the entire set.

23. “Thing” shall mean any physical specimen or other tangible item other than a Document, in your possession, custody, or control.

24. The use of the singular form of any word shall include the plural form and vice versa.

25. The use of a verb in any tense shall be construed as the use of the verb in all other tenses.

26. The use of any definition for the purposes of these requests shall not be deemed to constitute an agreement or acknowledgement on the part of Plaintiffs that such definition is accurate, meaningful, or appropriate for any other purpose in this Litigation.

**SCHEDULE 2: INSTRUCTIONS APPLICABLE TO ATTACHMENT A**

1. Each request should be construed independently and not with reference to any other request for the purposes of limitation.

2. If you perceive any ambiguity in construing any request or any applicable definition or instruction, you should set forth the matter deemed too ambiguous and the construction you selected or used in responding to the request.

3. If you object to any portion of the request, you should identify the portion to which you object, state the basis for the objection, and respond to the remainder.

4. If you object to any request on the basis of a contention that it is overbroad, you should provide a response that narrows the request in a way that eliminates the purported over-breadth, and state the extent to which you have narrowed that request for the purpose of your response.

5. If any portion of any Document or tangible thing is responsive to any request herein, then the entire Document or tangible thing must be produced. If any requested Document or tangible thing cannot be produced in full, then you must produce that Document or tangible thing to the greatest extent possible. Whenever a Document or tangible thing is not produced in full, or is produced in redacted form, you must indicate this on the document or tangible thing produced.

6. If any of the requested Documents are withheld from production (including by redaction) on the grounds of attorney-client privilege or the work-product doctrine, you shall furnish a log of such Documents providing at least the following information for each such Document: the Document's date, signatory or signatories, author(s), addressee(s), each other person who received a copy, the subject matter of the Document, its location and custodian, and

the basis for the claim of privilege. Such information should be supplied in sufficient detail to permit Plaintiffs to assess the applicability of the privilege claimed.

7. If any of the requested Documents were discarded or destroyed, state: (a) the date of the discard or destruction; (b) the reason for the discard or destruction; (c) the identity of the person who discarded or destroyed the Document; and (d) the location of the files where the Document was maintained prior to its discard or destruction and the identity of each person having had access to those files.

8. In answering each request, furnish all information that is now available to you regardless of whether the information is possessed directly by you or your agents, employees, representatives, independent contractors, investigators, or unless privileged, by your attorneys or by their agents, employees, representatives, or investigators.

9. If you believe that any document or any portion of any document is CONFIDENTIAL within the meaning of the Protective Order attached as Attachment B, you may designate the document pursuant to that protective order and request confidential treatment of the document.

10. In producing samples of the Hospira ANDA API and Form F Regadenoson, the requested samples shall be packaged as they would be if offered for sale or sold and include any applicable instructions for storing the product. In addition, the requested samples shall be packaged for shipment and transported under conditions that do not compromise their integrity. To the extent storage conditions require climate control, Plaintiffs expect that Euticals will (1) notify Plaintiffs when they should expect a shipment requiring climate control prior to shipment; (2) provide the shipping and tracking information to Plaintiffs at the time of shipment; (3) clearly label the exterior of the shipment with its storage conditions; and (4) include climate monitoring

and a temperature data logger with the shipment to show shipping and handling consistent with storage conditions. Samples shall be produced to Dr. Daniel T. Smith, Purdue University, Department of Industrial and Physical Pharmacy, 575 Stadium Mall Drive, West Lafayette, IN 47907.

11. In producing Documents, produce the originals if the originals differ in any respect from copies. Documents that are in paper form or that constitute other physical objects from which recorded information may be visually read, as well as audio or video tapes and similar recordings, should be produced in their original form or in copies that are exact duplicates of the originals. Computer files and similar electronic records should be produced in a readable form mutually agreed upon by the parties.

12. In producing Documents, all Documents that are physically attached to each other shall be produced in that form. Documents are to be produced in their entirety without redaction. Documents should be produced either (a) as they are kept in the ordinary course of business, complete with the original file folders, binders, or other containers in which they are stored (or legible copies of the labels from those folders, binders, or containers), or (b) organized according to the Document request(s) to which they are responsive. If you elect the latter mode of production, each Document or set of Documents from a particular file, binder, or other container should be accompanied by a legible copy of the label from that container or some other reliable indicator of the file from which it was taken.

13. To the extent any Document exists in more than one language, the Document shall be produced in English, if available.

14. With the exception of Instruction No. 10 above, all documents or tangible things produced pursuant hereto are to be delivered electronically to Brittany Amadi, Wilmer Cutler

Pickering Hale and Dorr LLP, 1875 Pennsylvania Ave. NW, Washington, DC 20006 at brittany.amadi@wilmerhale.com, or at such other place as may be mutually agreeable to counsel, by no later than August 31, 2020.

**SCHEDULE 3: REQUESTS FOR PRODUCTION**

1. All communications, correspondences, or contacts between you and the FDA related to the Hospira ANDA, the Hospira ANDA Product, the Hospira ANDA API, and/or your DMF, including all deficiency letters, complete response letters, tentative approval letters, final approval letters, and responses to the foregoing and any amendment, supplemental filing, or addition thereto, and including all letters, e-mails, teleconference minutes, notes, meeting minutes, and other Documents from or reflecting discussions held between you and the FDA.

2. All Documents relating to the preparation of your DMF, including internal meeting minutes, notes, internal correspondence, draft submissions, and plans.

3. A complete copy of your DMF.

4. Documents sufficient to show all batches of the Hospira ANDA API for which samples were or will be created, including the dates on which such samples were or will be created or were discarded, and the retest period determined for such samples.

5. A Representative Sample of at least 2 grams of each batch or lot of the Hospira ANDA API that have been stored under the applicable storage conditions in the ANDA or drug master file and are clearly marked with a batch number and retest date. The requested samples shall be packaged and shipped as set forth above in Schedule 2, Instruction No. 10, under conditions that do not compromise their integrity. To the extent storage conditions require climate control, Plaintiffs expect that Euticals will (1) notify Plaintiffs when they should expect a shipment requiring climate control prior to shipment; (2) provide the shipping and tracking information to Plaintiffs at the time of shipment; (3) clearly label the exterior of the shipment with its storage conditions; and (4) include climate monitoring and a temperature data logger with the shipment to show shipping and handling consistent with storage conditions.

6. A Representative Sample of at least 2 grams of Form F Regadenoson used in the synthesis of each batch or lot of the Hospira ANDA API that are clearly marked with a batch number. As set forth in Schedule 2, Instruction No. 10, the samples shall be packaged for shipment and transported under conditions that do not compromise their integrity.

7. All Documents relating to research and development of Regadenoson, including but not limited to the Hospira ANDA API, including any consideration, development, testing, or manufacture of any polymorphic forms, including hydrates or other solvates, of Regadenoson.

8. All Documents relating to any analysis or testing of the Hospira ANDA API, including but not limited to testing related to impurities, x-ray powder diffraction (XRPD) testing, $^{1}H$ NMR testing, Karl Fisher titration, Differential Scanning Calorimetry (DSC), Thermogravimetric Analysis (TGA), and/or Elemental Analysis, the identity of all batches or lots tested, the method of analysis and testing conditions, the dates of any such testing, and the results from the testing.

9. All Documents relating to any comparison of the Hospira ANDA API to Lexiscan® or any other Regadenoson Product.

10. Documents sufficient to show Euticals' agents and employees who have knowledge regarding your DMF, the Hospira ANDA API, or the Hospira ANDA Product.

11. All Documents concerning communications between you and Hospira concerning the Patents-in-Suit, Lexiscan®, the Hospira ANDA Product, the Hospira ANDA API, the Hospira ANDA, your DMF, this Litigation, or any potential litigation involving Regadenoson Products.

12. All agreements concerning the Hospira ANDA, the Hospira ANDA Product, the Hospira ANDA API, your DMF, or any Regadenoson Products, including but not limited to manufacturing or supplier agreements.

# Attachment B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; and GILEAD SCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC.,<br><br>Defendant. | C.A. No. 18-1675-CFC |
| ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; and GILEAD SCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendant. | C.A. No. 18-1676-CFC |
| ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; and GILEAD SCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SUN PHARMA GLOBAL FZE,<br><br>Defendant. | C.A. No. 18-1677-CFC |

ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; and GILEAD SCIENCES, INC.,

Plaintiffs,

v.

WOCKHARDT BIO AG and WOCKHARDT USA LLC,

Defendant.

C.A. No. 18-1678-CFC

**[PROPOSED] PROTECTIVE ORDER**

Plaintiffs Astellas US LLC, Astellas Pharma US, Inc., and Gilead Sciences, Inc., ("Astellas LLC," "Astellas Pharma," together, "Astellas," and "Gilead," respectively, or collectively, "Plaintiffs") and Defendants Apotex, Inc. ("Apotex"); Sandoz Inc. ("Sandoz"); Sun Pharma Global FZE ("Sun"); and Wockhardt Bio AG and Wockhardt USA, LLC (together, "Wockhardt") (collectively, "Defendants") (Plaintiffs and Defendants collectively, "Parties"), having stipulated to the entry of this Protective Order ("Protective Order") under Federal Rule of Civil Procedure 26(c), and it appearing that such an order is necessary, appropriate, and will facilitate the orderly completion of discovery, it is ORDERED as follows:

1. **Scope of Order and Definitions.** This Protective Order shall apply to all information, documents, and things produced by any Producing Party or third party to a Receiving Party in the above-captioned consolidated litigation ("Action") including, without limitation, all testimony adduced at depositions, documents or things produced in response to requests for the production of documents and things, answers to interrogatories, responses to requests for admission, and all other discovery taken pursuant to the Federal Rules of Civil Procedure, as well as hearing or trial transcripts, matters in evidence, and any other information furnished, directly or indirectly, by or on behalf of any Party to this Action.

a. "Party" shall refer to each of Astellas, Gilead, Apotex, Sandoz, Sun, and Wockhardt, individually, as well as any other party to an action that is consolidated with this Action.

b. The term "Producing Party" shall mean the party or person from whom discovery has been sought, and who has designated documents or information as Confidential Information under this Protective Order.

c. The term "Receiving Party" shall mean a party to whom the Confidential Information is disclosed.

d. "Litigation Documents" shall mean any document filed, lodged, or served with the Court in any of the above-referenced litigation matters, whether or not filed or lodged under seal, including, without limitation, any pleadings, motions, memoranda, briefs, letters, declarations, affidavits, statements; written discovery responses served under the Federal Rules of Civil Procedure, including interrogatory responses and responses to requests for admission; deposition transcripts and exhibits; disclosures served under the Federal Rules of Civil Procedure or the Court's Local Rules; and expert reports and declarations, whether filed or lodged with the Court or not.

e. "Protected Data" shall refer to any information that a party believes in good faith to be subject to federal, state or foreign data protection laws or other privacy obligations. Protected Data constitutes highly sensitive materials requiring special protection. Examples of such data protection laws include but are not limited to the Health Insurance Portability and Accountability Act and the regulations thereunder, 45 CFR Part 160 and Subparts A and E of Part 164 (medical information).

2. **"Confidential Information."** Any Party to this Action and any third party shall have the right to designate information, documents, or things, in accordance with the procedures set forth in Paragraph 4, as "Confidential Information" subject to this Protective Order. "Confidential Information" includes any information, document or thing, or portion of any document or thing that contains sensitive business or personal information, the disclosure of which is likely to cause harm to an individual or to the business or competitive position of the designating party and further includes information that may be required to be designated as such under applicable foreign law. Confidential Information may include, but is not limited to, information:

a. that contains trade secrets, competitively sensitive technical, marketing, financial, sales, proprietary or other confidential business information (including but not limited to non-public information concerning research, development, testing, formulation or evaluation of pharmaceuticals, future products, strategic plans, production, marketing, shipment, non-public patent applications and files, non-public manufacturing information, license and settlement agreements or negotiations, non-public information concerning drug applications, and non-public communications with the Food and Drug Administration), and internal communications and drafts relating to the foregoing;

b. that contains private or confidential personal information;

c. that contains information received in confidence from vendors, suppliers, and/or other third parties; or

d. which the Producing Party otherwise believes in good faith to be entitled to protection under Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure.

All copies, recordings, abstracts, excerpts, analyses, or other writings, documents, or things that contain, reveal, or otherwise disclose such Confidential Information shall be deemed Confidential Information.

3. Confidential Information shall not include:

a. Any information that at the time of its disclosure in this Action is part of the public domain;

b. Any information that after its disclosure in this Action has become part of the public domain through no improper act, omission, or fault of any Receiving Party;

c. Any information that at the time of its disclosure in this Action is rightfully in the possession of the Receiving Party, its trial counsel, or any expert retained by or for the Receiving Party under no obligation of confidentiality;

d. Any information that after its disclosure in this Action is rightfully received without any obligation of confidentiality by the Receiving Party, its trial counsel, or any expert retained by or for the Receiving Party from a third party having the right to disclose such information; or

e. Any information that was independently developed by the Receiving Party without the use of or reliance upon any designated material disclosed by the Producing Party. Procedures for designating Confidential Information are set forth in Paragraph 4 below.

4. **Designating Confidential Information.** The Producing Party may designate material as Confidential Information in the following manner:

a. **Documents and Things.** The Producing Party shall label or mark documents and things that constitute or contain Confidential Information, including without limitation any information, document, thing, interrogatory answer, admission, pleading or other

Case 1:18-cv-01675-CFC Document 51 Filed 03/21/19 Page 6 of 29 PageID #: 925

paper filed with the Court or served on other parties in this Action, or testimony, with a legend in the following or substantially similar form: "CONFIDENTIAL." Every page of the document on which Confidential Information appears shall be so labeled or marked.

b. **Non-Written Material.** With respect to non-written material and other material that cannot be marked on its face, such as recordings, magnetic media, photographs, and things, the Producing Party shall label or mark the material, the container, or the package with an appropriate legend in the form set forth in Paragraph 4.a in any suitable manner.

c. **Inspections of Documents and Things.** Inspections of documents and things by any Party shall be conducted by persons authorized to access Confidential Information under Paragraph 7 below. Such persons shall initially treat all information obtained from any inspection as containing Confidential Information until such time as copies of the documents or things from the inspection are produced, and, thereafter, such produced documents and things shall be treated in accordance with the confidentiality designation appearing on the document or thing at the time of its production.

d. **Court Filings and Written Discovery.** Any Litigation Documents, or any discovery request or response served on a Party, containing Confidential Information shall be designated on its face near the caption with an appropriate legend in the form set forth in Paragraph 4.a. In addition, every response to written discovery that contains or constitutes Confidential Information shall indicate that it constitutes or contains Confidential Information.

e. **Deposition Testimony.** All deposition transcripts shall be deemed to be and shall be treated as containing Confidential Information. To de-designate deposition testimony, the Party seeking de-designation must first provide written notice to all counsel of record of the specific pages and lines that do not contain Confidential Information. No

deposition testimony shall be de-designated without consent by the Producing Party or order of the Court.

5. **Use of Confidential Information.** All Confidential Information received from a Producing Party shall be disclosed, disseminated, and used by the Receiving Party solely for purposes of the prosecution of any infringement claims or defenses currently at issue or later raised in this Action; shall not be used by the Receiving Party for any other business, commercial, competitive, personal, regulatory (including Citizens Petitions or lawsuits against FDA), or other purpose; and shall not be disclosed by the Receiving Party to anyone other than those set forth in Paragraph 7, unless and until the restrictions herein are removed either by written agreement of counsel for the Producing Party or by order of the Court. It is, however, understood that counsel or representatives for a Party, including any In-House Personnel, as defined in Paragraph 7.b, may give advice and opinions to his or her client solely relating to the above-captioned Action based on his or her evaluation of Confidential Information, provided that such advice and opinions shall not directly or indirectly reveal the content of such Confidential Information except by prior written agreement of counsel for the Producing Party or by order of the Court. Without prior written consent of the Producing Party, Plaintiffs may not disclose the Confidential Information of any Defendant to another Defendant. However, Plaintiffs may disclose any Litigation Document containing more than one Defendants' Confidential Information to outside counsel of record for any Defendant. Outside counsel of record for a Defendant receiving such Litigation Document may not disclose Confidential Information of any other Defendant to any other Party or person without the Producing Party's consent.

6. **Maintenance of Confidential Information.** Designations of Confidential Information shall constitute a representation that there is a valid basis for such designation. The

Case 1:18-cv-01675-CFC Document 51 Filed 03/21/19 Page 8 of 29 PageID #: 927

attorneys of record for the Parties shall exercise reasonable efforts to ensure that the information and documents governed by this Protective Order are (i) used only for the purposes set forth herein, and (ii) disclosed only to authorized persons. Moreover, any person in possession of Confidential Information shall exercise reasonably appropriate care with regard to the storage, custody, or use of such Confidential Information to ensure that the confidential nature of the same is maintained.

7. **Access to Confidential Information.** Upon a request by another Party, a Party shall confirm in writing whether any Litigation Document, summary, description, report, writing, or thing contains that Party's Confidential Information within two (2) business days of receiving any such request. Except with the prior written consent of the Producing Party, Confidential Information, the contents of Confidential Information, and any summary, description, report, writing, or thing containing or revealing such material, may be disclosed only to the following individuals under the following conditions:

a. Outside counsel of record for the respective Parties to this litigation (herein defined as any attorney at the Parties' outside law firms);

b. Subject to Paragraph 11.b, up to three (3) employees of each Party, or any parent or subsidiary entities of each Party, at any given time who are either licensed to practice law in any jurisdiction or who are actively working on or responsible for this case and are required to participate in decisions with reference to this Action (hereinafter an "In-House Personnel"), provided that before the disclosure of any Confidential Information such In-House Personnel has signed the undertaking attached hereto as Exhibit A and been approved by the Producing Party according to Paragraph 11;

c. Outside experts or consultants retained by outside counsel for purposes of this Action, provided they have signed a non-disclosure agreement in the form attached hereto as Exhibit B and have been approved by the Producing Party according to Paragraph 11, and who are employed, retained, or otherwise consulted by outside counsel of record to assist in any way in the preparation for trial of this litigation;

d. Secretarial, paralegal, clerical, duplicating, staff and data processing personnel of sub-categories (a), (b), and (c);

e. The Court and court personnel, in the conduct of their official duties, and the trier of fact;

f. Any deponent may be shown or examined on any Confidential Information if it appears that the witness was the author, recipient, or intended recipient of the information, was involved in the subject-matter described therein, or is or was employed by the party who produced the information, document, or thing, or if the Producing Party consents to such disclosure; and

g. Vendors retained by or for the Parties to assist in preparing for pretrial discovery, trial, and/or hearings, including, but not limited to, court reporters, litigation support services (e.g., photocopying, videotaping, scanning, imaging, translating, or organizing, storing, managing, or retrieving data in any form or medium), jury or trial consultants, individuals to prepare demonstrative and audiovisual aids, demonstratives, or other exhibits for use in this Action, including staff, stenographic, and clerical employees of any of the foregoing whose duties and responsibilities require access to such materials; provided, however, that the vendor has an obligation of confidentiality to the Receiving Party.

8. **Patent Prosecution Bar.** Absent consent of the Producing Party and/or further order of this Court, from the date of this Protective Order forward, anyone who receives Confidential Information according to Paragraph 7.a through 7.c (a "Recipient"), shall not be involved, on behalf of any party, in the preparation or prosecution of any patent applications disclosing and claiming regadenoson compositions, formulations, or any method of manufacture, treatment, or use of regadenoson, or in amending, crafting, or drafting of patent claims relating to regadenoson during post-grant proceedings, including inter partes review proceedings, post-grant review proceedings, and covered business method review proceedings, reissue, or ex parte reexamination before the U.S. Patent & Trademark Office, or corresponding proceedings before any foreign patent authority, for the duration of this Action and for one year after entry of final judgment from which no appeal may be taken without first obtaining (1) consent from the Producing Party or (2) an order from the Court. A Recipient, however, shall not be precluded from otherwise participating on behalf of the Receiving Party in any such post-grant proceedings including inter partes reviews with respect to patents involving regadenoson, or any appeals thereof, subject to the limitations of this paragraph.

9. **FDA Bar.** Individuals employed by or working at the direction of the Parties who receive Confidential Information shall not be involved in any petitioning, counseling, litigation, or other work before or involving the FDA concerning LEXISCAN, regadenoson, and/or therapeutic equivalents thereof, including but not limited to the preparation or submission of any FDA correspondence (e.g., citizen petitions), or any similar correspondence in any foreign country, regarding the approval requirements for any regadenoson product, for a period beginning when such individual first has access to Confidential Information and ending one (1) year from the end of this Litigation (including any appeals thereof), without prior approval to do

so from the Producing Party. Provided, however, nothing in this provision prevents the individual from performing work before the FDA, or similar foreign regulatory agency, solely for obtaining or maintaining approval of the Receiving Party's own NDA, sNDA, ANDA, or other regulatory drug application, provided no Confidential Information of the Producing Party is used or disclosed.

10. **Limitations on Disclosure of Confidential Information.** Confidential Information shall be used only by individuals permitted access to it under Paragraph 7, as appropriate. Confidential Information and copies thereof shall not be disclosed in any manner to any other individual, until and unless (i) outside counsel for Producing Party waives the claim of confidentiality, or (ii) the Court orders such disclosure. If Confidential Information is disclosed to any person not entitled to receive disclosure of such information under this Protective Order, counsel for the Receiving Party will promptly inform counsel for the Producing Party and, without prejudice to other rights and remedies of any party, make a reasonable, good-faith effort to retrieve such material and to prevent further disclosure of it by the person who received such information.

11. **Expert Access and In-House Personnel Undertakings.** Before disclosing Confidential Information to anyone entitled to access under Paragraph 7.b or to any expert or consultant under Paragraph 7.c, the following procedures will be followed:

a. No Confidential Information shall be revealed or disclosed, in whole or in part, directly or indirectly, to any individuals described in Paragraphs 7.b or 7.c until such individual executes an undertaking in the form attached hereto as Exhibit A or Exhibit B. The original of each undertaking shall be retained until the conclusion of this Action, including all

appeals, by counsel for each party that intends to or does disclose to such individual any Confidential Information.

b. In addition to complying with Paragraph 11.a, the Party seeking to make disclosure of persons falling within Paragraph 7.b shall first give written notice to counsel for each of the other Parties of the name of the In-House Personnel to whom disclosure is to be made and a copy of the signed undertaking. If a Party reasonably believes that it would be harmed by the proposed disclosure, it may object in writing to such disclosure within five (5) business days after receipt of the notice. In the event of an objection, the Parties shall promptly confer to attempt to resolve the concerns giving rise to the objection. If the Parties are unable to reach agreement regarding such disclosure, the Party opposing disclosure may request that the Court issue an order prohibiting the disclosure. No disclosure shall be made until the expiration of the five (5) business day period for the opposing Party to make an objection, or if such objection is made, until the resolution of the objection, whether formally or informally. The burden of proving that information properly designated as Confidential Information should not be disclosed to a person designated under Paragraph 7.b shall be on the Party opposing disclosure.

c. In addition to complying with Paragraph 11.a, the party seeking to make disclosure of persons falling within Paragraph 7.c shall first give written notice to counsel for each of the other Parties of the name and address of the person to whom disclosure is to be made, a current resume or curriculum vitae, a copy of the signed undertaking, a list of cases in which he or she has testified as an expert at trial or deposition within the last four (4) years, and disclosure of such person's prior or present relationship, if any, with any of the Parties. If a Party reasonably believes that it would be harmed by the proposed disclosure, it may object

in writing to such disclosure within five (5) business days after receipt of the notice. In the event of an objection, the Parties shall promptly confer to attempt to resolve the concerns giving rise to the objection. If the Parties are unable to reach agreement regarding such disclosure, the Party opposing disclosure may request that the Court issue an order prohibiting the disclosure. The burden of proving that information properly designated as Confidential Information should not be disclosed to a person under Paragraph 7.c shall be on the Party opposing disclosure. No disclosure shall be made until the expiration of the five (5) business day period for the opposing Party to make an objection, or if such objection is made, until the resolution or withdrawal of the objection.

d. The disclosure of the identity of a non-testifying expert will not constitute a waiver of any privilege that applies to communications with the consultant or the consultant's work product. The Parties agree that by stipulating to the entry of this Protective Order, the parties do not otherwise intend to modify in any way the discovery rules applicable to consulting experts.

12. **Use During Examination or Cross-Examination.** Nothing herein shall limit a Party's ability to use Confidential Information to examine or cross-examine at deposition or trial (or other hearing) any person who is:

a. a currently employed officer or employee of the Producing Party or a parent, subsidiary, or affiliate thereof;

b. a formerly employed officer or employee of the Producing Party or a parent, subsidiary, or affiliate thereof, provided it appears that (i) such Confidential Information was within the scope of the ordinary performance of the former duties of such

officer or employee; or (ii) the witness was the author or recipient of the Confidential Information;

c. an expert of a Producing Party; or

d. designated by the Producing Party or a parent, subsidiary, or affiliate thereof as a Rule 30(b)(6) witness and such Confidential Information is within the scope of the witness's Rule 30(b)(6) designation.

This Protective Order shall not prevent counsel from examining a witness testifying under oath in a good-faith effort to determine whether the witness has discoverable information about the Confidential Information, nor shall it prevent the use of Confidential Information to examine or cross-examine at deposition or trial (or other hearing) if the Producing Party consents to such use.

13. **Presence at Depositions.** Only individuals authorized under Paragraph 7 to access Confidential Information and the deponent shall be allowed to attend any portion of a deposition in which such information is used or elicited from the deponent.

14. **Filing Under Seal.** Any Confidential Information to be filed with the Court in connection with this Action shall be filed under seal in accordance with the applicable procedures set forth in the Local Rules for the United States District Court for the District of Delaware and/or the applicable procedures established by the clerk of the Court. All sealed filings shall comply with section G of the Revised Administrative Procedures Governing Filing and Service by Electronic Means. The party filing documents under seal shall publicly file a version of the sealed documents with only the confidential portions redacted in accordance with the Court's procedures.

15. **Challenging Designations.** If, during the pendency of this Action, counsel for a Receiving Party objects to the designation by a Producing Party of any information, documents, or things as Confidential Information the following procedure shall apply:

a. Counsel for the objecting Party shall serve on the Producing Party a written objection to such designation, which shall describe with particularity the information, documents, or things in question and shall state the grounds for objection. Counsel for the Producing Party shall respond in writing to such objection within seven (7) calendar days and shall state with particularity the grounds for asserting that the information, documents, and things is Confidential Information. If no timely written response is made to the objection, the challenged information, documents, or things will be deemed to be non-confidential. If the Producing Party makes a timely response to such objection asserting the propriety of the designation, counsel shall then confer in good faith in an effort to resolve the dispute.

b. If a dispute as to a designation of an item of information, document, or thing as Confidential Information cannot be resolved by agreement, the challenger of the designation shall present the dispute to the Court initially by telephone or letter, in accordance with the procedures specified in Paragraph 7 of the Scheduling Order entered in this Action. The burden of proving that the information, document, or thing has been properly designated as Confidential Information is on the Producing Party that so designated the material. The information, document, or thing that is the subject of the filing shall be treated as properly designated pending resolution of the dispute.

c. Any failure to object to any material being designated as Confidential Information shall not be construed as a waiver or admission by a non-designating party that the material constitutes Confidential Information. A Party shall not be obligated to challenge the

propriety of a designation at the time made, and a failure to do so shall not preclude a subsequent challenge thereto.

16. **Use of Confidential Information in Court.** If the need arises during trial or at any hearing before the Court for any Party to disclose another Party's Confidential Information, it may do so only after giving notice to the Producing Party or as otherwise directed by the Court.

17. **Inadvertent Production of Confidential Information.** To the extent consistent with applicable law, the inadvertent or unintentional disclosure of Confidential Information that should have been designated as such, regardless of whether the information, document, or thing was so designated at the time of disclosure, shall not be deemed a waiver in whole or in part of a Party's claim of confidentiality, either as to the specific information, document, or thing disclosed or as to any other material or information concerning the same or related subject matter. Such inadvertent or unintentional disclosure may be rectified by the Producing Party by notifying in writing, promptly after discovery of the unintentional disclosure, counsel for all Parties to whom the material was disclosed that the material should have been designated Confidential Information. Such notice shall constitute a designation of the information, document, or thing as Confidential Information under this Protective Order. The Producing Party shall provide copies of the properly marked material along with the written notice, or as soon thereafter as practicable. Upon receipt of the notice and properly marked material, the Receiving Party shall return or destroy said unmarked material to the extent practicable and shall not retain copies thereof and shall undertake a best effort to correct the disclosure of such material contrary to the re-designation, including informing any unauthorized recipients of the existence and terms of this Protective Order and demanding the return of the material. However,

disclosure of such Confidential Information prior to the receipt of notice under this Paragraph 16 shall not be deemed a violation of this Protective Order.

18. **Redactions for Privilege and Protected Data.** Any Producing Party may redact from the documents and things it produces matter that the Producing Party claims is subject to attorney-client privilege, work product immunity, a legal prohibition against disclosure, or any other privilege or immunity. Redacted documents are not required to be logged in a Party's privilege log in the first instance. Upon a showing of good cause (*e.g.*, that the sender, recipients, or nature of the privilege cannot be ascertained), the Receiving Party may request that the Producing Party log a redacted document. The right to challenge and process for challenging the designation of redactions shall be the same as the right to challenge and process for challenging the designation of Confidential Information as set forth in Paragraph 15. In addition to the foregoing, the following shall apply to redactions of Protected Data:

a. Any Party may redact Protected Data that it claims, in good faith, requires protections under the terms of this Order.

b. Protected Data shall be redacted from any public filing not filed under seal.

19. **Encryption of Production Media.** To maximize the security of information in transit, any media on which Confidential Information is produced must be encrypted by the Producing Party. In such cases, the Producing Party shall transmit the encryption key or password to the Receiving Party, under separate cover, contemporaneously with sending the encrypted media.

20. **Personally Identifiable Information.** The Parties will take diligent steps to ensure that no Protected Data is produced. To the extent that responsive documents contain

Case 1:18-cv-01675-CFC Document 51 Filed 03/21/19 Page 18 of 29 PageID #: 937

Protected Data, the Producing Party shall take reasonable steps to ensure that it is redacted from any production.

21. **Inadvertent Production of Privileged or Work-Product Information.**

a. When the inadvertent or mistaken disclosure of any information, document, or thing protected by attorney-client privilege, work-product immunity, or any applicable privilege or ground for withholding production is discovered by the Producing Party and brought to the attention of the Receiving Party, the Receiving Party's treatment of such material shall be in accordance with Federal Rule of Civil Procedure 26(b)(5)(B). Such inadvertent or mistaken disclosure of such information, document, or thing shall not constitute a waiver by the Producing Party of any claims that such material is protected by privilege, work-product immunity, or otherwise protected from discovery. Upon receiving notice of the inadvertent disclosure, the Receiving Party shall return or destroy the material. Certification of compliance with the rule and this Paragraph 16 shall be given by the Receiving Party within seven (7) calendar days of receiving notice of the inadvertent disclosure.

b. Nothing herein restricts the right of the Receiving Party to challenge the Producing Party's claim of privilege, if appropriate, provided that the Receiving Party shall not rely upon in any manner or assert as a ground for ordering production the facts, circumstances, or contents of the inadvertent production, provided that it does so by presenting the dispute to the Court initially by telephone or letter, in accordance with the procedures specified in Paragraph 8 of the Scheduling Order entered in this Action.

c. Pursuant to Federal Rule of Evidence 502(d), any disclosure in this proceeding is without waiver to the Party asserting privilege with respect to that disclosure in any other proceeding in federal or state court.

22. **Third-Party Production.** Any subpoena or other notice to a third party requesting production of documents shall include a copy of this Protective Order. Third parties who produce information in this Action may avail themselves of the provisions of this Protective Order upon notice to the Parties in writing, and in such event discovery materials produced by third parties shall be treated by the Parties in conformance with this Protective Order.

23. **Other Proceedings.** By entering this Protective Order and limiting the disclosure of information in this case, the Court does not intend to preclude another court from finding that information may be relevant and subject to disclosure in another case. Any person or Party subject to this Protective Order who becomes subject to a motion to disclose another Party's Confidential Information shall promptly notify that Party of the motion so that the Party may have an opportunity to appear and be heard on whether that information should be disclosed.

24. **Efforts by Non-Parties to Obtain Confidential Information.** In the event that any of the Parties (i) is subpoenaed in another action, (ii) is served with a demand in another action to which it is a party, or (iii) is served with any other legal process by a person not a party to this litigation, and is requested to produce or otherwise disclose discovery material that is designated as Confidential Information by another Party, the Party subpoenaed or served in accordance with this Paragraph 24 shall object to the production of the Confidential Information and give written notice to the Producing Party within five (5) business days of receiving the request. If the person seeking access to the Confidential Information takes action against the Party covered by this Protective Order to enforce such a subpoena, demand, or other legal process, it shall respond by taking all lawful steps necessary to assert (or permit the Producing Party to assert) all applicable protections, including but not limited to (i) permitting the Producing Party a reasonable opportunity to intervene and be heard, and (ii) defending the

asserted rights, privileges, and immunities if the Producing Party cannot be heard. Nothing in this order shall be construed as precluding production of Confidential Information covered by this Protective Order in response to a lawful court order.

25. **Disclosure to Unauthorized Persons.** If Confidential Information is disclosed to any person not entitled to receive disclosure of such information under this Protective Order, counsel for the Receiving Party responsible for the unauthorized disclosure shall immediately inform counsel for the Producing Party of all pertinent facts relating to the unauthorized disclosure including, without limitation, an identification of the Confidential Information disclosed and the person(s) to whom the unauthorized disclosure was made. Without prejudice to other rights and remedies of any Party, counsel for the Receiving Party also shall promptly take all reasonable measures to recover the material disclosed without authorization, to request that each such recipient execute the declaration attached as Exhibit A, and to ensure that no further or greater unauthorized disclosure or use of such information is made.

26. **Termination of Access.** In the event that any person or Party ceases to be engaged in the conduct of this litigation, such person's or Party's access to any and all Confidential Information shall be terminated, and all copies thereof shall be returned or destroyed as soon as practicable after such person or Party ceases to be engaged in the conduct of this litigation. The provisions of this Protective Order shall remain in full force and effect as to any person or Party who previously had access to any Confidential Information, except as may be specifically ordered by the Court or consented to by the Producing Party.

27. **Joined Parties.** In the event that a new party is added, substituted, or otherwise brought in, this Protective Order will be binding on and inure to the benefit of the new party,

along with the corresponding obligations on the new party to maintain the confidentiality of the Confidential Information.

28. **Termination of Action.**

a. Upon final conclusion of this consolidated action (including any appeals), each Party or other individual subject to the terms hereof shall be under an obligation to assemble and to return to the originating source, or certify destruction of, all originals and copies of documents and things containing Confidential Information; provided, however, that outside counsel of record (as identified in Paragraph 7.a) shall be entitled to retain its correspondence file for the case; a copy of all court papers; discovery responses and requests (excluding produced documents and things); deposition and trial transcripts; exhibits used in affidavits, at depositions, and at trial; and attorney work product and email. Confidential Information kept by outside counsel pursuant to this Paragraph 28 shall continue to be maintained in accordance with the terms of this Protective Order.

b. Outside counsel of record shall certify their compliance with the provisions of this Paragraph 28 within ninety (90) calendar days of the termination of this consolidated action.

c. Within ninety (90) calendar days after the termination of this consolidated action (including any appeals), any Confidential Information that was filed under seal with the Clerk of the Court shall be returned to the attorney of record for the filing Party.

d. This Protective Order shall survive the conclusion of this Action (including any appeals) and shall remain in full force and effect unless modified by an order of this Court or by the written stipulation of the Parties filed with the Court.

29. **Miscellaneous.**

a. Nothing in this Protective Order shall preclude a Producing Party from disclosing to anyone or using in any way its own Confidential Information.

b. In the event that anyone shall violate or threaten to violate the terms of this Protective Order, the Parties agree that the aggrieved Party may immediately apply to obtain injunctive relief against such person.

c. This Protective Order shall not be construed to prevent any of the Parties, or any third party, from applying to the Court for relief or further or additional protective orders, or from agreeing between or among themselves to modifications of this Protective Order, subject to the approval of the Court. In particular, and without limitation, if a Producing Party reasonably believes that the disclosure of any trade secrets or other highly sensitive commercial or competitive information would put the Producing Party at a competitive disadvantage, then the Parties shall in good faith meet and confer to determine if agreement can be reached as to additional protections that may be requested, including by limiting the access to the information in question. If the Parties are unable to agree, then the Producing Party objecting to disclosure of the information without additional protections shall promptly seek appropriate relief from the Court. The burden of proving that the information properly is entitled to additional protections shall be on the Producing Party.

d. This Protective Order shall not deprive any Party of its right to object to discovery by any other Party on any otherwise permitted ground.

e. Nothing herein shall prevent disclosure beyond the terms of this Protective Order if the Producing Party consents in writing to such disclosure, or if the Court, after notice to all affected Parties, orders or permits such disclosure.

30. **Jurisdiction of the Court.** The Parties, all persons subject to discovery in these proceedings, and all persons who receive Confidential Information pursuant to the Protective Order consent to and shall be subject to the jurisdiction of this Court in any proceeding relating to performance under, compliance with, or violation of this Protective Order. The Court hereby retains jurisdiction to interpret and enforce this Protective Order during the pendency of this Action and following dismissal, if any, and further retains jurisdiction to modify, amend, or make additions to this Protective Order as it may from time to time deem appropriate.

**SO ORDERED**

This 20th day of March, 2019

Hon. Colm F. Connolly
United States District Judge

**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; and GILEAD SCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC.,<br><br>Defendant. | C.A. No. 18-1675-CFC |
| ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; and GILEAD SCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendant. | C.A. No. 18-1676-CFC |
| ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; and GILEAD SCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SUN PHARMA GLOBAL FZE,<br><br>Defendant. | C.A. No. 18-1677-CFC |

| | |
|---|---|
| ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; and GILEAD SCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WOCKHARDT BIO AG and WOCKHARDT USA LLC,<br><br>Defendant. | C.A. No. 18-1678-CFC |

**AGREEMENT OF IN-HOUSE REPRESENTATIVE TO BE BOUND BY PROTECTIVE ORDER**

I, ________________________________________, state that:

31. My address is ________________________________________________.

32. My present employer is ________________________________________; and the address of my present employer is ________________________________________________

________________________________________________________________.

33. My present occupation or job description is ______________________________.

34. I understand that I am being designated under the Protective Order in this Action as an In-House Personnel, as defined in Paragraph 7.b of the Protective Order.

35. I have carefully read and understood the provisions of the Protective Order in this case signed by the Court, and I will comply with and agree to be bound by all provisions of the Protective Order.

36. I will hold in confidence and not disclose to anyone not qualified under the Protective Order any Confidential Information or any words, summaries, abstracts, or indices of such information disclosed to me.

37. I will only use Confidential Information disclosed to me in accordance with the Protective Order.

38. No later than 60 days after the final conclusion of the case, I will return, or certify complete destruction of, all Confidential Information and summaries, abstracts, and indices thereof which come into my possession, and documents or things which I have prepared relating thereto, to outside counsel for the Party for whom I am employed.

39. I agree to submit myself to the jurisdiction of the United States District Court for the District of Delaware, or other jurisdiction where this case may be pending, for the purpose of enforcing the terms of this undertaking.

40. I understand that if I violate the provisions of the Protective Order, I will be in violation of a Court order and subject to sanctions or other remedies that may be imposed by the Court and potentially liable in a civil action for damages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: ____________________

______________________________
[Signature]

______________________________
[Printed Name]

Case 1:18-cv-01675-CFC Document 51 Filed 03/21/19 Page 27 of 29 PageID #: 946

**EXHIBIT B**

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; and GILEAD SCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC.,<br><br>Defendant. | C.A. No. 18-1675-CFC |
| ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; and GILEAD SCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendant. | C.A. No. 18-1676-CFC |
| ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; and GILEAD SCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SUN PHARMA GLOBAL FZE,<br><br>Defendant. | C.A. No. 18-1677-CFC |

| | |
|---|---|
| ASTELLAS US LLC; ASTELLAS PHARMA US, INC.; and GILEAD SCIENCES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>WOCKHARDT BIO AG and WOCKHARDT USA LLC,<br><br>Defendant. | C.A. No. 18-1678-CFC |

**AGREEMENT OF OUTSIDE EXPERT/CONSULTANT TO BE BOUND BY PROTECTIVE ORDER**

I, ______________________________, state that:

1. My address is ______________________________.

2. My present employer is ______________________________; and the address of my present employer is ______________________________
______________________________.

3. My present occupation or job description is ______________________________.

4. I understand that I am being designated under the Protective Order in this Action as an outside expert/consultant, as defined in Paragraph 7.c of the Protective Order.

5. I have carefully read and understood the provisions of the Protective Order in this case signed by the Court, and I will comply with and agree to be bound by all provisions of the Protective Order.

6. I will hold in confidence and not disclose to anyone not qualified under the Protective Order any Confidential Information or any words, summaries, abstracts, or indices of such information disclosed to me.

7. I will only use Confidential Information disclosed to me in accordance with the Protective Order.

8. No later than 60 days after the final conclusion of the case, I will return, or certify complete destruction of, all Confidential Information and summaries, abstracts, and indices thereof which come into my possession, and documents or things which I have prepared relating thereto, to outside counsel for the Party for whom I have been retained.

9. I agree to submit myself to the jurisdiction of the United States District Court for the District of Delaware, or other jurisdiction where this case may be pending, for the purpose of enforcing the terms of this undertaking.

10. I understand that if I violate the provisions of the Protective Order, I will be in violation of a Court order and subject to sanctions or other remedies that may be imposed by the Court and potentially liable in a civil action for damages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: ____________________

______________________________________
[Signature]

______________________________________
[Printed Name]

# Exhibit K

# EXHIBIT A

U.S. FOOD & DRUG
ADMINISTRATION

ANDA 214349

**ANDA TENTATIVE APPROVAL**

Hospira, Inc.
275 North Field Drive
Lake Forest, IL 60045
Attention: Nifta Sumera
Sr. Associate Pfizer Global Regulatory Affairs

Dear Madam:

This letter is in reference to your abbreviated new drug application (ANDA) received for review on April 20, 2020, submitted pursuant to section 505(j) of the Federal Food, Drug, and Cosmetic Act (FD&C Act) for Regadenoson Injection, 0.4 mg/5 mL (0.08 mg/mL) Single-Dose Prefilled Syringe.

Reference is also made to the [redacted] issued by this office on February 11, 2021, and to any amendments thereafter.

[redacted]

[redacted]

The RLD upon which you have based your ANDA, Astellas's Lexiscan Injection, 0.4 mg/5 mL (0.08 mg/mL), [redacted] The following patents and expiration dates are currently listed in the Agency's publication titled *Approved Drug Products with Therapeutic Equivalence Evaluations* (the "Orange Book"):



[redacted]

| U.S. Patent Number | Expiration Date |
|---|---|
| 6,403,567 (the '567 patent) | April 10, 2022 |
| 8,106,183 (the '183 patent) | February 2, 2027 |
| RE47,301 (the '301 patent) | February 2, 2027 |

With respect to the '567 patent, your ANDA contains a paragraph III certification to the patent under section 505(j)(2)(A)(vii)(III) of the FD&C Act stating that Hospira, Inc. (Hospira) will not market Regadenoson Injection, 0.4 mg/5 mL (0.08 mg/mL) Single-Dose Prefilled Syringe prior to the expiration of the patent. [redacted]

Your ANDA contains paragraph IV certifications to the '183 and '301 patents under section 505(j)(2)(A)(vii)(IV) of the FD&C Act stating that the patents are invalid, unenforceable, or will not be infringed by your manufacture, use, or sale of Regadenoson Injection, 0.4 mg/5 mL (0.08 mg/mL) Single-Dose Prefilled Syringe, under this ANDA. You have notified the Agency that Hospira complied with the requirements of section 505(j)(2)(B) of the FD&C Act. Litigation was initiated within the statutory 45-day period against Hospira for infringement of the '183 and '301 patents in the United States District Court for the District of Delaware [Astellas US LLC, Astellas Pharma US, Inc., and Gilead Sciences, Inc. v. Hospira, Inc., Civil Action No. 1:20-cv-00893].

[redacted]

[redacted] [redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

In addition to the amendment requested above, the Agency may request, at any time [redacted], that you submit an additional amendment containing information as specified by the Agency. Failure to submit either or, if requested, both types of amendments described above may result in a delay in the issuance of the [redacted]

This drug product may not be marketed without final Agency approval under section 505(j) of the FD&C Act. The introduction or delivery for introduction into interstate commerce of this drug product before the final approval date is prohibited under section 301 of the FD&C Act. Also, until the Agency issues the final approval letter, this drug product will not be deemed approved for marketing under section 505(j) of the FD&C Act, and will not be listed in the Orange Book.

**ANNUAL FACILITY FEES**

The Generic Drug User Fee Amendments of 2012 (GDUFA) (Public Law 112-144, Title III) established certain provisions[2] with respect to self-identification of facilities and payment of annual facility fees. [redacted] Facility fees must be paid each year by the date specified in the *Federal Register* notice announcing facility fee amounts.

All finished dosage forms or active pharmaceutical ingredients manufactured in a facility that has not met its obligations to self-identify or to pay fees when they are due will be deemed misbranded. This means that it will be a violation of federal law to ship these products in interstate commerce or to import them into the United States. Such violations can result in prosecution of those responsible, injunctions, or seizures of misbranded products. Products misbranded because of failure to self-identify or pay facility fees are subject to being denied entry into the United States.

In addition, we note that GDUFA requires that certain non-manufacturing sites and organizations listed in generic drug submissions comply with the self-identification requirement. The failure of any facility, site, or organization to comply with its obligation to self-identify and/or to pay fees when due may raise significant concerns about that site or organization and is a factor that may increase the likelihood of a site inspection prior to approval. FDA does not expect to give priority to completion of inspections that are required simply because facilities, sites, or organizations fail to comply with the law requiring self-identification or fee payment.

For further information on the status of this ANDA or upon submitting an amendment to the ANDA, please contact Deborah Adams, Regulatory Project Manager, at (240) 402 - 0725.

Sincerely yours,

*{See appended electronic signature page}*

For Edward M. Sherwood
Director
Office of Regulatory Operations
Office of Generic Drugs
Center for Drug Evaluation and Research

---

[1] This decision may be either a decision of the district court or the court of appeals, whichever court is the first to decide that the patent is invalid or not infringed.

[2] Some of these provisions were amended by the Generic Drug User Fee Amendments of 2017 (GDUFA II) (Public Law 115-52, Title III).



[redacted]

Catherine Poole

Digitally signed by Catherine Poole
Date: 2/24/2022 10:20:35AM
GUID: 5407887a000a1c0c26055eafb8e3258a

# Exhibit L

SSCI Inc. The Crystallization Experts

# Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms

| | |
|---|---|
| Protocol No. | PR20030028.01 |
| Project No. | EP20030137 |

| Client Lot No. | SSCI LIMS No. |
|---|---|
| 011075043 | 14842 |
| 0212CV301 | 15337 |
| 0112CV302-6 | 15338 |
| 0112CV301-6 | 15339 |
| 0301CV301 | 15340 |

## Filename SR-20030253.01

*A report generated for CV Therapeutics on October 10, 2003**

**Prepared by:** Jeanette Dunlap 10/10/03
Jeanette Dunlap, Senior Research Specialist, Date

**Prepared by:** Leonard J. Chyall Oct-10-2003
Leonard J. Chyall, Ph.D, Senior Research Investigator, Date

**Reviewed by:** Brenton W. Russell 10/10/03
Brenton W. Russell, Senior Scientist, Date

IN-HOUSE ARCHIVE
Date Sent 10/13/03
Inv. No. 7538
Sent By: AJT

** In accordance with cGMP regulations, all reports and data are generated using SSCI Standard Operating Procedures unless otherwise specified*

## SUMMARY

CV Therapeutics observed the presence of a precipitate when solutions of CVT-3146 in buffered water containing 8% propylene glycol were chilled or frozen and allowed to thaw. This precipitate was prepared at SSCI in a similar manner and through subsequent analysis the precipitate was identified as Form B of CVT-3146, which is an unstable hydrate.

Solubility studies of the three known solid phases of CVT-3146 (Forms A, B, and C) demonstrated that Forms B and C are physically unstable in aqueous solutions. These solid phases either convert to Form A or a new solid phase (Form D) upon slurry for 48 hours in aqueous buffer solutions containing varying amounts of propylene glycol.

A plot of the solubility of Form A vs. propylene glycol content at ~25 °C indicates that Form A is very close to the solubility limit when 100 mg of material is dissolved in buffer containing 8% propylene glycol at ~25 °C.

Form D was characterized as a propylene glycol solvate. Relative stability studies conducted in buffer solutions containing 20% propylene glycol demonstrated that Form D is less stable than Form A at room temperature and at 40 °C. However, Form A was found to convert to Form D at ~5 °C in buffer solutions containing 40% and 50% propylene glycol. Partial conversion was observed at lower levels of propylene glycol and at ~5 °C.

Four cGMP lots of CVT-3146 were analyzed at SSCI and determined to be Form A. The differences in analytical data for these samples is attributed to differences in particle sizes of the material.

Intrinsic dissolution studies were initiated as part of this protocol. However, the work was not completed so that more efforts could be directed toward the solubility studies and characterization of Form D.

## TABLE OF CONTENTS

I. INTRODUCTION ..... 5
II. EXPERIMENTAL ..... 5
A. Equilibrium Solubility Measurements ..... 5
B. Intrinsic Dissolution Rate Measurements ..... 5
C. Preparation of Samples ..... 6
1. Form B by chilling the vehicle ..... 6
2. Preparation of Form C by *p*-Cymene Reflux ..... 6
3. Form B by Amorphous Stress ..... 6
4. Preparation of Form D by Propylene Glycol Slurry ..... 6
D. Analytical Techniques ..... 7
1. X-Ray Powder Diffraction ..... 7
2. Thermal Analyses ..... 7
3. NMR Spectroscopy ..... 8
4. Optical Microscopy ..... 8
5. UV Analysis ..... 8
6. Thermogravimetric infrared (TG-IR) analyses ..... 8
7. Infrared Spectroscopy ..... 9
8. Raman Spectroscopy ..... 9
III. RESULTS AND DISCUSSION ..... 9
A. Sample Characterization ..... 9
B. Precipitate Identification - Form B ..... 10
C. Solubility Measurements ..... 11
1. Form A ..... 11
2. Form B ..... 12
3. Form C ..... 12
4. Form D ..... 12
5. Solubility Summary ..... 13
D. Characterization of Form D ..... 13
E. Intrinsic Dissolution Studies ..... 14
F. Single Crystal Growth Attempts ..... 14
IV. CONCLUSIONS ..... 14
A. Client Lot Characterization Studies ..... 14
B. Vehicle Precipitate Characterization ..... 14
C. Solubility Summary ..... 15
V. REFERENCES ..... 15
VI. TABLES ..... 17
Table 1. Analysis of CVT-3146 Received Samples ..... 17
Table 2. CVT-3146 Sample Preparation and XRPD Analyses ..... 18
Table 3. Analysis of CVT-3146 Forms B and D ..... 19
Table 4. UV-Visible Wavelength Scans of CVT-3146 Samples ..... 19
Table 5. CVT-3146 UV Calibration file at 246 nm ..... 20
Table 6. Solubility of CVT-3146 Form A at 25 °C in Propylene Glycol - Water ..... 20
Table 7. Solubility of CVT-3146 Form A at 5 °C in Propylene Glycol - Water ..... 21
Table 8. Solubility of CVT-3146 Form A at 25 °C in Propylene Glycol - Water ..... 21
Table 9. Solubility of CVT-3146 Form B at 5 °C in Propylene Glycol – Water ..... 22
Table 10. Solubility of CVT-3146 Form B at ~25 °C in Propylene Glycol - Water ..... 22
Table 11. Solubility of CVT-3146 Form B at ~5 °C in Propylene Glycol – Water ..... 23
Table 12. Solubility of CVT-3146 Form C at 5 °C in Propylene Glycol - Water ..... 24
Table 13. Solubility of CVT-3146 Form C at 25 °C in Propylene Glycol - Water ..... 24
Table 14. Solubility of CVT-3146 Form D at 5 °C in Propylene Glycol - Water ..... 25
Table 15. Solubility of CVT-3146 Form D at 25 °C in Propylene Glycol - Water ..... 25
Table 16. CVT-3146 Solubility Solid Form Summary ..... 26
Table 17. Intrinsic Dissolution of Form A at 20 °C in 10% Propylene Glycol Buffer ..... 26

Table 18. Intrinsic Dissolution of Form A at 20 °C in 0% Propylene Glycol Buffer ........ 26
Table 19. Intrinsic Dissolution of Form A at 25 °C in 30% Propylene Glycol Buffer ........ 27
Table 20. Intrinsic Dissolution of Form A at 25 °C in 30% Propylene Glycol Buffer ........ 27
Table 21. Intrinsic Dissolution of Form A at 25 °C in 30% Propylene Glycol Buffer ........ 27
Table 22. Intrinsic Dissolution of Form A at 25 °C in 30% Propylene Glycol Buffer ........ 28
VII. FIGURES ........ 29
Figure 1. Structure of CVT-3146. ........ 29
Figure 2. XRPD patterns for the cGMP lots of CVT-3146 samples obtained form CV Therapeutics ........ 30
The bottom pattern is a reference pattern for Form A obtained from Ref. 2 ........ 30
Figure 3. Spinning capillary XRPD analysis of SSCI LIMS No. 15338 and 15340. ........ 31
Figure 4. Thermal analysis of CVT-3146 Form A (LIMS 15338, Lot No. 0112CV0302-6) ........ 32
Figure 5. Thermal analysis of CVT-3146 Form A (LIMS 15340, Lot No. 0301CV0301). ........ 33
Figure 6. Thermal analysis of CVT-3146 Form B (LIMS 22753, Sample No. 1322-93-01) ........ 34
Figure 7. Thermal analysis of CVT-3146 Form D (LIMS 23728, Sample No. 1390-15-01). ........ 35
Figure 8. Optical microscopy images of CVT-3146 samples (top) LIMS no. 15338, filename 32939-00001a (bottom) LIMS no. 15340, filename 32942-00001a. ........ 36
Figure 9. Expanded region of the IR spectra for CVT-3146 samples. ........ 37
Figure 10. Expanded region of the Raman spectra for CVT-3146 samples ........ 38
Figure 11. XRPD patterns for samples of CVT-3146 Form B ........ 39
Figure 12. CVT-3146 UV calibration curve at 246 nm. ........ 40
Figure 13. Solubility of CVT-3146 Form A at ~5 and ~25 °C. ........ 41
Figure 14. Solubility of CVT-3146 Form B at ~5 and ~25 °C. ........ 42
Figure 15. Solubility of CVT-3146 Form C at ~5 and ~25 °C ........ 43
Figure 16. Solubility of CVT-3146 Form D at ~5 and ~25 °C. ........ 44
Figure 17. XRPD patterns for Form A Slurry experiments. ........ 45
Figure 18. TG-IR analysis of Form D (LIMS 23728, Sample No. 1390-21-01) ........ 46
Figure 19. Waterfall plot from the TG-IR analysis of Form D (LIMS 23728, Sample No. 1390-21-01). ........ 46
VIII. DATA ........ 47
A. XRPD Patterns ........ 47
B. DSC Plots ........ 125
C. TGA Plots ........ 131
D. Solution $^1$H NMR Spectra ........ 138
E. UV Visible Spectrophotometry Data ........ 153
F. Infrared Spectra ........ 160
G. Raman Spectra ........ 164
H. TG-IR Data ........ 169
I. Microscope Images ........ 172

## I. INTRODUCTION

Recently, CV Therapeutics discovered that when solutions of CVT-3146 in 0.1 M phosphate buffer containing 8% propylene glycol are refrigerated or frozen then warmed to ambient temperature, precipitation of solids occurs [1]. Even though all the components were initially soluble at room temperature, the solids did not dissolve unless the chilled material was warmed to 37 °C. CV Therapeutics is interested in analyzing the precipitate obtained from the frozen buffer solution to determine whether CVT-3146 crystallized into solid phase other than Form A, which is the solid form prepared in the commercial process for the compound.

A polymorph screen of CVT-3146 (Figure 1) recently conducted at SSCI identified three crystalline forms and an amorphous form for this compound [2]. One of the goals of the work reported here is to identify the precipitate from the frozen buffer solution to ensure that the compound did not crystallize into another more stable polymorph. Solubility data in buffer solutions containing various amounts of propylene glycol are also required so that CV Therapeutics may make a rational selection of the buffer for the drug product. Additionally, CV Therapeutics is interested in characterizing four lots of the cGMP drug substance to ensure that the same solid form is being produced in the manufacturing process.

## II. EXPERIMENTAL

### A. Equilibrium Solubility Measurements

Approximately 20 mg of CVT-3146 was added to 15 mL of 0.1 M aqueous buffer containing varying amounts of propylene glycol. The suspension was slurried at either 5 or 25 °C for 24 hours, after which time an aliquot of the slurry was removed and filtered. A portion of the filtered solution was then diluted with buffer solution and analyzed by UV spectrophotometry at 246 nm. The measured absorbance was then related to solution concentrations by using a standard curve. The slurry samples were analyzed after an additional 24 hours in the same manner as above. After the slurry experiment was complete the undissolved solids were isolated then analyzed by XRPD.

### B. Intrinsic Dissolution Rate Measurements

Approximately 140-200 mg of CVT-3146 was compressed into a die using a hydraulic press at a pressure of 10,000 psi for 1 or 5 minutes. The disk was compressed to provide a flat surface at one end of the die, and the other end of the die was sealed. A 1-liter jacketed vessel was charged with approximately 700-1000 mL of 0.1 M buffer solution and 0-300 mL of propylene glycol. The flask was chilled with a circulating bath to provide a water temperature of about 20.0 or 25.0 °C, and the assembly containing the compressed sample was placed at the bottom of the vessel with the sample pointing upward. A paddle was positioned 1 inch above the die and the solution was stirred at 75-300 rpm. At various time intervals, a 5 or 7-mL aliquot of the solution was withdrawn from the flask and filtered through a 0.2-$\mu$m nylon filter. Certain aliquots that were collected toward the end of the run were diluted by a factor of 5 with buffer solution prior to UV analysis.

## C. Preparation of Samples

### 1. Form B by chilling the vehicle

**Sample No. 1279-37-01**. A solution was prepared by dissolving approximately 16.8 g dibasic sodium phosphate heptahydrate and about 4.7 g anhydrous monobasic sodium phosphate in approximately 850 mL of water in a 1000-mL volumetric flask. To the flask was then added 80 mL of 1,2-propanediol (propylene glycol). The solution was diluted up to the 1000-mL mark with water. Then approximately 100 mg of CVT-3146 (LIMS 14842) was added and stirred until the solids dissolved. The solution was placed in a refrigerator (approximately 2-8 °C) overnight. No solids were present so the sample was placed in the freezer (approximately -10 to -25 °C) overnight. The frozen solution was then allowed to almost warm under ambient conditions. Solids were present when the solution was nearly thawed. The sample was returned to the refrigerator for a few hours then placed in a constant temperature bath at 0 °C overnight. The solids were then isolated by vacuum filtration and dried in a vacuum oven at ambient temperature.

Other attempts to prepare Form B in a similar manner resulted in the flask being broken (sample no. 1279-29-01) or the incomplete dissolution of the starting material (sample no. 1251-47-01).

### 2. Preparation of Form C by *p*-Cymene Reflux

A slurry was prepared by adding 170–359 mg CVT-3146 (LIMS 14842) and 30-35 mL *p*-cymene in a 50-mL round-bottomed flask. The flask was connected to a Dean-Stark trap, which was connected to condenser with a nitrogen inlet. The sample was heated at reflux with stirring until approximately 6 mL of liquid was collected in the trap. The slurry was then allowed to cool to ambient temperature. The solids were then isolated by vacuum filtration and dried in a room temperature vacuum oven. (See Table 2 for a list of samples prepared in the manner.)

### 3. Form B by Amorphous Stress

A sample of 193-521 mg of CVT-3146 (LIMS 14842) was placed on a microscope slide or glass petri dish. The sample was placed on a hot bench and gradually heated until the sample melted. The sample was then removed from the hot bench and immediately placed on the bench top to cool. The solids were then transferred to a vial. The open vial containing the cooled melt was placed inside of a chamber that contained aqueous slurry of sodium chloride to provide an environment of approximately 75% RH. The chamber was sealed, and then allowed to stand for several days. (See Table 2 for a list of samples prepared in the manner.)

### 4. Preparation of Form D by Propylene Glycol Slurry

A slurry was prepared by adding propylene glycol to either a sample of Form C or amorphous CVT-3146. The sample was agitated using an orbit shaker at ambient temperature for several days. The solids were then isolated by vacuum filtration and dried in a vacuum oven at 60 °C or at ambient overnight. (See Table 2 for a list of samples prepared in the manner.)

## D. Analytical Techniques

### 1. X-Ray Powder Diffraction

X-ray powder diffraction (XRPD) analyses were performed using an Inel XRG-3000 diffractometer equipped with a CPS (Curved Position Sensitive) detector with a $2\theta$ range of 120°. Instrument calibration was performed using a silicon reference standard. Real time data were collected using Cu K$\alpha$ radiation starting at approximately 4 °$2\theta$ at a resolution of 0.03 °$2\theta$. The tube voltage and amperage were set to 40 kV and 30 mA, respectively. The monochromator slit was set at 5 mm by 80 $\mu$m or 5 mm by 160 $\mu$m. Each sample was placed in a capillary that was then mounted onto a goniometer head that is motorized to permit spinning of the capillary during data acquisition. Data were acquired for 300 seconds. Only the data collected between 2.5-40 °$2\theta$ is plotted.

XRPD analyses were also performed using a Shimadzu XRD-6000 X-ray powder diffractometer using Cu K$\alpha$ radiation. The instrument is equipped with a fine focus X-ray tube. The tube voltage and amperage were set to 40 kV and 40 mA, respectively. The divergence and scattering slits were set at 1° and the receiving slit was set at 0.15 mm. Diffracted radiation was detected by a NaI scintillation detector. A theta-two theta continuous scan at 3 °/min (0.4 sec/0.02° step) from 2.5 to 40 °$2\theta$ was used. A silicon standard was analyzed to check the instrument alignment. Data were collected and analyzed using XRD-6000 v. 4.1. Samples were prepared for analysis by placing them in a silicon sample holder.

XRPD analyses on the some of the samples used for intrinsic dissolution rate measurements were performed using a Bruker D8 Discover/GADDS diffractometer. The instrument is equipped with a fine focus X-ray tube using Cu K$\alpha$ radiation. A $2\theta$ position check was performed using a silicon standard, and a source intensity check was performed using a specific position on the aluminum sample stage as the target. The tube voltage and amperage were set to 40 kV and 40 mA, respectively. The X-ray beam is focused using a Göbel mirror, and is then passed through a 0.5-mm slit and a 0.5-mm collimator. Diffracted radiation was detected by a Seimens position-sensitive area detector located approximately 15 cm from the sample. The samples were analyzed directly from the dissolution sample holder using a source angle ($\theta_1$) of 5° and a detector angle of either 15 or 17°. The source and detector angles were rotated by a total of 5° and -5°, respectively, throughout the data collection period of 300-900 seconds. The data were integrated from 5 to 37.5° $2\theta$ using a step size of 0.05°.

### 2. Thermal Analyses

Thermogravimetric (TGA) analyses were carried out on a TA Instruments 2950 thermogravimetric analyzer. The calibration standards were nickel and Alumel™. Each sample was placed in an aluminum sample pan and inserted into the TG furnace, and accurately weighed. The samples were heated in a nitrogen stream at a rate of 10 °C/min. Unless stated otherwise, samples were weight equilibrated at 25 °C prior to the temperature ramp.

Differential scanning calorimetry (DSC) analyses were carried out on a TA Instruments 2920 differential scanning calorimeter. Accurately weighed samples were placed in crimped pans.

Each sample was heated under nitrogen at a rate of 10 °C/min. Indium metal was used as the calibration standard. Temperatures are reported at the transition maxima.

### 3. NMR Spectroscopy

Solution phase $^1$H NMR spectra were acquired at ambient temperature on a Bruker model AM-250 spectrometer operating at 5.87 *T* (Larmor frequency: $^1$H = 250.134 MHz). Time-domain data were acquired using a pulse width of 7.5 $\mu$s and an acquisition time of 2.048 seconds over a spectral window of 4000 Hz. A total of 16384 data points were collected. A relaxation delay time of 5 seconds was employed between transients. Each data set consisted of 128 co-averaged transients. The spectra were processed utilizing GRAMS/32 AI software, version 6.00. The free induction decay (FID) was zero-filled to four times the number of data points and exponentially multiplied with a line-broadening factor of 0.488 Hz prior to Fourier transformation. The $^1$H spectra were internally referenced to tetramethylsilane (0 ppm) that was added as an internal standard.

### 4. Optical Microscopy

Optical microscopy (OM) was performed using a Leica MZ 125 stereo microscope equipped with a Sony Insight Digital camera. A 10× objective was used with white light to view samples. Images were acquired at ambient temperature using Spot Advance software (v.3.5.2).

### 5. UV Analysis

The concentration of CVT-3146 for the solutions from the powder and intrinsic dissolution experiments was determined spectrophotometrically at 246 nm in a 1.000 cm cell using a Beckman-Coulter DU-640 spectrophotometer.

### 6. Thermogravimetric infrared (TG-IR) analyses

Thermogravimetric infrared (TG-IR) analyses were acquired on a TA Instruments thermogravimetric (TG) analyzer model 2050 interfaced to a Magna 560® Fourier transform infrared (FT-IR) spectrophotometer (Thermo Nicolet) equipped with a Ever-Glo mid/far IR source, a potassium bromide (KBr) beamsplitter, and a deuterated triglycine sulfate (DTGS) detector. Each sample was placed in a platinum sample pan, inserted into the TG furnace, accurately weighed by the instrument, and heated from ambient to 125 °C at a rate of 20 °C/min. The TG instrument was started first, immediately followed by the FT-IR instrument. Each IR spectrum represents 8 co-added scans collected at a spectral resolution of 4 cm$^{-1}$. A background scan was collected before the beginning of the experiment. Wavelength calibration was performed using polystyrene. The TG calibration standards were nickel and Alumel™. Volatiles were identified from a search of the High Resolution Nicolet TGA Vapor Phase spectral library [3].

### 7. Infrared Spectroscopy

Infrared spectra were acquired on Magna 860® Fourier transform infrared (FT-IR) spectrophotometer (Nicolet Instrument Corp.) equipped with an Ever-Glo mid/far IR source, an extended range potassium bromide (KBr) beamsplitter, and a deuterated triglycine sulfate (DTGS) detector. Wavelength calibration of the instrument was performed using polystyrene. Sample preparation consisted of placing the sample into a 13 mm diameter cup and leveling the material with a frosted glass slide. A diffuse reflectance accessory (the Collector™, Thermo Spectra-Tech) was used for sampling. Each spectrum represents 256 co-added scans at a spectral resolution of 4 $cm^{-1}$. A background data set was acquired with an alignment mirror in place. The spectra represent a ratio of the sample single-beam data set to the background single beam data set.

### 8. Raman Spectroscopy

FT-Raman spectra were acquired on a FT-Raman 960 spectrometer (Thermo Nicolet). This spectrometer uses an excitation wavelength of 1064 nm. Wavelength calibration was performed using sulfur and cyclohexane. Approximately 0.5 – 0.8 W of Nd:$YVO_4$ laser power was used to irradiate the sample. The Raman spectra were measured with an indium gallium arsenide (InGaAs) detector. Samples were prepared for analysis either by placing the material in a glass tube and positioning the tube in a gold-coated holder in the accessory; or samples were prepared by packing them in a 3 mm diameter gold-coated sampling cup, leveling the material with a frosted glass slide and using a Thermo Nicolet Step and Repeat accessory to spin the sample. A total of either 256 or 512 co-added sample scans were collected from 3600 – 100 $cm^{-1}$ at a spectral resolution of 4 $cm^{-1}$, using Happ-Genzel apodization.

## III. RESULTS AND DISCUSSION

### A. Sample Characterization

The sample of CVT-3146 that was sent to SSCI to be used as starting material for crystallization and solubility studies (SSCI LIMS No. 14842), was found to be Form A by XRPD analysis (Table 1).

Four cGMP lots of CVT-3146 (SSCI LIMS Nos. 15337-15340) that were received from CV Therapeutics were analyzed using a variety of techniques in order to determine whether the same solid phase was present for each of these four lots of material (Table 1). By comparison to the reference XRPD patterns for the known solid phases [2] all four cGMP samples listed in Table 1 provided XRPD patterns that corresponded to Form A (Figure 2). However, there are some slight differences in the position, intensity and peak shape for these XRPD patterns. The four samples can be grouped into two pairs based on these slight differences. For example, the XRPD patterns for the two samples with client lot numbers that end with "-6" (SSCI LIMS No. 15338 and 15339) contain broader peaks that are slightly shifted from the two XRPD patterns for the samples that end with "301" (SSCI LIMS No. 15337 and 15340). There are also slight differences in the 2-theta region between 20 and 25° for these two sets of XRPD patterns.

One sample from each pair of samples that contained similar XRPD patterns was also analyzed by XRPD in a spinning capillary sample holder. This type of analysis is useful in the removal of preferred orientation effects from the data. As shown in Figure 3, the XRPD patterns of the two samples analyzed in this manner display only slight differences in peak shape.

Examination of two of the four samples listed in Table 1 by optical microscopy revealed differences in particle size for these two lots of material (Figure 8). The different particle sizes for the samples most likely account for the differences observed in the corresponding XRPD patterns.

In addition to the differences in the XRPD patterns, the DSC plots for the samples with lot numbers that end with "-6" were found to have an onset for the major endothermic transition that is approximately 8 °C lower than the onset for the other two samples (Table 1). Previous work has identified this endothermic transition as a desolvation event for Form A [2]. The material with the larger particle size (SSCI LIMS No. 15340) was found to have a higher onset of desolvation relative to the smaller particle size material (SSCI LIMS No. 15338), which is consistent with the behavior expected for samples with different particle sizes. (See Table 1 and Figure 4 - Figure 5.)

There are also minor differences in the IR spectra for the samples with different particle size (Figure 9). The Raman spectra for the samples with different particle sizes are nearly identical (Figure 10), which is expected because Raman spectra are not affected by particle size differences as much as IR spectra.

In conclusion, the four lots of CVT-3146 received for comparison indicate that all lots correspond to Form A. The differences observed in the results obtained from the analyses performed are attributed to differences in particle size between the samples.

## B. Precipitate Identification - Form B

CV Therapeutics observed that the developmental drug product formulation would give rise to a precipitate if the material was chilled and then allowed to warm to room temperature. In order to identify the precipitate, the vehicle was prepared according to the method outlined by CV Therapeutics [4]. Three attempts were required at SSCI to reproduce the precipitate formation that was observed by CV Therapeutics (see Section II.C). XRPD analysis of the precipitate (sample no. 1279-37-01) indicated that the solid material obtained from the chilled drug product corresponds to Form B. The differences in the XRPD patterns (Figure 11) for sample no. 1279-37-01 and the reference XRPD pattern for Form B are most likely due to the the presence of preferred orientation in the XRPD pattern of the reference material, as evident by the intense peaks in the reference XRPD pattern [2].

Previous work at SSCI demonstrated that the preparation of Form B was difficult to reproduce using solvent-based techniques [2]. However, some samples that resembled Form B were obtained by humidity stress of amorphous material. This approach was utilized in the present study to prepare additional quantities of Form B for characterization and solubility studies. It was

found that the most effective method to prepare Form B involved the humidity stress of amorphous material at 75% RH for several days (Table 2). The characterization of Form B is summarized in Table 3. Thermal analysis of Form B by DSC and TGA indicates that this solid phase is most likely hydrated. The sample lost approximately 14.2% of the initial mass (Figure 6), which corresponds to a weight loss of approximately 3.6 molecules of water for every molecule of CVT-3146 [5]. The TGA and DSC plots for Form B indicate that some of the water is loosely bound as the weight loss is observed early in the TGA plot. This may also result in an artificially low number for the water content. The DSC plot for Form B contains similar features as those observed in the DSC analysis of Form A. In particular, there is a large broad endotherm near 170 - 180 °C in the DSC plots for both solid phases. This endotherm is accompanied by a much smaller endotherm near 226 - 227 °C (Table 1 and Table 3). Thus, it is likely that Form B initially desolvates to Form A upon thermal stress.

Solution NMR analysis of a sample of Form B dissolved in DMSO-$d_6$ confirms the presence of water in this sample. The water resonance integral indicates that there are roughly 5 molecules of water in the sample for each molecule of CVT-3146 [6]. This value is slightly higher than that calculated from the TGA weight loss. However, the presence of residual water in the NMR solvent could account for this discrepancy. More characterization work would be needed in order to identify the exact hydration state of Form B.

### C. Solubility Measurements

A UV analytical method was developed to determine the concentration of solutions of CVT-3146 in propylene glycol and buffer solution. UV-Vis wavelength scans (Table 4) demonstrated that CVT-3146 contains an absorption maximum near 246 nm, and that propylene glycol/ buffer solutions do not absorb at this wavelength. A standard curve was prepared at this wavelength using various solution concentrations (Table 5 and Figure 12). The solubilities of the CVT-3146 polymorphs were measured by slurrying the each solid phase in 0.1 M buffer solutions that contained propylene glycol in amounts ranging from 0 to 50% of the total volume. The concentration of each solution was measured at 24 and 48-hour intervals, and after 48 hours the undissolved solids were isolated and analyzed to determine whether a form change took place. The results obtained for each polymorph are presented below.

#### 1. Form A

The solubility of Form A was measured at 5 and 25 °C (Table 6 - Table 8). The solubility profile for this solid phase is plotted in Figure 13. The dashed line in this figure represents the concentration of CVT-3146 that was used by CV Therapeutics in the drug product parenteral formulation [4]. Note that at 10% propylene glycol concentration, CVT-3146 Form A is only slightly more soluble than this concentration.

At 25 °C the isolated solids remained Form A for all the slurries, while at 5 °C there is evidence for a solid phase transformation (Table 7). XRPD analysis of the solids isolated from the 10% propylene glycol experiment revealed the presence of a small peak near 4.5°. The slurries at 5 °C involving higher amounts of propylene glycol also provided solids that no longer corresponded to Form A exclusively. At the two highest propylene glycol concentrations the XRPD patterns

corresponded to a new solid phase, which was designated Form D (Table 7). The XRPD pattern of Form D contains some peaks similar to that for Form A, which is suggestive of a mixture of solid phases. However, the close match between several Form D patterns obtained from other slurry experiments suggests that the Form D samples prepared in these experiments are not mixtures but pure solid phases. Figure 17 contains a comparison of the XRPD patterns for Forms A and D. The further characterization of Form D is presented in Section III.D.

**2. Form B**

The Form B used for the solubility studies was prepared by humidity stress of amorphous material. This solid phase proved to be highly unstable in buffer/propylene glycol as all but one sample converted to another solid phase upon prolonged slurry (Table 9 - Table 11). Form B converted to Form A at 5 °C in 0% propylene glycol/buffer. At higher propylene glycol concentrations, Form B either converted to Form A or Form D. Therefore, the equilibrium solubility values measured for the slurry experiments at 48 hours do not correspond to Form B. The solubility values collected at 24 and 48 hours (Figure 14) follow the same general trend as what was observed for the data obtained for Form A, in that higher temperatures and higher propylene glycol concentrations increase the solubility of CVT-3146.

The fact that Form B is unstable in the presence of propylene glycol is an important positive result as it relates to the development of CVT-3146 drug product. Since chilling the vehicle solution provided Form B (sample no. 1279-37-01), the solids produced in the chilled vehicle are metastable and therefore more soluble than Form A or D. Form B solids that appear upon chilling the vehicle should dissolve if the solution is brought back to room temperature and given enough time and/or agitation.

**3. Form C**

During the course of this study it was found that Form C is readily prepared by refluxing Form A in *p*-cymene (Table 2). The solubility measurements of Form C demonstrated that this solid phase is highly unstable; all experiments resulted in the conversion of Form C to another solid phase (Table 12 and Table 13). Form C converted to either Form A, Form D, or a mixture of these two solid phases depending on amount of propylene glycol present in the experiment. The solubility profiles as a function of propylene glycol concentration (Figure 15) show that the solubility measured at 24 hours is slightly higher than at 48 hours. This decrease in solubility over time is consistent with the conversion of the metastable Form C to a more stable solid phase. In these experiments either Form A or Form D is obtained, with the solutions containing the higher amounts of propylene glycol favoring Form D.

**4. Form D**

Form D is a new solid phase of CVT-3146 that was identified during the course of this study. This solid phase was first observed as product from the solubility measurements of Forms A, B, and C. This solid phase was also prepared independently by slurrying either Form C or amorphous CVT-3146 in propylene glycol (Table 2). For the slurry reactions to measure the solubility of Form D at 5 °C it was found that this solid phase converted to Form A in most of



CONFIDENTIAL

the solutions (Table 14). The exceptions are the experiments performed in 20% and 30% propylene glycol in which there is some evidence for the presence of Form D from the XRPD patterns of the isolated material. The XRPD patterns for these samples contain small diffraction peaks slightly lower than 5° 2-theta that are also present in Form D.

At 25° C, the slurry results are less straightforward. The solubility values do not follow a smooth trend with increasing solubility as the propylene glycol content is increased (Figure 16). In particular, the value measured at 10% propylene glycol is considerably higher than what was measured for the other solid forms at this concentration of propylene glycol. This may be related to the fact that the solids isolated after the slurry experiment contained an unknown solid phase as evident by the presence of new peaks in the corresponding XRPD pattern. Form A was obtained after the 48 hour slurry experiment of Form D at 0 and 20% propylene glycol, which is consistent with Form A being the favored solid phase under these conditions. At the higher propylene glycol concentrations, Form D was recovered. However, at 30% and 40% propylene glycol, the presence of minor amounts of an unknown material is indicated by the presence of peaks in the corresponding XRPD patterns for these samples. The solids isolated from the 50% propylene glycol slurry were disordered, which indicates that Form D is not physically stable under these conditions.

In order to address the issue of the relative stabilities of Forms A and D, interconversion experiments were performed at two different temperatures using 20% propylene glycol buffer. This solvent was chosen because it approximates amount of propylene glycol that could be used in the drug product formulation. Roughly equal amounts of Forms A and D were slurried for 6 days in this solvent at room temperature (sample no. 1390-69-01, Table 2). XRPD analysis of the isolated solids indicated that conversion to Form A had occurred. Form A was also obtained upon slurry of Forms A and D in the same solvent at 40 °C (sample no. 1390-69-02, Table 2). These results indicate that Form A is the more favored solid phase at and above room temperature.

### 5. Solubility Summary

Since many of the solid phases were found to convert to another solid phase during the solubility measurements, it is useful to provide a summary of the important information that can be extrapolated from these experiments. A summary of the solid forms obtained from all the slurry experiments is given in Table 16. It is interesting to note that Form D is only observed in experiments involving propylene glycol, which suggests that Form D is a solvate. While thermodynamic stabilities of solvates and hydrates (such as Form A) cannot be compared directly, the slurry interconversion experiments demonstrate that Form A is the favored solid phase in buffer solutions containing 20% propylene glycol.

In the absence of propylene glycol none of the previously known solid phases are more stable than Form A at 25 °C. All other solid phases converted to Form A within 48 hours upon slurrying in aqueous buffer.

## D. Characterization of Form D

As mentioned earlier Form D was believed to be a propylene glycol solvate on the basis that it was only observed in slurry experiments involving solutions containing this solvent. The presence of a propylene glycol solvate was confirmed by a TG-IR experiment (Table 3) in which the IR spectrum of the volatile material was compared to that of a reference spectrum (Figure 18). Analysis of the volatile material at various time points indicates that relatively larger amounts of propylene glycol are lost at higher temperatures (Figure 19). The presence of propylene glycol is also supported by the solution NMR spectrum of a sample of Form D. There is also a large amount of water in the sample, as evident by the large water peak in the spectrum (Table 3).

From the TGA analysis of Form D, the sample loses 14.9% volatile material when heated up to 180 °C (Table 3). This mass loss corresponds to 0.9 molecules of propylene glycol for each molecule of CVT-3146 [7]. Since propylene glycol is relatively involatile, this mass loss may be due to solvent adsorbed onto the surface of the solids as well as structural solvent. Therefore, the stoichiometry of the solvate may be slightly lower 0.9. The DSC plot of Form D contains an endothermic event at temperatures that correspond to the mass losses in the TGA plot. The endothermic event near 264 °C is similar in temperature for the endotherm observed for Form C [2]. This suggests that Form D may desolvate to Form C. More experimental work would be needed to confirm this interconversion.

### E. Intrinsic Dissolution Studies

One of the original goals of the protocol was to obtain intrinsic dissolution rates for the various solid phases of CVT-3146 [1]. This goal was modified at the request of the CV Therapeutics so that remaining project funding could be used perform additional work on Forms B and D, and to attempt to grow single crystals of selected solid phases [8]. Some of the intrinsic dissolution work was completed prior to the change in project focus and these results are presented in Table 17 - Table 22. It was found that dissolution in a buffer solution containing 30% propylene glycol at 25 °C provided a dissolution rate for Form A that could be measured over a reasonable time period. Problems were encountered in obtaining reproducible results for Form A, which may be due to the sample pellet preparation.

### F. Single Crystal Growth Attempts

These results have communicated to CV Therapeutics in a separate data summary[9].

## IV. CONCLUSIONS

### A. Client Lot Characterization Studies

All lots of CVT-3146 sent to SSCI for analysis correspond to Form A. The minor differences in some of the analytical results are attributed to differences in particle size between the lots.

### B. Vehicle Precipitate Characterization

The solid product obtained from thawing a frozen solution of CVT-3146 drug product corresponded to Form B. This solid phase is believed to be an unstable hydrate. The precipitation of Form B can be avoided by either increasing the propylene glycol content in the vehicle or maintaining the drug product at higher temperatures.

### C. Solubility Summary

Listed below are the important points as they relate to the development of the drug product.

- Form A is physically stable at 25 °C in buffer solutions that contain 0% propylene glycol, and all other solid forms will convert to Form A within 48 hours. This indicates that Form A is the most stable solid phase under these conditions.

- Form B is physically unstable at 25 °C in all concentrations of propylene glycol/buffer and at 5 °C in propylene glycol/buffer concentrations at and above 10%. This indicates that even though Form B may crystallize by chilling the vehicle, this solid phase is less stable than Form A or Form D. Therefore, Form B will eventually redissolve if this solid phase appears as a result of chilling the drug product. Form B is not expected to crystallize from solutions of CVT-3146 prepared at concentrations below the solubility limit of Form A.

- Form C is not stable in the presence of propylene glycol/buffer. As a result it is not expected that Form C will crystallize from solutions of CVT-3146 prepared at concentrations below the solubility limit of Form A.

- Form D is energetically very close to Form A in propylene glycol/buffer. Interconversion experiments performed at and above room temperature in buffer solutions containing 20% propylene glycol indicate that Form A is the favored solid phase at and above room temperature. At 5 °C, Form A will convert at least partially to Form D in solutions that contain propylene glycol.

These results indicate that Form A is the most rational solid phase to use for the preparation of the drug product. The manufacturing process used to prepare Form A should not involve heating slurries of Form A in anhydrous solvents otherwise conversion to Form C may occur.

## V. REFERENCES

1. *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, SSCI Inc. Protocol for CV Therapeutics, PR20030028.01, February 18, 2003.
2. *Polymorph Screen of CVT-3146*, SSCI Inc. Scientific Report for CV Therapeutics, SR-6668.01, October 21, 2002.
3. SSCI Laboratory Notebook No. 1390 Page 95.
4. Email correspondence from Dr. Mitchell Rosner (CV Therapeutics) to Dr. Pamela Smith (SSCI) March 6, 2003. EP20030137 Correspondence File.
5 SSCI Laboratory Notebook No. 1136 Page 73.

6. SSCI Laboratory Notebook No. 1136 Page 85.
7. SSCI Laboratory Notebook No. 1136 Page 74.
8 *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, SSCI Inc. Protocol for CV Therapeutics, PR20030028.01 A.01, August 22, 2003.
9 *Attempts to Grow Single Crystals of CVT-3146*, SSCI Inc. Data Summary for CV Therapeutics, DS-1704.01, October 1, 2003.

# VI. TABLES

**Table 1. Analysis of CVT-3146 Received Samples**

| Client Lot No. | | 0212CV301 | 0112CV302-6 | 0112CV301-6 | 0301CV301 | 011075043 |
|---|---|---|---|---|---|---|
| SSCI LIMS No. | | 15337 | 15338 | 15339 | 15340 | 14842 |
| XRPD (Flat) | Result | A | A | A | A | A |
| | Filename | 28514 | 28516 | 28517 | 28518 | 31315 |
| | Page | 47 | 48 | 49 | 50 | 51 |
| XRPD (Capillary) | Result | - | A | - | A | - |
| | Filename | - | 32667 | - | 32668 | - |
| | Page | - | 52 | - | 53 | - |
| DSC[c] | endotherm | 189.2 (189)[a] 227.3[b] | 181.2 (173)[a] 226.5[b] | 180.0 (162)[a] 227.8[b] | 188.3 (187)[a] 227.4[b] | - |
| | Filename | 28571 | 28572 | 28573 | 28574 | - |
| | Page | 125 | 126 | 127 | 128 | - |
| TGA[c] | weight loss | 4.5% @ 180 °C | 4.6% @ 180 °C | 4.6% @ 180 °C | 4.5% @ 180 °C | - |
| | Filename | 28527 | 28528 | 28774 | 28530 | - |
| | Page | 131 | 132 | 133 | 134 | - |
| | DSC/TGA Figure | - | Figure 4 | - | Figure 5 | - |
| OM | Filename | - | 32939 | - | 32942 | - |
| | Page | - | 172 | - | 173 | - |
| IR | Filename | 28519 | 28520 | 28521 | 28522 | - |
| | Page | 160 | 161 | 162 | 163 | - |
| Raman | Filename | 28782 | 28783 | 28784 | 28526 | - |
| | Page | 164 | 165 | 166 | 167 | - |

[a] Temperature onset of endothermic event, °C (δH, J/g)
[b] Temperature maximum of endothermic event, °C
[c] TGA and DSC data reported to the nearest 0.1 °C

**Table 2. CVT-3146 Sample Preparation and XRPD Analyses**

| Method | XRPD Result | Sample No. | LIMS No. | Starting Material | XRPD File | XRPD on Page |
|---|---|---|---|---|---|---|
| 20% propylene glycol buffer A/D slurry ambient for 6 days | A | 1390-69-01 | 26568 | 1390-21-01/ LIMS 14842 | 45505 | 57 |
| 20% propylene glycol buffer A/D slurry 40°C for 6 days | A | 1390-69-02 | 26569 | 1390-21-01/ LIMS 14843 | 45506 | 58 |
| amorphous RH stress 40 °C/~75% RH for 7 days | A | 1322-22-01 | 20952 | 1279-96-01 | 36035 | 59 |
| Form A acetonitrile slurry ~60 °C with Form C seeds for 10 days | A + C?? | 1279-52-01 | 20034 | LIMS 14842/ 1059-18-01 | 34497 | 60 |
| cool of melt | amorphous | 1279-96-01 | 20357 | LIMS 14842 | 35175 | 61 |
| cool of melt | amorphous | 1358-17-01 | 22886 | LIMS 14842 | 39233 | 62 |
| frozen vehicle | B | 1279-37-01 | 19187 | LIMS 14842 | 33079 | 54 |
| cool of melt/ ~75% RH stress ambient 11 days | B | 1322-55-01 | 21820 | LIMS 14842 | 37599 | 63 |
| cool of melt/ ~75% RH stress ambient 11 days | B | 1322-93-01 | 22753 | LIMS 14842 | 38982 | 55 |
| cool of melt/ ~75% RH stress ambient for 11 days | B | 1358-27-01 | 23630 | LIMS 14842 | 40630 | 64 |
| Form B RH Stress (NaCl/ambient) ~ 1 month | B | 1390-05-01 | 24687 | 1358-27-01 | 42381 | 65 |
| Form A *p*-cymene reflux | C | 1279-64-01 | 19680 | LIMS 14842 | 33813 | 66 |
| Form A *p*-cymene reflux | C | 1322-36-01 | 21100 | LIMS 14842 | 48507 | 67 |
| Form C at ambient for 37 days | C | 1322-80-01 | 21682 | 1279-64-01 | 37386 | 68 |
| Form A *p*-cymene reflux | C | 1390-13-01 | 25067 | LIMS 14842 | 42795 | 69 |
| Form A *p*-cymene reflux | C | 1390-21-02 | 25164 | LIMS 14842 | 43014 | 70 |
| Form C slurry in propylene glycol ambient 13 days | D | 1358-15-01 | 23728 | 1322-36-01 | 40753 | 56 |
| Amorphous slurry in propylene glycol ambient 13 days | D | 1358-23-01 | 23780 | 1358-17-01 | 40849 | 71 |
| Form C slurry in propylene glycol ambient 4 days | D | 1390-21-01 | 25364 | 1390-13-01 | 43399 | 72 |
| Intrinsic dissolution pellet ~10,000 lbs, 5 minutes | A | 1322-97-10 | 22362 | LIMS 14842 | 38317 | 73 |
| Pellet after dissolution | A | 1358-24-03 | 23457 | LIMS 14842 | 40281 | 74 |
| Intrinsic dissolution pellet ~10,000 lbs, 5 minutes | A | 1358-53-01 | 23504 | LIMS 14842 | 40364 | 75 |
| Pressed pellet after dissolution | A | 1358-59-10 | 23682 | 1358-53-01 | 40679 | 76 |

**Table 3. Analysis of CVT-3146 Forms B and D**

| Sample No. (LIMS No.) | | 1279-37-01 (19187) | 1322-93-01 (22753) | 1358-15-01 (23728) |
|---|---|---|---|---|
| Method of Preparation | | Precipitation from Frozen Vehicle | Cool of melt; RH Stress NaCl/ambient, 11 days | Form C slurry in 1,2-propanediol |
| XRPD | Result | B | B | D |
| | Filename | 33079 | 38982 | 40753 |
| | Page | 54 | 55 | 56 |
| DSC[d] | endotherm[a] | - | 93.8, 184.1 (179.1), 226.2 | 149.9, 175.1, 263.9 |
| | Filename | - | 39089[c] | 42019 |
| | Page | - | 129 | 130 |
| TGA[d] | weight loss | - | 14.2% @ 180 °C | 14.9% @ 180 °C |
| | Filename | - | 39091[b] | 42020 |
| | Page | - | 135 | 136 |
| | DSC/TGA Figure | - | Figure 6 | Figure 7 |
| Raman | Filename | 33103 | - | - |
| | Page | 168 | - | - |
| TG-IR | Sample No. (LIMS No.) | - | - | 1390-21-01 (25364) |
| | weight loss | - | - | 8.3% @ 100 °C |
| | TG Filename | - | - | 44492 |
| | Page | - | - | 137 |
| | IR Filename | - | - | 44491 |
| | Figure | - | - | Figure 18 |
| $^1$H NMR Solution | Sample No. | 1264-90-01 | 1320-80-01 | 1374-50-01 |
| | NMR Solvent | Methyl Sulfoxide-$d_6$ | Methyl Sulfoxide-$d_6$ | Methyl Sulfoxide-$d_6$ |
| | Reference | TMS | TMS | TMS |
| | Filename | 33110 | 39090 | 42021 |
| | Page | 138-142 | 143-147 | 148-152 |

[a] Temperature maximum of endothermic event, °C (δH, J/g)
[b] TGA analysis not equilibrated
[c] non-GMP analysis was performed
[d] TGA and DSC data reported to the nearest 0.1 °C

**Table 4. UV-Visible Wavelength Scans of CVT-3146 Samples**

| Contents | Sample No. | Lambda Max (nm) | LIMS No. | LIMS Filename | Instrument Filename | Data on Page |
|---|---|---|---|---|---|---|
| 0.1019 M buffer solution | 1279-83-02 | none | 20017 | 34474 | W0181001 | 153 |
| 50% 0.1019 M buffer solution 50% Propylene glycol | 1279-95-02 | none | 20344 | 35130 | W0195001 | 154 |
| 100.2 mg/L CVT-3146 in 0.1019 M buffer solution | 1279-89-01 | Not Determined | 20200 | 34789 | W0189001 | 155 |
| 50.1 mg/L CVT-3146 in 0.1019 M buffer solution | 1279-90-01 | 246 | 20206 | 34809 | W0190001 | 156 |
| 25.1 mg/L CVT-3146 in 0.1019 M buffer solution | 1279-91-01 | 246 | 20210 | 34821 | W0191001 | 157 |
| 10.0 mg/L CVT-3146 in 0.1019 M buffer solution | 1279-97-02 | 246 | 20401 | 35246 | W0196001 | 158 |

**Table 5. CVT-3146 UV Calibration file at 246 nm**

| Concentration (mg/L) | Concentration (mM) | Average Absorbance[a] |
|---|---|---|
| 17.90 | 0.04383 | 1.019 |
| 16.01 | 0.03920 | 0.8840 |
| 14.58 | 0.03570 | 0.8490 |
| 12.58 | 0.03081 | 0.7191 |
| 9.55 | 0.0234 | 0.6066 |
| 5.43 | 0.0133 | 0.2997 |

[a] Molar Absortivity = 23.4 x $10^3$ $M^{-1}$ (LIMS No. 20532 Test No. 35378, Instrument File S0198, see page 159)

**Table 6. Solubility of CVT-3146 Form A at 25 °C in Propylene Glycol - Water[c]**

| % propylene glycol | Sample No.[a] | Solubility 24 h (mM) | Sample No.[b] | Solubility 48 h (mM) |
|---|---|---|---|---|
| 0 | 1322-25-01 | 0.2062 | 1322-33-01 | 0.2023 |
| 10 | 1322-26-01 | 0.3503 | 1322-33-02 | 0.3519 |
| 20 | 1322-27-01 | 0.5317 | 1322-33-03 | 0.5397 |
| 30 | 1322-27-02 | 0.9166 | 1322-33-04 | 0.9261 |
| 40 | 1322-27-03 | 1.4375 | 1322-33-05 | 1.4238 |
| 50 | 1322-28-01 | 2.3389 | 1322-33-06 | 2.2132 |

[a] Sample No.= 1322-25-01; LIMS No. = 20971; File No. = 36077; Instrument File = D0201
For 1322-26-01: Batch Sample No.= 1322-26-06; LIMS No. = 20987; File No. = 36099; Instrument File = D0202
For 1322-27-XX samples: Batch Sample No.= 1322-27-05; LIMS No. = 21012; File No. = 36128; Instrument File = D0203; For Sample No.= 1322-28-01; LIMS No. = 21015; File No. = 36149; Instrument File = D0204
[b] Batch Sample No.= 1322-33-07; LIMS No. = 21044; File No. = 36205; Instrument File = D0205
[c] Temperatures reported to the nearest whole number

**Table 7. Solubility of CVT-3146 Form A at 5 °C in Propylene Glycol - Water[d]**

| % propylene glycol | Sample No. [a] | Solubility 24 h (mM) | Sample No. [b, c] | Solubility 48 h (mM) | Solid Form after 48 h | Sample No. (LIMS No.) | XRPD Filename | XRPD on Page |
|---|---|---|---|---|---|---|---|---|
| 0 | 1322-47-01 | 0.0839 | 1322-50-07 | 0.0765 | A | 1322-39-02 (21597) | 37262 | 77 |
| 10 | 1322-47-02 | 0.1331 | 1322-50-08 | 0.1233 | A + 1 peak | 1322-39-03 (21599) | 37263 | 78 |
| 20 | 1322-47-03 | 0.1987 | 1322-50-09 | 0.1916 | A + 1 peak | 1322-39-04 (21600) | 37264 | 79 |
| 30 | 1322-47-04 | 0.3514 | 1322-50-10 | 0.3440 | A + 1 peak | 1322-39-05 (21601) | 37265 | 80 |
| 40 | 1322-47-05 | 0.6235 | 1322-51-01 | 0.5640 | D | 1322-39-06 (21602) | 37266 | 81 |
| 50 | 1322-47-06 | 1.2382 | 1322-51-02 | 1.1810 | D | 1322-39-07 (21603) | 37267 | 82 |

[a] For 1322-47-01 sample: LIMS No. = 21197; File No. = 36465; Instrument File = D0208
For 1322-47-02 through 1322-47-06 samples: Batch Sample No. = 1322-48-01; LIMS No. = 21199; File No. = 36482; Instrument File = D0209
[b] For 1322-50 samples: Batch Sample No.= 1322-50-13; LIMS No. = 21265; File No. = 36595; Instrument File = D0210
For 1322-51 samples: Batch Sample No. = 1322-52-01; LIMS No. = 21269; File No. = 36607 Instrument File = D0211
[c] Data plotted in Figure 13
[d] Temperatures reported to the nearest whole number

**Table 8. Solubility of CVT-3146 Form A at 25 °C in Propylene Glycol - Water[c]**

| % propylene glycol | Sample No. [a] | Solubility 48 h (mM)[b] | Solid Form after 48 h | SampleNo. (LIMS No.) | XRPD Filename | XRPD on Page |
|---|---|---|---|---|---|---|
| 0 | 1322-82-07 | 0.1521 | A | 1322-73-01 (21856) | 37647 | 83 |
| 10 | 1322-82-08 | 0.2865 | A | 1322-73-02 (21857) | 37648 | 84 |
| 20 | 1322-82-09 | 0.5086 | A | 1322-73-03 (21858) | 37649 | 85 |
| 30 | 1322-82-10 | 0.8901 | A | 1322-73-04 (21859) | 37650 | 86 |
| 40 | 1322-82-11 | 1.3525 | A | 1322-73-05 (21860) | 37651 | 87 |
| 50 | 1322-82-12 | 2.0876 | A | 1322-73-06 (21861) | 37652 | 88 |

[a] Batch Sample No.= 1322-84-01; LIMS No. = 21748; File No. = 37487; Instrument File = D0223
[b] Data plotted in Figure 13
[c] Temperatures reported to the nearest whole number

**Table 9. Solubility of CVT-3146 Form B at 5 °C in Propylene Glycol – Water[d]**

| % propylene glycol | Sample No. [a,c] | Solubility 24 h (mM) | Sample No. [b,c] | Solubility 48 h (mM) | Solid Form after 48 h | Sample No. (LIMS No.) | XRPD Filename | XRPD on Page |
|---|---|---|---|---|---|---|---|---|
| 0 | 1390-10-07 | 0.0864 | 1390-15-07 | 0.1082 | B | 1390-05-03 (25088) | 42837 | 89 |
| 10 | 1390-10-08 | 0.0576 | 1390-15-08 | 0.1935 | A | 1390-05-04 (25089) | 42838 | 90 |
| 20 | 1390-10-09 | 0.1006 | 1390-15-09 | 0.2971 | A + 1 pk | 1390-05-05 (25113) | 42935 | 91 |
| 30 | 1390-10-10 | 0.1522 | 1390-17-01 | 0.2167 | D | 1390-05-06 (25114) | 42936 | 92 |
| 40 | 1390-10-11 | 0.5853 | 1390-15-11 | 0.5784 | A | 1390-05-07 (25090) | 42839 | 93 |
| 50 | 1390-10-12 | 0.8121 | 1390-15-12 | 0.9436 | A | 1390-05-08 (25091) | 42840 | 94 |

[a] Batch Sample No.= 1390-10-13; LIMS No. = 24802; File No. = 42582; Instrument File = D0287
[b] For 1390-15 samples: Batch Sample No.= 1390-15-13; LIMS No. = 24902; File No. = 42705; Instrument File = D0288
For 1390-17-01 sample: LIMS No. = 24964; File No. = 42725; Instrument File = D0289
[c] Data plotted in Figure 14
[d] Temperatures reported to the nearest whole number

**Table 10. Solubility of CVT-3146 Form B at ~25 °C in Propylene Glycol - Water**

| % propylene glycol | Sample No. [a] | Solubility 24 h (mM) | Sample No. [b] | Solubility 48 h (mM) | Solid Form after 48 h | Sample No. (LIMS No.) | XRPD Filename | XRPD on Page |
|---|---|---|---|---|---|---|---|---|
| 0 | 1358-12-07 | 0.3268 | 1358-21-07 | 0.3483 | A | 1358-08-02 (23144) | 39770 | 95 |
| 10 | 1358-12-08 | 0.3878 | 1358-21-08 | 0.3941 | A | 1358-08-03 (23145) | 39771 | 96 |
| 20 | 1358-16-01 | 0.5412 | 1358-21-09 | 0.6026 | D | 1358-08-04 (23146) | 39772 | 97 |
| 30 | 1358-16-02 | 1.1214 | 1358-21-10 | 1.1523 | D | 1358-08-05 (23147) | 39773 | 98 |
| 40 | 1358-16-03 | 1.9350 | 1358-21-11 | 1.8788 | D | 1358-08-06 (23148) | 39774 | 99 |
| 50 | 1358-16-04 | 2.0789 | 1358-21-12 | 2.4145 | D | 1358-08-07 (23149) | 39775 | 100 |

[a] For 1358-12 samples: Batch Sample No.= 1358-15-02; LIMS No. = 22876; File No. = 39216; Instrument File = D0245; For 1358-16 samples: Batch Sample No.= 1358-16-05; LIMS No. = 22881; File No. = 39227 Instrument File = D0246
[b] Batch Sample No.= 1358-21-13; LIMS No. = 23013; File No. = 39440; Instrument File = D0250
[c] Data plotted in Figure 14

**Table 11. Solubility of CVT-3146 Form B at ~5 °C in Propylene Glycol – Water[b]**

| % propylene glycol | Sample No.[a] | Solubility 24 h (mM) |
|---|---|---|
| 0 | 1358-76-07 | 0.0243 |
| 10 | 1358-76-08 | 0.0567 |
| 20 | 1358-76-09 | 0.0951 |
| 30 | 1358-76-10 | 0.0916 |
| 40 | 1358-76-11 | 0.4671 |
| 50 | 1358-76-12 | 0.6036 |

[a] Batch Sample No.= 1358-76-13; LIMS No. = 23738; File No. = 40768; Instrument File = D0267
[b] Power outage occurred and experiments stopped so no 48 hours solubility taken. Samples are non-cGMP.

**Table 12. Solubility of CVT-3146 Form C at 5 °C in Propylene Glycol - Water[d]**

| % propylene glycol | Sample No. [a,c] | Solubility 24 h (mM) | Sample No. [b,c] | Solubility 48 h (mM) | Solid Form after 48 h | Sample No. (LIMS No.) | XRPD Filename | XRPD on Page |
|---|---|---|---|---|---|---|---|---|
| 0 | 1322-53-07 | 0.1314 | 1322-56-07 | 0.0564 | A | 1322-49-01 (21604) | 37268 | 101 |
| 10 | 1322-53-08 | 0.1478 | 1322-56-08 | 0.0805 | A | 1322-49-02 (21605) | 37269 | 102 |
| 20 | 1322-53-09 | 0.2704 | 1322-56-09 | 0.1571 | A | 1322-49-03 (21606) | 37270 | 103 |
| 30 | 1322-53-10 | 0.4414 | 1322-56-10 | 0.2878 | A + D | 1322-49-04 (21607) | 37271 | 104 |
| 40 | 1322-53-11 | 0.7362 | 1322-56-11 | 0.6014 | D | 1322-49-05 (21608) | 37272 | 105 |
| 50 | 1322-53-12 | 1.1640 | 1322-56-12 | 1.0116 | D | 1322-49-06 (21609) | 37273 | 106 |

[a] Batch Sample No.= 1322-54-01; LIMS No. = 21355; File No. = 36776; Instrument File= D0212
[b] Batch Sample No.= 1322-58-01; LIMS No. = 21412; File No. = 36927; Instrument File= D0213
[c] Data plotted in Figure 15
[d] Temperatures reported to the nearest whole number

**Table 13. Solubility of CVT-3146 Form C at 25 °C in Propylene Glycol - Water[d]**

| % propylene glycol | Sample No. [a,c] | Solubility 24 h (mM) | Sample No. [b,c] | Solubility 48 h (mM) | Solid Form after 48 h | Sample No. (LIMS No.) | XRPD Filename | XRPD on Page |
|---|---|---|---|---|---|---|---|---|
| 0 | 1322-68-07 | 0.2082 | 1322-74-01 | 0.1774 | A | 1322-61-02 (21676) | 37380 | 107 |
| 10 | 1322-68-08 | 0.3927 | 1322-74-02 | 0.3293 | A | 1322-61-03 (21677) | 37381 | 108 |
| 20 | 1322-68-09 | 0.7072 | 1322-74-03 | 0.5740 | A + 1 peak | 1322-61-04 (21678) | 37382 | 109 |
| 30 | 1322-68-10 | 1.1931 | 1322-74-04 | 1.0933 | A + 1 peak | 1322-61-05 (21679) | 37383 | 110 |
| 40 | 1322-68-11 | 1.7183 | 1322-74-05 | 1.6636 | D | 1322-61-06 (21680) | 37384 | 111 |
| 50 | 1322-68-12 | 2.4237 | 1322-74-06 | 2.3378 | D | 1322-61-07 (21681) | 37385 | 112 |

[a] Batch Sample No.= 1322-69-01; LIMS No. = 21532; File No. = 37148; Instrument File = D0214
[b] Batch Sample No.= 1322-75-01; LIMS No. = 21610; File No. = 37274; Instrument File = D0217
[c] Data plotted in Figure 15
[d] Temperatures reported to the nearest whole number

**Table 14. Solubility of CVT-3146 Form D at 5 °C in Propylene Glycol - Water[d]**

| % propylene glycol | Sample No. [a,c] | Solubility 24 h (mM) | Sample No. [b,c] | Solubility 48 h (mM) | Solid Form after 48 h | Sample No. (LIMS No.) | XRPD Filename | XRPD on Page |
|---|---|---|---|---|---|---|---|---|
| 0 | 1390-70-07 | 0.0480 | 1390-75-07 | 0.0582 | A | 1390-63-02 (26208) | 44970 | 113 |
| 10 | 1390-70-08 | 0.0959 | 1390-75-08 | 0.1078 | A | 1390-63-03 (26209) | 44971 | 114 |
| 20 | 1390-72-01 | 0.2276 | 1390-75-09 | 0.2163 | A + 1 peak | 1390-63-04 (26210) | 44972 | 115 |
| 30 | 1390-71-01 | 0.0989 | 1390-75-10 | 0.1396 | A + 1 peak | 1390-63-05 (26211) | 44973 | 116 |
| 40 | 1390-70-11 | 0.2867 | 1390-75-11 | 0.3399 | A | 1390-63-06 (26212) | 44974 | 117 |
| 50 | 1390-70-12 | 0.6575 | 1390-75-12 | 0.5675 | A | 1390-63-07 (26213) | 44975 | 118 |

[a] For 1390-70 samples: Batch Sample No.= 1390-70-13; LIMS No. = 26077; File No. = 44714; Instrument File = D0322; For 1390-71-01 sample: LIMS No. = 26094; File No. = 44732; Instrument File = D0323; For 1390-72-01 sample: LIMS No. = 26111; File No. = 44768; Instrument File = D0324
[b] Batch Sample No.= 1390-75-13; LIMS No. = 26147; File No. = 44852; Instrument File= D0325
[c] Data plotted in Figure 16
[d] Temperatures reported to the nearest whole number

**Table 15. Solubility of CVT-3146 Form D at 25 °C in Propylene Glycol - Water[d]**

| % propylene glycol | Sample No. [a,c] | Solubility 24 h (mM) | Sample No. [b,c] | Solubility 48 h (mM) | Solid Form after 48 h | Sample No. (LIMS No.) | XRPD Filename | XRPD on Page |
|---|---|---|---|---|---|---|---|---|
| 0 | 1390-44-07 | 0.1737 | 1390-48-07 | 0.1904 | A | 1390-42-01 (25799) | 44217 | 119 |
| 10 | 1390-46-01 | 0.5233 | 1390-48-08 | 0.5524 | A + peaks | 1390-42-02 (25801) | 44218 | 120 |
| 20 | 1390-44-09 | 0.3477 | 1390-48-09 | 0.3460 | A | 1390-42-03 (25802) | 44219 | 121 |
| 30 | 1390-44-10 | 0.7978 | 1390-48-10 | 0.8407 | D + pk | 1390-42-04 (25803) | 44220 | 122 |
| 40 | 1390-44-11 | 0.8427 | 1390-48-11 | 1.0615 | D + pk | 1390-42-05 (25806) | 44221 | 123 |
| 50 | 1390-44-12 | 1.7521 | 1390-48-12 | 2.0254 | disordered | 1390-42-06 (25807) | 44222 | 124 |

[a] For 1390-44samples: Batch Sample No.= 1390-44-13; LIMS No. = 25517; File No. = 43746; Instrument File = D0306; For 1390-46-01 sample: LIMS No. = 25540; File No. = 43750; Instrument File = D0307
[b] Batch Sample No.= 1390-48-13; LIMS No. = 25573; File No. = 43820; Instrument File= D0312
[c] Data plotted in Figure 16
[d] Temperatures reported to the nearest whole number

**Table 16. CVT-3146 Solubility Solid Form Summary**

| Propylene Glycol (%) | Form A | | Form B | | Form C | | Form D | |
|---|---|---|---|---|---|---|---|---|
| | ~5 °C | ~25 °C | ~5 °C | ~25 °C | ~5 °C | ~25 °C | ~5 °C | ~25 °C |
| 0 | A | A | B | A | A | A | A | A |
| 10 | A + 1 peak | A | A | A | A | A | A | A + peaks |
| 20 | A + 1 peak | A | A + 1 peak | D | A | A + 1 peak | A + 1 peak | A |
| 30 | A + 1 peak | A | D | D | A + D | A + 1 peak | A + 1 peak | D + peak |
| 40 | D | A | A | D | A + D | D | A | D + peak |
| 50 | D | A | A | D | A + D | D | A | disordered |
| Chart | Figure 13 | | Figure 14 | | Figure 15 | | Figure 16 | |

**Table 17. Intrinsic Dissolution of Form A at 20 °C in 10% Propylene Glycol Buffer [a,b]**

| Time Point (min) | Sample No. | Conc. (mM) | Conc. (mg/mL) | Cum. Amt Diss. (mg) | % Dissolved | Cum Amt per Area (mg/cm$^2$) |
|---|---|---|---|---|---|---|
| 1 | 1322-97-01 | 0.0010 | 0.00039 | 0.39 | 0.20 % | 0.78 |
| 3 | 1322-97-02 | 0.0011 | 0.00043 | 0.43 | 0.22 % | 0.86 |
| 5 | 1322-97-03 | 0.0010 | 0.00039 | 0.39 | 0.20 % | 0.78 |
| 10 | 1322-97-04 | 0.0010 | 0.00039 | 0.39 | 0.20 % | 0.78 |
| 15 | 1322-97-05 | 0.0012 | 0.00047 | 0.47 | 0.24 % | 0.94 |
| 30 | 1322-97-06 | 0.0010 | 0.00039 | 0.39 | 0.20 % | 0.78 |
| 45 | 1322-97-07 | 0.0015 | 0.00059 | 0.59 | 0.30 % | 1.17 |
| 60 | 1322-97-08 | 0.0022 | 0.00086 | 0.85 | 0.43 % | 1.70 |

[a] Experimental parameters: Pellet compressed for 5 minutes at 10,000 psi; Stir rate = 75 rpm, Surface of pellet raised upon entering the bath; 5-mL aliquots taken,
[b] Batch Sample No.= 1322-97-09; LIMS No. = 22332; File No. = 38274; Instrument File = D0224

**Table 18. Intrinsic Dissolution of Form A at 20 °C in 0% Propylene Glycol Buffer [a,b]**

| Time Point (min) | Sample No. | Conc (mM) | Conc. (mg/mL) | Cum. Amt Diss. (mg) | % Dissolved | Cum Amt per Area (mg/cm$^2$) |
|---|---|---|---|---|---|---|
| 1 | 1358-02-01 | 0.0010 | 0.00039 | 0.39 | 0.26 % | 0.78 |
| 5 | 1358-02-02 | 0.0011 | 0.00043 | 0.43 | 0.29 % | 0.86 |
| 15 | 1358-02-03 | 0.0014 | 0.00055 | 0.55 | 0.37 % | 1.10 |
| 30 | 1358-02-04 | 0.0013 | 0.00051 | 0.51 | 0.34 % | 1.02 |
| 60 | 1358-02-05 | 0.0015 | 0.00059 | 0.59 | 0.39 % | 1.17 |
| 90 | 1358-02-06 | 0.0017 | 0.00066 | 0.66 | 0.44 % | 1.31 |
| 120 | 1358-02-07 | 0.0017 | 0.00066 | 0.66 | 0.44 % | 1.31 |
| 180 | 1358-02-08 | 0.0020 | 0.00078 | 0.77 | 0.51 % | 1.54 |
| 300 | 1358-02-09 | 0.0026 | 0.0010 | 0.98 | 0.65 % | 1.96 |

[a] Experimental parameters: Pellet compressed for 1 minute at 10,000 psi; Stir rate = 75 rpm, 7-mL aliquots taken
[b] Batch Sample No.= 1358-02-10; LIMS No. = 22535; File No. = 38608; Instrument File = D0227

**Table 19. Intrinsic Dissolution of Form A at 25 °C in 30% Propylene Glycol Buffer [a,b]**

| Time Point (min) | Sample No. | Conc. (mM) | Conc. (mg/mL) | Cum. Amt Diss. (mg) | % Dissolved | Cum Amt per Area (mg/cm$^2$) |
|---|---|---|---|---|---|---|
| 3 | 1358-25-02 | 0.0023 | 0.0009 | 0.90 | 0.64 % | 1.80 |
| 5 | 1358-25-03 | 0.0030 | 0.0012 | 1.20 | 0.85 % | 2.40 |
| 15 | 1358-25-04 | 0.0047 | 0.0018 | 1.79 | 1.27 % | 3.58 |
| 30 | 1358-25-05 | 0.0061 | 0.0024 | 2.38 | 1.69 % | 4.76 |
| 60 | 1358-25-06 | 0.0084 | 0.0033 | 3.26 | 2.32 % | 6.52 |
| 180 | 1358-25-07 | 0.0146 | 0.0057 | 5.59 | 3.98 % | 11.17 |
| 300 | 1358-25-08 | 0.0208 | 0.0081 | 7.90 | 5.62 % | 15.80 |
| 24 hours | 1358-30-01 | 0.0591 | 0.0231 | 22.27 | 15.85 % | 44.54 |

[a] Experimental parameters: Pellet compressed for 1 minute at 10,000 psi; Stir rate = 75 rpm, Surface of pellet raised upon entering the bath; 7-mL aliquots taken
[b] For 1358-25 samples: Batch Sample No.= 1358-25-09; LIMS No. = 23099; File No. = 39666; Instrument File = D0253; For 1358-30-01, LIMS No. 23133, File No. = 39752, Instrument File = D0256

**Table 20. Intrinsic Dissolution of Form A at 25 °C in 30% Propylene Glycol Buffer [a,b]**

| Time Point (min) | Sample No. | Conc. (mM) | Conc. (mg/mL) | Cum. Amt Diss. (mg) | % Dissolved | Cum Amt per Area (mg/cm2) |
|---|---|---|---|---|---|---|
| 1 | 1358-59-01 | 0.0015 | 0.00059 | 0.59 | 0.38 % | 1.2 |
| 5 | 1358-59-02 | 0.0017 | 0.00066 | 0.66 | 0.42 % | 1.3 |
| 15 | 1358-59-03 | 0.0036 | 0.0014 | 1.4 | 0.89 % | 2.8 |
| 30 | 1358-59-04 | 0.0027 | 0.0011 | 1.1 | 0.70 % | 2.2 |
| 60 | 1358-59-05 | 0.0042 | 0.0016 | 1.6 | 1.0 % | 3.2 |
| 120 | 1358-59-06 | 0.0068 | 0.0027 | 2.7 | 1.7 % | 5.3 |
| 240 | 1358-59-07 | 0.0120 | 0.0047 | 4.6 | 2.9 % | 9.2 |
| 360 | 1358-59-08 | 0.0168 | 0.0066 | 6.40 | 4.08 % | 12.8 |
| 480 | 1358-59-09 | 0.0219 | 0.0085 | 8.21 | 5.23 % | 16.42 |

[a] Experimental parameters: Pellet compressed for 5 minute at 10,000 psi; Stir rate = 300 rpm, 7-mL aliquots taken
[b] For samples 1358-59-01 through 1358-59-08: Batch Sample No.= 1358-64-01; LIMS No. = 23613; File No. = 40598; Instrument File = D0265; Sample 1358-59-09: LIMS No. = 23622; File No. = 40611; Instrument File = D0266

**Table 21. Intrinsic Dissolution of Form A at 25 °C in 30% Propylene Glycol Buffer [a,b]**

| Time Point (min) | Sample No. | Conc. (mM) | Conc. (mg/mL) | Cum. Amt Diss. (mg) | % Dissolved | Cum Amt per Area (mg/cm2) |
|---|---|---|---|---|---|---|
| 1 | 1358-75-01 | 0.0113 | 0.0044 | 4.41 | 2.80 % | 8.82 |
| 5 | 1358-75-02 | 0.0188 | 0.0073 | 7.32 | 4.66 % | 14.64 |
| 15 | 1358-75-03 | 0.0251 | 0.0098 | 9.75 | 6.20 % | 19.51 |
| 30 | 1358-75-04 | 0.0289 | 0.0113 | 11.23 | 7.14 % | 22.45 |
| 60 | 1358-75-05 | 0.0330 | 0.0129 | 12.79 | 8.13 % | 25.58 |
| 120 | 1358-75-06 | 0.0398 | 0.0155 | 15.31 | 9.73 % | 30.62 |
| 240 | 1358-81-01 | 0.0566 | 0.0221 | 21.67 | 13.78 % | 43.34 |
| 360 | 1358-81-02 | 0.0718 | 0.0280 | 27.32 | 17.37 % | 54.65 |
| 480 | 1358-81-03 | 0.0800 | 0.0312 | 30.37 | 19.31 % | 60.74 |

[a] Experimental parameters: Pellet compressed for 5 minute at 10,000 psi; Stir rate = 300 rpm; Surface of pellet raised upon entering the bath; 7-mL aliquots taken
[b] For 1358-75 samples: Batch Sample No.= 1358-75-10; LIMS No. = 23771; File No. = 40831; Instrument File = D0268; For 1358-81 samples: Batch Sample No.= 1358-82-01, LIMS No. = 23773; File No. = 40835; Instrument File = D0269

**Table 22. Intrinsic Dissolution of Form A at 25 °C in 30% Propylene Glycol Buffer[a,b]**

| Time Point (min) | Sample No. | Conc. (mM) | Conc. (mg/mL) | Cum. Amt Diss. (mg) | % Dissolved | Cum Amt per Area (mg/cm2) |
|---|---|---|---|---|---|---|
| 1 | 1358-91-01 | 0.0020 | 0.00078 | 0.78 | 0.54 % | 1.56 |
| 5 | 1358-91-02 | 0.0021 | 0.00082 | 0.82 | 0.57 % | 1.64 |
| 15 | 1358-91-03 | 0.0030 | 0.0012 | 1.20 | 0.83 % | 2.39 |
| 30 | 1358-91-04 | 0.0040 | 0.0016 | 1.59 | 1.10 % | 3.18 |
| 60 | 1358-91-05 | 0.0061 | 0.0023 | 2.27 | 1.58 % | 4.54 |
| 120 | 1358-91-06 | 0.012 | 0.0047 | 4.58 | 3.18 % | 9.16 |
| 240 | 1358-91-07 | 0.024 | 0.0095 | 9.26 | 6.44 % | 18.51 |
| 360 | 1358-91-08 | 0.039 | 0.015 | 14.50 | 10.08 % | 28.99 |
| 480 | 1358-91-10 | 0.055 | 0.021 | 20.49 | 14.25 % | 40.99 |

[a] Experimental parameters: Pellet compressed for 5 minute at 10,000 psi; Stir rate = 300 rpm; hump formed on pellet; 7-mL aliquots taken

[b] For samples 1358-91-01 through 1358-91-08: Batch Sample No.= 1358-93-01; LIMS No. = 24525; File No. = 42094; Instrument File = D0281; For 1358-91-10, LIMS No. = 24530; File No. = 42109; Instrument File = D0283

## VII. FIGURES




**Figure 1.** Structure of CVT-3146.




**Figure 2.** XRPD patterns for the cGMP lots of CVT-3146 samples obtained form CV Therapeutics. The bottom pattern is a reference pattern for Form A obtained from Ref. 2.




**Figure 3.** Spinning capillary XRPD analysis of SSCI LIMS No. 15338 and 15340.




**Figure 4.** Thermal analysis of CVT-3146 Form A (LIMS 15338, Lot No. 0112CV0302-6).




**Figure 5.** Thermal analysis of CVT-3146 Form A (LIMS 15340, Lot No. 0301CV0301).




**Figure 6.** Thermal analysis of CVT-3146 Form B (LIMS 22753, Sample No. 1322-93-01).




**Figure 7.** Thermal analysis of CVT-3146 Form D (LIMS 23728, Sample No. 1390-15-01).




**Figure 8.** Optical microscopy images of CVT-3146 samples (top) LIMS no. 15338, filename 32939-00001a (bottom) LIMS no. 15340, filename 32942-00001a.




**Figure 9.** Expanded region of the IR spectra for CVT-3146 samples (top) LIMS No. 15338 (bottom) LIMS No. 15340.




**Figure 10.** Expanded region of the Raman spectra for CVT-3146 samples (top) LIMS No. 15338 (bottom) LIMS No. 15340.




**Figure 11.** XRPD patterns for samples of CVT-3146 Form B
(top) vehicle precipitate (bottom) Form B XRPD pattern obtained from Ref 2.




**Figure 12.** CVT-3146 UV calibration curve at 246 nm.




**Figure 13.** Solubility of CVT-3146 Form A at ~5 and ~25 °C.




**Figure 14.** Solubility of CVT-3146 Form B at ~5 and ~25 °C.




**Figure 15.** Solubility of CVT-3146 Form C at ~5 and ~25 °C.




**Figure 16.** Solubility of CVT-3146 Form D at ~5 and ~25 °C.




**Figure 17.** XRPD patterns for Form A Slurry experiments.
(Top) Form A obtained from slurry in 100% buffer for 48 hours.
(Bottom) Form D obtained from slurry in 50% propylene glycol/50% buffer for 48 hours.




**Figure 18.** TG-IR analysis of Form D (LIMS 23728, Sample No. 1390-21-01).
Top: IR spectrum obtained at 4.163 minutes. Middle: Reference IR spectrum for 1,2-propanediol.
Bottom: Reference IR spectrum for water.




**Figure 19.** Waterfall plot from the TG-IR analysis of Form D (LIMS 23728, Sample No. 1390-21-01).

## VIII. DATA

### A. XRPD Patterns




28516 15338/Lot#0112CV302-6 CVT-3146
26-Mar-2003 12:08:30
θ-2θ (deg)
I(CPS)
4000
2000
5
10
15
20
25
30
35
40



28517 15339/Lot# 0112CV301-6 CVT-3146
26-Mar-2003 12:21:16
I(CPS)
4000
2000
θ-2θ (deg)
5
10
15
20
25
30
35
40






CONFIDENTIAL




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01


32667 15338, CVT-3146
20-May-2003 12:15:55
4000
2000
I(CPS)
5
10
15
20
25
30
35
40
θ-2θ (deg)




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01


33079 19187, 1279-37-01 CVT-3146
09-May-2003 13:57:34
I(CPS)
2000
1000
θ-2θ (deg)
5
10
15
20
25
30
35
40




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01



16-Sep-2003 19:03:53
45506 26569, 1390-69-02, CVT-3146
5
10
15
20
25
30
35
40
θ-2θ (deg)
2000
1000
I(CPS)


36035 20952/1322-22-01 CVT-3146
12-Jun-2003 12:59:40
I(CPS)
1600
1200
800
400
5
10
15
20
25
30
35
40
θ-2θ (deg)




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01


04-Jun-2003 09:02:21
35175 20357/1279-96-01 CVT-3146
θ-2θ (deg)
I(cps)
300
200
100
5
10
15
20
25
30
35
40


16-Jul-2003 08:51:20
39233 22886/1358-17-01 CVT-3146
600
400
200
I(CPS)
5
10
15
20
25
30
35
40
θ-2θ (deg)




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01



CONFIDENTIAL




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01






CONFIDENTIAL




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01


37386 21682, 1322-80-01, CVT-3146
08-Jul-2003 20:47:24
θ-2θ (deg)
I(CPS)
4000
2000
5
10
15
20
25
30
35
40




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01


43399 25364/1390-21-01 CVT-3146
27-Aug-2003 08:39:40
θ-2θ (deg)
I(CPS)
3000
2000
1000
5
10
15
20
25
30
35
40


38317
22362/1322-97-10
CVT-3146
15-Jul-2003 11:22:55
I(CPS)
6000
4000
2000
5
10
15
20
25
30
35
40
θ-2θ (deg)




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01


37263 21599, 1322-39-03 CVT-3146
25-Jun-2003 10:46:50
3000
2000
1000
I(CPS)
5
10
15
20
25
30
35
40
θ-2θ (deg)




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01


37650 21859/1322-73-04 CVT-3146
01-Jul-2003 09:14:39
4000
2000
I(cps)
5
10
15
20
25
30
35
40
θ-2θ (deg)


37651 21860/1322-73-05 CVT-3146
01-Jul-2003 09:27:27
I(CPS)
4000
2000
5
10
15
20
25
30
35
40
θ-2θ (deg)




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01


42839 25090, 1390-05-07 CVT-3146
21-Aug-2003 16:16:01
I(CPS)
1200
800
400
5
10
15
20
25
30
35
40
θ-2θ (deg)






CONFIDENTIAL




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01


39772 23146/1358-08-04 CVT-3146 18-Jul-2003 11:45:15
θ-2θ (deg)
5
10
15
20
25
30
35
40
I(CPS)
200
400




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01


18-Jul-2003 12:10:59
39774 23148/1358-08-06 CVT-3146
θ-2θ (deg)
I(CPS)
5
10
15
20
25
30
35
40
100
200
300


39775 23149/1358-08-07 CVT-3146 18-Jul-2003 12:23:45
5
10
15
20
25
30
35
40
θ-2θ (deg)
200
400
600
I(CPS)


37268 21604, 1322-49-01 CVT-3146
25-Jun-2003 12:14:24
400
800
1200
1600
I(CPS)
5
10
15
20
25
30
35
40
θ-2θ (deg)


37269 21605, 1322-49-02 CVT-3146
25-Jun-2003 12:27:10
4000
2000
I(CPS)
5
10
15
20
25
30
35
40
θ-2θ (deg)




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01



37272 21608, 1322-49-05 CVT-3146
25-Jun-2003 13:32:31
5
10
15
20
25
30
35
40
θ-2θ (deg)
400
800
I(CPS)




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01


11-Sep-2003 12:02:50
44970 26208, 1390-63-02 CVT-3146
2000
1000
I(CPS)
5
10
15
20
25
30
35
40
θ-2θ (deg)




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01


11-Sep-2003 12:36:20
44972 26210. 1390-63-04 CVT-3146
I(CPS)
θ-2θ (deg)
1600
1200
800
400
5
10
15
20
25
30
35
40




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01


44974 26212, 1390-63-06 CVT-3146
11-Sep-2003 13:27:41
2000
1000
I(CPS)
5
10
15
20
25
30
35
40
θ-2θ (deg)


44975 26213, 1390-63-07 CVT-3146
11-Sep-2003 14:14:14
I(CPS)
1200
800
400
θ-2θ (deg)
5
10
15
20
25
30
35
40




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01


44219 25802/1390-42-03 CVT-3146 04-Sep-2003 11:55:43
θ-2θ (deg)
I(CPS)
1200
800
400
5
10
15
20
25
30
35
40




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01


44221 25806, 1390-42-05 CVT-3146
04-Sep-2003 14:35:04
I(CPS)
600
400
200
θ-2θ (deg)
5
10
15
20
25
30
35
40




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01

## B. DSC Plots


Sample: CVT-3146
Size: 3.4200 mg
Method: 25-300-10b
Comment: 15337, Lot# 0212CV301, C, 10°C/min
DSC
File: J:...\EP20030137\Data\DSC\DSC\28571.dsc
Operator: LMB
Run Date: 26-Mar-03 12:52
Instrument: 2920 DSC V2.6A
189.20°C
189.1J/g
227.31°C
200.94°C
Heat Flow (W/g)
1
0
-1
-2
-3
0
50
100
150
200
250
300
Exo Up
Temperature (°C)
Universal V3.6C TA Instruments

Sample: CVT-3146
Size: 3.1500 mg
Method: 25-300-10b
Comment: 15338, Lot# 0112CV302-6, C, 10°C/min

DSC

File: J:...\EP20030137\Data\DSC\DSC\28572.dsc
Operator: LMB
Run Date: 27-Mar-03 08:02
Instrument: 2920 DSC V2.6A






SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01

Sample: CVT-3146
Size: 3.1000 mg
Method: 25-300-10b
Comment: 15340, Lot# 0301CV301, C, 10°C/min

DSC

File: J:...\EP20030137\Data\DSC\DSC\28574.dsc
Operator: LMB
Run Date: 27-Mar-03 12:45
Instrument: 2920 DSC V2.6A




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01


Sample: CVT-3146
Size: 3.6400 mg
Method: 25-300-10b
Comment: 22753, # 1322-93-01, C, 10°C/min
DSC
File: J:...\EP20030137\Data\DSC\DSC\39089.dsc
Operator: LMB
Run Date: 17-Jul-03 08:35
Instrument: 2920 DSC V2.6A
Heat Flow (W/g)
173.87°C
179.1J/g
226.16°C
184.11°C
93.79°C
Exo Up
Temperature (°C)
Universal V3.6C TA Instruments

Sample: CVT-3146
Size: 3.4600 mg
Method: 25-300-10
Comment: 23728, #1358-15-01, C, 10°C/min

DSC

File: J:...\EP20030137\Data\DSC\DSC\42019.dsc
Operator: LMB
Run Date: 14-Aug-03 07:55
Instrument: 2920 DSC V2.6A



## C. TGA Plots


Sample: CVT-3146
Size: 5.9880 mg
Method: 25-300-10
Comment: 15337, lot# 0212CV301, 10°C/min
TGA
File: J:...\EP20030137\Data\TGA\TGA\28527.tga
Operator: LMB
Run Date: 26-Mar-03 09:01
Instrument: AutoTGA 2950 V5.4A
4.518% @ 180 °C
(0.2705mg)
Weight (%)
105
100
95
90
85
80
75
0
50
100
150
200
250
300
Temperature (°C)
Universal V3.6C TA Instruments


Sample: CVT-3146
Size: 6.8340 mg
Method: 25-300-10
Comment: 15338, lot# 0112CV302-6, 10°C/min
TGA
File: J:...\EP20030137\Data\TGA\TGA\28528.tga
Operator: LMB
Run Date: 26-Mar-03 10:00
Instrument: AutoTGA 2950 V5.4A
4.618% @ 180 ºC
(0.3156mg)
Weight (%)
105
100
95
90
85
80
75
0
50
100
150
200
250
300
Temperature (°C)
Universal V3.6C TA Instruments

Sample: CVT-3146
Size: 7.2730 mg
Method: 25-300-10
Comment: 15339, lot# 0112CV301-6, 10°C/min

TGA

File: J:...\EP20030137\Data\TGA\TGA\28774.tga
Operator: LMB
Run Date: 26-Mar-03 10:55
Instrument: AutoTGA 2950 V5.4A





Sample: CVT-3146
Size: 6.0290 mg
Method: 25-300-10
Comment: 15340, lot# 0301CV301, 10°C/min
TGA
File: J:...\EP20030137\Data\TGA\TGA\28530.tga
Operator: LMB
Run Date: 26-Mar-03 11:49
Instrument: AutoTGA 2950 V5.4A
4.520% @ 180 °C
(0.2725mg)
Weight (%)
105
100
95
90
85
80
75
0
50
100
150
200
250
300
Temperature (°C)
Universal V3.6C TA Instruments


Sample: CVT-3146
Size: 7.4280 mg
Method: 00-300-10
Comment: 22753, #1322-93-01, 10°C/min
TGA
File: J:...\EP20030137\Data\TGA\TGA\39091.tga
Operator: LMB
Run Date: 15-Jul-03 08:54
Instrument: 2050 TGA V5.4A
14.19% @ 180 ºC
(1.054mg)
Weight (%)
Temperature (°C)
Universal V3.6C TA Instruments


Sample: CVT-3146
Size: 4.5670 mg
Method: 25-300-10
Comment: 23728, #1358-15-01, 10°C/min
TGA
File: J:...\EP20030137\Data\DSC\DSC\42020.tga
Operator: LMB
Run Date: 14-Aug-03 09:35
Instrument: AutoTGA 2950 V5.4A
100
95
90
85
80
75
70
Weight (%)
14.89% @ 180 °C
(0.6800mg)
0
50
100
150
200
250
300
Temperature (°C)
Universal V3.6C TA Instruments

Sample: CVT-3146
Size: 7.0860 mg
Method: 125°C@20°/min
Comment: LIMS 25364, 1390-21-01, 20°C/min

# TGA

File: J:...\EP20030137\Data\TGA\TGA\44492.tga
Operator: AR
Run Date: 8-Sep-03 13:44
Instrument: 2050 TGA V5.4A



## D. Solution $^{1}$H NMR Spectra




m:\nmr spectra\ssci processed\solution\cvt-3146\n33110-1.spc 19187, cvt-3146, 1279-37-01, in dmso-d6, 1h-nmr
Arbitrary
20
15
10
5
0
10.5
2.96
1.83
1.53
1
.96
1.04
1.71
.97
1.02
.94
1.58
9.4
8.8
8.2
7.6
7
6.4
5.8
5.2
4.6
4
3.4
2.8
2.2
Parts per Million




File: N33110-1

5/23/03

19187, CVT-3146, 1279-37-01, IN DMSO-D6, 1H-NMR




File: N33110-1 5/23/03

19187, CVT-3146, 1279-37-01, IN DMSO-D6, 1H-NMR




File: N33110-1

5/23/03

19187, CVT-3146, 1279-37-01, IN DMSO-D6, 1H-NMR


m:\nmrspe~2\sscipr~1\solution\cvt-3146\n39090-1.spc 22753, cvt-3146, 1322-93-01, in dmso-d6, 1h-nmr
10.77
2.95
1.99
1.81
1
.98
1.02
1.01
.98
.99
1.01
1
1
1.89
400
300
200
100
0
10.8
9.6
8.4
7.2
6
4.8
3.6
2.4
1.2
0
Parts per Million

*largest peak truncated for clarity*




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




File: N39090-1

7/17/03

22753, CVT-3146, 1322-93-01, IN DMSO-D6, 1H-NMR




File: N39090-1 7/17/03

22753, CVT-3146, 1322-93-01, IN DMSO-D6, 1H-NMR




File: N39090-1 7/17/03

22753, CVT-3146, 1322-93-01, IN DMSO-D6, 1H-NMR


m:\nmr spectra\ssci processed\solution\cvt-3146\n42021-1.spc 23728, cvt-3146, 1358-15-01, in dmso-d6, 1h-nmr
48.48
1
2.01
1.04
1.42
1.11
1.12
1.16
.28
2.89
1.03
10.8
9.6
8.4
7.2
6
4.8
3.6
2.4
1.2
0
Parts per Million


m:\nmr spectra\ssci processed\solution\cvt-3146\n42021-1.spc 23728, cvt-3146, 1358-15-01, in dmso-d6, 1h-nmr
48.48
1
2.01
1.04
1.42
1.11
1.12
1.16
.28
2.89
1.03
9.4
8.2
7
5.8
4.6
3.4
2.2
1
Parts per Million




File: N42021-1 8/20/03

23728, CVT-3146, 1358-15-01, IN DMSO-D6, 1H-NMR




File: N42021-1

8/20/03

23728, CVT-3146, 1358-15-01, IN DMSO-D6, 1H-NMR




File: N42021-1

8/20/03

23728, CVT-3146, 1358-15-01, IN DMSO-D6, 1H-NMR

## E. UV Visible Spectrophotometry Data




Lims No. 20344; Test No. 35130; Instrument File W0195001
Absorbance
Wavelength (nm)
0
0.2
0.4
0.6
0.8
1
1.2
1.4
1.6
1.8
2
200
250
300
350
400
450
500
550
600
650




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01


Lims No. 20401; Test No. 35246; Instrument File W0196001
Absorbance
0
0.5
1
1.5
2
2.5
3
3.5
Wavelength (nm)
200
220
240
260
280
300
320
340
360
380
400




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01

## F. Infrared Spectra




15338, CVT-3146, Lot # 0112CV302-6
W:\Corporate\Projects\LIMS\EP20030137\Data\IR\28520.spa
Log(1/R)
1.25
1.20
1.15
1.10
1.05
1.00
0.95
0.90
0.85
0.80
0.75
3000
2000
1500
1000
500
Wavenumbers (cm-1)


15339, CVT-3146, Lot # 0112CV301-6
W:\Corporate\Projects\LIMS\EP20030137\Data\IR\28521.spa
Log(1/R)
1.35
1.30
1.25
1.20
1.15
1.10
1.05
1.00
0.95
0.90
0.85
0.80
3000
2000
1500
1000
500
Wavenumbers (cm-1)




SSCI Report to CV Therapeutics, *Precipitate Identification and Solubility Measurements of CVT-3146 Solid Forms*, October 10, 2003, SR-20030253.01

## G. Raman Spectra




15338, CVT-3146, lot 0112cv302-6
W:\Corporate\Projects\LIMS\EP20030137\Data\RAMAN_FT\28783.spa
Int
2.2
2.0
1.8
1.6
1.4
1.2
1.0
0.8
0.6
0.4
0.2
0.0
3000
2000
1500
1000
500
Raman shift (cm-1)


15339, CVT-3146, lot 0112cv301-6
W:\Corporate\Projects\LIMS\EP20030137\Data\RAMAN_FT\28784.spa
Int
2.0
1.8
1.6
1.4
1.2
1.0
0.8
0.6
0.4
0.2
0.0
3000
2000
1500
1000
500
Raman shift (cm-1)


15340, Lot# 0301CV301, CVT-3146
W:\Corporate\Projects\LIMS\EP20030137\Data\RAMAN_FT\28526.spa
Int
2.6
2.4
2.2
2.0
1.8
1.6
1.4
1.2
1.0
0.8
0.6
0.4
0.2
3000
2000
1500
1000
500
Raman shift (cm-1)


19187, CVT-3146, 1279-37-01
H:\Corporate\Projects\LIMS\EP20030137\Data\RAMAN_FT\33103-.spa
Int
2.2
2.0
1.8
1.6
1.4
1.2
1.0
0.8
0.6
0.4
0.2
3000
2000
1500
1000
500
Raman shift (cm-1)

## H. TG-IR Data






CONFIDENTIAL


Sample: CVT-3146
Size: 7.0860 mg
Method: 125°C@20°/min
Comment: LIMS 25364, 1390-21-01, 20°C/min
TGA
File: J:...\EP20030137\Data\TGA\TGA\44492.tga
Operator: AR
Run Date: 8-Sep-03 13:44
Instrument: 2050 TGA V5.4A
6.564% @ 4.163 min
(0.4651mg)
Weight (%)
100
98
96
94
92
90
0
1
2
3
4
5
6
Time (min)
Universal V3.6C TA Instruments


Linked spectrum at 4.163 min. from 44491
0.040
0.035
0.030
0.025
0.020
0.015
0.010
0.005
0.000
-0.005
-0.010
-0.015
-0.020
-0.025
-0.030
Absorbance
3500
3000
2500
2000
1500
1000
500
Wavenumbers (cm-1)

## I. Microscope Images



**10× Objective White light, File 32939-00001**



10X Objective White light, File 32942-00001